UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. d/b/a<br>BOSTON HARLEY-DAVIDSON/BUELL<br>       Plaintiff, | * <br> * 04 1402 NMG <br> * |
|    v. | *   Civil Action No. _____ <br> * |
| HARLEY-DAVIDSON MOTOR CO., INC.<br>AND BUELL DISTRIBUTION CO., LLC<br>       Defendants. | * <br> * <br> * |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

NOW COMES Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft"), by its attorneys, Goodwin Procter LLP, and submits the following Corporate Disclosure Statement pursuant to Local Rule 7.3:

1.    Cycle-Craft is a corporation organized under the laws of the Commonwealth of Massachusetts.

2.    Cycle-Craft does not have any parent corporation, nor does any public company own more than 10% of its stock.

Respectfully submitted,

**CYCLE CRAFT CO., INC.**

By its attorneys,

James C. Rehnquist, BBO# 552602
Daniel P. Haley, BBO# 651172
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: June 18, 2004

2