UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 JUN 21 P 4: 46
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **CYCLE-CRAFT CO., INC. d/b/a** <br> **BOSTON HARLEY-DAVIDSON/BUELL** <br> **Plaintiff,** <br><br> v. <br><br> **HARLEY-DAVIDSON MOTOR CO., INC.** <br> **and BUELL DISTRIBUTION CO., LLC** <br> **Defendants.** | Civil Action No. 04-11402-NMG |

### DECLARATION OF JAMIE MCGRATH

I, JAMIE MCGRATH, being duly sworn, do hereby depose and state as follows:

1. I am over the age of 18 years and have personal knowledge of the facts stated in this affidavit. I am the finance manager for plaintiff Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft").

2. As finance manager, I am responsible for reviewing the paperwork for every sale made by Cycle-Craft. I review sale paperwork to make sure that it contains all of the necessary documents with respect to the title and financing.

3. In July, 2003, Sean Walsh, who was then a sales person for Cycle-Craft, informed me that he was selling 19 motorcycles to individuals who lived in Florida. He said that the 19 individuals buying the motorcycles were dealing with him through a contact person.

4. At the time, I did not consider Mr. Walsh's information to be unusual in any way. Sometimes customers come to Cycle-Craft and buy three to five motorcycles at a time, with or on behalf of friends or acquaintances, and it is not particularly unusual for a single individual to represent a number of buyers.

5.     I reviewed the sales folders for each of these sales. The paperword in those folders – bills of sale, titles and checks -- indicate that each of these transactions was an individual retail sale. I approved the sales on that basis.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct and that this declaration was executed in Everett, Massachusetts on ~June 21~, 2004.

_____
Jamie McGrath

3

LIBA/1387538.3