UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. d/b/a <br> BOSTON HARLEY-DAVIDSON/BUELL <br> Plaintiff, <br> <br> v. <br> <br> HARLEY-DAVIDSON MOTOR CO., INC. <br> AND BUELL DISTRIBUTION CO., LLC <br> Defendants. | * <br> * <br> * <br> * <br> * Civil Action No. 04-11402-NMG <br> * <br> * <br> * <br> * |

## [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 65(b), the Court has reviewed plaintiff's Complaint and Motion for Preliminary Injunction, and all declarations, exhibits and memoranda supporting the motion. The Court finds, based on its review of these materials, that preliminary injunctive relief is appropriate. Therefore, it is ORDERED:

Defendants are hereby temporarily restrained, directly and/or indirectly, and whether acting alone or in concert with others, including but not limited to any officer, agent, employee and/or representative of Harley-Davidson Motor Co., Inc. and Buell Distribution Company, LLC and/or all other persons in active concert with them who receive actual notice of this Order, from taking any action to terminate, cancel or non-renew either of Defendants' Dealer Contracts with plaintiff.

This order shall be filed forthwith in the Clerk's office and entered of record. It shall remain in force pending final adjudication of this matter. Because defendants will not be harmed or prejudiced by continuing to deal with plaintiff pending a decision on the motion for preliminary injunction, no bond is required.

Date: _____

Time: _____

_____
Nathaniel M. Gorton
United States District Judge