UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. <br> d/b/a BOSTON HARLEY-DAVIDSON/BUELL, <br><br> Plaintiff, <br><br> v. <br><br> HARLEY-DAVIDSON MOTOR COMPANY, INC. <br> and BUELL DISTRIBUTION COMPANY, LLC, <br><br> Defendants. | CIVIL ACTION <br> NO. 04 11402 NMG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, William N. Berkowitz, Sabita Singh and Bingham McCutchen LLP enter their appearance in this case on behalf of Defendants Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC.

**Harley-Davidson Motor Company, Inc.,
and Buell Distribution Company, LLC**

By their attorneys,

/s/ WILLIAM N. BERKOWITZ
William N. Berkowitz, BBO# 544148
Sabita Singh, BBO# 560146
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

Dated: July 29, 2004

LITDOCS/561965.1