UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
CYCLE-CRAFT CO., INC.                      )
d/b/a BOSTON HARLEY-DAVIDSON/BUELL,        )
                                           )
            Plaintiff,                     )
                                           )       CIVIL ACTION
v.                                         )       NO. 04 11402 NMG
                                           )
HARLEY-DAVIDSON MOTOR COMPANY, INC.        )
and BUELL DISTRIBUTION COMPANY, LLC,       )
                                           )
            Defendants.                    )
_____)

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendants Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC, submit this Corporate Disclosure Statement.

1. Harley-Davidson Motor Company, Inc. is a corporation organized under the laws of Wisconsin. It is a wholly-owned subsidiary of Harley-Davidson, Inc.

2. Buell Distribution Company, LLC is a limited liability company organized under the laws of Wisconsin. It is a wholly-owned subsidiary of Harley-Davidson, Inc.

**Harley-Davidson Motor Company, Inc.,
and Buell Distribution Company, LLC**

By their attorneys,

/s/ SABITA SINGH_____
William N. Berkowitz, BBO# 544148
Sabita Singh, BBO# 560146
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

Dated: July 29, 2004

LITDOCS/561963.1