UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. )<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY-DAVIDSON MOTOR COMPANY, INC. )<br>and BUELL DISTRIBUTION COMPANY, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 04 11402 NMG |

## JOINT STATEMENT

Pursuant to Local Rule 16.1(D), Plaintiff Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft") and Defendants Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC, (collectively "Harley-Davidson") submit this Joint Statement.

I.  Discovery Plan and Schedule of Motions

   A.  Schedule

| | |
|---|---|
| 09/08/04 | Parties meet and confer |
| 09/22/04 | Initial disclosures served |
| 09/24/04 | Joint statement filed |
| 09/30/04 | Scheduling conference |
| 10/29/04 | Joinder of parties and amendment of pleadings filed |
| | Initial requests for admissions, interrogatories and document requests served |
| 03/31/05 | Completion of fact discovery including lay depositions |

LITDOCS/561967.1

| | |
|---|---|
| 04/08/05 | Initial Expert Disclosures |
| 05/06/05 | Responsive Expert Disclosures |
| 05/31/05 | Completion of expert discovery including expert depositions |
| 06/15/05 | Summary judgment motions filed |
| | Pretrial conference to be determined |

B.  Parties agree that this case warrants exceeding the presumptive limitation of ten depositions per side provided for in Local Rule 26.1(C) and request that this Court relieve the parties from such limitation. Parties reserve right to seek relief under Fed. R. Civ. P. 26(c) if they believe opposing party has noticed depositions that are unreasonable or excessive.

C.  Parties agree that trial need not be held within 120 days of expiration of the 60 day notice of termination period, pursuant to Mass. Gen Laws ch. 93B, § 5(f).

D.  Parties do not consent to trial before Magistrate Judge.

II.  Certifications

A.  Plaintiff's certification is attached at Tab A.

B.  Defendant's certification is attached at Tab B.

III.  Disputed Items

Parties disagree as to the schedule for expert disclosures.

Cycle-Craft's position is that the party with the burden of proof on an issue should disclose any expected expert testimony on that issue by the date for "Initial Expert Disclosures," April 8, 2005, and that any "Responsive Expert Disclosures" be due one month later, May 6, 2005.

Harley-Davidson's position is that both parties should submit their expert disclosures on the date for "Initial Expert Disclosures," April 8, 2005, regardless of which party has the burden

of proof on an issue. Any "Responsive Expert Disclosures" should be due one month later, May 6, 2005.

| | |
|---|---|
| **Cycle-Craft Co., Inc. d/b/a**<br>**Boston Harley-Davidson/Buell** | **Harley-Davidson Motor Company, Inc.,**<br>**and Buell Distribution Company, LLC** |
| By their attorneys, | By their attorneys, |
| /s/ Daniel P. Haley | /s/ Sabita Singh |
| James C. Rehnquist, BBO#552602<br>Daniel P. Haley, BBO#651172<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>Ph: (617) 570-1000<br>Fx: (617) 523-1231 | William N. Berkowitz, BBO#544148<br>Sabita Singh, BBO#560146<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>Ph: (617) 951-8000<br>Fx: (617) 951-8736 |

FROM : Boston Harley  Case 1:04-cv-11402-NMG  FAX NO. : 6175897182  Document 17  Filed 09/24/2004  Sep. 24 2004 11:26AM  P2  Page 4 of 5

Sep-24-04 10:51am  From-GOODWIN PROCTER LLP  6172276591  T-470  P.02/02  F-070



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. <br> d/b/a BOSTON HARLEY-DAVIDSON/BUELL, <br><br> Plaintiff, <br><br> v. <br><br> HARLEY-DAVIDSON MOTOR COMPANY, INC. <br> and BUELL DISTRIBUTION COMPANY, LLC, <br><br> Defendants. | CIVIL ACTION <br> NO. 04 11402 NMG |

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Plaintiff Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft") hereby certifies that it has conferred with counsel in accordance with the requirements of Local Rule 16.1(D)(3).

Respectfully submitted,

CYCLE-CRAFT CO., INC.

Ronald Buchbaum
General Manager

James C. Rehnquist, BBO# 552602
Daniel P. Haley, BBO# 651172
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: September 24, 2004

LIBA/1416327.1

**B**

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We affirm that Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC, through their authorized representative Chris Hansen, have conferred with their counsel with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation. We have also considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Harley-Davidson Motor Company, Inc.
and Buell Distribution Company, LLC

By Chris Hansen, Esq.
Legal Counsel

_____
William N. Berkowitz, Esq.
Sabita Singh, Esq.

Counsel for Harley-Davidson Motor Company, Inc.
and Buell Distribution Company, LLC

LITDOCS/569541.1