UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 04 11402 NMG |

**JOINT MOTION TO EXTEND TIME FOR FILING JURY TRIAL BRIEF**

Plaintiff Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft") and Defendants Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC, (collectively "Harley-Davidson") jointly move this Court to extend the deadline for filing briefs on whether a jury trial is permissible in this case from October 12, 2004 to November 1, 2004. As reason therefor, the Parties state as follows:

1. On September 30, 2004, this Court conducted a scheduling hearing. As Plaintiff had requested a jury trial, the Court inquired whether a jury trial were permissible in this case. The Court requested the Parties to brief the issue and submit such briefs to the Court within ten days.

2. The Parties are in agreement that additional time is required to properly brief this issue.

LITDOCS/571703.1

3.    Extension of the time to file briefs on the jury trial issue will not impact the schedule of this case.

WHEREFORE, the Parties respectfully request that this Court extend the deadline for filing briefs concerning the jury trial issue from October 12, 2004 to November 1, 2004.

| **Cycle-Craft Co., Inc. d/b/a** <br> **Boston Harley-Davidson/Buell** | **Harley-Davidson Motor Company, Inc.,** <br> **and Buell Distribution Company, LLC** |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ Angela Buchanan Smagula | /s/ Sabita Singh |
| James C. Rehnquist, BBO#552602 <br> Angela Buchanan Smagula, BBO#643764 <br> GOODWIN PROCTER LLP <br> Exchange Place <br> Boston, MA 02109 <br> Ph: (617) 570-1000 <br> Fx: (617) 523-1231 | William N. Berkowitz, BBO#544148 <br> Sabita Singh, BBO#560146 <br> BINGHAM MCCUTCHEN LLP <br> 150 Federal Street <br> Boston, MA 02110 <br> Ph: (617) 951-8000 <br> Fx: (617) 951-8736 |