UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. d/b/a ) <br> BOSTON HARLEY-DAVIDSON/BUELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARLEY-DAVIDSON MOTOR COMPANY, INC. ) <br> and BUELL DISTRIBUTION COMPANY, LLC, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 04 11402 NMG |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff Cycle-Craft co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft") and Defendants Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC (collectively "Harley-Davidson") jointly move this Court to amend the current scheduling order with regard to briefing the issue of whether a jury trial is permissible in this case. Cycle-Craft intends to move to amend its Complaint in accordance with the current scheduling order – by October 31, 2004. As the Amended Complaint could potentially impact the issue of whether a jury trial is permissible, the Parties request the Court to order the following amended schedule: Harley-Davidson may file a Motion to Strike the Jury Demand in the Amended Complaint by December 6, 2004; Cycle-Craft may oppose within 30 days thereafter (January 6, 2005); and Harley-Davidson may file a reply, if needed, within 15 days thereafter (January 21, 2005). As reason therefore, the Parties state as follows:

1.      On September 30, 2004, this Court conducted a scheduling hearing. Cycle-Craft had requested a jury trial and the Court inquired whether a jury trial was permissible in this case.

The Court requested the Parties to brief the issue and submit such briefs to the Court within ten days.

2. The Parties thereafter agreed that additional time was required to properly brief this issue, and the Court granted their motion to extend the deadline for filing briefs concerning the jury issue until November 1, 2004.

3. Cycle-Craft intends to move to amend its Complaint by October 31, 2004, in accordance with the Court's order of September 30, 2004.

4. The Parties agree that it makes sense to defer briefing the jury trial issue until after the Amended Complaint has been filed and reviewed by Harley-Davidson.

5. If, after review of the Amended Complaint, Harley-Davidson's position remains that Cycle-Craft is not entitled to a jury trial, Harley-Davidson can move to strike the jury demand in the Amended Complaint by December 6, 2004, Cycle-Craft may oppose within 30 days thereafter (January 6, 2005) and Harley-Davidson can reply, if needed, within 15 days thereafter (January 21, 2005).

6. This new briefing schedule regarding the jury trial issue will not impact the schedule of this case.

LIBA/1425456.1
LITDOCS/574215.1

WHEREFORE, the Parties respectfully request that this Court order a new briefing schedule as follows:

| | |
|---|---|
| Harley-Davidson's Motion to Strike Amended Complaint | December 6, 2004 |
| Cycle-Craft's Opposition to Motion to Strike | January 6, 2005 |
| Harley-Davidson's Reply to Cycle-Craft's Opposition to Motion to Strike | January 21, 2005 |

**Cycle-Craft Co., Inc. d/b/a**      **Harley-Davidson Motor Company, Inc.,**
**Boston Harley-Davidson/Buell**      **and Buell Distribution Company, LLC**

By their attorneys,      By their attorneys,

/s/ Angela Buchanan Smagula      /s/ Sabita Singh
_____      _____
James C. Rehnquist, BBO#552602      William N. Berkowitz, BBO#544148
Angela Buchanan Smagula, BBO#643764      Sabita Singh, BBO#560146
GOODWIN PROCTER LLP      BINGHAM MCCUTCHEN LLP
Exchange Place      150 Federal Street
Boston, MA 02109      Boston, MA 02110
Ph:  (617) 570-1000      Ph:  (617) 951-8000
Fx:  (617) 523-1231      Fx:  (617) 951-8736

Dated:  October 26, 2004