UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. d/b/a<br>BOSTON HARLEY-DAVIDSON/BUELL<br>    Plaintiff,<br>   v.<br><br>HARLEY-DAVIDSON MOTOR CO., INC.<br>AND BUELL DISTRIBUTION CO., LLC<br>    Defendants | Civil Action No.  04-11402-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Angela B. Smagula in the above-captioned matter as counsel for plaintiff Cycle-Craft Co., Inc.

Respectfully submitted,

CYCLE-CRAFT CO., INC.

By its attorneys,

 /s/ Angela B. Smagula
James C. Rehnquist (BBO # 552602)
Angela B. Smagula (BBO # 643764)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: October 28, 2004