UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>                         Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>                         Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

**<u>JOINT MOTION TO AMEND BRIEFING SCHEDULE ON JURY TRIAL ISSUE</u>**

      Plaintiff Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft") and Defendants Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC, (collectively "Harley-Davidson") jointly move this Court to amend the briefing schedule on the issue of whether the case may be tried to a jury by extending the schedule by four days. As reason therefor, the Parties state as follows:

      1.     On September 30, 2004, this Court conducted a scheduling hearing. As Plaintiff had requested a jury trial, the Court inquired whether a jury trial were permissible in this case. The Court requested the Parties to brief the issue and submit such briefs to the Court.

      2.     The Parties subsequently agreed on a briefing schedule and now seek to extend that schedule by four days.

      3.     A short extension of the agreed upon briefing schedule on the jury trial issue will not impact the schedule of this case.

WHEREFORE, the Parties respectfully request that this Court allow the amendment of the schedule for briefing the jury trial issue as follows:

| | |
|---|---|
| Harley-Davidson's Motion to Strike | December 10, 2004 |
| Cycle-Craft's Opposition | January 10, 2004 |
| Harley-Davidson's Reply | January 25, 2005 |

| | |
|---|---|
| **Cycle-Craft Co., Inc. d/b/a** <br> **Boston Harley-Davidson/Buell** | **Harley-Davidson Motor Company, Inc.,** <br> **and Buell Distribution Company, LLC** |
| By their attorneys, | By their attorneys, |
| /s/ Angela Buchanan Smagula <br> _____ <br> James C. Rehnquist, BBO#552602 <br> Angela Buchanan Smagula, BBO#643764 <br> GOODWIN PROCTER LLP <br> Exchange Place <br> Boston, MA 02109 <br> Ph: (617) 570-1000 <br> Fx: (617) 523-1231 | /s/ Sabita Singh <br> _____ <br> William N. Berkowitz, BBO#544148 <br> Sabita Singh, BBO#560146 <br> BINGHAM MCCUTCHEN LLP <br> 150 Federal Street <br> Boston, MA 02110 <br> Ph: (617) 951-8000 <br> Fx: (617) 951-8736 |