UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
CYCLE-CRAFT CO., INC.                   )
d/b/a BOSTON HARLEY-DAVIDSON/BUELL,     )
                                        )
               Plaintiff,       )
                                        )
v.                                      )   CIVIL ACTION
                                        )   NO. 04 11402 NMG
HARLEY-DAVIDSON MOTOR COMPANY, INC.     )
and BUELL DISTRIBUTION COMPANY, LLC,    )
                                        )
               Defendants.      )
_____  )

## MOTION TO STRIKE JURY DEMAND

Defendants Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC (collectively "Harley-Davidson") move to strike the jury demand of Plaintiff Cycle-Craft Co., Inc., d/b/a Boston Harley-Davidson/Buell (Cycle-Craft). As reason therefore, Harley-Davidson states that Cycle-Craft's Complaint alleges a single cause of action - wrongful termination under Mass. Gen. Laws. c. 93B. As there is no right to trial by jury under Mass. Gen. Laws c. 93B, Cycle-Craft's jury demand should be stricken from the Complaint. In support thereof, Harley-Davidson relies on its Memorandum in Support of Motion to Strike Jury Demand.

WHEREFORE, Harley-Davidson respectfully requests that this Court strike the jury demand of Cycle-Craft from its Complaint.

LITDOCS/578706.1

-2-

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Harley-Davidson certify that they have conferred with counsel for Cycle-Craft and have attempted in good faith to resolve or narrow the issue.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Harley-Davidson hereby requests oral argument on its Motion to Strike Jury Demand.

**HARLEY-DAVIDSON MOTOR COMPANY, INC., and BUELL DISTRIBUTION COMPANY, LLC**

By their attorneys,

/s/ Sabita Singh
_____
William N. Berkowitz, BBO# 544148
Sabita Singh, BBO# 560146
William F. Benson, BBO# 646808
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000