UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. d/b/a<br>BOSTON HARLEY-DAVIDSON/BUELL<br>　　　　Plaintiff,<br>　　v.<br><br>HARLEY-DAVIDSON MOTOR CO., INC.<br>AND BUELL DISTRIBUTION CO., LLC<br>　　　　Defendants | Civil Action No.  04-11402-NMG |

**NOTICE OF APPEARANCE**

Please enter the appearance of Christopher C. Nee in the above-captioned matter as counsel for plaintiff Cycle-Craft Co., Inc.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CYCLE-CRAFT CO., INC.

　　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　 **/s/ Christopher C. Nee**
　　　　　　　　　　　　　　　　　　　James C. Rehnquist (BBO # 552602)
　　　　　　　　　　　　　　　　　　　Angela B. Smagula (BBO # 643764)
　　　　　　　　　　　　　　　　　　　Christopher C. Nee (BBO # 651472)
　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　　Boston, MA 02109-2881
　　　　　　　　　　　　　　　　　　　(617) 570-1000

Dated: January 20, 2005

LIBA/1446863.1

LIBA/1446863.1