UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

**ASSENTED TO MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE JURY DEMAND**

Pursuant to Local Rule 7.1(B)(3), Defendant Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC (collectively "Harley-Davidson") respectfully request leave to reply to the Opposition of Plaintiff Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft") to Harley-Davidson's Motion to Strike Jury Demand. As reason therefore, Harley-Davidson states that Cycle-Craft previously agreed to allow such a reply by way of the parties' Joint Motion to Amend Briefing Schedule on Jury Trial Issue.

**HARLEY-DAVIDSON MOTOR COMPANY, INC.,
and BUELL DISTRIBUTION COMPANY, LLC**

By their attorneys,

/s/ Sabita Singh
_____
William N. Berkowitz, BBO# 544148
Sabita Singh, BBO# 560146
William F. Benson, BBO# 646808

LITDOCS/585730.1

-2-

        **BINGHAM McCUTCHEN LLP**
        150 Federal Street
        Boston, MA  02110
        Ph (617) 951-8000
        Fx (617) 951-8736