UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. d/b/a<br>BOSTON HARLEY-DAVIDSON/BUELL<br>      Plaintiff, | *<br>*<br>*<br>* |
| v. | *   Civil Action No. 04-11402-NMG<br>* |
| HARLEY-DAVIDSON MOTOR CO., INC.<br>AND BUELL DISTRIBUTION CO., LLC<br>      Defendants. | *<br>*<br>* |

### NOTICE OF WITHDRAWAL

To the Clerk of this court and all parties of record:

Please withdraw my appearance as counsel in this case for Plaintiff Cycle-Craft Co., Inc.

Respectfully submitted,

_____
Daniel P. Haley, BBO# 651172
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: April 15, 2005

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has been forwarded this day, June 21, 2004, by hand to William N. Berkowitz, Esquire, Bingham McCutchen, LLP, 150 Federal Street, Boston, MA 02110-1726, counsel for the Defendants.

_____
Francis Kelleher, Esq.