UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. d/b/a )<br>BOSTON HARLEY-DAVIDSON/BUELL, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>HARLEY-DAVIDSON MOTOR COMPANY, INC. )<br>and BUELL DISTRIBUTION COMPANY, LLC, )<br>   )<br>   Defendants. )<br>   ) | CIVIL ACTION<br>NO. 04 11402 NMG |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF ATTORNEY ANGELA BUCHANAN SMAGULA**

Pursuant to Local Rule 83.5.2(c), Angela Buchanan Smagula hereby withdraws her appearance as one of the counsel of record for plaintiff Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft") in the above-captioned matter. James C. Rehnquist and Christopher C. Nee will continue their representation of Cycle-Craft in this matter.

Respectfully submitted,

CYCLE-CRAFT CO., INC.

By its attorneys,

/s/ James C. Rehnquist
James C. Rehnquist (BBO# 552602)
Angela Buchanan Smagula (BBO# 643764)
Christopher C. Nee (BBO# 651472)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: August 4, 2005

LIBA/1570967.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has been forwarded this day, August 4, 2005 by mail to William Benson, Esq., Bingham McCutchen, LLP, 150 Federal Street, Boston, MA 02110-1726, counsel for the Defendants.

_____
Angela Buchanan Smagula