UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| CYCLE-CRAFT CO., INC. | ) | |
| d/b/a BOSTON HARLEY-DAVIDSON/BUELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 04 11402 NMG |
| | ) | |
| HARLEY-DAVIDSON MOTOR COMPANY, INC. | ) | |
| and BUELL DISTRIBUTION COMPANY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC (collectively, "Harley-Davidson") hereby move pursuant to Federal Rule of Civil Procedure 56(b) for summary judgment on all claims asserted against them by plaintiff.

As grounds for and in support of this Motion, Harley-Davidson relies on and incorporates fully herein its Statement of Undisputed Facts, its Memorandum of Law in Support of Motion for Summary Judgment, the Affidavit of Steven Verduyn, and its Appendix in Support of Motion for Summary Judgment, filed herewith.

WHEREFORE, Harley-Davidson respectfully requests that its Motion for Summary Judgment be GRANTED.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Harley-Davidson hereby requests oral argument be held concerning this motion.

## LOCAL RULE 7.1(A) CERTIFICATION

Undersigned counsel certify that counsel for defendant conferred in good faith with counsel for plaintiff in an effort to resolve or narrow the issues addressed in this Motion but were unable to resolve the issues addressed in Harley-Davidson's motion.

**Harley-Davidson Motor Company, Inc.,
and Buell Distribution Company, LLC**

By their attorneys,


_____/s/ William F. Benson_____
William N. Berkowitz, BBO# 544148
Sabita Singh, BBO# 560146
William F. Benson, BBO# 646808
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

Dated: August 12, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on August 12, 2005.


_____/s/ William F. Benson_____
William F. Benson