UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. <br> d/b/a BOSTON HARLEY-DAVIDSON/BUELL, <br><br> Plaintiff, <br><br> v. <br><br> HARLEY-DAVIDSON MOTOR COMPANY, INC. <br> and BUELL DISTRIBUTION COMPANY, LLC, <br><br> Defendants. | CIVIL ACTION <br> NO. 04 11402 NMG |

**APPENDIX IN SUPPORT OF DEFENDANTS' HARLEY-DAVIDSON MOTOR COMPANY, INC. AND BUELL DISTRIBUTION COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT**

**AFFIDAVIT OF WILLIAM F. BENSON, ESQ.**

William F. Benson, being duly sworn, states as follows:

1. I am an attorney with the law firm of Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110. Bingham McCutchen LLP represents the defendants in the above-entitled action.

2. Attached hereto at Tab A is a true and correct copy of the Harley-Davidson Motor Company Motorcycle Dealer Contract, dated September 19, 2000, entered into between Harley-Davidson Motor Company and Cycle-Craft Co., Inc.

3. Attached hereto at Tab B are true and correct excerpts from the deposition of John Atwood.

4. Attached hereto at Tab C is a true and correct copy of the Harley-Davidson Motorcycle Dealer Contract Extension, dated June 2002, entered into between Harley-Davidson Motor Company and Cycle-Craft Co., Inc.

LITDOCS/611453.1

5.  Attached hereto at <u>Tab D</u> is a true and correct copy of the Declaration of John F. Atwood (without exhibits).

6.  Attached hereto at <u>Tab E</u> is a true and correct copy of the Harley-Davidson Motorcycle Non-Retail Policy for the 2003 Model Year.

7.  Attached hereto at <u>Tab F</u> are true and correct excerpts from the deposition of Ronald S. Buchbaum.

8.  Attached hereto at <u>Tab G</u> is a true and correct copy of the Declaration of Ronald Buchbaum (without exhibits).

9.  Attached hereto at <u>Tab H</u> is a true and correct copy of the Declaration of Kenneth McPhee (without exhibits).

10. Attached hereto at <u>Tab I</u> are true and correct excerpts from the deposition of Michael Bloom.

11. Attached hereto at <u>Tab J</u> are true and correct excerpts from the deposition of Sean Walsh.

12. Attached hereto at <u>Tab K</u> are true and correct excerpts from the deposition of Jamie E. McGrath.

13. Attached hereto at <u>Tab L</u> are true and correct excerpts from the deposition of Kenneth McPhee.

14. Attached hereto at <u>Tab M</u> are true and correct excerpts from the deposition of Debra Lunsford.

15. Attached hereto at <u>Tab N</u> are true and correct excerpts from the deposition of Michael Stevens.

16. Attached hereto at <u>Tab O</u> is a true and correct copy of the Declaration of Major David H. Brierton.

17. Attached hereto at <u>Tab P</u> are true and correct excerpts from the deposition of Jeffrey P. Christensen.

18.     Attached hereto at <u>Tab Q</u> are true and correct excerpts from the deposition of Jason Marasca.

19.     Attached hereto at <u>Tab R</u> is true and correct copy of a letter, dated April 20, 2004, from Jon Flickinger to John Atwood.

20.     Attached hereto at <u>Tab S</u> is true and correct copy of a letter, dated April 20, 2004, from Jon Flickinger to John Atwood.

21.     Attached hereto at <u>Tab T</u> is a true and correct copy of a facsimile from DC Imports to Cycle-Craft.

Signed under the penalties of perjury this 10th day of August 2005.


　　　　　　　　　　　　　　　　　　　/s/ William F. Benson
　　　　　　　　　　　　　　　　　　　William F. Benson