# TAB C

EXHIBIT
Atwood
6-7-05

## Harley-Davidson Motor Company, Inc.
## Motorcycle Dealer Contract Extension

Please read this page carefully before signing. It extends the term of your Motorcycle Dealer Contract with Harley-Davidson Motor Company, Inc.

Harley-Davidson Motor Company, Inc., d/b/a Harley-Davidson Motor Company ("Seller"), and the undersigned authorized Harley-Davidson dealer ("Dealer") agree to the following modifications to the Motorcycle Dealer Contract currently in effect between Seller and Dealer (the "Dealer Contract"):

1. The expiration date of the Dealer Contract set forth in Paragraph 8 thereof is extended to December 31, 2004.

2. If the Dealer Contract includes one or more Secondary Retail Location (SRL) Addenda, the expiration date of each such SRL Addendum set forth in Paragraph 6 thereof is extended to December 31, 2004.

3. If the Dealer Contract includes one or more Alternate Retail Outlet (ARO) Addenda, the expiration date of each such ARO Addendum set forth in Paragraph 8 thereof is extended to December 31, 2004.

All other terms and conditions of the Dealer Contract are unchanged and will remain in full force and effect, including all prior executed addenda, modifications, supplements, etc.

The person executing this Extension represents and warrants that he or she owns, directly or indirectly, at least 20% of the equity of the Dealer, has legal control over at least 20% of the equity of the Dealer, and has the legal authority to execute this Extension and legally bind the Dealer to the terms and conditions set forth herein.

If you agree with these modifications to your Dealer Contract, please sign and date below.

Cycle-Croft Co Inc      6/5/03
(name of dealership)     (date)

By:
_____, President
(signature)

John F Atwood, Pres.
(Print name of signatory)

President
(Print title of signatory)

Accepted by Harley-Davidson Motor Company, Inc. d/b/a Harley-Davidson Motor Company

_____  6/14/02
(signature)         (date)

PLEASE NOTE: THIS EXTENSION WILL NOT BECOME EFFECTIVE UNTIL COUNTERSIGNED BY HARLEY-DAVIDSON MOTOR COMPANY, INC.

H-D 0006
Confidential