# TAB K

```
                                              1
 1                              Volume: I
                                Pages: 1-117
 2                              Exhibits: 1-3
 3         UNITED STATES DISTRICT COURT
 4           DISTRICT OF MASSACHUSETTS
 5   CYCLE-CRAFT COMPANY, INC.,         )
 6   d/b/a BOSTON                       )
 7   HARLEY-DAVIDSON/BUELL,             )DOCKET NO.:
 8              Plaintiff               )04-11402-NMG
 9          vs.                         )
     HARLEY-DAVIDSON MOTOR COMPANY,     )
10   INC., AND BUELL DISTRIBUTION       )
     COMPANY, LLC,                      )
11              Defendants.             )
12   _____)
13      VIDEO DEPOSITION OF JAMIE E. MCGRATH
14           DATE:   MAY 20, 2005
15           TIME:   9:08 A.M.
16           PLACE:  BINGHAM MCCUTCHEN LLP
17                   150 FEDERAL STREET
18                   BOSTON, MA  02110
19
20
21         MEDEIROS STENO & VIDEO GROUP
     "THE TRAVELING REPORTER FOR THE TRAVELING LITIGATOR SINCE 1988"
22   *Boston:       617.590.9767                    *Depositions
23   *New York:/NJ  646.413.4499                    *Arbitrations
     *Florida       305.321.7414                    *E-transcript
24   *E-mail:       depo@gomedeiros.com             *Video
              *MA *CT *NY *NJ *FL
```

44

```
 1        Q.   Do you know if Sheila Firth ever -- first
 2   of all, actually, just a second.
 3             So do you know whether Dan and John
 4   Sica both planned to buy these cycles?
 5        A.   I don't know exactly.
 6        Q.   What do you mean you don't know exactly?
 7        A.   I don't know.  I don't know.
 8        Q.   Okay.  Do you know whether they actually
 9   did ever buy a cycle?
10        A.   Yes.
11        Q.   Or these cycles?
12        A.   Uh-huh.
13        Q.   Okay.  Did they?
14        A.   These cycles?
15        Q.   Yes.
16        A.   No.
17        Q.   And Sheila Firth, did she ever buy that
18   cycle listed next to her name?
19        A.   No.
20        Q.   Do you know whether -- you say Dan and
21   John Sica didn't buy these cycles that are listed
22   next to their names, correct?
23        A.   Uh-huh.
24        Q.   Do you know whether they ever signed a
```

45

```
 1   contract or put down a down payment on these cycles?
 2        A.   I don't know.
 3        Q.   And same with Sheila, do you know whether
 4   she ever signed a contract or put a down payment on
 5   this cycle?
 6        A.   I don't know.
 7        Q.   Okay.  And you didn't do that with respect
 8   to the cycle that's next to your name, correct?
 9        A.   I don't remember.
10        Q.   You don't remember whether you ever signed
11   a contract or put down money on this cycle?
12        A.   No, I don't remember.  I don't recall.
13        Q.   In any event, you didn't buy this
14   motorcycle, correct?
15        A.   Correct, yes.
16        Q.   Can you tell me the time period that
17   Sheila, Dan, and John were considering buying these
18   cycles next to their name?
19        A.   Not exactly, no.
20        Q.   Did you ask them to purchase these cycles?
21        A.   Not that I can remember specifically.
22        Q.   Do you know if anyone else at the
23   dealership asked them to purchase these cycles?
24        A.   I don't know.
```