# TAB N

1

Stevens, Michael  24725sm                                      www.floridarealtime.com

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS



                        CIVIL ACTION
                      NO. 04 11402 NMG


     CYCLE-CRAFT CO., INC., D/B/A
     BOSTON HARLEY-DAVIDSON/BUELL,


              Plaintiff,

     vs.

     HARLEY-DAVIDSON MOTOR COMPANY, INC.
     AND BUELL DISTRIBUTION COMPANY, LLC,

              Defendants.

     _____/



                   Rice Pugatch Robinson & Schiller, P.A.
                   33 N.E. 2nd Street
                   Suite 101
                   Fort Lauderdale, Florida
                   Friday, February 25, 2005
                   Scheduled for 1:00 a.m.
                   Commenced at 1:13 p.m. to 3:05 p.m.


                      VIDEOTAPED DEPOSITION

                               OF

                       MICHAEL STEVENS          ORIGINAL
```

```
 1              MR. BENSON:  Use separate ones.
 2              MR. REHNQUIST:  Separate ones?  Okay.
 3              THE WITNESS:   I have that -- that's this,
 4      right?
 5              MR. BENSON:  Yeah.
 6              (Thereupon, Exhibit 1 was marked for
 7   Identification.)
 8   BY MR. BENSON:
 9       Q.     Can you identify what's been marked as
10   Exhibit Number 1 as the subpoena that you received in
11   this matter?
12       A.     It is.
13              MR. REHNQUIST:  This is 1, Bill?
14              MR. BENSON:  Yes.  Can you mark this as
15      Exhibit Number 2?
16              (Thereupon, Exhibit 2 was marked for
17   Identification.)
18   BY MR. BENSON:
19       Q.     I will show you, Mr. Stevens, what's been
20   marked as Exhibit Number 2, which was previously
21   marked at the deposition of Deborah Lunsford as
22   Exhibit Number 16, and just take a look at these pages
23   and let me know whether you recognize these documents?
24       A.     They're SWR forms.
25       Q.     And do you recall whether these were the
```

Stevens, Michael 24725sm                               www.floridarealtime.com

1  forms that were sent to DC Imports by Boston Harley
2  Davidson?
3      A.   They look like them.
4      Q.   And I'm still going to have a few other
5  questions on them.
6      A.   Okay.
7      Q.   And do you recall what information you
8  provided for these SWRs?
9           MR. REHNQUIST:  Object to the form.
10     A.   I filled all my information and signed it.
11     Q.   Let's take a look at a couple of these
12 documents.  If you look at the first page, James
13 Gusoff, do you recognize any of the writing on that
14 document?
15     A.   No.
16     Q.   If you look at the second page for Daniel
17 Gusoff, do you recognize any of the writing on that
18 page?
19          MR. REHNQUIST:  I'm sorry, just to -- do
20    you mean the handwriting?
21 BY MR. BENSON:
22     Q.   Handwriting or the signature?
23     A.   No.
24     Q.   So you weren't involved in preparing this
25 document?

1              MR. BENSON:  About midway, 749 is the
2     Bate's number.
3              MR. REHNQUIST:  Got it.  Thanks.
4     BY MR. BENSON:
5         Q.   And I believe you testified earlier that
6     the SWRs you received from Boston Harley Davidson were
7     highlighted in certain places?
8         A.   I believe they were.  I know the buyers
9     orders were.  I'm sure that if they were, these most
10    likely were, too.
11        Q.   And do you recall the SWRs being
12    highlighted?
13        A.   I'm not a hundred percent sure.
14        Q.   And were you responsible for compiling
15    these SWRs?
16        A.   Once they were completed, yes.
17        Q.   And were you the one who sent them back to
18    Boston Harley Davidson?
19        A.   I did.
20        Q.   And who did you send them to the attention
21    to?
22        A.   Ron Buchbaum.
23             MR. BENSON:  I would like for you --
24    actually, why don't we mark this as Exhibit 3.
25             (Thereupon, Exhibit 3 was marked for