# TAB O

**State of Florida**
**DEPARTMENT OF**
**HIGHWAY SAFETY AND MOTOR VEHICLES**

FRED O. DICKINSON
Executive Director

JEB BUSH
Governor

CHARLIE CRIST
Attorney General

TOM GALLAGHER
Chief Financial Officer

CHARLES H. BRONSON
Commissioner of Agriculture

**RECEIVED**
JUL 0 5 2005
BINGHAM McCUTCHEN LLP

### DECLARATION OF CERITIFICATION

I, Major David H. Brierton, hereby swear and depose as follows:

1. I am the Chief of Investigations for the Florida Highway Patrol.
2. I oversee and maintain the Internal and criminal cases files investigated by the Florida Highway Patrol.
3. I hereby certify that the document attached hereto, an Offense Incident Report and Investigation Report, is a true and correct copy of the original of an official record of the Florida Highway Patrol, and filed in our office.
4. This document is authored by Corporal Anthony Caserta Jr. of the Florida Highway Patrol, Bureau of Investigations

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on June 23, 2005.

_____
Major David H. Brierton
Florida Highway Patrol
Bureau of Investigations

Sworn to ands Subscribed
Before me this _23_ day
Of June , 2005.

_____
Notary Public
My commission expires:
5/21/08



MARY A. COOKSEY
MY COMMISSION # DD 283200
EXPIRES: May 21, 2008
Bonded Thru Notary Public Underwriters

■ FLORIDA HIGHWAY PATROL ■ DRIVER LICENSES ■ MOTOR VEHICLES ■ ADMINISTRATIVE SERVICES ■
Neil Kirkman Building, Tallahassee, Florida 32399-0500
http://www.hsmv.state.fl.us/

# OFFENSE INCIDENT REPORT

**FLORIDA HIGHWAY PATROL**

| Field | Value |
|---|---|
| Juvenile | |
| 1. Original / 2. Supplement | 1 |
| Agency ORI Number | FL0600 HWP |
| Agency Name | Florida Highway Patrol |
| Reported: Day | Tuesday |
| Date | 08-05-03 |
| Incident Type | Traffic Felony |
| Incident: Day From | Tuesday |
| Date | 08-05-03 |
| To Day | Friday |
| Date | 08-08-03 |

**Offense #1** Type 1 — Description: Title Fraud — C-Committed

**Incident Location:** 301 N. Olive Avenue, West Palm Beach, FL

**Business Name / Area Identifier:** Palm Beach County Tax Collector's Office

- Forced Entry: 2 (No)
- Occupancy: 0
- Location Type: 1 7
- # Offenses: 1
- # Victims: 1
- # Offenders: 1
- # Prem. Ent.: 0
- # Veh. Stolen: 0
- Extent of injury: 0 0

**Suspect:** Code S 1 — DC Imports International

**Last Known Address:** 721 S. Military Trail, Deerfield Beach, FL 33422

**Occupation:** Motorcycle Sales

## Narrative

On Tuesday August 5, 2003, Corporal Anthony Caserta Jr. of the Florida Highway Patrol Bureau of Investigations received information from the Palm Beach County Tax Collector's Office regarding a possible series of title frauds committed by DC Imports International Inc. Subsequent investigation revealed that DC Imports, operated by Diane R. Cooke, falsified information in the applications for title for 19 Harley Davidson Motorcycles. The records reflect that DC Imports applied for title in the name of 19 individuals who are friends or family of Mrs. Cooke to make the purchases look like individual retail sales. This was done to circumvent Harley Davidson policy prohibiting dealer to dealer sales. Records reflect that the motorcycles were paid for by the 19 individuals and not DC Imports, application was made in the individual(s) names with the intent for final

**Officer(s) Reporting:** Corporal Anthony Caserta Jr. — ID Number: 0583-0516 — Troop Q (L) — Date: 08/08/03

**Officer Reviewing:** Lieutenant Ernest A. Wessels — ID Number: 0114/0094 — Date: 08/08/03

**Case Status:** pending investigation

Page 1 of 2

| | |
|---|---|
| Agency ORI Number: FLO 5 0 H P 0 5 | Agency Name: **FLORIDA HIGHWAY PATROL** |
| Original Date Reported: 0 8 0 5 0 3 | Case Reference: Title Fraud |

Agency Report Number: 0 3 9 9 0 0 6 9 3 1 0

1. Offense / 2. Arrest: 1
Juvenile:
1. Original / 2. Supplement: 1

sale by DC Imports. It was discovered that during the course of the application for title, DC Imports forged the signatures of these individuals on the Manufacturer Statement of Origin (MSO), and under reported the sales price for the motorcycles to a cumulative value of $50,000.00. In so doing, DC Imports evaded $3000.00 in sales tax, and made false statements in the application for Florida certificate of title.

On Friday, August 08, 2003, Corporal Caserta, accompanied by Lieutenants Ernest A. Wessels, and Michael E. Sheehan, went to DC Imports International. There they met with Mrs. Cooke and confiscated the 19 motorcycles in accordance with Florida State Statute 319.33(6) which identifies the motorcycles in question as contraband subject to forfeiture. An investigation is continuing.

Officer(s) Reporting: Corporal Anthony Caserta Jr.
ID. Number(s): 0583-0516
Troop: Q (L)
Date: 08/08/03

Officer Reviewing (If Applicable): Lieutenant Ernest A. Wessels
ID. Number: 0114/0094
Date: 08/08/03

Case Status: pending investigation
Page 2 of 2