# TAB Q

Case 1:04-cv-11402-NMG   Document 41-18   Filed 08/12/2005   Page 2 of 9

4/28/05 DEPOSITION OF JASON MARASCA   RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

```
                                          1

                                     VOLUME 1
                                     PAGE:    1-82
                                     EXHIBITS: 1-9

          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS

CYCLE-CRAFT CO., INC.                    ) CIVIL ACTION
D/B/A BOSTON HARLEY-DAVIDSON/BUELL,      ) NO. 11402NMG
     PLAINTIFF,                          )
v.                                       )
HARLEY-DAVIDSON MOTOR COMPANY, INC.,     )
AND BUELL DISTRIBUTION COMPANY, LLC,     )
     DEFENDANTS.                         )
_____)

        DEPOSITION OF JASON MARASCA
        DATE:   APRIL 28, 2005
        TIME:   10:06 A.M.
        PLACE:  BINGHAM MCCUTCHEN
                150 FEDERAL STREET
                BOSTON, MA  02110
```

**MEDEIROS STENO & VIDEO GROUP**

"FOR THE TRAVELING LITIGATOR SINCE 1988"

| | | |
|---|---|---|
| *Boston: | 617.590.9767 | *Depositions |
| *New York: | 646.413.4499 | *Arbitrations |
| *Florida | 305.321.7414 | *E-transcript |
| *E-mail: | depo@gomedeiros.com | *Video |

*MA *CT *NJ *NY *FL

Case 1:04-cv-11402-NMG   Document 41-18   Filed 08/12/2005   Page 3 of 9

4/28/05 DEPOSITION OF JASON MARASCA     RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

11

```
 1        A:   Please.
 2        Q:   During 2003 did Lee Custom Cycle purchase
 3   eight new Harley-Davidson motorcycles from
 4   Cycle-Craft?
 5             MR. REHNQUIST:   Objection.
 6        A:   Yes.
 7        Q:   Were you the salesman on that deal?
 8        A:   Yes.
 9        Q:   And to the best of your knowledge did Lee
10   Custom Cycle pay for those new Harley-Davidson
11   motorcycles?
12        A:   Yes.
13        Q:   Did you negotiate the sales price?
14        A:   Yes.
15        Q:   With whom did you negotiate the sales
16   price?
17        A:   Jeff Christensen.
18        Q:   Did you have an understanding as to what
19   his relationship with the company Lee Custom was?
20        A:   Yes.
21        Q:   What?
22        A:   Sales Manager, I believe.
23        Q:   Was a sales price for the eight motorcycles
24   arrived at?
```

13

1    Q:   How were you aware of Lee Custom Cycle?
2    A:   I've done business with Lee Custom Cycle in
3    the past, sold them a couple of motorcycles.
4    Q:   While you were at Cycle-Craft?
5    A:   Yes.
6    Q:   To your knowledge had Lee Custom Cycle
7    purchased, other motorcycles from Cycle-Craft besides
8    the ones that you've identified?
9         MR. REHNQUIST:  Objection.
10   Q:   In other words, the eight on the deal that
11   you had and then these others that you just
12   mentioned?
13        MR. REHNQUIST:  Object to the form.
14   A:   Yes.  There was motorcycles before the
15   eight.
16   Q:   Do you know how many?
17   A:   No.
18   Q:   Would you characterize Lee Custom as a
19   regular customer of Cycle-Craft?
20        MR. REHNQUIST:  Object to the form.
21   A:   Yes.
22   Q:   Do you have an understanding as to whether
23   Mr. Buchbaum knew who Lee Custom Cycle was?
24        MR. REHNQUIST:  Object to the form.

Case 1:04-cv-11402-NMG    Document 41-18    Filed 08/12/2005    Page 5 of 9

4/28/05 DEPOSITION OF JASON MARASCA    RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

14

1   A: Yes.

2   Q: How do you have that understanding?

3   A: That he knew that Lee Custom Cycle bought
4   motorcycles?

5   MR. BERKOWITZ: Yes.

6   THE WITNESS: Because I gave him eight
7   bills of sale that following morning with those eight
8   motorcycles, individual bills of sales for eight
9   motorcycles and the purchaser was Lee Custom Cycles.

10   MR. BERKOWITZ: We'll come back to that
11   in a minute.

12   Q: As of the time that you first contacted Mr.
13   Christensen about purchasing eight new motorcycles
14   did you have an understanding as to whether Mr.
15   Buchbaum knew who Lee Custom Cycle was?

16   MR. REHNQUIST: Object to the form.

17   A: I don't know if Ron knew Lee Custom Cycle
18   existed, so I do not know that.

19   Q: After you spoke with Mr. Christensen did
20   you write up bills of sale?

21   A: Yes, the following morning.

22   Q: Was this in July of 2003?

23   A: Yes, it was.

24   Q: And in whose name did you write up the

Case 1:04-cv-11402-NMG   Document 41-18   Filed 08/12/2005   Page 6 of 9

4/28/05 DEPOSITION OF JASON MARASCA   RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

15

1   bills of sale?
2       A:   Lee Custom Cycles.
3       Q:   Was this a single bill of sale or multiple
4   bills of sale, one for each vehicle?
5       A:   One for each.  Eight individual bills of
6   sale.
7       Q:   And after you wrote them up what did you
8   do, if anything?
9       A:   After I wrote the bills of sales up I went
10  into Ron's office and showed him the eight bills of
11  sale.
12      Q:   What did you tell him?
13      A:   "I sold eight bikes last night."
14      Q:   What did he say?
15      A:   "Good job."
16      Q:   Was there any further discussion?
17      A:   Yeah, I gave him the bills of sales and he
18  said to call back Lee Custom Cycles and get eight
19  individual names and put the individual names on the
20  bills of sale.
21      Q:   Was there any further discussion in that
22  conversation that you can recall?
23      A:   And he said, "Get eight different credit
24  cards and run it for $500.00 a piece for the

Case 1:04-cv-11402-NMG   Document 41-18   Filed 08/12/2005   Page 7 of 9

4/28/05 DEPOSITION OF JASON MARASCA        RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

16

```
 1   deposit."
 2        Q:  Anything else that you remember in that
 3   conversation?
 4        A:  No.
 5        Q:  What was the next thing that you did?
 6        A:  I called up Lee Custom Cycles and asked
 7   them to give me eight different names to put the
 8   motorcycles in.
 9        Q:  Was this Mr. Christensen?
10        A:  That was Jeff Christensen, yes.
11        Q:  What did you say to Mr. Christensen and
12   what did he say to you?
13        A:  I told him that he needed eight individual
14   names for the bikes and I needed eight different
15   $500.00 deposits for them.  He asked me why and I
16   told him that that's what my manager wants to do.
17        Q:  At the time did you have an understanding
18   as to why Mr. Buchbaum asked you to do that?
19        A:  I thought he was just making it hard for
20   me.
21        Q:  What happened next?
22        A:  I got eight individual names and wrote them
23   on the bills of sales.
24        Q:  How did you get the names?
```

17

1    A: Mr. Christensen called me and gave me
2 different names and faxed me over eight individual
3 driver's licenses.
4    MR. BERKOWITZ: Let me back up a little
5 bit and see if I have the chronology.
6    Q: This all takes place in July of 2003?
7    A: Yes.
8    Q: And do you remember anything more specific
9 than July of 2003? Do you remember dates?
10   A: No, I don't.
11   Q: After you went into Mr. Buchbaum's office
12 with the original bills of sale written up in the
13 name of Lee Custom Cycle, how long after that did you
14 contact Mr. Christensen?
15   A: Immediately.
16   Q: How long after you contacted Mr.
17 Christensen did he get back to you with names?
18   A: I'm not quite sure. It was too long. A
19 day or two maybe.
20   Q: What happened to the original bills of sale
21 written up in the name of Lee Custom Cycle?
22   MR. REHNQUIST: Object to the form.
23   A: They were ripped up.
24   Q: Who ripped them up?

Case 1:04-cv-11402-NMG   Document 41-18   Filed 08/12/2005   Page 9 of 9

4/28/05 DEPOSITION OF JASON MARASCA    RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

25

1   Q:  In what respect?

2   A:  I believe he bought a motorcycle off me a
3   little before that, a brand new Sportster.  I'm
4   pretty sure he did.

5   Q:  As of the time that Mr. Christensen gave
6   you these names had you spoken with any of these
7   people reflected in Christensen exhibit 2 about
8   purchasing any of the bikes reflected in that same
9   exhibit, other than Mr. Christensen himself?

10  A:  Jeff was the only person I spoke to.

11  Q:  Was it your understanding that Lee Custom
12  Cycle was buying these bikes as part of its business?

13  A:  Yes.

14  Q:  And was that something that you discussed
15  with Mr. Christensen?

16  A:  No.

17  Q:  How did you arrive at that understanding?

18  A:  Because I knew he sold bikes so I figured
19  since we had a good sale that he was going to try to
20  make a profit on them.  So I just thought that's the
21  way it was going, but we never talked about it.

22  Q:  Did you have any discussion about this deal
23  with Lee Custom with Mr. Bloom other than presenting
24  him with the bills of sales and having him initial