# TAB R



Harley-Davidson Motor Company, 3700 West Juneau Ave., PO Box 653, Milwaukee, WI 53201   414/342-4680

April 20, 2004

<u>BY CERTIFIED MAIL – RETURN RECEIPT REQUIRED</u>

Cycle-Craft Co., Inc.
1760 Revere Beach Parkway
Everett, MA 02149
Attention: John F. Atwood, President and Dealer Operator

Re:   *Inspection of Records*

Dear Mr. Atwood:

As you know, Harley-Davidson representatives recently completed an inspection of certain Cycle-Craft Co., Inc. sales records in accordance with Section J.6 of the General Conditions of the Harley-Davidson Dealer Contract ("Dealer Contract"). This inspection was conducted at your dealership facilities in Everett, Massachusetts on February 17-18, 2004.

The inspection of Cycle-Craft records revealed that the following units, identified by VIN number, were falsely reported by Cycle-Craft as motorcycles sold at retail to the customer listed below, when in fact they were purchased from Cycle-Craft by a motorcycle wholesaler, DC Imports International of Deerfield Beach, Florida (DCI). The purchases were made by consecutive cashier's checks drawn at Northern Trust Bank of Florida and delivered by Cycle-Craft to the wholesaler.

| VIN | Northern Trust Bank Cashier Check # | Customer/SWR Names | Customer City/State | SWR Date of Sale |
|---|---|---|---|---|
| 1HD1GHV173K318821 | 301053 | Paulovich, S. | Margate, FL | 7/30/2003 |
| 1HD4CAM163K449790 | 301052 | Lunsford, D. | Coral Springs, FL | 7/30/2003 |
| 1HD1BSY133Y075190 | 301051 | Christiansen, H. | Boca Raton, FL | 7/30/2003 |
| 1HD1GEV403K325618 | 301050 | Christiansen, K. | Boca Raton, FL | 7/30/2003 |
| 1HD1CAP103K448116 | 301049 | Wiingard, H. | Coral Springs, FL | 7/30/2003 |
| 1HD4CEM183K450253 | 301048 | Stevens, M. | Lighthouse Point, FL | 7/30/2003 |
| 1HD4CEM113K447680 | 301047 | Lunsford, B. | Coral Springs, FL | 7/30/2003 |
| 1HD1CAP163K450548 | 301046 | Gusoff, J. | Fort Lauderdale, FL | 7/30/2003 |
| 1HD1PFD1X3Y954586 | 301045 | Larsen, L. | Margate, FL | 7/30/2003 |
| 1HD1CGP193K447808 | 301044 | Stimpston, T. | Fort Lauderdale, FL | 7/30/2003 |
| 1HD1CAP1X3K453887 | 301043 | Gusoff, L. | Fort Lauderdale, FL | 7/30/2003 |
| 1HD1CAP113K450151 | 301042 | Myllymari, R. | For Lauderdale, FL | 7/30/2003 |

Cycle-Craft Co., Inc.
April 19, 2004
Page 2

| VIN | Northern Trust Bank Cashier Check # | Customer/SWR Names | Customer City/State | SWR Date of Sale |
|---|---|---|---|---|
| 1HD1CAP153K441145 | 301041 | Lozon, J. | Pompano Beach, FL | 7/30/2003 |
| 1HD1GEV153K330500 | 301040 | Gusoff, L. | Fort Lauderdale, FL | 7/30/2003 |
| 1HD4CAM193K451727 | 301039 | Gotham, J. | Plantation, FL | 7/30/2003 |
| 1HD1CGP143K443654 | 301038 | Kapilla, C. | Fort Lauderdale, FL | 7/30/2003 |
| 1HD4CEM193K451492 | 301037 | Cagnina, C | Lighthouse Point, FL | 7/30/2003 |
| 1HD4CEM153K450792 | 301036 | Stevens, E. | Lighthouse, FL | 7/30/2003 |
| 1HD4CAM143K443289 | 301035 | Green, K. | Lighthouse Point, FL | 7/30/2003 |

The inspection of Cycle-Craft records further revealed that the following sales were made by Cycle-Craft to Lee Custom Cycle, a used motorcycle dealer in Lee, New Hampshire:

| VIN | SWR Name | Customer City, State | SWR Date |
|---|---|---|---|
| 1HD1BRY443Y089070 | Dellacroce, M. | Somersworth, NHJ | 7/25/2003 |
| 1HD1BVB143Y106103 | Issa, R. | Nottingham, NH | 7/24/2003 |
| 1HD1BVB173Y114065 | Gallagher, R. | Hampton, NH | 9/9/2003 |
| 1HD1FSW183Y644686 | Galleger, G. | Hampton, NH | 9/9/2003 |
| 1HD1BXB433Y115249 | Karp, A. | Plaistow, NH | 9/19/2003 |
| 1HD1FRW403Y746907 | Karp, D. | Plaistow, NH | 9/19/2003 |
| 1HD1GHV103K336352 | Rist, D. | Dover, NH | 7/25/2003 |
| 1HD1BMY453Y052113 | Christiansen, J. | Lee, NH | 7/25/2003 |

The foregoing motorcycle sales were falsely reported by Cycle-Craft as retail sales made to the customers listed above. In addition, VIN 1HD1FYW103Y610226 was sold by Cycle-Craft to Lou Winz Auto, a Massachusetts used vehicle dealer, but falsely designated as a retail sale.

Cycle-Craft also submitted false Sales and Warranty Registration Forms for the following units, including giving false or fictitious names and/or dates of sale:

| | | |
|---|---|---|
| 1HD1HAZ133K839405 | 1HD1HAZ403K842594 | 1HD1FSW143Y638979 |
| 1HD1BWB183Y107390 | 1HD1BSY123Y105487 | 1HD1FFW103Y638193 |
| 1HD1BMY473Y085436 | 1HD1BYB493Y097183 | 1HD1CGP413K431340 |
| 1HD1HAZ113K842917 | 1HD1BJY183Y052286 | 1HD1HAZ133K848962 |
| 1HD1GDV443K314311 | 1HD1PAC25YY951664 | 1HD1BXB493Y082225 |
| 1HD1BHY143Y099680 | 1HD1FCW463Y630589 | |

Cycle-Craft Co., Inc.
April 19, 2004
Page 3

Of these, three motorcycles, VIN 1HD1FCW463Y630589, 1HD1PAC25YY951664, and 1HD1CGP413K431340 were falsely reported as having been sold at retail, when in fact they had not been sold at all, but remained in dealer inventory as of the date of inspection.

Should you have any questions with regard to these matters, please contact me.

Sincerely,

*[signature]*

Jon Flickinger
Vice President
North American Sales and Dealer Services

JF04042