# TAB T

How To Force —
① Force Trans.

800 725-1243

ATTN: RON B. SALES MGR. :

12490 1) FXD - GUNMETAL – LACED- NO/SEC # 737 12810
17215 2) FXDWG-2TONE-NO/SEC 752 17215
16395 3) FXDWG-BLACK-NO/SEC - 720 Has Sec 16670
10040 4) (1200C-2TONE 716 10040)
9425 5) 1200C-RED 715 9425
9595 6) 1200C-GUNM #757 9595
8350 7) XL1200-BLACK-LACED #723 8670
8350 8) XL1200-BLACK-LACED # 69.9 8670
8350 9) XL1200-BLACK #734 8350
8425 10) XL1200-GUNM-LACED #714 8745
8425 11) XL1200-GUNM #777 8425 ✓
6070 12) XL883-BLACK-LACED 717 6390
6070 13) XL883-BLACK-LACED # 495 (ckgoldkey) 6390
6145 14) XL883-GUNM-LACED 770 6465
6595 15) 883H-GUNM-LACED 756 6915 ✓
6595 16) 883H-GUNM-LACED 728 6915 ✓
6530 17) 883H-BLACK-LACED 725 6850
6530 18) 883H-BLACK-LACED 712 6850
25995 19) FXSTDSEI 741 25995

187590 → (straight MSRP)
191,385 (Includes Sec + Laced Wheels)

EXHIBIT 6
S. WALSH
4-27-05 Ann

Mike Stevens
954-558-4905

C-C 01079
CONFIDENTIAL

TOTAL OUT THE DOOR PRICE (I WILL PICK UP ALL THE UNITS AND P.D.I. IF NECESSARY) $183,000.00 IN CERTIFIED FUNDS.

4590 Missing
or 7
8385 missing

186.00
Visa
4488 4813 6000 5073    4488 4813 6002 5931 exp 07-04
85,000.00

Doug
Debbie spoke to Daryl 0074636
Doug 100¢
072212
Auth #

#10,000 Visa
4488 4813 6900 1511
exp 3-05

Kathy Mowell 712 Military Trail Deerfield Beach FLA 33442
D.C. Imports - Send in
FAX - 954-834-0838   Ph. 954 834 0834