# EXHIBIT 4

**Verduyn, Steve**

From: Malicki, Mike
Sent: Tuesday, August 12, 2003 9:50 AM
To: Contois, Al; Verduyn, Steve
Cc: Hall, Dave
Subject: RE: Lee Custom Cycle

*Agree!*

*Thank-You and God Bless America*

*M. G. Malicki*
*Director of Field Operations*

> -----Original Message-----
> From: Contois, Al
> Sent: Monday, August 11, 2003 3:43 PM
> To: Verduyn, Steve
> Cc: Malicki, Mike; Hall, Dave
> Subject: RE: Lee Custom Cycle
>
> Steve,
>
> My suggestion would be to send a Dear Dealer Letter to both dealers requesting the paperwork for these 3 deals to verify that they completed the paperwork properly. Assuming that they did, at the very least, they will both know that we do check these out when we find them and from here on out selling a vehicle to these non-retailers in the future could reduce there allocation.
>
> Thanks,
>
> Al
>
> > -----Original Message-----
> > From: Verduyn, Steve
> > Sent: Monday, August 11, 2003 1:58 PM
> > To: Contois, Al
> > Cc: Malicki, Mike; Hall, Dave
> > Subject: RE: Lee Custom Cycle
> >
> > With a little digging, I found all three.
> >
> > FXSTI  sold 07/24/03 to Robert Issa Nottingham, NH by 1864 Everett, MA
> > (1HD1BVB143Y106103)
> > FXSTBI sold 01/27/03 to Raymond J. Smith Jr. of South Hadley, MA by 3630 Akron, OH
> > (1HD1JAB123Y041795)
> > FLSTF  sold 07/25/03 to Jeffrey Christiansen of Lee, NH by 1864 Everett, MA
> > (1HD1BMY453Y052113)
> > If memory serves, Lee Cycle is owned in part or fully by Ray Smith. We have had problems with that individual before. He tends to go from dealer to dealer and buy one/two bikes. Not necessarily much to raise dealer suspicion, but he ends up with a lot of bikes.

Verduyn
EXHIBIT 17
4/6/05
GRAMANN REPORTING, LTD.

11/12/2004

H-D 1855
Confidential

I cross checked the Boston sales for multiple purchases and found nothing. It is possible that these are "ghost" deals.

Advise how you want to proceed..........

Steve

-----Original Message-----
From: Contois, Al
Sent: Monday, August 11, 2003 11:30 AM
To: Verduyn, Steve
Subject: FW: Lee Custom Cycle

Steve,

Here you go. Thanks!!!!!!!

-----Original Message-----
From: Ed Moulton [mailto:EMoulton@SeacoastHarley.com]
Sent: Saturday, August 09, 2003 11:17 AM
To: Contois, Al
Subject: Lee Custom Cycle

Al -

Below are three bikes that my friend picked up on in the showroom of Lee Custom Cycle,
as I said they had electrical tape covering VIN but salesman had to go answer phone and he pulled tape back to get numbers...

| | | |
|---|---|---|
| FXSTI | BLK | 106103 |
| FXSTBI | GUN | 041795 |
| FLSTF | BLK/SLV | 052113 |

Thanks.... Ed

8/9/03 Channel 9 is running ads today for Lee Custom Cycle  "We have NEW 03 Harley-Davidson's in stock"....

Time for you to do your thing...

Thanks again......Ed

H-D 1856
Confidential

11/12/2004