# EXHIBIT 5

February 13, 2004

**<u>Via Overnight Mail</u>**

Mr. John Atwood
Boston Harley-Davidon
1760 Revere Beach Parkway
Everett, MA 02149

**RE: Audit of Dealership Records**

Dear Mr. Atwood:

I am writing to inform you that Harley-Davidson Motor Company will audit the records of Boston Harley-Davidson beginning February 17, 2004 at the dealership. I will be the Harley-Davidson Motor Company representative who will arrive Monday to conduct the audit. I intend to review, and copy as necessary, the new vehicle sales records of the dealership for the 2002-2004 vehicle model years. Please ensure that these records and vehicles are readily available for this purpose. I will endeavor to minimize any disruption or inconvenience to you or your dealership operations in connection with this audit.

Please review Section J.6. in the General Conditions of Sales and Service of your dealer contract concerning Harley-Davidson's right to audit and copy dealer records. A copy of this section is enclosed for your convenience.

Yours truly,

Steve Verduyn
Manager, Credit Programs


C: Al Contois, District Manager
   Mike Malicki, Director Field Operations

H-D 1912
Confidential