# EXHIBIT 6

Case 1:04-cv-11402-NMG    Document 42-7    Filed 08/12/2005    Page 1 of 2

```
RGIIC009              Harley-Davidson, Inc.        INQUIRY   Date 7/22/05
CONGDOS                   Registration             HMILDVL1  Time 13:17:05
CO-OWNER         : 00   CURRENT OWNER
VIN              : 1HD1FSW143Y638979    REGISTRATION CREATED ON  7/31/2003
NAME : MR.        JARRED                BUCHBAUM
       TITLE      FIRST                 I LAST
ADDRESS   : 4209 W. 70TH ST


CITY       : PRAIRIE VILLAGE            STATE: KANSAS
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES              POSTAL CODE:  66208
TELEPHONE : (   )    -
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED     : 7/31/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                         MA
TYPE OF SALE: RETAIL                    INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:       UNDER ESP UNTIL 08/02/2008
F3 - Exit  F7 - Update  F10 - Build Inq LAST UPD: RGUB0101   20030731
```

H-D 01