# EXHIBIT 7

## Massachusetts Registry of Motor Vehicles
### RMV-1 Application Form (617) 351-XXXX
http://www.massrmv.com

**Registration/Vehicle Information**

1. Reg Eff Date
2. Reg Exp Date
5. Plate Type

9. Type of Registration: ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial ☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☒ Motorcycle ☐ Other

10. Vehicle Identification Number: 1HD1FSW1_3Y_____

| 11. Year | 12. Make | 13. Model Name | 14. Model # | 15. Body Style | 16. Circle Color(s) of Vehicle 0-Orange 1-Black 2-Blue 3-_ |
|---|---|---|---|---|---|
| 2003 | HD | FLTR-I | T | MC | 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple |

18. Transmission: ☐ Automatic ☒ Manual
19. Total Gross Weight (Laden)
20. Motor Power: ☒ Gasoline ☐ Diesel ☐ Electric ☐ Other
21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil

**Owner Information**

22. Owner 1 License #/State: S29714206 MA
23. Owner 2 License #/State:

25. Owner 1 Name (Last, First, Middle): VELASQUEZ, EDWIN
26. Owner 1 Date of Birth: 6/10/1970

27. Owner 2 Name (Last, First, Middle):
28. Owner 2 Date of Birth:

30. City/Town Where Vehicle is Principally Garaged: Saugus

31. Mailing Address: 23 CLINTON AVE  City: SAUGUS  State: MA  Zip: 01906
32. Residential Address:

33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee
34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

**Signatures** — I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S).*** THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

35. Signature of Owner From Block 25 or 29. Also Print Name If Different
36. Signature of 2nd Owner From Block 27. Also Print Name If Different

37. Authorized Dealer's Signature
38. Dealer Reg No. 1

39. Seller's Name (Please Print): CYCLE CRAFT COMPANY INC.
40. Seller's Address: 1760 REVERE BEACH PKWY (RT 16)  EVERETT  MA  02149

**Insurance Certification** — THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

41A. Policy Effective Date:
    Policy Change Date:
41B. Manual Class:   41C. Ins. Company & Code:

Insurance Co's Authorized Representative's Signature

**Title Data**

42. Date of Purchase: 8/02/2003
43. Odometer Reading: 10
44. ☐ New Vehicle ☐ Used Vehicle — If new vehicle, certificate of origin must be submitted
45. Title Type: ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained
46. Primary Salvage Title Brands: ☐ Repairable ☐ Parts Only
47. Secondary Salvage Brand

**Lienholder Information** — I/we certify that all liens on this vehicle are listed below

48. Date of 1st Lien: 8/02/2003
49. Date of 2nd Lien:

50. First Lienholder Code:
51. Name: EAGLEMARK SAVINGS BANK
52. Lien Address: 4150 TECHNOLOGY WAY  CARSON CITY  NV  89706

53. Second Lienholder Code:
54. Name:
55. Lien Address:

**Sales or Use Tax Schedule**

56 A. SALE BY LICENSED MOTOR VEHICLE DEALER
DEALER EIN/FID NUMBER: 042277611
Total Sales Price: $ 20,425.00
(adjusted for dealer's discount and manufacturer's rebate)
Less Manufacturer's Excise: $ N/A
(on commercial vehicle over 10,000 lbs only)
Net Sales Price: $ 20,425.00
Less Trade-in Allowance for: $ 0.00
Yr____ Make____ Model____
VIN No. Required on Trade-Ins
Taxable Sales Price: $ 20,425.00
5% Sales Tax: $ 1,021.25

B. SALES BY OTHER THAN MOTOR VEHICLE DEALER
Gross Sales Price: $
5% Use Tax (Bill of Sale Must Be Shown): $

C. CLAIM EXEMPTION FROM TAX
Exempt Organization Certificate Number:
☐ See Attached Form ☐ Other

**Fee Information**

Reg____ Title____ Tax____
TOTAL $____   Clerk ID____
☐ Cash ☐ Check ☐ Credit Card ☐ EFT
Batch No____
Clerk Initials____

H-D 0510
Confidential

Not Valid Until Stamped With Official Stamp or Registrar's Signature