# EXHIBIT 8

```
RGII0009              Harley-Davidson, Inc.          INQUIRY   Date  2/20/04
VERDUYS                   Registration               HMILMFG1  Time 10:15:23
CO-OWNER            : 00   CURRENT OWNER
VIN                 : 1HD1BWB183Y107390      REGISTRATION CREATED ON  7/31/2003
NAME : MR    MIKE                     BLOOM
       TITLE       FIRST              I LAST
ADDRESS    : 24 POCAHONTAS DR


CITY       : PEABODY                  STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES            POSTAL CODE:  01960-3318
TELEPHONE :
HOG/BRAG INDICATOR: N    MEMBER:
DATE PURCHASED    : 7/31/2003         NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                             MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:     UNDER WARRANTY
F3 - Exit              F10 - Build Inq    LAST UPD: HOIB0060  20031021
```

H-D 0448
Confidential