# EXHIBIT 9

## Massachusetts Registry of Motor Vehicles
### RMV-1 Application Form (617) 351-4500
http://www.massrmv.com

| 3. Number of Documents___ | ☐ RO (Registration Only) | ☐ RX (Registration Transfer) |
|---|---|---|
| ☐ ST (Salvage Title) | ☐ RT (Registration & Title) | ☐ TAR (Title Add Registration) |
| ☐ TO (Title Only) | ☐ SW (Summer/Winter Swap) | 4. ☐ Address Change |

ORIGINAL

1. Reg Eff Date  2. Reg Exp Date

### Registration/Vehicle Information

| 5. Plate Type | 6. Registration Number | 7. Previous Title # | 8. State |
|---|---|---|---|

9. Type of Registration: ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial ☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☒ Motorcycle ☐ Other____

10. Vehicle Identification Number: 1 H D 1 B W B 1 8 3 Y 1 0 7 3 9 0 1

| 11. Year | 12. Make | 13. Model Name | 14. Model # | 15. Body Style | 16. Circle Color(s) of Vehicle  0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 17. # of Cylinders/Passengers/Doors |
|---|---|---|---|---|---|---|
| 2003 | HD | FLSTCI | T | MC | | 2 / 2 / 0 |

18. Transmission: ☐ Automatic ☒ Manual

19. Total Gross Weight (Laden): 

20. Motor Power: ☒ Gasoline ☐ Diesel ☐ Electric ☐ Other

21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil
If carrying passengers for hire, max no of passengers that can be seated: ____
If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No

### Owner Information

| 22. Owner 1 License #/State | 23. Owner 2 License #/State | 24. EIN/FID |
|---|---|---|
| 026528945  MA | | |

| 25. Owner 1 Name (Last, First, Middle) | 26. Owner 1 Date of Birth |
|---|---|
| STANWOOD, JOANN M. | 9/16/1960 |

| 27. Owner 2 Name (Last, First, Middle) | 28. Owner 2 Date of Birth |
|---|---|

29. Corp/Co/Organization Name (see Block 24)

30. City/Town Where Vehicle is Principally Garaged:

| 31. Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 977 CRESENT ST | BROCKTON | MA | 02302 |

32. Residential Address | City | State | Zip Code

33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee

34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

### Signatures

I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S). THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

35. Signature of Owner From Block 25 or 29. Also Print Name If Different

36. Signature of 2nd Owner From Block 27. Also Print Name If Different

37. Authorized Dealer's Signature | 38. Dealer Reg No.

39. Seller's Name (Please Print): CYCLE CRAFT COMPANY INC.

40. Seller's Address: 1760 REVERE BEACH PKWY (RT 16)  EVERETT  MA  02149

### Insurance Certification

THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

41A. Policy Effective Date: _____
Policy Change Date: _____
41B. Manual Class:   41C. Ins. Company & Code:

Insurance Co's Authorized Representative's Signature

### Title Data

| 42. Date of Purchase | 43. Odometer Reading |
|---|---|
| 8/01/2003 | 10 |

☒ New Vehicle ☐ Used Vehicle   If new vehicle, certificate of origin must be submitted

45. Title Type: ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained

46. Primary Salvage Title Brands: ☐ Repairable ☐ Parts Only
47. Secondary Salvage Brand

### Lienholder Information

We certify that all liens on this vehicle are listed below

| 48. Date of 1st Lien | 49. Date of 2nd Lien |
|---|---|

50. First Lienholder Code    51. Name

52. Lien Address

53. Second Lienholder Code    54. Name    55. Lien Address

### Sales or Use Tax Schedule

### Fee Information

H-D 0451
Confidential