# EXHIBIT 10

```
RGII0009              Harley-Davidson, Inc.        INQUIRY   Date 1/08/04
BOLDEND                   Registration             HMILMFG1  Time 05:49:36
CO-OWNER         : 00    CURRENT OWNER
/IN              : 1HD1BYB493Y097183    REGISTRATION CREATED ON  7/31/2003
NAME : MR.       RODERICK          J GRANESE
        TITLE    FIRST             I LAST
ADDRESS      : 99 OXFORD ST


CITY         : REVERE                       STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY      : UNITED STATES                POSTAL CODE:  02151
TELEPHONE    : (781)289-9643
HOG/BRAG INDICATOR: N    MEMBER:
DATE PURCHASED   : 7/31/2003                NO PROGRAM
REGISTERING DEALER: 1864 Cycle-Craft Co., Inc.
                         Everett                              MA
TYPE OF SALE: RETAIL                        INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:           UNDER WARRANTY
F3 - Exit   F7 - Update   F10 - Build Inq   LAST UPD: RGUB0101   20030731
```

*[handwritten notations: "NMG", "#1864", "Jamie Tipton"]*

H-D 1664
Confidential