# EXHIBIT 12

```
RGII0009              Harley-Davidson, Inc.      INQUIRY   Date  1/07/04
BOLDEND                   Registration           HMILMFG1  Time  14:41:05
CO-OWNER          : 00   CURRENT OWNER
VIN               : 1HD1BSY123Y105487    REGISTRATION CREATED ON  7/31/2003
NAME : MR     SALVATORE              GIORDANO
       TITLE   FIRST                  I LAST
ADDRESS   : 388 OCEAN AVE APT 706


CITY      : REVERE                    STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES             POSTAL CODE:  02151-2657      #1864
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED       : 7/31/2003       NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                              Everett                      MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:      UNDER WARRANTY
F3 - Exit   F7 - Update   F10 - Build Inq    LAST UPD: HOIB0060    20031021
```

*[Handwritten: VOIDED across form; "#1864" circled; "Jamie Talon" signed below]*

H-D 1663
Confidential