# EXHIBIT 13

Case 1:04-cv-11402-NMG   Document 42-14   Filed 08/12/2005   Page 1 of 2

## Massachusetts Registry of Motor Vehicles
### RMV-1 Application Form (617) 351-4500
http://www.massrmv.com

1. Reg Eff Date
2. Reg Exp Date
3. Number of Documents ___
- ☐ RO (Registration Only)
- ☐ ST (Salvage Title)
- ☐ RT (Registration & Title)
- ☐ TO (Title Only)
- ☐ SW (Summer/Winter Swap)
- ☐ RX (Registration Transfer)
- ☐ TAR (Title Add Registration)
- ☐ Address Change

ORIGINAL

### Registration/Vehicle Information
5. Plate Type
6. Registration Number
7. Previous Title #
8. State

9. Type of Registration: ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial ☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☒ Motorcycle ☐ Other ___

10. Vehicle Identification Number: 1 H D 1 B S Y 4 2 8 Y 1 0 5 4 8 7

| 11. Year | 12. Make | 13. Model Name | 14. Model # | 15. Body Style | 16. Circle Color(s) of Vehicle | 17. # of Cylinders/Passengers/Doors |
|---|---|---|---|---|---|---|
| 2003 | HD | FXSTD | T | MC | 0-Orange (1-Black) 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 2  2  0 |

18. Transmission: ☐ Automatic ☒ Manual
19. Total Gross Weight (Laden)
20. Motor Power: ☒ Gasoline ☐ Diesel ☐ Electric ☐ Other
21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil
If carrying passengers for hire, max no of passengers that can be seated: ___
If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No

### Owner Information
22. Owner 1 License #/State: 024362213  MA
23. Owner 2 License #/State:

25. Owner 1 Name (Last, First, Middle): BOTELHO, MICHAEL J.
26. Owner 1 Date of Birth: 9/30/1948
27. Owner 2 Name (Last, First, Middle):
28. Owner 2 Date of Birth:

30. City/Town Where Vehicle is Principally Garaged:

31. Mailing Address: 75 HARVEST LN | City: BRIDGEWATER | State: MA | Zip Code: 02324
32. Residential Address: | City: | State: | Zip Code:

33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee
34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

### Signatures
I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S)*** THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

Signature of Owner From Block 25 or 29. Also Print Name If Different: *Michael J Botelho*
Signature of 2nd Owner From Block 27. Also Print Name If Different:

Authorized Dealer's Signature:
38. Dealer Reg No.: 1
Seller's Name (Please Print): CYCLE CRAFT COMPANY INC.
Seller's Address: 1760 REVERE BEACH PKWY (RT 16)  EVERETT  MA 02149

### Insurance Certification
THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

41A. Policy Effective Date: ___
Policy Change Date: ___
41B. Manual Class: ___  41C. Ins. Company & Code: ___

Insurance Co's Authorized Representative's Signature

### Title Data
42. Date of Purchase: 8/07/2003
43. Odometer Reading: 10
☒ New Vehicle  ☐ Used Vehicle  If new vehicle, certificate of origin must be submitted
45. Title Type: ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained
46. Primary Salvage Title Brands: ☐ Repairable ☐ Parts Only
47. Secondary Salvage Brand

### Lienholder Information
We certify that all liens on this vehicle are listed below
48. Date of 1st Lien
49. Date of 2nd Lien
First Lienholder Code ___  51. Name: Bridgewater Credit Union
Lien Address: 75 main St Bridgewater MA 02324
Second Lienholder Code ___  54. Name: ___  55. Lien Address: ___

### Sales or Use Tax Schedule
### Fee Information

H-D 0473
Confidential