# EXHIBIT 14

```
RGII0009              Harley-Davidson, Inc.        INQUIRY    Date 1/22/04
BOLDEND                   Registration             HMILMFG1   Time 15:16:04
CO-OWNER         : 00   CURRENT OWNER
VIN              : 1HD1HAZ113K842917    REGISTRATION CREATED ON  7/31/2003
NAME :                  LISSA                 BLOOM
       TITLE            FIRST               I LAST
ADDRESS          : 310 FAIRBANKS ST APT 3       INVALID ADDRESS


CITY             : BROOKLINE                  STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY          : UNITED STATES              POSTAL CODE:  02446
TELEPHONE        :
HOG/BRAG INDICATOR: N    MEMBER:
DATE PURCHASED       : 7/31/2003              NO PROGRAM
REGISTERING DEALER: 1864 Cycle-Craft Co., Inc.
                        Everett                                    MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:      UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq   LAST UPD: SCHNEIL    20031103
```

#1864

JAMIE

H-D 1659
Confidential