# EXHIBIT 15

## Massachusetts Registry of Motor Vehicles
### RMV-1 Application Form (617) 351-4500
http://www.massrmv.com

| 1. Reg Eff Date | 2. Reg Exp Date | 3. Number of Documents ___ | ☐ RO (Registration Only) | ☐ RX (Registration Transfer) |
|---|---|---|---|---|
| | | ☐ ST (Salvage Title) | ☐ RT (Registration & Title) | ☐ TAR (Title Add Registration) |
| | | ☐ TO (Title Only) | ☐ SW (Summer/Winter Swap) | 4. ☐ Address Change |

### Registration/Vehicle Information

| 5. Plate Type | 6. Registration Number | 7. Previous Title # | 8. State |
|---|---|---|---|

**9. Type of Registration:** ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial ☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☒ Motorcycle ☐ Other ___

**10. Vehicle Identification Number:** 1 H D 1 H A Z 1 1 3 K 8 4 2 9 1 7

| 11. Year | 12. Make | 13. Model Name | 14. Model # | 15. Body Style | 16. Circle Color(s) of Vehicle  0-Orange 1-Black 2-Blue 3-Brown  4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 17. # of Cylinders/Passengers/Doors |
|---|---|---|---|---|---|---|
| 2003 | HD | VRSCA | | MC | | 2  2/  0 / |

| 18. Transmission | 19. Total Gross Weight (Laden) | 20. Motor Power | 21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil |
|---|---|---|---|
| ☐ Automatic  ☒ Manual | | ☒ Gasoline ☐ Diesel  ☐ Electric ☐ Other | If carrying passengers for hire, max no of passengers that can be seated: ___  If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No |

### Owner Information

| 22. Owner 1 License #/State | 23. Owner 2 License #/State | 24. |
|---|---|---|
| S65729366  MA | | |

**25. Owner 1 Name (Last, First, Middle):** ORELLANA, JORGE D.
**26. Owner 1 Date of Birth:** 7/05/1949
**27. Owner 2 Name (Last, First, Middle):**
**28. Owner 2 Date of Birth:**

**30. City/Town Where Vehicle is Principally Garaged:** Hyde Park

**31. Mailing Address** | City | State | Zip Code
93 WASHINGTON ST #2 | HYDE PARK | MA | 02136
**32. Residential Address** | City | State | Zip Code

**33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee**

**34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee**

### Signatures

I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT. THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

**35. Signature of Owner From Block 25 or 29. Also Print Name If Different**
**36. Signature of 2nd Owner From Block 27. Also Print Name If Different**
**37. Authorized Dealer's Signature** | **38. Dealer Reg No.** 1
**39. Seller's Name (Please Print):** CYCLE CRAFT COMPANY INC.
**40. Seller's Address:** 1760 REVERE BEACH PKWY (RT 16) EVERETT MA 02149

### Insurance Certification

THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

**41A. Policy Effective Date:** ___
Policy Change Date: ___
**41B. Manual Class:** **41C. Ins. Company & Code:**
Insurance Co's Authorized Representative's Signature

### Title Data

| 42. Date of Purchase | 43. Odometer Reading |
|---|---|
| 8/02/2003 | 10 |

**44.** ☒ New Vehicle ☐ Used Vehicle   If new vehicle, certificate of origin must be submitted
**45. Title Type:** ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained
**46. Primary Salvage Title Brands:** ☐ Repairable ☐ Parts Only   **47. Secondary Salvage Brand**

### Lienholder Information

I/we certify that all liens on this vehicle are listed below

| 48. Date of 1st Lien | 49. Date of 2nd Lien |
|---|---|
| 8/02/2003 | |

**50. First Lienholder Code** | **51. Name:** EAGLEMARK SAVINGS BANK
**52. Lien Address:** 4150 TECHNOLOGY WAY   CARSON CITY   NV   89706
**53. Second Lienholder Code** | **54. Name** | **55. Lien Address**

### Sales or Use Tax Schedule
### Fee Information

H-D 0440
Confidential