# EXHIBIT 16

```
RGII0009                 Harley-Davidson, Inc.        INQUIRY   Date 10/24/03
BOLDEND                      Registration             HMILMFG1  Time 11:16:56
CO-OWNER              : 00   CURRENT OWNER
VIN                   : 1HD1BMY473Y085436    REGISTRATION CREATED ON  7/31/2003
NAME : MR.     MATTHEW                BLOOM
         TITLE       FIRST            I LAST
ADDRESS   : 4 POCAHONTAS DR


CITY        : PEABODY                  STATE: MASSACHUSETTS
PROVINCE/
     COUNTY:
COUNTRY   : UNITED STATES              POSTAL CODE:  01960
TELEPHONE : (   )   -
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 7/31/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                   MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:        UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq  LAST UPD: RGUB0101  20030731
```

#1864

Jamie
Talbot

H-D 1658
Confidential