# EXHIBIT 17

| Massachusetts Registry of Motor Vehicles RMV-1 Application Form (617) 351-4500 http://www.massrmv.com | 3. Number of Documents ___ ☐RO (Registration Only) ☐ST (Salvage Title) ☐TO (Title Only) | ☐RT (Registration & Title) ☐SW (Summer/Winter Swap) | ☐RX (Registration Transfer) ☐TAR (Title Add Registration) 4. ☐ Address Change | ORIGINAL |
|---|---|---|---|---|

### Registration/Vehicle Information

| 1. Eff Date | 2. Reg Exp Date | 5. Plate Type | 6. Registration Number | 7. Previous Title # | 8. State |
|---|---|---|---|---|---|

9. Type of Registration: ☐Passenger ☐Bus ☐Taxi ☐Livery ☐Commercial ☐Auto Home ☐Semi-Trailer ☒Motorcycle ☐Other _____

10. Vehicle Identification Number: 1 H D 1 B M Y 4 7 3 Y 0 8 5 4 3 6

| 11. Year 2003 | 12. Make HD | 13. Model Name FLSTF | 14. Model # T | 15. Body Style MC | 16. Circle Color(s) of Vehicle  0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 17. # of Cylinders/Passengers/Doors  2  2  0/ |
|---|---|---|---|---|---|---|

18. Transmission: Automatic / Manual  
19. Total Gross Weight (Laden)  
20. Motor Power: ☒Gasoline ☐Diesel ☐Electric ☐Other  
21. Bus: ☐Regular ☐DPU ☐Livery ☐Taxi ☐School Pupil — If carrying passengers for hire, max no of passengers that can be seated: ___  If school bus, is it used exclusively for city, town, or school district? ☐Yes ☐No

### Owner Information

| 22. Owner 1 License #/State 014523987  MA | 23. Owner 2 License #/State |
|---|---|

24. Owner 1 Name (Last, First, Middle): CONNELLY, MARK F  
26. Owner 1 Date of Birth: 2/10/1963  
27. Owner 2 Name (Last, First, Middle):  
28. Owner 2 Date of Birth:

29. Organization Name (Block 24):  
30. City/Town Where Vehicle is Principally Garaged:

| Mailing Address 13 CORNELL RD | City DANVERS | State MA | Zip Code 01923 |
|---|---|---|---|
| Residential Address | City | State | Zip Code |

Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee  
M M D D Y Y

Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

### Signatures
I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF ___ AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

35. Signature of Owner From Block 25 or 29. Also Print Name If Different  
[signature]

36. Signature of 2nd Owner From Block 27. Also Print Name If Different

37. Dealer's Signature [signature]   38. Dealer Reg No. 1

39. Name (Please Print): ___CRAFT COMPANY INC.  
40. Address: ___ REVERE BEACH PKWY (RT 16)   EVERETT   MA 02149

### Insurance Certification
THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE KIND OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

Policy Effective Date: _____  
Policy Change Date: _____  
Policy Class: 41C . Ins. Company & Code:

Insurance Co's Authorized Representative's Signature

### Vehicle Data

| 42. Date of Purchase 8/13/2003 | 43. Odometer Reading 10 |
|---|---|

44. ☒New Vehicle ☐Used Vehicle — If new vehicle, certificate of origin must be submitted

45. ☐Clear ☐Salvage ☐Reconstruct ☐Owner Retained ☐Theft ☐Prior Owner Retained

46. Salvage Title Brands: ☐Repairable ☐Parts Only    47. Secondary Salvage Brand

### Lienholder Information
Ensure that all liens on this vehicle are listed below

| 48. Date of 1st Lien / / | 49. Date of 2nd Lien |
|---|---|

50. Lienholder Code   51. Name

52. Address

53. Second Lienholder Code   54. Name   55. Lien Address

H-D 0459  
Confidential