# EXHIBIT 18

```
RGII0009                 Harley-Davidson, Inc.         INQUIRY    Date  2/20/04
VERDUYS                       Registration             HMILMFG1   Time 10:08:46
CO-OWNER         : 00    CURRENT OWNER
VIN              : 1HD1BJY183Y052286    REGISTRATION CREATED ON  7/31/2003
NAME  : MR.        JOE                     GIORDANO
        TITLE      FIRST                 I LAST
ADDRESS    : 388 OCEAN AVE #706


CITY       : REVERE                      STATE: MASSACHUSETTS
PROVINCE/
     COUNTY:
COUNTRY    : UNITED STATES               POSTAL CODE:  02151
TELEPHONE : (   )    -
HOG/BRAG INDICATOR: N    MEMBER:
DATE PURCHASED     : 7/31/2003           NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                              MA
TYPE OF SALE: RETAIL                     INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:        UNDER WARRANTY
F3 - Exit              F10 - Build Inq   LAST UPD: RGUB0101    20030731
```

H-D 0482
Confidential