# EXHIBIT 19

PLEASE TYPEWRITE OR PRINT (BLACK INK) DO NOT ERASE, STRIKE OUT, OR CROSS OVER.

**Massachusetts Registry of Motor Vehicles**
**RMV-1 Application Form (617) 351-4500**
http://www.massrmv.com

3. Number of Documents ____ ☐ RO (Registration Only) ☐ RX (Registration Transfer)
☐ ST (Salvage Title) ☐ RT (Registration & Title) ☐ TAR (Title Add Registration)
☐ TO (Title Only) ☐ SW (Summer/Winter Swap) 4. ☐ Address Change

ORIGINAL

Reg Eff Date    2. Reg Exp Date

### Registration/Vehicle Information

5. Plate Type | 6. Registration Number | 7. Previous Title # | 8. State

Type of Registration: ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial
Trailer ☐ Auto Home ☐ Semi-Trailer ☒ Motorcycle ☐ Other ____

10. Vehicle Identification Number:
1 H D 1 B J Y 1 8 3 Y 0 5 2 2 8 6

| Year 2003 | 12. Make HD | 13. Model Name FLSTC | 14. Model # T | 15. Body Style MC | 16. Circle Color(s) of Vehicle  0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 17. # of Cylinders/Passengers/Doors  2  2  01 |

Transmission: Automatic / Manual
19. Total Gross Weight (Laden)
20. Motor Power ☒ Gasoline ☐ Diesel ☐ Electric ☐ Other
21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil
If carrying passengers for hire, max no of passengers that can be seated: ____
If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No

### Owner Information

22. Owner 1 License #/State  S86889561   MA
23. Owner 2 License #/State

Owner 1 Name (Last, First, Middle)
COLLERAN, DEBORAH A.
26. Owner 1 Date of Birth: 2/17/1961

Owner 2 Name (Last, First, Middle)
28. Owner 2 Date of Birth

30. City/Town Where Vehicle is Principally Garaged:

Mailing Address: 25 THURLOW AVE    City: REVERE    State: MA    Zip Code: 02151
Residential Address    City    State    Zip Code

For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee
For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

### Signatures

I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S).*** THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

Signature of Owner From Block 25 or 29. Also Print Name If Different
*Deborah A. Colleran*

Signature of 2nd Owner From Block 27. Also Print Name If Different

Authorized Dealer's Signature
38. Dealer Reg No.  1

Seller's Name (Please Print)
CYCLE CRAFT COMPANY INC.

Seller's Address
1760 REVERE BEACH PKWY (RT 16)    EVERETT    MA 02149

### Insurance Certification

THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

A. Policy Effective Date: ____
Policy Change Date: ____
B. Manual Class: 41C . Ins. Company & Code:

Insurance Co's Authorized Representative's Signature

### Vehicle Data

42. Date of Purchase: 8/05/2003
43. Odometer Reading: 10

☐ New Vehicle ☐ Used Vehicle    If new vehicle, certificate of origin must be submitted

Title Type: ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained

Primary Salvage Title Brands:    47. Secondary Salvage Brand
☐ Repairable ☐ Parts Only

### Lienholder Information

I certify that all liens on this vehicle are listed below
48. Date of 1st Lien    49. Date of 2nd Lien
First Lienholder Code    51. Name
Lien Address
Second Lienholder Code    54. Name    55. Lien Address

Sales or Use Tax Schedule

Fee Information

H-D 0485
Confidential