# EXHIBIT 20

```
RGII0009              Harley-Davidson, Inc.      INQUIRY     Date 2/20/04
VERDUYS                    Registration          HMILMFG1    Time 10:04:21
CO-OWNER         : 00   CURRENT OWNER
VIN              : 1HD1HAZ133K839405         REGISTRATION CREATED ON  7/31/2003
NAME : MR.    SEAN                M WALSH
       TITLE     FIRST              I LAST
ADDRESS   : 60 ESSEX ST.

CITY         : SALEM                        STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY      : UNITED STATES                POSTAL CODE:  01970-0000
TELEPHONE : (978)741-2772
HOG/BRAG INDICATOR: N    MEMBER:
DATE PURCHASED     : 7/31/2003              NO PROGRAM
REGISTERING DEALER: 1864   Cycle-Craft Co., Inc.
                           Everett                          MA
TYPE OF SALE: RETAIL                        INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:           UNDER WARRANTY
F3 - Exit              F10 - Build Inq      LAST UPD: RGUB0101    20030731
```

*Date Submitted* [handwritten notation]

H-D 0443
Confidential