# EXHIBIT 21

# Massachusetts Registry of Motor Vehicles
## RMV-1 Application Form (617) 351-4500
http://www.massrmv.com

| 3. Number of Documents | ☐ RO (Registration Only) | ☐ RX (Registration Transfer) |
|---|---|---|
| ☐ ST (Salvage Title) | ☐ RT (Registration & Title) | ☐ TAR (Title Add Registration) |
| ☐ TO (Title Only) | ☐ SW (Summer/Winter Swap) | 4. ☐ Address Change |

ORIGINAL

1. Reg Eff Date    2. Reg Exp Date

## Registration/Vehicle Information

5. Plate Type | 6. Registration Number | 7. Previous Title # | 8. State

**9. Type of Registration:** ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial ☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☒ Motorcycle ☐ Other_____

10. Vehicle Identification Number:
1 H D 1 H A Z 1 3 3 K 8 3 9 4 0 5

| 11. Year 2003 | 12. Make HD | 13. Model Name VRSCA | 14. Model # | 15. Body Style MC | 16. Circle Color (s) of Vehicle  0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 17. # of Cylinders/Passengers/Doors  2    2    0 / |

| 18. Transmission ☐ Automatic ☒ Manual | 19. Total Gross Weight (Laden) | 20. Motor Power ☒ Gasoline ☐ Diesel ☐ Electric ☐ Other | 21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil  If carrying passengers for hire, max no of passengers that can be seated: _____  If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No |

## Owner Information

22. Owner 1 License #/State  MA | 23. Owner 2 License #/State

25. Owner 1 Name (Last, First, Middle)
KALINOSKI, PAUL

26. Owner 1 Date of Birth
12/29/1980

27. Owner 2 Name (Last, First, Middle)

28. Owner 2 Date of Birth

30. City/Town Where Vehicle is Principally Garaged:

| 31. Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 12 CLARENCE ST | BILLERICA | MA | 01821 |
| 32. Residential Address | City | State | Zip Code |

33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee
M M D D Y Y

34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

## Signatures

I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S)*** THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

35. Signature of Owner from Block 25 or 29. Also Print Name if Different

36. Signature of 2nd Owner from Block 27. Also Print Name if Different

37. Authorized Dealer's Signature | 38. Dealer Reg No. 1

39. Seller's Name (Please Print)
CYCLE CRAFT COMPANY INC.

40. Seller's Address
1760 REVERE BEACH PKWY (RT 16)    EVERETT    MA    02149

### Sales or Use Tax Schedule

## Insurance Certification

THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

41A. Policy Effective Date:_____
Policy Change Date:_____
41B. Manual Class:    41C. Ins. Company & Code:

Insurance Co's Authorized Representative's Signature

## Title Data

| 42. Date of Purchase 8/07/2003 | 43. Odometer Reading 10 |

☒ New Vehicle  ☐ Used Vehicle    If new vehicle, certificate of origin must be submitted

44. Title Type: ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained

46. Primary Salvage Title Brands: ☐ Repairable ☐ Parts Only | 47. Secondary Salvage Brand

### Fee Information

## Lienholder Information
I certify that all liens on this vehicle are listed below

| 48. Date of 1st Lien 8/07/2003 | 49. Date of 2nd Lien |

50. First Lienholder Code | 51. Name
BANKNORTH NA

52. Lien Address
P.O. BOX 1377    LEWISTON    ME    04243

53. Second Lienholder Code | 54. Name

55. Lien Address

Not Valid Until Stamped

H-D 0447
Confidential