# EXHIBIT 22

```
RGII009              Harley-Davidson, Inc.         INQUIRY   Date 7/22/05
CONGDOS                 Registration               HMILDVL1  Time 13:14:45
CO-OWNER       : 00    CURRENT OWNER
VIN            : 1HD1FFW103Y638193         REGISTRATION CREATED ON  7/31/2003
NAME : MR.       RON                   BUCHBAUM
       TITLE     FIRST                I LAST
ADDRESS     : 11323 OVERDALE CT


CITY        : PLYMOUTH                STATE: MICHIGAN
PROVINCE/
    COUNTY:
COUNTRY     : UNITED STATES           POSTAL CODE:  48170
TELEPHONE : (   )   -
HOG/BRAG INDICATOR: N  MEMBER:
DATE PURCHASED     : 7/31/2003        NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                            MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:     UNDER ESP UNTIL 08/07/2007
F3 - Exit  F7 - Update  F10 - Build Inq   LAST UPD: RGUB0101    20030731
```

H-D 02