# EXHIBIT 23

PLEASE TYPEWRITE OR PRINT (BLACK INK) DO NOT ERASE, STRIKE OUT, OR CROSS OVER.

**Massachusetts Registry of Motor Vehicles**
**RMV-1 Application Form (617) 351-4500**
http://www.massrmv.com

1. Reg Eff Date 2. Reg Exp Date

3. Number of Documents 1 ☐RO (Registration Only) ☐RX (Registration Transfer) ☐ST (Salvage Title) ☐RT (Registration & Title) ☐TAR (Title Add Registration) ☐TO (Title Only) ☐SW (Summer/Winter Swap) 4. ☐ Address Change

## Registration/Vehicle Information

5. Plate Type 6. Registration Number 7. Previous Title # 8. State

9. Type of Registration: ☐Passenger ☐Bus ☐Taxi ☐Livery ☐Commercial ☐Trailer ☐Auto Home ☐Semi-Trailer X☐Motorcycle ☐Other

10. Vehicle Identification Number: 1HD1FFW103Y638193

11. Year 2003 | 12. Make HD | 13. Model Name FLHTC-I T | 14. Model # | 15. Body Style MC | 16. Circle Color (s) of Vehicle 0-Orange (1-Black) 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 17. # of Cylinders/Passengers/Doors 2 2 0

18. Transmission ☐Automatic ☒Manual | 19. Total Gross Weight (Laden) | 20. Motor Power X☐Gasoline ☐Diesel ☐Electric ☐Other | 21. Bus: ☐Regular ☐DPU ☐Livery ☐Taxi ☐School Pupil. If carrying passengers for hire, max no of passengers that can be seated: ______ If school bus, is it used exclusively for city, town, or school district? ☐Yes ☐No

## Owner Information

22. Owner 1 License #/State S50153143 MA
23. Owner 2 License #/State
24. EIN/FID # (see block 29)

25. Owner 1 Name (Last, First, Middle) TINDLE JR, ROBERT
26. Owner 1 Date of Birth 5/07/1959
27. Owner 2 Name (Last, First, Middle)
28. Owner 2 Date of Birth
29. Corp/Co/Organization Name (see block 24)
30. City/Town Where Vehicle is Principally Garaged: Salisbury

31. Mailing Address 120 MAIN ST City SALISBURY State MA Zip Code 01952
32. Residential Address City State Zip Code

33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee
M M D D Y Y

34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

## Signatures

I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S)** THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

35. Signature of Owner From Block 25 or 29. Also Print Name If Different
36. Signature of 2nd Owner From Block 27. Also Print Name If Different
37. Authorized Dealer's Signature
38. Dealer Reg No. 1
39. Seller's Name (Please Print) CYCLE CRAFT COMPANY INC.
40. Seller's Address 1760 REVERE BEACH PKWY (RT 16) EVERETT MA 02149

## Sales or Use Tax Schedule

56 A. SALE BY LICENSED MOTOR VEHICLE DEALER
DEALER EIN/FID NUMBER 04227621
Total Sales Price $ 20,873.00
(adjusted for dealer's discount and manufacturer's rebate) N/A
Less Manufacturer's rebate
(on commercial vehicle over 10,000 lbs only) 20,873.00
Net Sales Price $
Less Trade-in Allowance $ 0.00
Year Make Model
VIN No. Required on Trade-In
Taxable Sale Price $ 20,873.00
5% Sales Tax $ 1,043.60
B. SALES BY OTHER THAN MOTOR VEHICLE DEALER
Gross Sale Price
5% Use Tax (Bill of Sale Must Be Shown)
C. CLAIM EXEMPTION FROM TAX
1. Exempt Organization Certificate Number
2. See Attached Form 3. Other

## Insurance Certification

THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

41A. Policy Effective Date: ______
Policy Change Date: ______
41B. Manual Class: 41C. Ins. Company & Code:
Insurance Co's Authorized Representative's Signature

## Title Data

42. Date of Purchase 8/07/2003
43. Odometer Reading 10
44. X☐New Vehicle ☐Used Vehicle If new vehicle, certificate of origin must be submitted
45. Title Type: ☐Clear ☐Salvage ☐Reconstruct ☐Owner Retained ☐Theft ☐Prior Owner Retained
46. Primary Salvage Title Brands: ☐Repairable ☐Parts Only
47. Secondary Salvage Brand

## Fee Information

Reg Title Tax
TOTAL $ Clerk ID
☐Cash ☐Check ☐Credit Card ☐EFT
58 Batch No.
59 Clerk Initials

## Lienholder Information

I/we certify that all liens on this vehicle are listed below
48. Date of 1st Lien / /
49. Date of 2nd Lien
50. First Lienholder Code 51. Name
52. Lien Address
53. Second Lienholder Code 54. Name 55. Lien Address

H-D 0515
Confidential

Not Valid Until Stamped With Official Stamp Or Registrar's Signature