# EXHIBIT 24



```
RGII0009                Harley-Davidson, Inc.        INQUIRY   Date 12/02/03
BOLDEND                      Registration            HMILMFG1  Time 13:52:58
CO-OWNER          : 00    CURRENT OWNER
VIN               : 1HD1BHY143Y099680    REGISTRATION CREATED ON  7/31/2003
NAME : MR         JOHN                       SICA
       TITLE      FIRST                    I LAST
ADDRESS    : 335 LEE BURBANK HWY


CITY       : REVERE                      STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES               POSTAL CODE:  02151-4003
TELEPHONE  :
HOG/BRAG INDICATOR: N    MEMBER:
DATE PURCHASED    : 7/11/2003            NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co. Inc
                          Everett                              MA
                                         INSPECTED MILES: 00000
TYPE OF SALE: RETAIL
WARRANTY/TRANSFER/DEMO SALE/SALE:        UNDER WARRANTY
WARRANTY/TRANSFER/DEMO/SALE DATE:
F3 - Exit  F7 - Update  F10 - Build Inq  LAST UPD: HOIB0060    20031021
```

#1864

VOIDED

Jamie Tipton

H-D 1661
Confidential