# EXHIBIT 25

```
RGII0009              Harley-Davidson, Inc.        INQUIRY   Date 2/20/04
VERDUYS                    Registration            HMILMFG1  Time 09:56:47
CO-OWNER         : 00    CURRENT OWNER
VIN              : 1HD1BHY143Y099680    REGISTRATION CREATED ON 12/20/2003
NAME : MR.         ROBERT              C RICHARDS JR.
       TITLE       FIRST               I LAST
ADDRESS    : 25 FIELDSTONE DRIVE


CITY       : LONDONERRY                STATE: NEW HAMPSHIRE
PROVINCE/
   COUNTY:
COUNTRY    : UNITED STATES              POSTAL CODE:  03053
TELEPHONE  : (603)432-5519
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 8/16/2003           NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                          MA
TYPE OF SALE: RETAIL                    INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:       UNDER WARRANTY
F3 - Exit            F10 - Build Inq    LAST UPD: RGUB0101   20031220
```

H-D 0464
Confidential