# EXHIBIT 26

RGII0009            Harley-Davidson, Inc.        INQUIRY    Date 11/11/03
BOLDEND                 Registration             HMILMFG1   Time 10:59:23
TO-OWNER        : 00    CURRENT OWNER
/IN             : 1HD1GDV443K314311        REGISTRATION CREATED ON  7/31/2003
NAME : MR    DANIEL                   V SICA
        TITLE       FIRST              I LAST
ADDRESS   : 24 PINE TREE DR



CITY      : SAUGUS                   STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES            POSTAL CODE: 01906-1964
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:          NO PROGRAM
DATE PURCHASED   : 7/31/2003
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                    MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:         UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq   LAST UPD: HOIB0060    20031021

H-D 1660
Confidential