# EXHIBIT 27

| Massachusetts Registry of Motor Vehicles RMV-1 Application Form (617) 351-4500 http://www.massrmv.com | 3. Number of Documents____ ☐ST (Salvage Title) ☐TO (Title Only) | ☐RO (Registration Only) ☐RT (Registration & Title) ☐SW (Summer/Winter Swap) | ☐RX (Registration) ☐TAR (Title Add Registration) ☐ Address Change |
|---|---|---|---|
| Reg Eff Date | 2. Reg Exp Date | | |

### Registration/Vehicle Information

| 5. Plate Type | 6. Registration Number | 7. Previous Title # | 8. State |
|---|---|---|---|

Type of Registration: ☐Passenger ☐Bus ☐Taxi ☐Livery ☐Commercial
☐Trailer ☐Auto Home ☐Semi-Trailer ☒Motorcycle ☐Other____

10. Vehicle Identification Number: 1 H D 1 G P V 4 3 K 3 1 4 3 1 1

| 11. Year | 12. Make | 13. Model Name | 14. Model # | 15. Body Style | 16. Circle Color(s) of Vehicle  0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 17. # of Cylinders/Passengers/Doors |
|---|---|---|---|---|---|---|
| 03 | HD | FXDL DYNA LOW | | MC | | 2  2  0 |

18. Transmission: ☐Automatic ☐Manual
19. Total Gross Weight (Laden)
20. Motor Power: ☒Gasoline ☐Diesel ☐Electric ☐Other
21. Bus: ☐Regular ☐DPU ☐Livery ☐Taxi ☐School Pupil
If carrying passengers for hire, max no of passengers that can be seated: ____
If school bus, is it used exclusively for city, town, or school district? ☐Yes ☐No

### Owner Information

| 22. Owner 1 License #/State | 23. Owner 2 License #/State | |
|---|---|---|
| S37100767    MA | | |

Owner 1 Name (Last, First, Middle): KENNEY, STEPHEN
26. Owner 1 Date of Birth: 7/25/1960

Owner 2 Name (Last, First, Middle):
28. Owner 2 Date of Birth:

30. City/Town Where Vehicle is Principally Garaged:

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 12 DOGWOOD DR | FORESTDALE | MA | 02644 |
| Residential Address | City | State | Zip Code |

For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee

For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

### Signatures

I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S)** THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF MY/OUR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

Signature of Owner From Block 25 or 29. Also Print Name If Different
*[signature]*

Signature of 2nd Owner From Block 27. Also Print Name If Different

Authorized Dealer's Signature
*[signature]*
38. Dealer Reg No. 1

Dealer's Name (Please Print): CYCLE CRAFT COMPANY INC.
Dealer's Address: 90 REVERE BEACH PKWY (RT 16)  EVERETT  MA 02149

### Insurance Certification

THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

Policy Effective Date:____
Policy Change Date:____
Manual Class: 41C. Ins. Company & Code:
Insurance Co's Authorized Representative's Signature

### Data

42. Date of Purchase: 9/16/2003
43. Odometer Reading: 10

☒New Vehicle  ☐Used Vehicle   If new vehicle, certificate of origin must be submitted
Type: ☐Clear ☐Salvage ☐Reconstruct ☐Owner Retained ☐Theft ☐Prior Owner Retained
Primary Salvage Title Brands:   47. Secondary Salvage Brand
☐Repairable ☐Parts Only

### Lienholder Information

48. Date of 1st Lien: 9/16/2003
49. Date of 2nd Lien:

I certify that all liens on this vehicle are listed below
Lienholder Code   51. Name
|_|_|_|_|   EAGLEMARK SAVINGS BANK
Address: 4150 TECHNOLOGY WAY    CARSON CITY   NV   89706

2nd Lienholder Code   54. Name
55. Lien Address

### Sales or Use Tax Schedule
*[illegible]*

### Fee Information
*[illegible]*

H-D 0435
Confidential