# EXHIBIT 28



```
RGII0009                    Harley-Davidson, Inc.        INQUIRY    Date  2/16/04
BOLDEND                        Registration             HMILMFG1   Time 06:33:23
CO-OWNER            : 00   CURRENT OWNER
VIN                 : 1HD1HAZ403K842594      REGISTRATION CREATED ON  7/31/2003
NAME : MR      JAMIE          MCGRATH
        TITLE     FIRST           I LAST
ADDRESS   : 62 CLIFTON AVE


CITY      : SAUGUS                    STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES             POSTAL CODE: 01906-3860
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 7/31/2003         NO PROGRAM
REGISTERING DEALER: 1664  Cycle-Craft Co. Inc.
                         Everett              MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE-DATE:     UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq   LAST UPD: HOIB0060   20031021
```

H-D 1662
Confidential