# EXHIBIT 29

| Massachusetts Registry of Motor Vehicles RMV-1 Application Form (617) 351-4500 http://www.magnet.state.ma.us/rmv | 3. Number of Documents ____ ☐ RO (Registration Only) ☐ RX (Registration Transfer) ☐ ST (Salvage Title) ☒ RT (Registration & Title) ☐ TAR (Title Add Registration) ☐ TO (Title Only) ☐ SW (Summer/Winter Swap) 4. ☐ Address Change |
|---|---|
| 1. Reg Eff Date 1/13/04   2. Reg Exp Date 12/31/04 | |

**Registration/Vehicle Information**

- 5. Plate Type: MCN
- 6. Registration Number: FZ8035
- 7. Previous Title #:
- 8. State:

9. Type of Registration: ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial ☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☐ Motorcycle ☐ Other

10. Vehicle Identification Number: 1HD1HAZ403K842594

- 11. Year: 03
- 12. Make: HD
- 13. Model Name: VRSANN
- 14. Model #:
- 15. Body Style: MC
- 16. Circle Color(s) of Vehicle 0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple: 8
- 17. # of Cylinders/Passengers/Doors: 02 / / 0
- 18. Transmission: ☐ Automatic ☒ Manual
- 20. Motor Power: ☒ Gasoline ☐ Diesel ☐ Electric ☐ Other

**Owner Information**

- 22. Owner 1 License #/State: S78629373 MA
- 25. Owner 1 Name: FIAMMA VINCENT J
- 26. Owner 1 Date of Birth: 3/22/59
- 30. City/Town Where Vehicle is Principally Garaged: CHARLESTOWN
- 31. Mailing Address: 35 WASHINGTON ST   City: CHARLESTOWN   State: MA   Zip: 021293219

**Signatures**

- 39. Seller's Name: CYCLE CRAFT COMPANY INC
- 40. Seller's Address: 1760 REVERE BEACH PARKWAY EVERETT, MA 02149

**Insurance Certification**

- 41A. Policy Effective Date: 1/12/04
- 41C. Ins. Company & Code: MURPHY JORDAN INS / HANOVER INS GROUP 453

**Title Data**

- 42. Date of Purchase: 1/2/04
- 43. Odometer Reading: 10
- 44. ☒ New Vehicle ☐ Used Vehicle

**Sales or Use Tax Schedule**

- A. SALE BY LICENSED MOTOR VEHICLE DEALER
- DEALER EIN/FID NUMBER: 042247631
- Total Sales Price: $18,910.00
- Net Sales Price: $18,910.00
- Taxable Sales Price: $18,910.00
- 5% Sales Tax: $945.50

**Lienholder Information**

- 50. First Lienholder Code: C30803
- 51. Name: EAGLE MARK SAVINGS BANK
- 52. Lien Address: 4150 TECHNOLOGY WAY CARSON CITY, NV 89706

H-D 0469
Confidential