# EXHIBIT 30

```
RGII0009                Harley-Davidson, Inc.        INQUIRY    Date 1/22/04
BOLDEND                      Registration            HMILMFG1   Time 15:15:51
O-OWNER          : 00    CURRENT OWNER
VIN              : 1HD1HAZ133K848962    REGISTRATION CREATED ON 7/31/2003
NAME : MR.         ELAINE                BLOOM
       TITLE       FIRST                 I LAST
ADDRESS          : 4 POCAHONTAS DR

                                                                    #1864

CITY             : PEABODY                STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY          : UNITED STATES          POSTAL CODE: 01960
TELEPHONE        : (  )  -
HOG/BRAG INDICATOR: N    MEMBER:
DATE PURCHASED   : 7/31/2003              NO PROGRAM
REGISTERING DEALER: 1864 Cycle-Craft Co., Inc.
                         Everett                                  MA
TYPE OF SALE: RETAIL                      INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO SALE DATE:         UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq   LAST UPD: RGUB0101   20030731
```

VOIDED

Jamie
Talon

H-D 1665
Confidential