# EXHIBIT 31

INVOICE

CYCLE CRAFT COMPANY INC.  
1760 REVERE BEACH PKWY (RT 16)  
EVERETT, MA. 02149  
Phone:(617) 389-8888   Fax:(617) 387-8871

| | |
|---|---|
| Invoice Number: | 279989 |
| Date: 8/22/03 | Time: 3:24 PM |
| Console: 009 | Sold By: DRU |
| Tax I.D.: MA | Rate: .000500 |

Customer Number:   48153  
MULVEY, THOMAS  
11 MARIANNE RD  
LYNN, MA. 01904

Phone: (781) 598-2564   Work: (000) 000-0000   Ext:  
Fax:   (000) 000-0000         Tax Exempt: N  
P.O. Number: 0                Tax Number:

Merchandise purchased at BHD may be returned or exchanged for STORE CREDIT ONLY within 15 days of purchase. No cash refunds given!

| Description | Date | Amount |
|---|---|---|
| Major Unit Deposit - 13234 | 8/22/03 | 16,149.00 |

| | | | | |
|---|---|---|---|---|
| Cash: | 0.00 | | | |
| Check: | 16,149.00 | Ck. No.: 00658822 | | |
| Credit Card: | 0.00 | Type:  Exp. 00/00 | Less Change: | 0.00 |
| Gift Certificate: | 0.00 | | Total This Deposit: | 16,149.00 |
| Total Received: | 16,149.00 | | Total All MU Deposits | -16,149.00 |

H-D 0519  
Confidential