# EXHIBIT 32

```
RGII0009              Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUYS                   Registration             HMILMFG1   Time 10:10:39
CO-OWNER         : 00   CURRENT OWNER
VIN              : 1HD1FCW463Y630589    REGISTRATION CREATED ON  8/01/2003
NAME : MR.                              CYCLE-CRAFT CO. INC.
       TITLE     FIRST                I LAST
ADDRESS     : 1760 REVERE BEACH PKWY


CITY        : EVERETT                 STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY     : UNITED STATES            POSTAL CODE:  02149-0000
TELEPHONE : (000)000-0000
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED     : 7/31/2003             NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                       MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:      UNDER WARRANTY
F3 - Exit               F10 - Build Inq LAST UPD: RGUB0101    20031031
```

H-D 0493
Confidential