# EXHIBIT 33

```
RGII0009              Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUYS                   Registration             HMILMFG1   Time 10:09:33
CO-OWNER         : 00   CURRENT OWNER
VIN              : 1HD1PAC25YY951664      REGISTRATION CREATED ON  8/02/2003
NAME : MR.                                CYCLE-CRAFT CO. INC.
       TITLE      FIRST             I LAST
ADDRESS   : 1760 REVERE BEACH PKWY


CITY      : EVERETT                 STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES           POSTAL CODE:  02149-0000
TELEPHONE : (000)000-0000
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED   : 7/31/2003        NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                              MA
TYPE OF SALE: RETAIL                INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:   UNDER WARRANTY
F3 - Exit            F10 - Build Inq  LAST UPD: RGUB0101    20031031
```

H-D 0487
Confidential