# EXHIBIT 34

Case 1:04-cv-11402-NMG   Document 42-35   Filed 08/12/2005   Page 1 of 2

```
RGII0009              Harley-Davidson, Inc.        INQUIRY   Date  2/20/04
VERDUYS                   Registration             HMILMFG1  Time 10:12:58
CO-OWNER          : 00    CURRENT OWNER
VIN               : 1HD1CGP413K431340       REGISTRATION CREATED ON  7/31/2003
NAME : MR.                                  BOSTON HARLEY DAVIDSON
       TITLE       FIRST                 I LAST
ADDRESS    : 1760 REVERE BEACH PARKWAY


CITY       : EVERETT                      STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES                POSTAL CODE:  02149
TELEPHONE  : (    )   -
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 7/31/2003              NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                                Everett                          MA
TYPE OF SALE: RETAIL                       INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:          UNDER WARRANTY
F3 - Exit              F10 - Build Inq     LAST UPD: RGUB0101    20030731
```

H-D 0501
Confidential