# EXHIBIT 35

```
RGII0009                    Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUYS                          Registration           HMILMFG1    Time 14:57:29
CO-OWNER            : 00    CURRENT OWNER
VIN                 : 1HD1GHV173K318821      REGISTRATION CREATED ON  7/30/2003
NAME : MS.    SONIA                    PAULOVICH
       TITLE       FIRST               I LAST
ADDRESS     : 6124 NW 20TH CT
```

```
CITY        : MARGATE                    STATE: FLORIDA
PROVINCE/
      COUNTY:
COUNTRY     : UNITED STATES              POSTAL CODE:  33063
TELEPHONE   : (954)834-0834
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED     :  7/30/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                         Everett                    MA
TYPE OF SALE: RETAIL                 INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:        UNDER WARRANTY
F3 - Exit              F10 - Build Inq   LAST UPD: RGUB0101   20030731
```

H-D 0217
Confidential

```
RGII0009                    Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUYS                         Registration            HMILMFG1    Time 14:36:10
CO-OWNER          : 00      CURRENT OWNER
VIN               : 1HD4CAM163K449790      REGISTRATION CREATED ON  7/30/2003
NAME : MS       DEBORAH            J LUNSFORD
        TITLE       FIRST             I LAST
ADDRESS   : 5896 NW 56TH DR



CITY      : CORAL SPRINGS                  STATE: FLORIDA
PROVINCE/
        COUNTY:
COUNTRY   : UNITED STATES                  POSTAL CODE:  33067
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    :  7/30/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                            Everett                       MA
TYPE OF SALE: RETAIL                    INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:       UNDER WARRANTY
F3 - Exit               F10 - Build Inq  LAST UPD: HOIB0060   20030807
```

H-D 0218
Confidential

```
RGII0009                    Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUYS                         Registration          HMILMFG1    Time 14:37:08
CO-OWNER            : 00    CURRENT OWNER
VIN                 : 1HD1BSY133Y075190     REGISTRATION CREATED ON  7/30/2003
NAME : MR      HAROLD              CHRISTENSEN
       TITLE    FIRST          I LAST
ADDRESS   : 25 FOREST HILLS LN


CITY       : BOCA RATON              STATE: FLORIDA
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES           POSTAL CODE:  33431-3902
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    :  7/30/2003           NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                    MA
TYPE OF SALE: RETAIL                INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:        UNDER WARRANTY
F3 - Exit            F10 - Build Inq     LAST UPD: HOIB0060   20031021
```

H-D 0219
Confidential

```
RGII0009                 Harley-Davidson, Inc.      INQUIRY    Date  2/20/04
VERDUYS                      Registration           HMILMFG1   Time 14:39:05
CO-OWNER          : 00    CURRENT OWNER
VIN               : 1HD1GEV403K325618     REGISTRATION CREATED ON  7/30/2003
NAME : MR.         KAREN          L CHRISTENSEN
        TITLE      FIRST          I LAST
ADDRESS     : 25 FOREST HILLS LN


CITY        : BOCA RATON              STATE: FLORIDA
PROVINCE/
     COUNTY:
COUNTRY     : UNITED STATES           POSTAL CODE:  33431
TELEPHONE   : (954)834-0834
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    :  7/30/2003        NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                      Everett                     MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:     UNDER WARRANTY
F3 - Exit              F10 - Build Inq  LAST UPD: RGUB0101   20030730
```

H-D 0220
Confidential

```
RGII0009                    Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUYS                         Registration          HMILMFG1     Time 14:40:55
CO-OWNER           : 00    CURRENT OWNER
VIN                : 1HD1CAP103K448116      REGISTRATION CREATED ON  7/30/2003
NAME : MS       HEATHER            WINGARD
         TITLE       FIRST          I LAST
ADDRESS   : 5896 NW 56TH DR



CITY       : CORAL SPRINGS             STATE: FLORIDA
PROVINCE/
      COUNTY :
COUNTRY    : UNITED STATES             POSTAL CODE:  33067-3532
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    :  7/30/2003         NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                        Everett                   MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:      UNDER WARRANTY
F3 - Exit               F10 - Build Inq  LAST UPD: HOIB0060    20031021
```

H-D 0221
Confidential

```
RGII0009                     Harley-Davidson, Inc.         INQUIRY   Date  2/20/04
VERDUYS                           Registration           HMILMFG1   Time 14:42:18
CO-OWNER              : 00    CURRENT OWNER
VIN                   : 1HD4CEM183K450253     REGISTRATION CREATED ON  7/30/2003
NAME : MR     MICHAEL          G STEVENS
        TITLE      FIRST              I LAST
ADDRESS     : 3000 NE 19TH TER # B



CITY        : LGHTHSE POINT              STATE: FLORIDA
PROVINCE/
    COUNTY:
COUNTRY     : UNITED STATES              POSTAL CODE:  33064-7601
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED     :  7/30/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                           Everett                     MA
TYPE OF SALE: RETAIL                     INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:        UNDER WARRANTY
F3 - Exit              F10 - Build Inq   LAST UPD: HOIB0060   20031021
```

H-D 0222
Confidential

```
RGII0009                  Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUYS                       Registration           HMILMFG1    Time 14:43:56
CO-OWNER              : 00    CURRENT OWNER
VIN                  : 1HD4CEM113K447680      REGISTRATION CREATED ON  7/30/2003
NAME : MR.       BRANFORD              LUNSFORD
         TITLE       FIRST            I LAST
ADDRESS   : 5896 NW 56TH DR


CITY      : CORAL SPRINGS                STATE: FLORIDA
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES                POSTAL CODE:  33067
TELEPHONE : (954)834-0834
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED     :  7/30/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                                  MA
TYPE OF SALE: RETAIL                     INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:        UNDER WARRANTY
F3 - Exit              F10 - Build Inq    LAST UPD: RGUB0101   20030730
```

H-D 0223
Confidential

```
RGII0009                    Harley-Davidson, Inc.         INQUIRY    Date 2/20/04
VERDUYS                          Registration           HMILMFG1    Time 14:45:18
CO-OWNER            : 00    CURRENT OWNER
VIN                : 1HD1CAP163K450548     REGISTRATION CREATED ON  7/30/2003
NAME : MR.       DANIEL               W GUSOFF
         TITLE        FIRST            I LAST
ADDRESS    : 2900 NE 30TH ST #9H
```

```
CITY         : FT LAUDERDALE              STATE: FLORIDA
PROVINCE/
        COUNTY:
COUNTRY      : UNITED STATES              POSTAL CODE:  33306
TELEPHONE : (954)214-1102
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 7/30/2003         NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                              Everett                     MA
TYPE OF SALE: RETAIL                 INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:       UNDER WARRANTY
F3 - Exit              F10 - Build Inq   LAST UPD: RGUB0101   20030730
```

H-D 0224
Confidential

```
RGII0009                    Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUY8                         Registration          HMILMFG1   Time 14:46:06
CO-OWNER          : 00   CURRENT OWNER
VIN               : 1HD1PFD1X3Y954586     REGISTRATION CREATED ON  7/30/2003
NAME : MR.        LEO                      LARSEN
         TITLE        FIRST             I LAST
ADDRESS   : 6124 NW 20TH CT


CITY        : MARGATE                 STATE: FLORIDA
PROVINCE/
    COUNTY:
COUNTRY     : UNITED STATES           POSTAL CODE:  33063
TELEPHONE : (   )   -
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    :  7/30/2003        NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                            Everett                      MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:        UNDER WARRANTY
F3 - Exit              F10 - Build Inq   LAST UPD: RGUB0101   20030730
```

H-D 0225
Confidential

```
RGII0009                    Harley-Davidson, Inc.          INQUIRY    Date  2/20/04
VERDUYS                         Registration              HMILMFG1    Time 14:47:32
CO-OWNER            : 00    CURRENT OWNER
VIN                 : 1HD1CGP193K447808      REGISTRATION CREATED ON  7/30/2003
NAME : MR.      THOMAS                STIMPSON
        TITLE      FIRST             I LAST
ADDRESS   : 2900 N6 30TH ST # 9B



CITY       : FT LAUDERDALE              STATE: FLORIDA
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES              POSTAL CODE:  33306
TELEPHONE : (754)235-5709
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    :  7/30/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                          MA
TYPE OF SALE: RETAIL                    INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:           UNDER WARRANTY
F3 - Exit              F10 - Build Inq     LAST UPD: RGUB0101   20030730
```

H-D 0226
Confidential

```
RGII0009                  Harley-Davidson, Inc.          INQUIRY   Date  2/20/04
VERDUYS                       Registration              HMILMFG1   Time 14:56:33
CO-OWNER           : 00    CURRENT OWNER
VIN                : 1HD1CAP1X3K453887     REGISTRATION CREATED ON  7/30/2003
NAME : MR       JAMES                GUSOFF
       TITLE     FIRST         I LAST
ADDRESS   : 2900 NE 30TH ST APT 9H


CITY      : FT LAUDERDALE                STATE: FLORIDA
PROVINCE/
     COUNTY:
COUNTRY   : UNITED STATES                POSTAL CODE:  33306-1982
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    :  7/30/2003           NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                     MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:        UNDER WARRANTY
F3 - Exit              F10 - Build Inq   LAST UPD: HOIB0060   20031021
```

H-D 0227
Confidential

```
RGII0009              Harley-Davidson, Inc.       INQUIRY    Date  2/20/04
VERDUYS                    Registration           HMILMFG1   Time 14:58:35
CO-OWNER          : 00   CURRENT OWNER
VIN               : 1HD1CAP113K450151     REGISTRATION CREATED ON  7/30/2003
NAME : MR.      RENEE            J MYLLYMAKI
        TITLE      FIRST          I LAST
ADDRESS  : 2900 NE 30TH ST #9H


CITY      : FT LAUDERDALE              STATE: FLORIDA
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES              POSTAL CODE:  33306
TELEPHONE : (954)564-6474
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 7/30/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                         Everett                      MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:         UNDER WARRANTY
F3 - Exit              F10 - Build Inq   LAST UPD: RGUB0101   20030730
```

H-D 0228
Confidential

```
RGII0009                  Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUYS                        Registration            HMILMFG1   Time 14:59:17
CO-OWNER          : 00    CURRENT OWNER
VIN               : 1HD1CAP153K441145     REGISTRATION CREATED ON  7/30/2003
NAME : MR         JASON                LOZON
        TITLE     FIRST                I LAST
ADDRESS   : 2121 S OCEAN BLVD



CITY      : POMPANO BEACH                  STATE: FLORIDA
PROVINCE/
     COUNTY:
COUNTRY   : UNITED STATES                  POSTAL CODE:  33062-8016
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    :  7/30/2003             NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                            Everett                    MA
TYPE OF SALE: RETAIL                       INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:          UNDER WARRANTY
F3 - Exit                F10 - Build Inq   LAST UPD: HOIB0060   20031021
```

H-D 0229
Confidential

```
RGII0009                   Harley-Davidson, Inc.          INQUIRY    Date 2/20/04
VERDUYS                        Registration            HMILMFG1    Time 15:00:31
CO-OWNER            : 00    CURRENT OWNER
VIN                 : 1HD1GEV153K330500      REGISTRATION CREATED ON  7/30/2003
NAME : MR      LOUIS                 GOSOFF
       TITLE       FIRST          I LAST
ADDRESS   : 2900 NE 30TH ST APT 9H


CITY        : FT LAUDERDALE            STATE: FLORIDA
PROVINCE/
    COUNTY:
COUNTRY     : UNITED STATES            POSTAL CODE:  33306-1982
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 7/30/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                        Everett                        MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:      UNDER WARRANTY
F3 - Exit                  F10 - Build Inq   LAST UPD: HOIB0060   20031021
```

H-D 0230
Confidential

```
RGII0009                    Harley-Davidson, Inc.          INQUIRY    Date  2/20/04
VERDUYS                          Registration              HMILMFG1   Time 15:01:45
CO-OWNER            : 00    CURRENT OWNER
VIN                 : 1HD4CAM193K451727    REGISTRATION CREATED ON  7/30/2003
NAME : MR      JASON                    GOTHAM
         TITLE     FIRST              I LAST
ADDRESS   : 8100 CLEARY BLVD APT 1012


CITY       : PLANTATION                   STATE: FLORIDA
PROVINCE/
     COUNTY:
COUNTRY    : UNITED STATES                POSTAL CODE:  33324-1370
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 7/30/2003             NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                              Everett                    MA
TYPE OF SALE: RETAIL                      INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:         UNDER WARRANTY
F3 - Exit                 F10 - Build Inq    LAST UPD: HOIB0060   20031021
```

H-D 0231
Confidential

```
RGII0009                    Harley-Davidson, Inc.        INQUIRY   Date  2/20/04
VERDUYS                          Registration            HMILMFG1  Time 15:03:07
CO-OWNER             : 00   CURRENT OWNER
VIN                  : 1HD1CGP143K433654      REGISTRATION CREATED ON  7/31/2003
NAME : MR      CRAIG                   KAPILLA
         TITLE      FIRST            I LAST
ADDRESS   : 2900 NE 30TH ST APT 9B


CITY      : FT LAUDERDALE                  STATE: FLORIDA
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES                  POSTAL CODE:  33306-1988
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED     : 2/19/2003             NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                           Everett                              MA
TYPE OF SALE: DEMO                      INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE: DEMO/RIDERS EDGE SAL
WARRANTY/TRANSFER/DEMO/SALE DATE:  7/30/2003  UNDER WARRANTY
F3 - Exit                F10 - Build Inq      LAST UPD: HOIB0060   20031021
```

H-D 0232
Confidential

```
RGII0009              Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUYS                   Registration          HMILMFG1    Time 15:04:06
CO-OWNER          : 00   CURRENT OWNER
VIN               : 1HD4CEM193K451492      REGISTRATION CREATED ON  7/30/2003
NAME : MR.    CAROLYN              CAGNINA
       TITLE      FIRST            I LAST
ADDRESS   : 3000 NE 19 TERR #A


CITY      : LIGHTHOUSE POINT           STATE: FLORIDA
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES              POSTAL CODE:  33064
TELEPHONE : (954)632-8932
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 7/30/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                        Everett                            MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:          UNDER WARRANTY
F3 - Exit            F10 - Build Inq     LAST UPD: RGUB0101   20030730
```

H-D 0233
Confidential

```
RGII0009                 Harley-Davidson, Inc.        INQUIRY    Date 2/20/04
VERDUYS                       Registration         HMILMFG1    Time 15:05:00
CO-OWNER               : 00    CURRENT OWNER
VIN                    : 1HD4CEM153K450792    REGISTRATION CREATED ON  7/30/2003
NAME : MR.      EDWARD            B STEVENS
       TITLE     FIRST           I LAST
ADDRESS   : 300 NE 19TH TERR #A



CITY      : LIGHTHOUSE                    STATE: FLORIDA
PROVINCE/
     COUNTY :
COUNTRY   : UNITED STATES                 POSTAL CODE:  33064
TELEPHONE : (954)632-8932
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED     :  7/30/2003           NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                         Everett                      MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:         UNDER WARRANTY
F3 - Exit              F10 - Build Inq    LAST UPD: RGUB0101   20030730
```

H-D 0234
Confidential

```
RGII0009                    Harley-Davidson, Inc.      INQUIRY    Date  2/20/04
VERDUYS                         Registration           HMILMFG1   Time 15:06:03
CO-OWNER            : 00   CURRENT OWNER
VIN                 : 1HD4CAM143K443289    REGISTRATION CREATED ON  7/30/2003
NAME : MR     KEVIN                   GREEN
        TITLE     FIRST              I LAST
ADDRESS    : 3000 NE 19TH TER # B


CITY       : LGHTHSE POINT                STATE: FLORIDA
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES               POSTAL CODE:  33064-7601
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 7/30/2003            NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                     MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:          UNDER WARRANTY
F3 - Exit              F10 - Build Inq    LAST UPD: HOIB0060   20031021
```

H-D 0235
Confidential