# EXHIBIT 36

```
RGII0009                Harley-Davidson, Inc.      INQUIRY    Date  2/20/04
VERDUYS                     Registration           HMILMFG1   Time 15:40:21
CO-OWNER      : 00    CURRENT OWNER
VIN           : 1HD1BRY443Y089070    REGISTRATION CREATED ON   7/25/2003
NAME : MR        MICHAEL           A DELLACROCE
       TITLE     FIRST             I LAST
ADDRESS       : 505 SHERWOOD GLN


CITY          : SOMERSWORTH              STATE: NEW HAMPSHIRE
PROVINCE/
   COUNTY:
COUNTRY       : UNITED STATES            POSTAL CODE:  03878-1572
TELEPHONE :
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED     : 7/25/2003           NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                              MA
TYPE OF SALE: RETAIL                     INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:        UNDER WARRANTY
F3 - Exit              F10 - Build Inq   LAST UPD: HOIB0060   20031021
```

H-D 0160
Confidential

```
RGII0009                Harley-Davidson, Inc.        INQUIRY   Date  2/20/04
VERDUYS                       Registration           HMILMFG1  Time 15:40:38
CO-OWNER         : 00    CURRENT OWNER
VIN              : 1HD1BVB143Y106103        REGISTRATION CREATED ON  7/24/2003
NAME : MR.         ROBERT           S ISSA
         TITLE     FIRST            I LAST
ADDRESS          : 105 KELSEY RD


CITY             : NOTTINGHAM                 STATE: NEW HAMPSHIRE
PROVINCE/
     COUNTY:
COUNTRY          : UNITED STATES              POSTAL CODE:  03290
TELEPHONE        : (603)332-5090
HOG/BRAG INDICATOR: N    MEMBER:
DATE PURCHASED       : 7/24/2003              NO PROGRAM
REGISTERING DEALER: 1864   Cycle-Craft Co., Inc.
                           Everett                              MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:     UNDER WARRANTY
F3 - Exit              F10 - Build Inq    LAST UPD: RGUB0101    20030724
```

H-D 0161
Confidential

```
RGII0009              Harley-Davidson, Inc.        INQUIRY    Date  2/20/04
VERDUYS                    Registration            HMILMFG1   Time 15:40:51
CO-OWNER       : 00   CURRENT OWNER
VIN            : 1HD1BVB173Y114065    REGISTRATION CREATED ON  9/09/2003
NAME : MR.        DENISE             A GALLAGHER
       TITLE      FIRST              I LAST
ADDRESS    : 12 EVERGREEN RD


CITY       : HAMPTON                    STATE: NEW HAMPSHIRE
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES              POSTAL CODE:  03842
TELEPHONE  : (   )   -
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 9/09/2003           NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                                  MA
TYPE OF SALE: RETAIL                    INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:       UNDER WARRANTY
F3 - Exit               F10 - Build Inq  LAST UPD: RGUB0101   20030909
```

H-D 0162
Confidential

```
RGII0009              Harley-Davidson, Inc.        INQUIRY   Date  2/20/04
VERDUYS                   Registration             HMILMFG1  Time  15:41:19
CO-OWNER        : 00     CURRENT OWNER
VIN             : 1HD1FSW183Y644686      REGISTRATION CREATED ON  9/09/2003
NAME : MR.       GREGORY            F GALLEGER
       TITLE     FIRST              I LAST
ADDRESS    : 12 EVERGREEN RD


CITY       : HAMPTON                STATE: NEW HAMPSHIRE
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES          POSTAL CODE:  03842
TELEPHONE  : (    )   -
HOG/BRAG INDICATOR: N  MEMBER:
DATE PURCHASED    : 9/09/2003           NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                         Everett                         MA
TYPE OF SALE: RETAIL                 INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:    UNDER WARRANTY
F3 - Exit            F10 - Build Inq  LAST UPD: RGUB0101    20030909
```

H-D 0163
Confidential

```
RGII0009              Harley-Davidson, Inc.        INQUIRY   Date  2/20/04
VERDUYS                   Registration             HMILMFG1  Time 15:41:30
CO-OWNER       : 00    CURRENT OWNER
VIN            : 1HD1BXB433Y115249     REGISTRATION CREATED ON 10/30/2003
NAME : MR.       ANNE              M KARP
       TITLE     FIRST             I LAST
ADDRESS   : 9 FRAN AVE


CITY       : PLAISTOW                STATE: NEW HAMPSHIRE
PROVINCE/
   COUNTY:
COUNTRY    : UNITED STATES           POSTAL CODE: 03865
TELEPHONE  : (   )  -
HOG/BRAG INDICATOR: N  MEMBER:
DATE PURCHASED    : 9/19/2003        NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                               MA
TYPE OF SALE: RETAIL                 INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:    UNDER WARRANTY
F3 - Exit              F10 - Build Inq    LAST UPD: RGUB0101   20031030
```

H-D 0164
Confidential

```
RGII0009              Harley-Davidson, Inc.        INQUIRY   Date 2/20/04
VERDUYS                   Registration             HMILMFG1  Time 15:41:42
CO-OWNER      : 00    CURRENT OWNER
VIN           : 1HD1FRW403Y746907     REGISTRATION CREATED ON 10/30/2003
NAME : MR.    DAVID              N KARP
       TITLE  FIRST              I LAST
ADDRESS   : 9 FRAN AVE


CITY      : PLAISTOW                  STATE: NEW HAMPSHIRE
PROVINCE/
   COUNTY:
COUNTRY   : UNITED STATES             POSTAL CODE:  03865
TELEPHONE : (   )    -
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED     : 9/19/2003        NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                                 MA
TYPE OF SALE: RETAIL                  INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:     UNDER WARRANTY
F3 - Exit              F10 - Build Inq   LAST UPD: RGUB0101    20031030
```

H-D 0165
Confidential

```
RGII0009              Harley-Davidson, Inc.          INQUIRY    Date 2/20/04
VERDUYS                    Registration              HMILMFG1   Time 15:41:53
CO-OWNER        : 00    CURRENT OWNER
VIN             : 1HD1GHV103K336352    REGISTRATION CREATED ON  7/25/2003
NAME : MR.        DONALD               M RIST
       TITLE      FIRST                I LAST
ADDRESS    : 33 COTE DR


CITY       : DOVER                     STATE: NEW HAMPSHIRE
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES             POSTAL CODE:  03820
TELEPHONE  : (   )   -
HOG/BRAG INDICATOR: N  MEMBER:
DATE PURCHASED    : 7/25/2003          NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                                MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:      UNDER WARRANTY
F3 - Exit             F10 - Build Inq  LAST UPD: RGUB0101   20030725
```

H-D 0166
Confidential

```
RGII0009              Harley-Davidson, Inc.      INQUIRY   Date 2/20/04
VERDUYS                    Registration          HMILMFG1  Time 15:39:57
CO-OWNER         : 00   CURRENT OWNER
VIN              : 1HD1BMY453Y052113    REGISTRATION CREATED ON  7/25/2003
NAME : MR       JEFFREY              P CHRISTENSEN
       TITLE    FIRST                I LAST
ADDRESS     : 6 DURGIN DR


CITY        : LEE                         STATE: NEW HAMPSHIRE
PROVINCE/
    COUNTY:
COUNTRY     : UNITED STATES               POSTAL CODE:  03824-6311
TELEPHONE   :
HOG/BRAG INDICATOR: N  MEMBER:
DATE PURCHASED    : 7/25/2003             NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                         Everett                              MA
TYPE OF SALE: RETAIL                      INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:         UNDER WARRANTY
F3 - Exit             F10 - Build Inq     LAST UPD: HOIB0060   20031021
```

H-D 0167
Confidential