# EXHIBIT 39

Case 1:04-cv-11402-NMG    Document 42-40    Filed 08/12/2005    Page 1 of 3

EXHIBIT

McGrath #1
5/20/05  HBS

# JULY SWR BIKES

10/20 1. FLHTC-I   03 1HD1FFW103Y638193 Ron Buchbaum   (Robert ✓
   Tindle 08/07/03)

2. FLHTCU-I  03 1HD1FCW463Y630589 Boston Harley Davidson

10/20 3. FLTR-I   03 1HD1FSW143Y638979 Jarred Buchbaum (EDWIN ✓✓
   VELASQUEZ 8/2/03)

10/24 4. FLSTC    03 1HD1BJY183Y052286 Joe Giordano (JOHN A. No
   COLLERAN 8/5/03)

10/17 5. FLSTC-I  03 1HD1BWB183Y107390 Mike Bloom (Joann No
   Stanwood 8/1/03)

10/26 6. FLSTF    03 1HD1BMY473Y085436 Matt Bloom(MARK CONNELLY ✓
   8/14/03)

10/27 7. FLSTF    03 1HD1BMY153Y105320 Bobby Misiano (DAVID ✓
   HAMNER 8/12/03

11/11 8. FXD      03 1HD1GHV193K310865 James Jouve(Robert Duff
   8/12/03)

11/11 9. FXDL     03 1HD1GDV443K314311 Daniel Sica (STEPHEN KENNY
9/17/03)

11/20 10. FXDWG   03 1HD1GEV183K318650 Robin Misiano(ROBERT
ROMIG 9/20/03)

11/29 11. FXDWG   03 1HD1GEV193K330502 Marisa Olivo(LOUIS
NARDONE 8/21/03)

11/29 12. FXST    03 1HD1BHY143Y099680 John Sica(Robert
   Richards8/16/03)

C-C 01060
CONFIDENTIAL

414343 4493

1/7/04 13. FXSTB 03 1HD1BTY1X3Y091568 Howie Cook (SCOTT DESALVO 08/18/03)

1/7/04 14. FXSTD 03 1HD1BSY123Y105487 Sal Giordano (Michael Botelho 8/9/03)

1/7 15. FLSTSI 03 1HD1BYB493Y097183 Rod Granese (Jason Blodgette 8/12/03)

1/22 16. VRSCA 03 1HD1HAZ423K849398 (THEODORE SHOMOS 8/21/03)

1/22 17. VRSCA 03 1HD1HAZ133K848962 Elaine Bloom (RAFFLE T.MULVEY 8/22/03)

1/22 18. VRSCA 03 1HD1HAZ113K842917 Lissa Bloom (JORGE ORELLANA 8/2/03)

2/12 19. VRSCA 03 1HD1HAZ403K842594 Jamie McGrath (VINNIE FIAMMA 1/13/04)

2/12 20. VRSCA 03 1HD1HAZ113K839405 Sean Walsh (PAUL KALINSOKI 08/07/03)

2/12 21. VRSCA 03 1HD1HAZ183K843207 Sheila Firth (John Holbrook 8/05/03)

22. XL 1200c 03 1HD1CGP413K431340 Boston Harley Davidson

23. XB9R 03 4MZAX12J033400134 Boston Harley Davidson

24. Switchsux for T Mulvey Raffle

C-C 01061
CONFIDENTIAL