EXHIBIT 40

```
RGII0009                Harley-Davidson, Inc.        INQUIRY    Date 10/24/03
BOLDEND                     Registration             HMILMFG1   Time 11:17:09
O-OWNER            : 00   CURRENT OWNER
VIN                : 1HD1BMY153Y105320    REGISTRATION CREATED ON  7/31/2003
NAME : MR.    ROBERT              MISIANO
        TITLE     FIRST           I LAST
ADDRESS   : 161 PROSPECT AVE


CITY      : REVERE                STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES         POSTAL CODE: 02151
TELEPHONE : (   )   -
HOG/BRAG INDICATOR: N  MEMBER:    NO PROGRAM
DATE PURCHASED    : 7/31/2003
REGISTERING DEALER: 1864 Cycle-Craft Co., Inc.
                         Everett              MA
                                 INSPECTED MILES: 00000
TYPE OF SALE: RETAIL
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO SALE DATE:         UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq   LAST UPD: RGUB0101   20030731
```

#1864

Jamie Tabor

H-D 1675
Confidential