# EXHIBIT 42



```
RGII0009                Harley-Davidson, Inc.        INQUIRY     Date 11/11/03
BOLDEND                     Registration             HMILMFG1    Time 10:59:08
CO-OWNER            : 00    CURRENT OWNER
VIN                 : 1HD1GHV193K310865    REGISTRATION CREATED ON 7/31/2003
NAME : MR.      JAMES              JOUVE
         TITLE    FIRST           I LAST
ADDRESS  : 55 ROLAND RD


CITY     : REVERE              STATE? MASSACHUSETTS
PROVINCE/
   COUNTY:
COUNTRY  : UNITED STATES          POSTAL CODE: 02151
TELEPHONE : (   )   -
HOG/BRAG INDICATOR: N  MEMBER:
DATE PURCHASED    :  7/31/2003     NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                      Everett                    MA
TYPE OF SALE: RETAIL           INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO SALE DATE:      UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq   LAST UPD: RGUB0101  20030731
```

H-D 1674
Confidential