# EXHIBIT 43

PLEASE TYPEWRITE OR PRINT (BLACK INK) DO NOT ERASE, STRIKE OUT, OR CROSS OVER.

**Massachusetts Registry of Motor Vehicles**
**RMV-1 Application Form   (617) 351-4500**
http://www.massrmv.com

3. Number of Documents _____ ☐ RO (Registration Only)   ☐ RX (Registration Transfer)
☐ ST (Salvage Title)   ☐ RT (Registration & Title)   ☐ TAR (Title Add Registration)
☐ TO (Title Only)   ☐ SW (Summer/Winter Swap)   4. ☐ Address Change

1. Reg Eff Date   2. Reg Exp Date

ORIGINAL

### Registration/Vehicle Information

5. Plate Type   6. Registration Number   7. Previous Title #   8. State

9. Type of Registration: ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial
☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☒ Motorcycle ☐ Other _____

10. Vehicle Identification Number: 1 H D 1 G H V 1 9 3 K 3 1 0 8 6 5

11. Year: 2003   12. Make: HD   13. Model Name: FXD DYNA T   14. Model #   15. Body Style: MC
16. Circle Color(s) of Vehicle   0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple
17. # of Cylinders/Passengers/Doors   2 / 2 / 0

18. Transmission: ☐ Automatic ☒ Manual
19. Total Gross Weight (Laden)
20. Motor Power: ☒ Gasoline ☐ Diesel ☐ Electric ☐ Other
21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil
If carrying passengers for hire, max no of passengers that can be seated: _____
If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No

### Owner Information

22. Owner 1 License #/State: 015304651   MA
23. Owner 2 License #/State:

25. Owner 1 Name (Last, First, Middle): DUFF, ROBERT J.
26. Owner 1 Date of Birth: 6/14/1940
27. Owner 2 Name (Last, First, Middle):
28. Owner 2 Date of Birth:

30. City/Town Where Vehicle is Principally Garaged:

31. Mailing Address: 46 BARTONS LANE   City: MILTON   State: MA   Zip Code: 02186
32. Residential Address:   City:   State:   Zip Code:

33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee
M M D D Y Y
34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

### Signatures

I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S)*** THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

35. Signature of Owner From Block 25 or 29. Also Print Name If Different
36. Signature of 2nd Owner From Block 27. Also Print Name If Different
37. Authorized Dealer's Signature   38. Dealer Reg No. 1
39. Seller's Name (Please Print): CYCLE CRAFT COMPANY INC.
40. Seller's Address: 1760 REVERE BEACH PKWY (RT 16)   EVERETT   MA 02149

### Insurance Certification

THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

41A. Policy Effective Date: _____
Policy Change Date: _____
41B. Manual Class:   41C. Ins. Company & Code:

Insurance Co's Authorized Representative's Signature

### Title Data

42. Date of Purchase: 8/09/2003
43. Odometer Reading: 10
☒ New Vehicle   ☐ Used Vehicle   If new vehicle, certificate of origin must be submitted
45. Title Type: ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained
46. Primary Salvage Title Brands: ☐ Repairable ☐ Parts Only
47. Secondary Salvage Brand

### Lienholder Information

We certify that all liens on this vehicle are listed below
48. Date of 1st Lien   /   /
49. Date of 2nd Lien
50. First Lienholder Code   51. Name
52. Lien Address
53. Second Lienholder Code   54. Name   55. Lien Address

Sales or Use Tax Schedule

Fee Information

C - C 02517
CONFIDENTIAL