# EXHIBIT 44

```
RGII0009              Harley-Davidson, Inc.         INQUIRY    Date 12/02/03
BOLDEND                   Registration              HMILMFG1   Time 13:29:21
CO-OWNER          : 00   CURRENT OWNER
VIN               : 1HD1GEV183K318650      REGISTRATION CREATED ON  7/31/2003
NAME : MR.         ROBIN                MISIANO
       TITLE       FIRST                I LAST
ADDRESS   : 161 PROSPECT AVE


CITY      : REVERE              STATE: MASSACHUSETTS        #1864
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES       POSTAL CODE:  02151
TELEPHONE : ( )    -
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED    : 7/31/2003             NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                          Everett                            MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO/SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:       UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq  LAST UPD: RGUB0101   20030731
```

VOID

Jamie
Talon

H-D 1672
Confidential