# EXHIBIT 46



```
RGII0009                 Harley-Davidson, Inc.           INQUIRY   Date 12/02/03
BOLDEND                      Registration                HMILMFG1  Time 13:29:35
TO-OWNER         : 00   CURRENT OWNER
VIN              : 1HD1GEV193K330502        REGISTRATION CREATED ON  7/31/2003
NAME : MR.       MARISA                   OLIVO
       TITLE     FIRST                  I LAST
ADDRESS          : 64 BALCH ST



CITY             : PAWTUCKET                STATE: RHODE ISLAND        #1864
PROVINCE/
    COUNTY:
COUNTRY          : UNITED STATES            POSTAL CODE:  02861
TELEPHONE        : ( )    -
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED        : 7/31/2003           NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc
                                Everett                            MA
TYPE OF SALE: RETAIL                        INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:           UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq     LAST UPD: RGUB0101   20030731
```

VOID

Jamie
Tpton

H-D 1673
Confidential