# EXHIBIT 47

# Massachusetts Registry of Motor Vehicles
## RMV-1 Application Form  (617) 351-4500
http://www.massrmv.com

1. Reg Eff Date    2. Reg Exp Date
3. Number of Documents____   ☐ RO (Registration Only)   ☐ RX (Registration Transfer)
☐ ST (Salvage Title)   ☐ RT (Registration & Title)   ☐ TAR (Title Add Registration)
☐ TO (Title Only)   ☐ SW (Summer/Winter Swap)   4. ☐ Address Change

### Registration/Vehicle Information
5. Plate Type
6. Registration Number
7. Previous Title #
8. State

9. Type of Registration: ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial
☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☒ Motorcycle ☐ Other____

10. Vehicle Identification Number: 1HD1GEV193K330502

11. Year: 2003
12. Make: HD
13. Model Name: FXDWG
14. Model #: T
15. Body Style: MC
16. Circle Color(s) of Vehicle  0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple
17. # of Cylinders/Passengers/Doors: 2 / 2 / 0

18. Transmission: ☐ Automatic ☐ Manual
19. Total Gross Weight (Laden)
20. Motor Power: ☒ Gasoline ☐ Diesel ☐ Electric ☐ Other
21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil

### Owner Information
22. Owner 1 License #/State: 016504851  MA
23. Owner 2 License #/State:
24. [illegible]

25. Owner 1 Name (Last, First, Middle): NARDONE, LOUIS J
26. Owner 1 Date of Birth: 9/23/1959
27. Owner 2 Name:
28. Owner 2 Date of Birth:

30. City/Town Where Vehicle is Principally Garaged:

31. Mailing Address: 54 EDENFIELD AVE   City: WATERTOWN   State: MA   Zip Code: 02472
32. Residential Address:

### Signatures
Signature of Owner From Block 25 or 29: Louis J. Nardone

Authorized Dealer's Signature
38. Dealer Reg No.: 1
Seller's Name: CYCLE CRAFT COMPANY INC.
Seller's Address: 1760 REVERE BEACH PKWY (RT 16)   EVERETT   MA  02149

### Insurance Certification
41A. Policy Effective Date: ____
Policy Change Date: ____
41B. Manual Class:   41C. Ins. Company & Code:

### Title Data
42. Date of Purchase: 8/21/2003
43. Odometer Reading: 10
44. ☒ New Vehicle  ☐ Used Vehicle
45. Title Type: ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained
46. Primary Salvage Title Brands: ☐ Repairable ☐ Parts Only
47. Secondary Salvage Brand

### Lienholder Information
48. Date of 1st Lien: 8/21/2003
49. Date of 2nd Lien:
50. First Lienholder Code
51. Name: BANKNORTH NA
52. Lien Address: P O BOX 1377   LEWISTON   ME   04243

C - C 02562
CONFIDENTIAL