# EXHIBIT 48

```
                    Harley-Davidson, Inc.          INQUIRY   Date  1/07/04
                        Registration               HMILMFG1  Time 14:40:51
O-OWNER           : 00   CURRENT OWNER
VIN               : 1HD1BTY1X3Y091568       REGISTRATION CREATED ON  7/31/2003
NAME : MR.    HOWARD                  COOK
         TITLE    FIRST                I LAST
ADDRESS   : 1 SUMMIT VIEW DR

CITY      : SWAMPSCOTT                 STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY   : UNITED STATES              POSTAL CODE: 01907-0000
TELEPHONE : (781) 593-2838
HOG/BRAG INDICATOR: N    MEMBER:                  NO PROGRAM
DATE PURCHASED         : 7/31/2003
REGISTERING DEALER: 1864  Cycle-Craft Co. Inc.
                          Everett                              MA
TYPE OF SALE: RETAIL                   INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:      UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq  LAST UPD: RGUB0101    20030731
```

#1864

Waitins on return call Jamie

Jamie

Talon

1HD1BYB493Y097183

H-D 1671
Confidential