EXHIBIT 49

PLEASE TYPEWRITE OR PRINT (BLACK INK) DO NOT ERASE, STRIKE OUT, OR CROSS OVER.

**Massachusetts Registry of Motor Vehicles**
**RMV-1 Application Form** (617) 351-4500
http://www.massrmv.com

3. Number of Documents____
☐ ST (Salvage Title)   ☐ RO (Registration Only)   ☐ RX (Registration Transfer)
☐ RT (Registration & Title)   ☐ TAR (Title Add Registration)
☐ TO (Title Only)   ☐ SW (Summer/Winter Swap)   4. ☐ Address Change

ORIGINAL

1. Reg Eff Date    2. Reg Exp Date

## Registration/Vehicle Information

| 5. Plate Type | 6. Registration Number | 7. Previous Title # | 8. State |
|---|---|---|---|

9. Type of Registration: ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial
☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☑ Motorcycle ☐ Other___

10. Vehicle Identification Number:
| 1 | H | D | 1 | B | T | Y | 1 | X | 3 | Y | 0 | 9 | 1 | 5 | 6 | 8 |

| 11. Year 2003 | 12. Make HD | 13. Model Name FXSTB | 14. Model # | 15. Body Style MC | 16. Circle Color (s) of Vehicle  0-Orange 1-Black 2-Blue 3-Brown | 17. # of Cylinders/Passengers/Doors |
|---|---|---|---|---|---|---|
| | | | | | 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 2   / 2   / |

| 18. Transmission ☐ Automatic ☐ Manual | 19. Total Gross Weight (Laden) | 20. Motor Power ☐ Gasoline ☐ Diesel ☐ Electric ☐ Other | 21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil |
|---|---|---|---|
| | | | If carrying passengers for hire, max no of passengers that can be seated: _____ |
| | | | If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No |

## Owner Information

| 22. Owner 1 License #/State  S42407157   MA | 23. Owner 2 License #/State |
|---|---|

| 25. Owner 1 Name (Last, First, Middle)  DESALVO, SCOTT A | 26. Owner 1 Date of Birth  6/30/1964 |
|---|---|

| 27. Owner 2 Name (Last, First, Middle) | 28. Owner 2 Date of Birth |
|---|---|

| | 30. City/Town Where Vehicle is Principally Garaged: |
|---|---|

| 31. Mailing Address  715 LYNNFIELD STREET | City  LYNN | State  MA | Zip Code  01904 |
|---|---|---|---|

| 32. Residential Address | City | State | Zip Code |
|---|---|---|---|

33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee
| | | | M M D D Y Y | | |

34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

## Signatures

I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY OR ANY MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S)*** THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

35. Signature of Owner From Block 25 or 29. Also Print Name If Different

37. Signature of 2nd Owner From Block 27. Also Print Name If Different

| 39. Authorized Dealer Signature | 38. Dealer Reg No. |
|---|---|

40. Seller's Name (Please Print)
CYCLE CRAFT COMPANY INC

41. Seller's Address
1760 REVERE BEACH PKWY (RT 16)    EVERETT    MA  02149

## Insurance Certification

THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE OF THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

41A. Policy Effective Date:_____
Policy Change Date:_____
41B. Manual Class:   41C. Ins. Company & Code:

Insurance Co's Authorized Representative's Signature

## Title Data

| 42. Date of Purchase 8/18/2003 | 43. Odometer Reading 70 |
|---|---|

44. ☐ New Vehicle ☐ Used Vehicle   If new vehicle, certificate of origin must be submitted

45. Title Type: ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained
46. Primary Salvage Title Brands:   47. Secondary Salvage Brand
☐ Repairable ☐ Parts Only

## Lienholder Information

| 48. Date of 1st Lien  8/18/2003 | 49. Date of 2nd Lien |
|---|---|

We certify that all liens on this vehicle are listed below:

| 50. First Lienholder Code | 51. Name  EAGLEMARK SAVINGS BANK |
|---|---|

52. Lien Address
4150 TECHNOLOGY WAY    CARSON CITY    NV    99706

| 53. Second Lienholder Code | 54. Name | 55. Lien Address |
|---|---|---|

**Sales or Use Tax Schedule**

**Fee Information**

C - C 02628
CONFIDENTIAL