# EXHIBIT 50

```
RGII0009              Harley-Davidson, Inc.       INQUIRY    Date  1/22/04
BOLDEND                   Registration            HMILMFG1   Time 15:15:32
O-OWNER           : 00   CURRENT OWNER
VIN               : 1HD1HAZ423K849398       REGISTRATION CREATED ON 7/31/2003
NAME : MR.        ANDRE              SILVA
       TITLE      FIRST            I LAST
ADDRESS    : 54 CHERRY ST



CITY       : MALDEN                 STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY    : UNITED STATES          POSTAL CODE:  02148
TELEPHONE  : (    )  -
HOG/BRAG INDICATOR: N    MEMBER:
DATE PURCHASED    : 7/31/2003                NO PROGRAM
REGISTERING DEALER: 1864 Cycle-Craft Co., Inc.
                         Everett                          MA
TYPE OF SALE: RETAIL                 INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:    UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq   LAST UPD: RGUB0101   20030731
```



#1864

VOIDED

Jamie
Tiston

H-D 1670
Confidential