# EXHIBIT 51

## Massachusetts Registry of Motor Vehicles
### RMV-1 Application Form (617) 351-4500
http://www.massrmv.com

1. Reg Eff Date
2. Reg Exp Date
3. Number of Documents ( )
- ☐ RO (Registration Only)
- ☐ RX (Registration Transfer)
- ☐ ST (Salvage Title)
- ☐ RT (Registration & Title)
- ☐ TAR (Title Add Registration)
- ☐ TO (Title Only)
- ☐ SW (Summer/Winter Swap)
4. ☐ Address Change

ORIGINAL

### Registration/Vehicle Information
5. Plate Type
6. Registration Number
7. Previous Title #
8. State

9. Type of Registration: ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial ☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☐ Motorcycle ☐ Other_____

10. Vehicle Identification Number: 1HD1HA2423K849398

11. Year: 2003
12. Make: HD
13. Model Name: VRSCA
14. Model #:
15. Body Style: MC
16. Circle Color(s) of Vehicle  0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple
17. # of Cylinders/Passengers/Doors: 2 / 2 / 0

18. Transmission: ☐ Automatic ☐ Manual
19. Total Gross Weight (Laden):
20. Motor Power: ☒ Gasoline ☐ Diesel ☐ Electric ☐ Other
21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil
If carrying passengers for hire, max no of passengers that can be seated: ___
If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No

### Owner Information
22. Owner 1 License #/State: S85073966  MA
23. Owner 2 License #/State:
24. EIN/FID # (see block 29)

25. Owner 1 Name (Last, First, Middle): SHOMOS, THEODORE
26. Owner 1 Date of Birth: 8/25/1980
27. Owner 2 Name (Last, First, Middle):
28. Owner 2 Date of Birth:

29. Company/Organization Name (see block 29)
30. City/Town Where Vehicle is Principally Garaged: middleton

31. Mailing Address: 3 JERSEY LANE  City: MIDDLETON  State: MA  Zip Code: 01949
32. Residential Address:  City:  State:  Zip Code:

33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee
    M M D D Y Y
34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

### Signatures
I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S)*** THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

35. Signature of Owner From Block 25 or 29. Also Print Name If Different
36. Signature of 2nd Owner From Block 27. Also Print Name If Different
37. Authorized Dealer's Signature
38. Dealer Reg No.: 1
39. Seller's Name Please Print: CYCLE CRAFT COMPANY INC
40. Seller's Address: 1700 REVERE BEACH PKWY (RT 16)  EVERETT  MA  02149

### Sales or Use Tax Schedule
A. SALE BY LICENSED MOTOR VEHICLE DEALER
DEALER EIN/FID NUMBER: 04237761?
Total Sales Price: 18,695.00
Adjusted for dealer's discount and manufacturer's rebate: n/a
Less Manufacturer's Excise: $
If commercial vehicle over 10,000 lbs: 18,695.00
Net Sales Price:
Less Trade-in Allowance For: $
Yr.  Make  Model
VIN No. Required on Trade Ins:
Taxable Sales Price: 18,695.00
5% Sales Tax: 934.75
B. SALES BY OTHER THAN MOTOR VEHICLE DEALER

### Insurance Certification
THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

41A. Policy Effective Date: _____
Policy Change Date: _____
41B. Manual Class:
41C. Ins. Company & Code:

Insurance Co's Authorized Representative's Signature

### Title Data
42. Date of Purchase: 8/21/2003
43. Odometer Reading: 10
44. ☐ New Vehicle  ☐ Used Vehicle   If new vehicle, certificate of origin must be submitted
45. Title Type: ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained
46. Primary Salvage Title Brands: ☐ Repairable ☐ Parts Only
47. Secondary Salvage Brand

### Fee Information

### Lienholder Information
I/we certify that all liens on this vehicle are listed below
48. Date of 1st Lien: 8/21/2003
49. Date of 2nd Lien:
50. First Lienholder Code
51. Name: EAGLEMARK SAVINGS BANK
52. Lien Address: 4150 TECHNOLOGY WAY  CARSON CITY  NV  89706
53. Second Lienholder Code
54. Name:
55. Lien Address:

C - C 02668
CONFIDENTIAL