# EXHIBIT 52

```
RGII0009                Harley-Davidson, Inc.      INQUIRY    Date 2/16/04
BOLDEND                     Registration           HMILMFG1   Time 06:34:08
CO-OWNER          : 00   CURRENT OWNER
/IN               : 1HD1HAZ183K843207       REGISTRATION CREATED ON 7/31/2003
NAME : MR.       SHEILA                FIRTH
       TITLE     FIRST                 I LAST
ADDRESS   : 17 DALE ST


CITY          : SAUGUS                    STATE: MASSACHUSETTS
PROVINCE/
    COUNTY:
COUNTRY       : UNITED STATES             POSTAL CODE: 01906
TELEPHONE : ( )      -
HOG/BRAG INDICATOR: N   MEMBER:
DATE PURCHASED      : 7/31/2003           NO PROGRAM
REGISTERING DEALER: 1864  Cycle-Craft Co., Inc.
                                Everett                      MA
TYPE OF SALE: RETAIL                      INSPECTED MILES: 00000
WARRANTY/TRANSFER/DEMO SALE/SALE:
WARRANTY/TRANSFER/DEMO/SALE DATE:         UNDER WARRANTY
F3 - Exit  F7 - Update  F10 - Build Inq   LAST UPD: RGUB0101   20030731
```



*[Handwritten annotations: "VOID" stamped across form, "#1864" circled, signatures "Jamie" / "Tralon" at bottom]*

H-D 1668
Confidential