# EXHIBIT 53

## Massachusetts Registry of Motor Vehicles
### RMV-1 Application Form  (617) 351-4500
http://www.massrmv.com

1. Reg Eff Date
2. Reg Exp Date
3. Number of Documents
   - ☐ RO (Registration Only)
   - ☐ RX (Registration Transfer)
   - ☐ ST (Salvage Title)
   - ☐ RT (Registration & Title)
   - ☐ TAR (Title Add Registration)
   - ☐ TO (Title Only)
   - ☐ SW (Summer/Winter Swap)
4. ☐ Address Change

### Registration/Vehicle Information

5. Plate Type
6. Registration Number
7. Previous Title #
8. State

9. Type of Registration: ☐ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial ☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☒ Motorcycle ☐ Other

10. Vehicle Identification Number: 1 H D 1 H A Z 1 8 3 K 8 4 3 2 0 7

11. Year: 2003
12. Make: HD
13. Model Name: VRSCA
14. Model #:
15. Body Style: MC
16. Circle Color(s) of Vehicle  0-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple — 2
17. # of Cylinders/Passengers/Doors: 2 / 2 / 0

18. Transmission: ☐ Automatic ☐ Manual
19. Total Gross Weight (Laden):
20. Motor Power: ☒ Gasoline ☐ Diesel ☐ Electric ☐ Other
21. Bus: ☐ Regular ☐ DPU ☐ Livery ☐ Taxi ☐ School Pupil
   If carrying passengers for hire, max no of passengers that can be seated: ___
   If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No

### Owner Information

22. Owner 1 License #/State: 014686531  MA
23. Owner 2 License #/State:

25. Owner 1 Name (Last, First, Middle): HOLBROOK, JOHN J.
26. Owner 1 Date of Birth: 5/29/1975
27. Owner 2 Name (Last, First, Middle):
28. Owner 2 Date of Birth:

30. City/Town Where Vehicle is Principally Garaged: Ware

31. Mailing Address: 323 PALMER RD   City: WARE   State: MA   Zip Code: 01082
32. Residential Address:   City:   State:   Zip Code:

33. For Leased Vehicles include License Number, Date of Birth and State or EIN/FID Number and Name of Lessee
34. For Leased Vehicles, Include Address, City, State, and Zip Code of Lessee

### Signatures

I/WE THE APPLICANTS HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THERE ARE NO OUTSTANDING EXCISE TAX LIABILITIES ON THE VEHICLE DESCRIBED ABOVE THAT HAVE BEEN INCURRED BY THE APPLICANT(S), ANY MEMBER OF THE APPLICANT'S IMMEDIATE FAMILY WHO IS A MEMBER OF THE APPLICANT'S HOUSEHOLD OR THE BUSINESS PARTNER OF THE APPLICANT(S)*** THE UNDERSIGNED HEREBY FURTHER CERTIFY THAT ALL INFORMATION CONTAINED IN THIS APPLICATION IS TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE AND BELIEF. FALSE STATEMENTS ARE PUNISHABLE BY FINE, IMPRISONMENT OR BOTH.

35. Signature of Owner From Block 25 or 29. Also Print Name If Different
36. Signature of 2nd Owner From Block 27. Also Print Name If Different
37. Authorized Dealer's Signature
38. Dealer Reg No.: 1
39. Seller's Name (Please Print): CYCLE CRAFT COMPANY INC.
40. Seller's Address: 1760 REVERE BEACH PKWY (RT 16)  EVERETT  MA 02149

### Insurance Certification

THE COMPANY SIGNATORY HERETO HEREBY CERTIFIES THAT IT HAS OR WILL INSURE OR GUARANTEE PERFORMANCE BY THE APPLICANT HEREINBEFORE NAMED WITH RESPECT TO THE MOTOR VEHICLE HEREINBEFORE DESCRIBED FOR A PERIOD AT LEAST COTERMINOUS WITH THAT OF SUCH REGISTRATION UNDER A MOTOR VEHICLE LIABILITY POLICY, BINDER OR BOND WHICH CONFORMS TO THE PROVISIONS OF GENERAL LAWS, CHAPTER 175, SECTION 113A, AND THAT THE PREMIUM CHARGE AND CLASSIFICATION ON THE EFFECTIVE DATE OF REGISTRATION ARE AS ESTABLISHED BY THE COMMISSIONER OF INSURANCE UNDER CHAPTER 175, SECTION 113B, 113H AND CHAPTER 175E.

41A. Policy Effective Date:
Policy Change Date:
41B. Manual Class:  41C. Ins. Company & Code:

Insurance Co's Authorized Representative's Signature

### Title Data

42. Date of Purchase: 8/05/2003
43. Odometer Reading: 10
44. ☒ New Vehicle  ☐ Used Vehicle   If new vehicle, certificate of origin must be submitted
45. Title Type: ☐ Clear ☐ Salvage ☐ Reconstruct ☐ Owner Retained ☐ Theft ☐ Prior Owner Retained
46. Primary Salvage Title Brands: ☐ Repairable ☐ Parts Only
47. Secondary Salvage Brand:

### Lienholder Information

I/we certify that all liens on this vehicle are listed below
48. Date of 1st Lien:
49. Date of 2nd Lien:
50. First Lienholder Code:
51. Name: Country Bank
52. Lien Address: 75 Main St Ware MA 01082
53. Second Lienholder Code:
54. Name:
55. Lien Address:

C - C 02581
CONFIDENTIAL