UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
THAT EXCEEDS TWENTY PAGES**

Pursuant to Local Rule 7.1(B(4), Defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC (collectively, "Harley-Davidson"), hereby move this Court for leave to file a Memorandum of Law in Support of their Motion for Summary Judgment that exceeds twenty pages. As grounds for and in support of this Motion, Harley-Davidson states as follows:

1. Plaintiff's Amended Complaint contains three (3) counts asserted against Harley-Davidson and is twelve (12) pages long. Harley-Davidson has moved for summary judgment on each of these counts.

2. Harley-Davidson has endeavored to assert its position within twenty pages, but because of the breadth of the issues involved, Harley-Davidson requires twenty-five pages to present its arguments as directly and concisely as possible.

3. Plaintiff's counsel has assented to this motion.

4. Therefore, based on these circumstances, it is appropriate for Harley-Davidson's Memorandum of Law to exceed twenty pages.

LITDOCS/611525.1

WHEREFORE, Harley-Davidson respectfully requests that the Court grant it leave to file a Memorandum of Law in Support of its Motion for Summary Judgment that exceeds twenty pages.

**Harley-Davidson Motor Company, Inc., and Buell Distribution Company, LLC**

By their attorneys,

_____
William N. Berkowitz, BBO# 544148
Sabita Singh, BBO# 560146
William F. Benson, BBO# 646808
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

Dated: August 12, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on August 12, 2005.

_____
William F. Benson

OCS/611525.1