UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. <br> d/b/a BOSTON HARLEY-DAVIDSON/BUELL, <br><br> Plaintiff, <br><br> v. <br><br> HARLEY-DAVIDSON MOTOR COMPANY, INC. <br> and BUELL DISTRIBUTION COMPANY, LLC, <br><br> Defendants. | CIVIL ACTION <br> NO. 04 11402 NMG |

## STIPULATION AND ORDER

The parties to the captioned matter agree, and the Court hereby ORDERS as follows:

1. Discovery in this matter is closed.

2. On August 12, 2005, Defendants filed their motion for summary judgment. Plaintiff shall file its opposition, not to exceed twenty-five pages, on or before September 9, 2005.

3. Plaintiff may file a motion for summary judgment and a memorandum of law in support of summary judgment, not to exceed twenty-five pages, on or before August 29, 2005. Defendants shall file their opposition, not to exceed twenty-five pages, within four (4) weeks of service of Plaintiff's motion for summary judgment.

4. The trial in this matter (if necessary) shall be set to commence on Monday, February 20, 2006. The parties estimate that the trial will last two weeks. The Final Pretrial Conference shall be scheduled at the Court's convenience prior to the February 20, 2006 trial date.

LITDOCS/612161.1

| | |
|---|---|
| **Cycle-Craft Co., Inc. d/b/a** <br> **Boston Harley-Davidson/Buell** | **Harley-Davidson Motor Company, Inc.,** <br> **and Buell Distribution Company, LLC** |
| By their attorneys, | By their attorneys, |
| /s/ James C. Rehnquist | /s/ Sabita Singh |
| James C. Rehnquist, BBO#552602 <br> Christopher C. Nee, BBO# 651472 <br> GOODWIN PROCTER LLP <br> Exchange Place <br> Boston, MA 02109 <br> Ph: (617) 570-1000 <br> Fx: (617) 523-1231 | William N. Berkowitz, BBO#544148 <br> Sabita Singh, BBO#560146 <br> William F. Benson, BBO# 646808 <br> BINGHAM MCCUTCHEN LLP <br> 150 Federal Street <br> Boston, MA 02110 <br> Ph: (617) 951-8000 <br> Fx: (617) 951-8736 |

**SO ORDERED:**

_____
Judge Nathaniel M. Gorton