UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, William F. Benson hereby notices his appearance as counsel for the Defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC.

**Harley-Davidson Motor Company, Inc.,
and Buell Distribution Company, LLC**

By their attorneys,

　　/s/ William F. Benson
William N. Berkowitz, BBO# 544148
Sabita Singh, BBO# 560146
William F. Benson, BBO# 646808
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

Dated: August 24, 2005