UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
CYCLE-CRAFT CO., INC.                       )
d/b/a BOSTON HARLEY-DAVIDSON/BUELL,         )
                                            )
                    Plaintiff,              )
                                            )   Civil Action
          v.                                )   No. 04 11402 NMG
                                            )
HARLEY-DAVIDSON MOTOR COMPANY, INC.,        )
and BUELL DISTRIBUTION COMPANY, LLC,        )
                                            )
                    Defendants.             )
_____)

## PLAINTIFF CYCLE-CRAFT CO., INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Plaintiff Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft") hereby moves for summary judgment on Count I of its Amended Complaint under Mass. Gen. Laws. Ch. 93B.

As grounds for and in support of this Motion, Cycle-Craft relies on and incorporates fully herein its Statement of Undisputed Facts, its Memorandum of Law in Support of Motion for Summary Judgment, and its Appendix in Support of Motion for Summary Judgment, filed herewith.

Based on the foregoing, Cycle-Craft requests that this Court grant its Motion for Summary Judgment.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), counsel for Cycle-Craft hereby requests oral argument on the issues raised in this Motion.

Respectfully submitted,

 /s/ James C. Rehnquist
James C. Rehnquist (BBO# 552602)
Christopher C. Nee (BBO# 651472)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

*Attorneys for Plaintiff Cycle-Craft Co., Inc.*
*d/b/a Boston Harley-Davidson/Buell*

Dated: August 30, 2005

### LOCAL RULE 7.1A(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Cycle-Craft conferred with counsel for Harley-Davidson in a good faith effort to determine whether defendant would assent to this Motion. The issues could not be resolved or narrowed and counsel for Harley-Davidson declined to assent to the Motion.

Dated:  August 30, 2005                    /s/ Christopher C. Nee