UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
CYCLE-CRAFT CO., INC.                       )
d/b/a BOSTON HARLEY-DAVIDSON/BUELL,         )
                                            )
                    Plaintiff,              )
                                            )   Civil Action
            v.                              )   No. 04 11402 NMG
                                            )
HARLEY-DAVIDSON MOTOR COMPANY, INC.,        )
and BUELL DISTRIBUTION COMPANY, LLC,        )
                                            )
                    Defendants.             )
_____)

**PLAINTIFF CYCLE-CRAFT CO., INC.'S MOTION TO FILE A MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), Plaintiff Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft") hereby moves this Court for leave to file a Memorandum of Law in Support of Its Motion for Summary Judgment in excess of twenty pages. In support of this Motion, Cycle-Craft states that the parties in this case filed a Stipulation and Order on August 22, 2005, in which counsel for Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC (collectively "Harley-Davidson") assented to Cycle-Craft filing a Memorandum of Law of twenty-five pages or less. Further, this Court previously granted Harley-Davidson's Motion to File a Memorandum of Law in Support of Their Motion for Summary Judgment That Exceeds Twenty Pages.

Based on these facts, its is appropriate for Cycle-Craft's Memorandum of Law to exceed twenty pages.

LIBA/1577333.1

>Respectfully submitted,
>
>  /s/ James C. Rehnquist_____
> James C. Rehnquist (BBO# 552602)
> Christopher C. Nee (BBO# 651472)
> GOODWIN PROCTER LLP
> Exchange Place
> Boston, MA 02109
> (617) 570-1000
>
> *Attorneys for Plaintiff Cycle-Craft Co., Inc.*
> *d/b/a Boston Harley-Davidson/Buell*

Dated: August 30, 2005

## LOCAL RULE 7.1A(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Cycle-Craft has conferred with counsel for Harley-Davidson and obtained assent to file a brief in excess of twenty pages.

Dated:  August 30, 2005                    /s/ Christopher C. Nee_____

LIBA/1577333.1