Affidavit of Christopher C. Nee, Esq.

# EXHIBITS 17-20

# EXHIBIT 17



EXHIBIT
2
GMP 2-25-05



# HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CAP1X3K453887

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
07/15/03

**Invoice Number**
0953921VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
313-908-9216

**Purchaser's Name:**  ☑Mr. ☐Mrs. ☐Ms. ☐Bus. ☐Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
|  | James | Gusset |

**Purchaser's Number / Street Address**
7900 NE 30th ST # 94

**City/ Province, And / Or State**
Ft Lad FL

**Zip / Postal Code**
33306

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other

**NOTICE:**  It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:**  I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications. In any other country, I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____              _____
Delivering Dealer Signature                    Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____              7-25-03
Delivery Accepted by Purchaser – Signature        Date (Month/Day/Year)

C-C 00590
CONFIDENTIAL

IF-544                Rev 06/02                Original - Filed By Dealer    Copy - To Customer

Δ π EXHIBIT 16
Deponent Lunsford
Date 2/2/05 Rptr. ___
WWW.DEPOBOOK.COM



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CAP163K450548

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/13/03

**Invoice Number**
0897139VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954-214-1102

**Purchaser's Name:** ☑Mr. ☐Mrs. ☐Ms. ☐Bus. ☐Mr. & Mrs.

| TITLE | FIRST | LAST |
|-------|-------|------|
|       |       |      |

**Purchaser's Number / Street Address**
Daniel W. Gusoff
2900 NE 30th ST # 9H

**City/ Province, And / Or State**
Ft Lauderdale FL

**Zip / Postal Code**
33306

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____    _____
Delivering Dealer Signature    Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _Daniel W Gff_ _____    _7/25/03_
Delivery Accepted by Purchaser - Signature    Date (Month/Day/Year)

C-C 00610
CONFIDENTIAL

F-544A    Rev. 06/02    Original – Filed By Dealer    Copy – To Customer



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1PFD1X3Y954586

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
05/13/03

**Invoice Number**
0827296VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954 834 0834

**Purchaser's Name:** ☒Mr. ☐Mrs. ☐Ms. ☐Bus. ☐Mr / & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | Leo | Larsen |

**Purchaser's Number / Street Address**
6124 NW 20th CT

**City/ Province, And / Or State**
MARGATE    FL

**Zip / Postal Code**
33683

**Country**
US

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual was delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____    _____
Delivering Dealer Signature    Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to **only** meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _Leo Larsen_ _____    _____
Delivery Accepted by Purchaser – Signature    Date (Month/Day/Year)

C-C 00629
CONFIDENTIAL

F-544A    Rev. 06/02    Original – Filed By Dealer    Copy – To Customer



**HARLEY-DAVIDSON MOTOR COMPANY®**
**S.W.R. – SALES AND WARRANTY REGISTRATION**

**Vin Number**
1HD1BSY133Y075190

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
03/20/03

**Invoice Number**
0742144VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954/834/0034

**Purchaser's Name:** ☑ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Bus.  ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | HAROLD | CHRISTENSEN |

**Purchaser's Number / Street Address**
75 Forest Hills Ct

**City/ Province, And / Or State**
Boca Raton FLA

**Zip / Postal Code**
33431

**Country**
USA

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the county of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____
Delivering Dealer Signature

_____
Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____
Delivery Accepted by Purchaser – Signature

_____
Date (Month/Day/Year)

F-544A    Rev. 06/02

Original – Filed By Dealer    Copy – To Customer

C-C 00651
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CAM193K451727

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/26/03

**Invoice Number**
0897186VE3

**Date Delivered**
Month  Day  Year

**Daytime Phone Number**
954 - 347-3065

**Purchaser's Name:** ☐ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
|  | JASON | Gotham |

**Purchaser's Number / Street Address**
8100 Cleary Blvd #1012

**City / Province, And / Or State**
Plantation  FL

**Zip / Postal Code**
33324

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____    _____
Delivering Dealer Signature    Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

_____    _____
Purchaser - Signature    Date (Month/Day/Year)

F-513A    Rev. 06/02    Original – Filed By Dealer    Copy – To Customer

C-C-00662
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY°
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CEM153K450792

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/14/03

**Invoice Number**
0897204VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954 - 632 - 8932

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | EDWARD B. | STEVENS |

**Purchaser's Number / Street Address**
3000 NE 19 TERR #A

**City/ Province, And / Or State**
LIGHTHOUSE POINT    FL.

**Zip / Postal Code**
33064

**Country**
U.S.A

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____    _____
Delivering Dealer Signature    Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to **only** meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____    _____
Delivery Accepted by Purchaser - Signature    Date (Month/Day/Year)

C~C 00684
CONFIDENTIAL

F-544A    Rev. 06/02    Original – Filed By Dealer    Copy - To Customer



# HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CAM163K449790

**Dealer Number**
1864

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/10/03

**Invoice Number**
0897188VE3

**Transferred to Dealer Number**

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954. 834 .0834

**Purchaser's Name:** ☐ Mr. ☑ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | Deborah   J. | Lunsford |

**Purchaser's Number / Street Address**
5896  N.W. 56ᵀᴴ  DR.

**City/ Province, And / Or State**
Coral Springs    FL

**Zip / Postal Code**
33067

**Country**
U.S.A.

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____
Delivering Dealer Signature                                   Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____
Delivery Accepted by Purchaser - Signature                  Date (Month/Day/Year)

C-C 00696
CONFIDENTIAL

F-544A        Rev. 06/02                 Original – Filed By Dealer    Copy – To Customer



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CAP13K450151

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/14/03

**Invoice Number**
0897141VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954 564-6474

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☒ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | ReNee | MYLCYMAK; |

**Purchaser's Number / Street Address**
2900 NE 38TH ST #9H

**City/ Province, And / Or State**
Ft Cauderdale FL

**Zip / Postal Code**
33306

**Country**

**Current H.O.G. Member?** ☐ YES ☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and _electronically submit_ the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

_A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson._

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_Delivering Dealer Signature_          _Date (Month/Day/Year)_

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to _only_ meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _[signature]_          7/25/03

_Delivery Accepted by Purchaser – Signature_          _Date (Month/Day/Year)_

F-544A          Rev. 06/02          Original – Filed By Dealer    Copy – To Customer

C-C 00721
CONFIDENTIAL



## HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CEM113K447680

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
05/24/03

**Invoice Number**
0897201VE3

**Date Delivered**
/  /
Month  Day  Year

**Daytime Phone Number**
954 · 834 · 0834

**Purchaser's Name:**  ☑ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Bus.  ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
|  | BRANFORD | LUNSFORD |

**Purchaser's Number / Street Address**
5896 N.W. 56ᵀᴴ DR.

| City/ Province, And / Or State | Zip / Postal Code |
|---|---|
| CORN SPRINGS    FL | 33067 |

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other

**NOTICE:**   It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____   _____
Delivering Dealer Signature                    Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____   _____
Delivery Accepted by Purchaser - Signature          Date (Month/Day/Year)

F-544A    Rev. 06/02          Original – Filed By Dealer    Copy – To Customer

C-C 00732
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CEM283K450253

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/13/03

**Invoice Number**
0897202VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954. 558-4915

**Purchaser's Name:** ☑Mr. ☐Mrs. ☐Ms. ☐Bus. ☐Mr. & Mrs.

| TITLE | FIRST | LAST |
|-------|-------|------|
|  | MICHAEL | STEVENS |

**Purchaser's Number / Street Address**
3000 NE 19th TERR #B

**City/ Province, And / Or State**
LIGHT HOUSE Point    FL

**Zip / Postal Code**
33064

**Country**
USA

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.

**CALIFORNIA DEALER ONLY:** This emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up Instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____    _____
Delivering Dealer Signature                Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____    _____
Delivery Accepted by Purchaser – Signature        Date (Month/Day/Year)

F-541A        Rev. 06/02

Original – Filed By Dealer    Copy – To Customer

C-C 00749
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY®
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
`1HD1GEV403K325618`

**Dealer Number**
`1864`

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
`03/29/03`

**Invoice Number**
`0896844VE3`

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
`954·834·0834`

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | KAREN L. | CHRISTENSEN |

**Purchaser's Number / Street Address**
25 FOREST HILLS LANE

**City/ Province, And / Or State**
BOCA RATON, FL

**Zip / Postal Code**
33431

**Country**
USA

**Current H.O.G. Member?** ☐ YES ☑ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

*CALIFORNIA DEALER ONLY:* The emissions warranty statement has been provided and explained.

*DEALER:* I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser, and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____
Delivering Dealer Signature

_____
Date (Month/Day/Year)

*CALIFORNIA PURCHASER ONLY:* The emissions warranty statement has been received and explained.

*PURCHASER:* This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _Karen Christensen_
Delivery Accepted by Purchaser – Signature

_____
Date (Month/Day/Year)

F-546A    Rev. 06/02

Original – Filed By Dealer    Copy – To Customer

C-C 00773
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
`1HD1CAP10J3K448116`

**Dealer Number**
`1864`

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
`06/02/03`

**Invoice Number**
`0897137VE3`

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
`954-545-3200`

**Purchaser's Name:**  ☑Mr. ☐Mrs. ☐Ms. ☐Bus. ☐Mr. & Mrs.

| TITLE | FIRST | LAST |
|-------|-------|------|
|       | HEATHER | WINGARD |

**Purchaser's Number / Street Address**
5896 NW 56TH DR.

**City/ Province, And / Or State**
CORAL SPRINGS FL

**Zip / Postal Code**
330 67

**Country**
U.S.A.

**Current H.O.G. Member?**  ☐ YES  ☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)  ☐ Police/Shrine  ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and **electronically submit** the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____  _____
Delivering Dealer Signature      Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to **only** meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____
Delivery Accepted by Purchaser – Signature

_____
Date (Month/Day/Year)

C-C 00788
CONFIDENTIAL

F-544A      Rev. 06/02      Original – Filed By Dealer   Copy – To Customer



# HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1GHV173K318821

**Dealer Number**
1864

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
01/28/03

**Invoice Number**
0742012VE3

**Transferred to Dealer Number**

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
953/834/083U

**Purchaser's Name:** ☐Mr. ☒Mrs. ☐Ms. ☐Bus. ☐Mr. & Mrs.

TITLE | FIRST | LAST
SoNiA   Phulovich

**Purchaser's Number / Street Address**
6124  NW  20th  CT

**City/ Province, And / Or State**
MARGATE  FL

**Zip / Postal Code**
33063

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other _____

NOTICE: It is the responsibility of the delivering dealer to complete and **electronically submit** the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

CALIFORNIA DEALER ONLY: The emissions warranty statement has been provided and explained.

*DEALER:* I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____ | _____
Delivering Dealer Signature | Date (Month/Day/Year)

CALIFORNIA PURCHASER ONLY: The emissions warranty statement has been received and explained.

*PURCHASER:* This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to *only* meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

_____ | _____
Delivery Accepted by Purchaser - Signature | Date (Month/Day/Year)

F-54A      Rev. 06/02                    Original – Filed By Dealer   Copy – To Customer

C-C 00807
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CAM43K443289

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
04/29/03

**Invoice Number**
0897184VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954 · 558 · 4905

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
|  | KEVIN | GREENE |

**Purchaser's Number / Street Address**
3000 NE 19TH TERR #B

**City/ Province, And / Or State**
LIGHTHOUSE PONT    FL

**Zip / Postal Code**
33064

**Country**
U.S.A.

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____          _____
Delivering Dealer Signature          Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____
Delivery Accepted by Purchaser – Signature

_____
Date (Month/Day/Year)

C-C 00817
CONFIDENTIAL

F-544A     Rev. 06/02

Original – Filed By Dealer     Copy - To Customer



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
| 1HD1GEV153K330500 |

**Dealer Number**
| 1864 |

**Transferred to Dealer Number**
| |

**Dealer Name / Address**
| CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149 |

**Date Shipped**
| 05/15/03 |

**Invoice Number**
| 0896843VE3 |

**Date Delivered**
| Month / Day / Year |

**Daytime Phone Number**
9E 313-205-4603

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
| | Louis | Gusoff |

**Purchaser's Number / Street Address**
2900 NE 30th ST # 9H

**City/ Province, And / Or State**
FT Lauderdale

**Zip / Postal Code**
33306

**Country**
| |

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

NOTICE:  It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.

CALIFORNIA DEALER ONLY: The emissions warranty statement has been provided and explained.

DEALER:  I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____
Delivering Dealer Signature

_____
Date (Month/Day/Year)

CALIFORNIA PURCHASER ONLY: The emissions warranty statement has been received and explained.

PURCHASER:  This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

_____
Delivery Acceptance/ Purchaser's Signature

_____
Date (Month/Day/Year)

F-544A    Rev. 06/02

Original – Filed By Dealer    Copy – To Customer

C-C 00835
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
`1HD1CGP143K433654`

**Dealer Number**
`1864`

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
`02/19/03`

**Invoice Number**
`0843476VE3`

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
2/8640 7652

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

TITLE | FIRST: PAiG | LAST: Kapilla

**Purchaser's Number / Street Address**
2900 NE 30th ST # 98

**City/ Province, And / Or State**
Ft Lauderdale FL

**Zip / Postal Code**
33306

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements the Sales and Warranty Registration form has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____ _____
Delivering Dealer Signature              Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____ _____
Delivery Accepted by Purchaser - Signature     Date (Month/Day/Year)

C-C 00853
CONFIDENTIAL

F-544A        Rev. 06/02        Original – Filed By Dealer    Copy – To Customer



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CGP193K447808

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
05/28/03

**Invoice Number**
0897154VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
(954) 235 - 5709

**Purchaser's Name:** ☑ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | THOMAS | STIMPSON |

**Purchaser's Number / Street Address**
2900 NE 30TH ST #9B

**City/ Province, And / Or State**
FT. LAUDERDALE FL

**Zip / Postal Code**
33306

**Country**
U.S.A.

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

NOTICE:  It is the responsibility of the delivering dealer to complete and *electronically submit* the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.

*CALIFORNIA DEALER ONLY:* The emissions warranty statement has been provided and explained.

*DEALER:* I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____    _____
Delivering Dealer Signature         Date (Month/Day/Year)

*CALIFORNIA PURCHASER ONLY:* The emissions warranty statement has been received and explained.

*PURCHASER:* This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to *only* meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____    _____
Delivery Accepted by Purchaser – Signature    Date (Month/Day/Year)

N-544A    Rev. 06/02    Original – Filed By Dealer    Copy – To Customer

C-C 00872
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY'
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CAP153K441145

**Dealer Number**
1864

**Transferred to
Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
04/10/03

**Invoice Number**
0897134VE3

**Date Delivered**
___ / ___ / ___
Month  Day  Year

**Daytime Phone Number**
954 818-2634

**Purchaser's Name:**  ☒ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Bus.  ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
|  | ASON | JOZON |

**Purchaser's Number / Street Address**
2121 SOCEAN DR

**City / Province, And / Or State**
Pompano Bch          FZ

**Zip / Postal Code**
33062

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)     ☐ Police/Shrine     ☐ Other_____

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____          _____
Delivering Dealer Signature                    Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

_____          _____
Delivery Accepted by Purchaser – Signature          Date (Month/Day/Year)

F-544A     Rev. 06/02

Original - Filed By Dealer     Copy - To Customer

C-C 00893
CONFIDENTIAL

05/14/2004  05:38  6173892675



# HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
`1HD4CEM193K451492`

**Dealer Number**
`1864`

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA C2149

**Date Shipped**
`06/23/03`

**Invoice Number**
`0897205VE3`

**Transferred to Dealer Number**

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
`954·632·8932`

**Purchaser's Name:** ☐ Mr.  ☐ Mrs.  ☒ Ms.  ☐ Bus.  ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | CAROLYN | CAGNINA |

**Purchaser's Number / Street Address**
3000  NE  19 TERR  # A

**City/ Province, And / Or State**
LIGHTHOUSE  Point , Fc

**Zip / Postal Code**
33064

**Country**
U.S.A

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Service    ☐ Other

NOTICE:    It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

A Harley-Davidson embossed owner's identification card will be sent to the buyer when the registration information is received by Harley-Davidson.

CALIFORNIA DEALER ONLY: The emissions warranty statement has been provided and explained.

DEALER:  I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up Instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____          _____
Delivering Dealer Signature                                  Date (Month/Day/Year)

CALIFORNIA PURCHASER ONLY: The emissions warranty statement has been received and explained.

PURCHASER: This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _Carolyn Cagnina_          _____
Delivery Accepted by Purchaser / Signature                    Date (Month/Day Year)

# 344A        Rev. 04/02                         Original – Filed By Dealer    Copy – To Customer

C-C 00903
CONFIDENTIAL

# EXHIBIT 18

CORRECT ADDRESS

2900 NE 30TH ST #9B
FTL, FL.  33306



Δ π EXHIBIT 8
Deponent Lunsford
Date 7/2/05 Rptr.
WWW.DEPOBOOK.COM



Dearest Slim,

Here is a copy of my D.L. Hope all is well Back Home!



Also LeT Gus Know ooo Thanks for calling Kerry on Her B-Day!!

Jul 30 03 06:24p



The Sunshine State

LICENSE NUMBER

S315-222-22-410-0

EDWARD B STEVENS JR
3000 NE 19 TERRACE - A
LIGHTHOUSE PT, FL 33064-7001

| BIRTH DATE | SEX | HGT. | REST. | ENDORSE. |
|---|---|---|---|---|
| 11-10-22 | M | 5-08 | | |

| ISSUED | EXPIRES | DUPLICATE |
|---|---|---|
| 03-28-01 | 11-10-07 | 08-21-03 |

SAFE DRIVER

Operation of a motor vehicle constitutes consent to any sobriety test required by law.

07/28/03    00:39    ☎954 530 9440        CRANE SERVICE                    ☑001





CRAIG Kapilla



07/28/2003  13:12    9545638934                LAUDERDALE TOWER

Correct APT.

APT #9H







## MICHIGAN

### OPERATOR LICENSE
G 210 549 367 893

EXPIRES
11-22-2006



**LOUIS JAMES GUSOFF**
14896 SENECA
REDFORD TWP, MI 48239-3028

| Date of Birth | Sex | Height | Eyes | Type | Endorsements |
|---|---|---|---|---|---|
| 11-22-1945 | M | 6'0 | GRN | D | NONE |

Restrictions:  NONE



N317RA1







— The Sunshine State —

LICENSE NUMBER

C623-512-55-554-0

KAREN L CHRISTENSEN
25 FOREST HILLS LANE
BOCA RATON, FL 33431-3902

| BIRTH DATE | SEX | HGT. | REST. | ENDORSE |
|---|---|---|---|---|
| 02-14-55 | F | 4-11 | | |

| ISSUED | EXPIRES | DUPLICATE |
|---|---|---|
| 09-18-00 | 02-14-07 | 00-00-00 |

SAFE DRIVER

Operation of a motor vehicle constitutes consent to any sobriety test required by law.

[2]



CORRECT ADDRESS
APT #9H

5896 NW 56TH DR



[*]



The Sunshine State
LICENSE NUMBER
S315-545-67-401-0
MICHAEL E STEVENS
1174 NW 183RD TER
PEMBROKE PINES, FL 33029-3666

Correct ADDRESS

3000 NE 19TH TERR #A
LIGHT HOUSE Point, FL 33064



[*]





# EXHIBIT 19

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYCLE-CRAFT CO., INC. d/b/a
BOSTON HARLEY-DAVIDSON/BUELL,

              Plaintiff,

vs.                                    Civil Action
                                       No. 04 11402

HARLEY-DAVIDSON MOTOR COMPANY,
INC., and BUELL DISTRIBUTION
COMPANY, LLC,

              Defendants.
_____/

                         300 SE 2nd Street
                         Fort Lauderdale, Florida
                         February 2, 2005
                         1:00 p.m.


THE VIDEOTAPED DEPOSITION OF

DEBRA LUNSFORD


Taken on Behalf of the Defendants
Pursuant to Notice of Taking Deposition
Commencing at 1:12 p.m.


FLORIDA REALTIME REPORTING - 954.767.0450

Lunsford, Debra 24688sm                      www.floridarealtime.com

```
 1                MR. BERKOWITZ:  Yeah, this is -- we're on

 2           No. 3.

 3      BY MR. BERKOWITZ

 4           Q.   And this is another set of the bills of

 5      sale prepared by Boston Harley-Davidson, but now

 6      we've got a price listed, is that correct?

 7           A.   Yes.

 8                MR. REHNQUIST:  I'm going to object to the

 9           foundation.  I don't think the witness has any

10           basis for knowing that, and she hasn't reviewed

11           the document to see what they are.

12           A.   I --

13                MR. CONTINI:  Just wait for a specific

14           question.

15                THE WITNESS:  Okay.

16                MR. CONTINI:  And don't speculate, Debbie.

17           Only if you have personal knowledge of

18           something.

19                THE WITNESS:  Okay.

20      BY MR. BERKOWITZ

21           Q.   Did you cause 19 separate cashier's checks

22      to be issued for these motorcycles, payable to

23      Boston Harley-Davidson?

24           A.   Yes.

25           Q.   All right.  Can you identify what we've
```

```
 1              THE WITNESS:  I'm sorry.  I'm not
 2         accustomed to this, okay.
 3              MR. REHNQUIST:  No one should be.
 4              THE WITNESS:  Okay.
 5              MR. CONTINI:  Bill, it may make it faster
 6         for everybody -- the only reason why there's an
 7         interruption on the invocation of her Fifth is
 8         because of the concerns for Federal money
 9         laundering statutes.
10              MR. BERKOWITZ:  All right.  Well, that's
11         fine.
12              MR. CONTINI:  And that's -- she's going to
13         answer everything she can.
14              MR. BERKOWITZ:  I appreciate that.
15              MR. CONTINI:  95 percent of the questions
16         today.
17       BY MR. BERKOWITZ:
18         Q.   On these checks in Exhibit 4, there's --
19    there are names for these 19 people that are in the
20    remitter line; do you see that?  I'm not asking who
21    put the names in.  I just want to see if you can
22    identify --
23         A.   Yes.
24         Q.   -- yes, there are names.
25         A.   Yes.
```

1      Q.    And to your knowledge did any of those

2    people provide any funds for the purchase of any of

3    these motorcycles to DCI?

4      A.    Yes.

5      Q.    Yes, they did?

6      A.    No, I'm sorry.  Say that again.

7      Q.    Did any of the 19 people that are

8    identified as these fictitious customers, did they

9    provide any money to DCI for any of these bikes?

10      A.    No, they did not.  This was all DC

11    International's money.

12      Q.    Okay.  And this was -- these funds were

13    coming out of DC International's bank account at

14    Northern Trust Bank of Florida, is that correct?

15      A.    That's correct.

16          MR. REHNQUIST:  Objection.  Leading.

17          (Conferring with counsel.)

18          MR. CONTINI:  I apologize, gentlemen, for

19      the interruptions on my behalf before.

20    BY MR. BERKOWITZ

21      Q.    The -- the date of the checks, of all of

22    the checks, is July 28, 2003; do you see that?

23      A.    Yes.

24      Q.    That's on Exhibit 4, correct?

25      A.    Yes.

Lunsford, Debra 24688sm                                    www.floridarealtime.com

```
 1    purchaser took title to his or her motorcycle in his
 2    or her own name, as reflected on the certificates of
 3    origin in each deal jacket."  Do you see that
 4    sentence?
 5         A.    Yes, I do.
 6         Q.    Is that sentence true?
 7         A.    No.
 8         Q.    In fact, DCI purchased all of the 19
 9    motorcycles, is that correct?
10         A.    Yes, we did.
11              MR. REHNQUIST:  Objection.
12      BY MR. BERKOWITZ
13         Q.    And Boston Harley-Davidson was aware of
14    that, is that correct?
15              MR. REHNQUIST:  Objection, leading.
16         A.    Boston Harley-Davidson instructed us to do
17    it that way.
18      BY MR. BERKOWITZ
19         Q.    The last sentence of Paragraph 6 states,
20    quote, on paper and as far as anyone at Cycle-Craft
21    knew or could have known, these were sales to
22    individual purchasers in compliance with all
23    Harley-Davidson policies, end quote.  Do you see
24    that statement?
25         A.    Yes, I do.
```

1      the plea agreement with the State Attorney's
2      Office out of Palm Beach, the charge would then
3      be dismissed.  So she was never convicted.
4      Jeopardy did attach and that's why she's
5      answering your questions today, trying to be as
6      cooperative and helpful as possible, as opposed
7      to sitting here, invoking her Fifth Amendment
8      privilege, which she otherwise could do
9      arguably.  I just wanted you to know it wasn't
10     just the title fraud.  I forget which felony
11     you mentioned just now, you mentioned a
12     particular felony, but it would speak to many
13     other arguable felonies, for instance, title
14     fraud, sales tax fraud, wire fraud, bank fraud,
15     money laundering.
16   BY MR. REHNQUIST
17     Q.   I'm not -- I don't mean to quibble about
18   the scope of the -- of the charges, but what I do
19   want to understand is that you did enter into a plea
20   agreement, is that correct?
21     A.   Yes.
22     Q.   And you did plead guilty to a charge,
23   correct?
24     A.   Yes.  One charge of title fraud.
25     Q.   Right.  And that -- and that's a felony in

Lunsford, Debra 24688sm                              www.floridarealtime.com

1    the State of Florida?

2         A.    Yes.

3         Q.    And you received a sentence of one year

4    probation, is that my understanding?

5         A.    Pretrial intervention.

6              MR. CONTINI:  Yeah, and I again might be

7         at fault here.  I don't know that she pled

8         guilty.  She may have pled no contest.  I'm not

9         entirely sure.  Now, in retrospect, I believe

10        it may have been a guilty plea in order to get

11        into PTI, but it's separate and distinct from

12        probation.  Had she gone into -- had she been

13        sentenced to probation, adjudication might be

14        withheld.  In Massachusetts I believe they call

15        it a continuance without a finding.  Here they

16        call it adjudication withheld.  She didn't have

17        that kind of sentence.  She was never sentenced

18        to probation.

19             It's somewhat confusing because the

20        probation department happens to monitor those

21        people who get into the PTI program.  She was

22        accepted into the PTI program which results in

23        a dismissal of the underlying charge.  And I

24        know that -- that may be too much information,

25        but she was not sentenced to probation.  But I

Lunsford, Debra 24688sm                    www.floridarealtime.com

1          believe you may be correct, Mr. Rehnquist; she

2          may have had to enter a guilty plea in order to

3          be accepted into PTI.

4     BY MR. REHNQUIST

5          Q.   Well, Ms. Lunsford, your understanding,

6     and let me just ask you what your understanding is,

7     and the actual legal significance of it, your

8     attorney and I can sort out later.  But your

9     understanding is that you did plead guilty to a

10    charge of title fraud?

11         A.   Yes.

12         Q.   And you pled guilty because you had

13    committed that crime, is that correct?

14         A.   Yes.

15         Q.   And you understood when you pleaded guilty

16    that you could have gone to trial and tried to

17    defend against that charge?

18         A.   Yes.

19         Q.   And you understood and I imagine you were

20    in front of a judge who told you if you went to

21    trial, you had all kind of defenses, you could

22    cross-examine witnesses, the government would have

23    to prove its case beyond a reasonable doubt and

24    other things like that; you understood all that,

25    correct?

Lunsford, Debra 24688sm                              www.floridarealtime.com

1        A.    Yes.

2        Q.    And instead, you pleaded guilty because

3    you were guilty?

4        A.    Yes.

5        Q.    Ms. Lunsford, when did you make the

6    decision that you would submit altered bills of sale

7    to the Department of Motor Vehicles?  I mean, if we

8    can -- if we can just place it in context, July 30

9    was when you sent this fax to Libby.  The

10   applications themselves are dated July 23rd, so that

11   may not be terribly helpful.  But if you can place

12   it in terms of what we've been talking about today,

13   I'd just like to know when it was that you made the

14   decision to -- to alter the bills of sale.

15       A.    When I didn't have the figures.  When I

16   didn't have the correct amount of what the deal was

17   and I didn't know what each bike was.  I didn't know

18   what to take out and what was taxable and wasn't --

19   and what wasn't taxable.  That's when I just did the

20   best I could.  I've never done -- I had never done

21   this before so I didn't know how it worked.  So I

22   just did the best I could.

23       Q.    Did you -- did you alter the bills of sale

24   before you knew how much the figures on the

25   cashier's check were?

1          MR. REHNQUIST:  Sorry.

2          MR. BERKOWITZ:  Did you finish your

3     answer?

4     A.    Excuse me?

5          MR. REHNQUIST:  Yeah.

6   BY MR. REHNQUIST

7     Q.    So you're testifying now about other

8   things you remember Ron saying in this first

9   conversation?

10    A.    It could have been in any of those

11  conversations.

12    Q.    Okay.

13    A.    Okay.  I don't know exactly which one it

14  was or when it was, but I just remember, you

15  know ...

16    Q.    Did he tell you that these motorcycles had

17  to be sold to individuals?

18    A.    Yes.

19    Q.    And did he tell you that -- did he give

20  you any reason as to why the motorcycles had to be

21  sold to individuals?

22    A.    Because he couldn't do a dealer-to-dealer

23  transaction because he had to do it in individual

24  names for his allocation.  He had to -- it had to be

25  like a retail deal.  That's the only way he could

1    let 19 motorcycles go.

2        Q.    Again, but did he tell you that the sales

3    had to be made to individuals?

4        A.    Yes.

5        Q.    Do you remember anything else that -- that

6    Ron Buchbaum said in either this first conversation

7    or any conversation?

8        A.    No.   That's --

9        Q.    That's the substance of it?

10       A.    Pretty much, yeah.

11       Q.    And again, you don't recall the -- the

12   number -- the exact number of the conversations or

13   the exact length of the conversations, but your best

14   memory is that there was two to three conversations

15   and they were no longer than five minutes, is that

16   correct?

17       A.    I don't really remember, but yes, I guess

18   that's -- that's about it.

19       Q.    And again, your best memory is that your

20   telephone conversations with Ron Buchbaum were when

21   you were in the DC Imports office?

22       A.    Yes.

23       Q.    And just to follow up, do you recall, when

24   you talked to either Ron Buchbaum or Sean Walsh,

25   where they were?   In other words, do you know if you

# EXHIBIT 20



C-C 00822
CONFIDENTIAL



Δ π EXHIBIT 4
Deponent Lunsford
Date 2/2/05 Rptr. 7
WWW.DEPOBOOK.COM



C-C 00679
CONFIDENTIAL

05/14/2004  05:28   6173892675                                              PAGE  04



C-C 00902
CONFIDENTIAL





C-C 00666
CONFIDENTIAL



C-C 00838
CONFIDENTIAL



Northern Trust Bank of Florida, N.A.
BOCA RATON   FL

Date _____ 07-28-2003

301041

Pay to the order of ***BOSTON HARLEY DAVIDSON***          $ ***7,855.00***

THE SUM OF $7,855 dols 00 cts                                      DOLLARS

VOID OVER $7,855.00

Cashier's Check                                         Authorized Signature

C-C 00890
CONFIDENTIAL



Northern Trust Bank of Florida N.A.

Office ____ BOCA RATON    ECV ____

Date __ 03-28-2003 __

Pay to the order of ***BOSTON HARLEY-DAVIDSON*** ___ | $ ***8,242.00***

THE SUM OF 8,242 dols 00 cts

VOID OVER $8,242.00

Remitter

Cashier's Check

C-C 00716
CONFIDENTIAL



Northern Trust Bank of Florida N.A.

Office BOCA RATON    BCV

Date 07-28-2003

301043

Pay to the order of ***BOSTON HARLEY-DAVIDSON***                    $ ***8,170.00***

THE SUM OF 0 B 17 Dools 0 Dcts                                      DOLLARS

VOID OVER $8,170.00                    Two signatures required for amounts over $50,000.00

JAMES GRUSOFF
Remitter

Cashier's Check                                    Authorized Signature

                                                   Authorized Signature

C-C 00593
CONFIDENTIAL



C-C 00871
CONFIDENTIAL

Northern Trust Bank of Florida N.A.
BOCA RATON     ECF

301 045

Date     07-28-2003

Pay to the order of   **BOSTON HARLEY-DAVIDSON INC**                    $ | **25,247.00***

THE SUM OF $25,247 dols 0 0cts                                          DOLLARS

VOID OVER $25,247.00                Two signatures required for amount over $50,000.00

LEO LARSEN
Remitter                                                              Authorized Signature

Cashier's Check                                                       Authorized Signature

C-C 00627
CONFIDENTIAL



C-C 00607
CONFIDENTIAL



C-C 00733
CONFIDENTIAL

C-C 00748
CONFIDENTIAL



C-C 00785
CONFIDENTIAL



C-C 00772
CONFIDENTIAL



C-C 00647
CONFIDENTIAL



C-C 00697
CONFIDENTIAL



Northern Trust Bank of Florida N.A.
Office  BOCA RATON  FGV                                    J01053
                                                          53-965/660
                                          Date   07-20-2005

Pay to the order of ***BOSTON HARLEY-DAVIDSON***        $ ***12,054.00***

THE SUM OF $12,054 dols 0 cts

VOID OVER $12,054.00

Sonia Paradise
Remitter
Cashier's Check                                    Authorized Signature

C-C 00804
CONFIDENTIAL