Affidavit of Christopher C. Nee, Esq.

# EXHIBITS 21-24

# EXHIBIT 21

1                                    VOLUME:     I
                                     PAGES:      1 - 120
2                                    EXHIBITS:   1 - 11

3
                     UNITED STATES DISTRICT COURT
4
                        District of Massachusetts
5

6
        CYCLE-CRAFT CO., INC.        )
7       d/b/a BOSTON                 )
        HARLEY-DAVIDSON/BUELL,       )
8               Plaintiff,           )
                                     )
9          VS.                       )    Case No.
                                     )    04 11402 NMG
10      HARLEY-DAVIDSON MOTOR        )
        COMPANY, INC., and BUELL     )
11      DISTRIBUTION COMPANY, LLC.   )
                Defendants.          )
12

13
                VIDEOTAPED DEPOSITION OF JEFFREY P.
14      CHRISTENSEN, a witness called by and on behalf
        of the Defendants, taken pursuant to the
15      applicable provisions of the Federal Rules of
        Civil Procedure, before Sandra L. Bray,
16      Registered Diplomate Reporter, CSR Number
        103593, and Notary Public in and for
17      Commonwealth of Massachusetts, at the offices of
        Boynton Waldron Dolcac Woodman & Scott, P.A.,
18      82 Court Street, Portsmouth, New Hampshire, on
        Wednesday, April 6, 2005, commencing at
19      9:58 a.m.

20

21

22
                        REPORTERS, INC.
23           GENERAL & TECHNICAL COURT REPORTING
             23 Merrymont Road, Quincy, MA  02169
24           617.786.7783/facsimile 617.786.7723

1  A.  Seven, eight, yes.  Yes, I'm surprised one's in

2      my name, though.

3  Q.  And why are you surprised that one's in your

4      name, Mr. Christensen?

5  A.  Well, usually I can't buy any new bikes in my

6      name.

7  Q.  And if you look back on Page 1, Mr. Christensen,

8      on the bottom, there's a signature down on the

9      left.  Do you recognize that signature?

10 A.  Looks like Jason's.

11 Q.  How about there's initials on the right,

12     dealer's signature?  Do you recall who that is?

13 A.  No.

14              MR. BENSON:  Would you mark this as

15     Exhibit 3, please?

16              (Motorcycle Bills of Sale were marked

17              Exhibit Number 3 for identification.)

18 Q.  Mr. Christensen, can you take a look at what's

19     been marked as Exhibit 3?  Take a look at that,

20     and let me know whether you recognize these

21     documents.

22 A.  Yes, these look like the bill of sales for all

23     the bikes.  Yep.  I think everybody went down

24     and signed individually for them.

1  Q.   Didn't sell one of these motorcycles to Michael

2       Gallagher?

3  A.   No.

4  Q.   Didn't sell one to Denise Gallagher?

5  A.   No.

6  Q.   You yourself personally didn't buy one of these

7       motorcycles?

8  A.   Well, I bought one here, yeah.

9  Q.   And that was purchasing on behalf of Lee Custom

10      Cycle?

11               MS. SMAGULA:   Objection.

12 A.   Yeah.

13 Q.   Is that true?

14 A.   Correct.

15               MR. BENSON:   Would you mark this as

16      Exhibit 4, please?

17               (Certificates of Origin For a Vehicle

18               were marked Exhibit Number 4 for

19               identification.)

20 Q.   Would you take a look at what's been marked as

21      Exhibit 4, Mr. Christensen, and let me know

22      whether you recognize these documents?

23 A.   Yes, these would be a copy of the title on

24      those.

1    Q.    On the eight motorcycles?

2    A.    Correct.

3    Q.    Okay.  And these are the eight motorcycles that

4          were purchased by Lee Custom Cycle?

5                   MS. SMAGULA:  Objection.

6    A.    Correct.

7    Q.    What's that, sir?

8    A.    Correct.

9    Q.    And is that your signature on the second page of

10         this document?

11   A.    Is that my signature?  Yep.

12   Q.    And do you recall how Lee Custom Cycle received

13         copies of these documents?

14   A.    I honestly don't.

15   Q.    Do you recall receiving these at any time from

16         Boston Harley-Davidson?

17   A.    Dave would have.  I don't know if the people

18         individually brought them in, back to David

19         or...

20   Q.    Mr. Karp would know that?

21   A.    Yeah.  Probably everybody individually brought

22         them in and gave them to Dave.

23   Q.    Okay.  Do you have any knowledge of that?

24   A.    I'm not 100 percent sure.

1   Q.   Let me know whether you've seen these drivers'

2        licenses before.

3   A.   Yeah.

4   Q.   When do you recall seeing these?

5   A.   I don't know.  I know these guys, so I've seen

6        their license before.

7   Q.   Do you recall providing these licenses to Boston

8        Harley-Davidson, copies of these licenses?

9                  MS. SMAGULA:  Objection.

10  A.   These people must have gone in and then given

11       them to him when they signed the titles and

12       everything like that.

13  Q.   Do you have any knowledge of that?

14  A.   That's what we always do.  That's what they must

15       do.  When you go to buy the thing, to get the

16       title, they want a copy of your license.

17  Q.   But these individuals did not purchase the

18       motorcycles themselves, is that fair to say?

19  A.   Yeah, but the whole --

20                 MS. SMAGULA:  Objection.  Sorry.

21  A.   The whole thing, did Jason know that these were

22       going to Lee Custom Cycle?  Yeah.  Did Boston

23       Harley know they were going to Lee Custom Cycle?

24       Probably not.  Did Jaime know they were going to

1   You may inquire.

2      MS. SMAGULA: Okay.

3 Q. Mr. Christensen, going back to your

4   conversations with Jason, Jason Morasca, what

5   did Jason say to you about individuals

6   purchasing the bikes?

7 A. Probably just got to have some names to put the

8   people -- you know, the titles in.

9 Q. I want you to be -- I know this is a long time

10   ago.  I just want you to be as precise as you

11   can.  What do you remember him saying to you?

12 A. "Got to get some names to put these bikes in."

13 Q. Do you recall -- was he saying that in response

14   to something you had said?

15 A. No, not really.

16 Q. What was your --

17 A. Like I said, we all kind of know the deal.  I

18   mean I've done that at Seacoast for years.  They

19   knew that the bikes were going somewhere else.

20   I bring my dad in.  He was 70 years old.  We put

21   one in his name.  They know my dad's not driving

22   the bike.  So I mean I've just been doing that

23   forever.

24 Q. But did Jason Morasca know any of these

1           from --

2    A.    No.

3    Q.    -- that?

4    A.    No.

5    Q.    So Lee Custom Cycle has never had any trouble

6          with the police with regards to selling bikes?

7    A.    We donate our lease on a PD bike. We've done

8          that before. We have a real good rapport with

9          the town, with the police and everybody. We

10         give firefighter and police discounts.

11   Q.    Has Lee Custom Cycle ever been investigated

12         about taping over VIN numbers?

13   A.    Yes, something came up about that.

14   Q.    What was that?

15   A.    I went down there to register a bike, a custom

16         bike that I bought at a bike show up in Maine,

17         and the guy never registered it. He never did

18         the title work on it. He built it. The guy's

19         like a little Jesse James or something. It was

20         funny. We were at the show, and he said, "I

21         bought my first bike from you, man," and he's

22         building all these exotic choppers.

23                So I went down to DMV to register it.

24         I had all the paperwork and stuff, and the guy

1    down at DMV and I grew up together.  He says,

2    "Jeez, it's funny, Jeff.  Your name has come

3    across my desk a lot lately."  I said, "Really.

4    What's that about?"  "Well, Seacoast Harley

5    called up the New Hampshire Dealers Association

6    or DMV, motor vehicles, and wanted to know why

7    am I taping up my VIN numbers and what are they,

8    stolen motorcycles, and yadda, yadda, yadda.

9         So they had a few meetings on it to

10   see if it was legal or not, and they did come up

11   with the answer that, "Yes, they can be taped up

12   while they're in my possession, but when they

13   leave, after they're sold, they have to be

14   untaped and they can't be altered or covered up

15   in any way."  So I assured him that he made the

16   right decision because they're doing that in

17   every other state in the United States.

18  Q.   So do you have bikes on the floor of Lee Custom

19       Cycle with VIN numbers taped over?

20  A.   Once in a while we do.

21  Q.   What is the purpose of that?

22  A.   Just so Ed can't get in there through a spy or

23       somebody else, get the VIN numbers, then call up

24       and cry to Harley-Davidson, have them run the

1      VIN numbers and find out the dealers I bought

2      the bikes from.  Then the dealer gets in trouble

3      that I bought the bike from, but the dealers

4      don't know -- somebody comes in with, you know,

5      a license and everything like that, they don't

6      know.

7  Q.   It's your understanding that the dealer is not

8      aware?

9               MR. BENSON:  Objection.  Move to

10     strike.

11  A.   Yes.  Lee Custom Cycle is buying the bike.  Lee

12     Custom Cycle isn't on the bank check.  You know

13     what I mean?  So the dealer can be sitting there

14     and not even know that we suck bikes out.  We

15     suck bikes out of Seacoast Harley-Davidson; they

16     don't even know it.  We're very aggressive.

17     It's America.  These things are all titled.

18           You know if we did this with sit-down

19     lawn mowers out of Wal-Mart, where would we be?

20     We'd be entrepreneurs; we'd be true Americans

21     and stuff.  You try to do it with a couple of

22     Harleys, and everybody is all worried that you

23     might be able to make a couple bucks off it, you

24     know?

1          I mean, is buying a Harley illegal

2      now?  I mean, can somebody go in and buy one?  I

3      mean, what's the big deal?

4          MS. SMAGULA:  I just need a minute.

5   Q.  Mr. Christensen, so whenever Lee Custom Cycle

6      purchases bikes from Harley-Davidson dealers,

7      they provide individual names?  You provide

8      individual names?

9   A.  Right.

10  Q.  That's your practice?

11  A.  Yeah.  Like I say, my dad, my family members.

12     It's just the way the deal works.  They've got

13     to have somebody's name to put it in.  Tons of

14     people have been doing that for a long time.

15     They have their girlfriend.

16  Q.  And in your experience, is the dealer usually

17     aware?

18          MR. BENSON:  Objection.

19  A.  Sometimes yes, sometimes no.  All depends.

20  Q.  Do you personally own any Harley-Davidson bikes?

21  A.  Yes, I own about 40 of them.

22  Q.  You own about 40 of them?

23          (The witness nodded.)

24  Q.  You ride all 40 of those?

# EXHIBIT 22

Date: 7/25/03
Time: 4:01 PM

# Motorcycle Bill Of Sale

Page: 1

Customer Number: 46645
Customer Name: CHRISTENSEN, JEFFREY
6 DURGAN LANE

Deal Number: 13107
Purchase Date: 7/24/03
Reference Number: 742085
Salesman: JAMIE MCGRATH

LEE    NH    03824
( ) -    Work: (603)868-8900

SSN: 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
Birth Date: 8/22/57

CoBuyer:

## Motorcycle Information

Key 1:    Key 2:

| VIN | Make | Model | Year | Color | CCs | Mileage | Invoice Number |
|---|---|---|---|---|---|---|---|
| 1HD1BMY453Y052113 | HD | FLSTF | 2003 | SILV/BLK/SEC/#722 | 1450 | 9 | 0 |

### Trade In:

| | | | | | |
|---|---|---|---|---|---|
| Cash Price Of Motorcycle: | 17,375.00 | Service Contract: | 0.00 | Sales Tax: | 0.00 |
| Accessories and Labor: | 0.00 | Dealer Preparation: | 0.00 | Sub Total: | 17,375.00 |
| GAP Fee: | 0.00 | Freight: | 0.00 | | |
| Other Fees: | 0.00 | License Fee: | 0.00 | Total Deposits: | 17,375.00 |
| | | Documentation Fee: | 0.00 | Cash on Delivery: | 0.00 |
| Total Selling Price: | 17,375.00 | Vehicle Insurance: | 0.00 | Trade In Pay Off: | 0.00 |
| | | Trade In Allowance: | 0.00 | Balance Due: | 0.00 |

### Financing

| | |
|---|---|
| Credit Life: | 0.00 |
| Acc/Health: | 0.00 |
| Total Insurance Premium: | 0.00 |
| Total Financed: | 0.00 |
| Finance Charge: | 0.00 |

APR: 0.000
Months Financed: 0    Total All Payments: 0.00

X _J Christensen_
Buyer

* SO Not Delivered

C-C 00457
CONFIDENTIAL



EXHIBIT
CHRISTENSEN
3

Date: 9/19/03
Time:10:57 AM

# Motorcycle Bill Of Sale

Page: 1

Customer Number: 46608
Customer Name: KARP, DAVID N.
9 FRAN AVE

PLAISTOW     NH     03865
( ) -          Work:( ) -
CoBuyer:

Deal Number:       13096
Purchase Date:     7/24/03
Reference Number:  983709
Salesman:          JAMIE MCGRATH

SSN:        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
Birth Date:  9/ 3/68

## Motorcycle Information

Key 1:        Key 2:

| VIN | Make | Model | Year | Color | CCs | Mileage | Invoice Number |
|-----|------|-------|------|-------|-----|---------|----------------|
| 1HD1FRW403Y746967 | HD | FLHRC-I | 2003 | SILV/BLK/#837/#SEC | 1450 | 0 | 0 |

### Trade In:

| | | | | | | |
|---|---|---|---|---|---|---|
| Cash Price Of Motorcycle: | 18,585.00 | Service Contract: | 0.00 | Sales Tax: | | 0.00 |
| Accessories and Labor: | 0.00 | Dealer Preparation: | 0.00 | Sub Total: | | 18,585.00 |
| GAP Fee: | 0.00 | Freight: | 0.00 | | | |
| Other Fees: | 0.00 | License Fee: | 0.00 | Total Deposits: | | 19,585.00 |
| | | Documentation Fee: | 0.00 | Cash on Delivery: | | 0.00 |
| Total Selling Price: | 18,585.00 | Vehicle Insurance: | 0.00 | Trade In Pay Off: | | 0.00 |
| | | Trade In Allowance: | 0.00 | Balance Due: | | -1,000.00 |

### Financing

| | | |
|---|---|---|
| | Credit Life: | 0.00 |
| | Acc/Health: | 0.00 |
| | Total Insurance Premium: | 0.00 |
| | Total Financed: | 0.00 |
| | Finance Charge: | 0.00 |
| APR: 0.000 | | |
| Months Financed: 0 | Total All Payments: | 0.00 |

x _David N Karp_
Buyer

*need to
refund cust.
credit card for
$1000 deposit

' SO Not Delivered

C-C 00508
CONFIDENTIAL

Date: 9/19/03
Time: 1:03 AM

# Motorcycle Bill Of Sale

Page: 1

Customer Number: 46647
Customer Name: KARP, ANNE M.
9 FRAN AVE

PLAISTOW    NH    03865
( )  -         Work: ( )  -

CoBuyer:

Deal Number:          13109
Purchase Date:        7/24/03
Reference Number:     963664
Salesman:             JAMIE MCGRATH

SSN:                  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
Birth Date:           7/12/61

## Motorcycle Information

Key 1:          Key 2:

| VIN | Make | Model | Year | Color | CCs | Mileage | Invoice Number |
|-----|------|-------|------|-------|-----|---------|----------------|
| 1HD1BXB433Y115249 | HD | FLSTFI | Y | 2003 | SILV/BLK/#808 | 1450 | 9 | 0 |

## Trade In:

| | | | |
|---|---|---|---|
| Cash Price Of Motorcycle: | 17,700.00 | Service Contract: | 0.00 | Sales Tax: | 0.00 |
| Accessories and Labor: | 0.00 | Dealer Preparation: | 0.00 | Sub Total: | 17,700.00 |
| GAP Fee: | 0.00 | Freight: | 0.00 | | |
| Other Fees: | 0.00 | License Fee: | 0.00 | Total Deposits: | 18,700.00 |
| | | Documentation Fee: | 0.00 | Cash on Delivery: | 0.00 |
| Total Selling Price: | 17,700.00 | Vehicle Insurance: | 0.00 | Trade In Pay Off: | 0.00 |
| | | Trade In Allowance: | 0.00 | Balance Due: | -1,000.00 |

## Financing

Credit Life:                    0.00
Acc/Health:                     0.00
Total Insurance Premium:        0.00
Total Financed:                 0.00
Finance Charge:                 0.00

APR: 0.000

Months Financed:  0       Total All Payments:    0.00

X *Anne M Karp*
Buyer

*+ refund cust
card for $1000
deposit*

*SO Not Delivered

C-C 00527
CONFIDENTIAL

Date: 7/24/03
Time: 5:31 PM

## Motorcycle Bill Of Sale

Page: 1

Customer Number: 46610
Customer Name:  ISSA, ROBERT S.
                105 KELSEY RD

Deal Number:      13097
Purchase Date:    7/24/03
Reference Number: 953886
Salesman:         JAMIE MCGRATH

NOTTINGHAM    NH    03290
( ) -         Work:( ) -

SSN:        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
Birth Date: 9/25/69

CoBuyer:

## Motorcycle Information

Key 1:        Key 2:

| VIN | Make | Model | Year | Color | CCs | Mileage | Invoice Number |
|-----|------|-------|------|-------|-----|---------|----------------|
| 1HD1BVB14371106103 | HD | FXSTi | 2003 | BLACK/#702 | 1450 | 1 | 0 |

### Trade In:

| | | | | | | |
|---|---|---|---|---|---|---|
| Cash Price Of Motorcycle: | 14,320.00 | Service Contract: | 0.00 | Sales Tax: | 0.00 |
| Accessories and Labor: | 0.00 | Dealer Preparation: | 0.00 | Sub Total: | 14,320.00 |
| GAP Fee: | 0.00 | Freight: | 0.00 | | |
| Other Fees: | 0.00 | License Fee: | 0.00 | Total Deposits: | 14,320.00 |
| | | Documentation Fee: | 0.00 | Cash on Delivery: | 0.00 |
| Total Selling Price: | 14,320.00 | Vehicle Insurance: | 0.00 | Trade In Pay Off: | 0.00 |
| | | Trade In Allowance: | 0.00 | Balance Due: | 0.00 |

### Financing

| | |
|---|---|
| Credit Life: | 0.00 |
| Acc/Health: | 0.00 |
| Total Insurance Premium: | 0.00 |
| Total Financed: | 0.00 |
| Finance Charge: | 0.00 |

APR:  0.000
Months Financed:    0      Total All Payments:    0.00

X _____
Buyer

### Other Charges

* SO Not Delivered

C-C 00440
CONFIDENTIAL

Date: 7/25/03
Time: 5:01 PM

Page: 1

# Motorcycle Bill Of Sale

Desi Number: 13110
Purchase Date: 7/24/03
Reference Number: 953749
Salesman: JAMIE MCGRATH

Customer Number: 48848
Customer Name: RIST, DONALD M.
33 COTE DR

DOVER        NH        03820
( ) -            Work:( ) -

SSN:          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
Birth Date:   9/14/55

CoBuyer:

## Motorcycle Information

| Key 1: | Key 2: | | | | | | | | |
|--------|--------|------|-------|------|-------|---|-----|---------|----------------|
| VIN | | Make | Model | | Year | Color | | CCs | Mileage | Invoice Number |
| 1HD1GHV103K336352 | | HD | FXD DYNA | T | 2003 | BLACK/#709/CAST | | 1450 | | 0 |

### Trade In:

| | | | | | |
|---|---|---|---|---|---|
| Cash Price Of Motorcycle: | 12,340.00 | Service Contract: | 0.00 | Sales Tax: | 0.00 |
| Accessories and Labor: | 0.00 | Dealer Preparation: | 0.00 | Sub Total: | 12,340.00 |
| GAP Fee: | 0.00 | Freight: | 0.00 | | |
| Other Fees: | 0.00 | License Fee: | 0.00 | Total Deposits: | 12,340.00 |
| | | Documentation Fee: | 0.00 | Cash on Delivery: | 0.00 |
| Total Selling Price: | 12,340.00 | Vehicle Insurance: | 0.00 | Trade In Pay Off: | 0.00 |
| | | Trade In Allowance: | 0.00 | Balance Due: | 0.00 |

### Financing

| | |
|---|---|
| Credit Life: | 0.00 |
| Acci-Health: | 0.00 |
| Total Insurance Premium: | 0.00 |
| Total Financed: | 0.00 |
| Finance Charge: | 0.00 |

APR: 0.000
Months Financed: 0

Total All Payments: 0.00

X _____
Buyer

C-C 00544
CONFIDENTIAL

Date: 7/25/03
Time: 4:45 PM

## Motorcycle Bill Of Sale

Page: 1

Customer Number: 46611
Customer Name: DELLACROCE, MICHAEL A.
505 SHERWOOD GLEN

Deal Number: 13098
Purchase Date: 7/24/03
Reference Number: 898956
Salesman: JAMIE MCGRATH

SOMERSWORTH    NH    03878
( ) -    Work: ( ) -
CoBuyer:

SSN: 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
Birth Date: 5/27/83

### Motorcycle Information

Key 1:    Key 2:

| VIN | Make | Model | Year | Color | CCs | Mileage | Invoice Number |
|---|---|---|---|---|---|---|---|
| 1HD1BRY443Y089070 | HD | FLSTS | T | 2003 | SILVA&LJ089769 | 1450 | 9 | 0 |

### Trade In:

| | | | | | |
|---|---|---|---|---|---|
| Cash Price Of Motorcycle: | 17,795.00 | Service Contract: | 0.00 | Sales Tax: | 0.00 |
| Accessories and Labor: | 0.00 | Dealer Preparation: | 0.00 | Sub Total: | 17,795.00 |
| GAP Fee: | 0.00 | Freight: | 0.00 | | |
| Other Fees: | 0.00 | License Fee: | 0.00 | Total Deposits: | 17,795.00 |
| | | Documentation Fee: | 0.00 | Cash on Delivery: | 0.00 |
| Total Selling Price: | 17,795.00 | Vehicle Insurance: | 0.00 | Trade In Pay Off: | 0.00 |
| | | Trade In Allowance: | 0.00 | Balance Due: | 0.00 |

### Financing

| | |
|---|---|
| Credit Life: | 0.00 |
| Acc/Health: | 0.00 |
| Total Insurance Premium: | 0.00 |
| Total Financed: | 0.00 |
| Finance Charge: | 0.00 |

APR: 0.000
Months Financed: 0

Total All Payments: 0.00

X _____
Buyer

### Other Charges

SO Not Delivered

C-C 00557
CONFIDENTIAL

Date: 9/ 9/03
Time: 6:08 PM

## Motorcycle Bill Of Sale

Page: 1

Customer Number: 46606
Customer Name: GALLEGER, GREGORY F.
2 BASSETT RD

KINGSTON    NH    03848
( )  -                Work:( )  -

CoBuyer:

Deal Number: 13095
Purchase Date: 7/24/03
Reference Number: 953730
Salesman: JAMIE MCGRATH

SSN: 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
Birth Date: 2/ 9/56

### Motorcycle Information

| Key 1: | Key 2: | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VIN | Make | Model | Year | Color | | CCs | Mileage | Invoice Number |
| 1HD1FSW16JY644666 HD | | FLTR-I | 2003 | BLACK/#633/LACED | | 1450 | 9 | 0 |

Trade In:

| | | | | | |
|---|---|---|---|---|---|
| Cash Price Of Motorcycle: | 17,770.00 | Service Contract: | 0.00 | Sales Tax: | 0.00 |
| Accessories and Labor: | 0.00 | Dealer Preparation: | 0.00 | Sub Total: | 17,770.00 |
| GAP Fee: | 0.00 | Freight: | 0.00 | | |
| Other Fees: | 0.00 | License Fee: | 0.00 | Total Deposits: | 18,770.00 |
| | | Documentation Fee: | 0.00 | Cash on Delivery: | 0.00 |
| Total Selling Price: | 17,770.00 | Vehicle Insurance: | 0.00 | Trade In Pay Off: | 0.00 |
| | | Trade In Allowance: | 0.00 | Balance Due: | -1,000.00 |

### Financing

| | |
|---|---|
| Credit Life: | 0.00 |
| Acc/Health: | 0.00 |
| Total Insurance Premium: | 0.00 |
| Total Financed: | 0.00 |
| Finance Charge: | 0.00 |

APR: 0.000
Months Financed:    0

Total All Payments:    0.00

x _Gregory P. Gallagher_
Buyer

Will credit
card when
The custom
calls w/
card info

* SO Not Delivered

C-C 00490
CONFIDENTIAL

# Motorcycle Bill Of Sale

Page: 1

Date: 9/ 9/03
Time: 6:14 PM

Customer Number: 49646
Customer Name: GALLAGHER, DENISE A.
12 EVERGREEN RD

HAMPTON    NH    03842
( ) -    Work: ( ) -

CoBuyer:

Deal Number: 13106
Purchase Date: 7/24/03
Reference Number: 953889
Salesman: JAMIE MCGRATH

SSN: 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
Birth Date: 3/ 8/61

## Motorcycle Information

| Key 1: | Key 2: | | | | | | CCs | Mileage | Invoice Number |
|--------|--------|------|-------|------|-------|---|------|---------|----------------|
| VIN | | Make | Model | Year | Color | | | | |
| 1HD1BVB173Y114065 | | HD | FXSTI | T | 2003 | BLK/#604 | 1450 | 8 | 0 |

### Trade In:

| | | | | | |
|---|---|---|---|---|---|
| Cash Price Of Motorcycle: | 14,320.00 | Service Contract: | 0.00 | Sales Tax: | 0.00 |
| Accessories and Labor: | 0.00 | Dealer Preparation: | 0.00 | Sub Total: | 14,320.00 |
| GAP Fee: | 0.00 | Freight: | 0.00 | | |
| Other Fees: | 0.00 | License Fee: | 0.00 | Total Deposits: | 15,320.00 |
| | | Documentation Fee: | 0.00 | Cash on Delivery: | 0.00 |
| Total Selling Price: | 14,320.00 | Vehicle Insurance: | 0.00 | Trade In Pay Off: | 0.00 |
| | | Trade In Allowance: | 0.00 | Balance Due: | -1,000.00 |

### Financing

| | | |
|---|---|---|
| | Credit Life: | 0.00 |
| | Acc/Health: | 0.00 |
| | Total Insurance Premium: | 0.00 |
| | Total Financed: | 0.00 |
| APR: 0.000 | Finance Charge: | 0.00 |
| Months Financed: 0 | Total All Payments: | 0.00 |

X *Denise A. Gallagher*
Buyer

*Cust will receive refund when they out w/ credit card + late*

* SO Not Delivered

C-C 00465
CONFIDENTIAL

# EXHIBIT 23



## CERTIFICATE OF ORIGIN FOR A VEHICLE

### HARLEY-DAVIDSON

DATE
**12/16/02**

INVOICE NO.
**0742085VE3**

VEHICLE IDENTIFICATION NO.
**1HD1BMY453Y052113**

YEAR
**2003**

MAKE
**HARLEY-DAVIDSON**

BODY TYPE
**MOTORCYCLE**

SHIPPING WEIGHT
**669.00**

H.P. (S.A.E.)
**9.78**

G.V.W.R.

NO. CYLS.
**2**

SERIES OR MODEL
**2003 FLSTF LTD ANV DOM**

**ENGINE NUMBER  *  BMY3052113***

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC. *

**CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149**

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**HARLEY-DAVIDSON MOTOR COMPANY**

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)          (AGENT)

**MILWAUKEE, WISCONSIN**
CITY-STATE

HD1892091

C-C 00459
CONFIDENTIAL

FORM HD-DHCO (REV. V98)



EXHIBIT
CHRISTENSEN
4
4/4/05

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty at law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and vehicle title is in the vehicle.

**FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO**

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S) _Jeffrey P. Christensen_

ADDRESS _le Durgah Lane    Lee NH 03824_

I certify to the best of my knowledge that the odometer reading is _10_ _____ No Tenths

DEALER _Cycle Craft Co Inc._    NAME OF DEALER    DEALER'S LICENSE NUMBER    BY: _S.A.A._

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

State of _____    before this _25_ day of _July_ 20 _03_

County of _____    _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____    NAME OF DEALER    DEALER'S LICENSE NUMBER    BY: _____

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

State of _____    before this _____ day of _____ 20 ___

County of _____    _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____    NAME OF DEALER    DEALER'S LICENSE NUMBER    BY: _____

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

State of _____    before this _____ day of _____ 20 ___

County of _____    _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____    NAME OF DEALER    DEALER'S LICENSE NUMBER    BY: _____

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

State of _____    before this _____ day of _____ 20 ___

County of _____    _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _10_ Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage. **WARNING ODOMETER DISCREPANCY**

Signature(s) of Seller(s) _S.M.A._    Date of Sale _____

Printed Name(s) of Seller(s) _Cycle Craft Co Inc._    Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

Signature(s) of Purchaser(s) _Jeffrey P. Christensen_    this _26_ day of _July_ 20 _03_    Notary Public

Printed Name(s) of Purchaser(s) _Jeffrey P. Christensen_

Company Name of Applicant _____    State of _____

Address of Purchaser(s) _le Durgah Lane  Lee NH 03824_

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

**LIENHOLDER**

1st lien in favor of _____

whose address is _____

2nd lien in favor of _____

whose address is _____

REV. 10-98

C-C 00455
CONFIDENTIAL



## CERTIFICATE OF ORIGIN FOR A VEHICLE

### HARLEY-DAVIDSON

**DATE**
08/31/03

**INVOICE NO.**
0953709VE3

**VEHICLE IDENTIFICATION NO.**
1HD1FRW403Y746907

**YEAR**
2003

**MAKE**
HARLEY-DAVIDSON

**BODY TYPE**
MOTORCYCLE

**SHIPPING WEIGHT**
710.00

**H.P. (S.A.E.)**
9.78

**G.V.W.R.**

**NO. CYLS.**
2

**SERIES OR MODEL**
2003 FLHRCI LTD ANV DOM

ENGINE NUMBER  *  FRW3746907*

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

**NAME OF DISTRIBUTOR, DEALER, ETC.**

CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

HARLEY-DAVIDSON MOTOR COMPANY

BY

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)    [AGENT]

MILWAUKEE, WISCONSIN
CITY-STATE

HD2061752

C-C 00511
CONFIDENTIAL

FORM HD-00100 (REV. 1/88)

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is free and clear of any...
FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

NAME OF PURCHASER(S): David N Karp
ADDRESS: 9 Fran Ave Plaistow NH 03865
I certify to the best of my knowledge that the odometer reading is ___ 10,___ No Tenths
DEALER: Cyclecraft Colac I
State of ___
County of ___                    before this 19 day of Sept 03
                                        Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

NAME OF PURCHASER(S): ___
ADDRESS: ___
I certify to the best of my knowledge that the odometer reading is ___ No Tenths
DEALER: ___
State of ___
County of ___                    before this ___ day of ___
                                        Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

NAME OF PURCHASER(S): ___
ADDRESS: ___
I certify to the best of my knowledge that the odometer reading is ___ No Tenths
DEALER: ___
State of ___
County of ___                    before this ___ day of ___
                                        Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

NAME OF PURCHASER(S): ___
ADDRESS: ___
I certify to the best of my knowledge that the odometer reading is ___ No Tenths
DEALER: ___
State of ___
County of ___                    before this ___ day of ___
                                        Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading ___ No tenths □ The mileage stated is in excess of its mechanical limits. □ The odometer reading is not the actual mileage. WARNING ODOMETER DISCREPANCY

Signature of Seller(s): ___
Printed Name(s) of Seller(s): Cyclecraft Colac I
Signature of Purchaser(s): David N Karp
Printed Name(s) of Purchaser(s): David N Karp
Company Name (If Applicable): ___
Address of Purchaser: 9 Fran Ave Plaistow NH 03865
Date of Statement: ___
Date of Sale: ___
                                        before this 19 day of Sept 03
                                        Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

LIENHOLDER
1st lien in favor of ___
whose address is ___
2nd lien in favor of ___
whose address is ___

C-C 00506
CONFIDENTIAL



## CERTIFICATE OF ORIGIN FOR A VEHICLE

### HARLEY-DAVIDSON

DATE
08/19/03

INVOICE NO.
0953854VE3

VEHICLE IDENTIFICATION NO.
1HD1BXB433Y115249

YEAR.
2003

MAKE
HARLEY-DAVIDSON

BODY TYPE
MOTORCYCLE

SHIPPING WEIGHT
669.00

H.P. (S.A.E.)
9.78

G.V.W.R.

NO. CYLS
2

SERIES OR MODEL
2003 FLSTFI LTD ANV DOM

ENGINE NUMBER    *    BXB3115249*

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

HARLEY-DAVIDSON MOTOR COMPANY

BY: _James M Bostwick_

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)    (AGENT)

MILWAUKEE, WISCONSIN
CITY-STATE

HD2055957

C-C 00520
CONFIDENTIAL

FORM IHO-0848 (REV. V/95)

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that this vehicle is new and has not been registered in this or any state at the time of delivery had the vehicle is not subject to any security interests other than these disclosed herein and warrants title in the vehicle.
FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S)    Anne M Karp

ADDRESS    9 Fern Ave Plaistow NH 03865

I certify to the best of my knowledge that the odometer reading is    10    No Tenths

DEALER    Cycle craft Co Inc    NAME OF DEALER    DEALER LICENSE NUMBER    BY

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this    19    day of    Sept    20 03

State of _____    County of _____    Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____    NAME OF DEALER    DEALER LICENSE NUMBER

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this ____ day of ____ 20 ____

State of _____    County of _____    Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____    NAME OF DEALER    DEALER LICENSE NUMBER

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this ____ day of ____ 20 ____

State of _____    County of _____    Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____    NAME OF DEALER    DEALER LICENSE NUMBER

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this ____ day of ____ 20 ____

State of _____    County of _____    Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is marked. Odometer Reading    10    No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage.    WARNING ODOMETER DISCREPANCY

Signature(s) of Seller(s) _____    Date of Sale _____

Printed Name(s) of Seller(s)    Cycle craft Co Inc

Signature(s) of Purchaser(s)    Anne M Karp

Printed Name(s) of Purchaser(s)    Anne M Karp

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this    19    day of    Sept    20 03    Notary Public

Company Name (if Applicable) _____

Address of Purchaser(s)    9 Fern Ave. Plaistow NH 03865

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER**

1st lien in favor of: _____

whose address is _____

2nd lien in favor of: _____

whose address is _____

REV. 10-96

C-C 00525
CONFIDENTIAL



**CERTIFICATE OF ORIGIN FOR A VEHICLE**

## HARLEY-DAVIDSON

DATE
07/15/03

INVOICE NO:
0953888VE3

VEHICLE IDENTIFICATION NO.
1HD1BVB143Y106103

YEAR
2003

MAKE
HARLEY-DAVIDSON

BODY TYPE
MOTORCYCLE

SHIPPING WEIGHT
632.00

H.P. (S.A.E.)
9.78

G.V.W.R.

NO. CYLS.
2

SERIES OR MODEL
2003 FXSTI DOM

ENGINE NUMBER    *    BVB3106103*

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

HARLEY-DAVIDSON MOTOR COMPANY

BY: *James H Bentwartz*

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)    (AGENT)

MILWAUKEE, WISCONSIN
CITY-STATE

HD2030726

C-C 00434
CONFIDENTIAL

FORM HD-00456 (REV. 1/78)

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle.

**FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO.**

| DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1 | NAME OF PURCHASER(S): Robert Issa |
|---|---|
| | ADDRESS 105 Kelsey Rd Nottingham NH 03290 |
| | I certify to the best of my knowledge that the odometer reading is __10__ No Tenths |
| | DEALER ___ NAME OF DEALERS ___ DEALER'S LICENSE NUMBER BY: ___ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me |
| | State of ___ before this __July__ day of __July__ 20 03 |
| | County of ___ Notary Public |
| | USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION |

| DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2 | NAME OF PURCHASER(S): |
|---|---|
| | ADDRESS ___ |
| | I certify to the best of my knowledge that this odometer reading is ___ No Tenths |
| | DEALER ___ NAME OF DEALERS ___ DEALER'S LICENSE NUMBER BY: ___ Being duly sworn upon oath says the statements set forth are true and correct. Subscribed and sworn to me |
| | State of ___ before this ___ day of ___ 20 ___ |
| | County of ___ Notary Public |
| | USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION |

| DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3 | NAME OF PURCHASER(S): |
|---|---|
| | ADDRESS ___ |
| | I certify to the best of my knowledge that the odometer reading is ___ |
| | DEALER ___ NAME OF DEALERS ___ DEALER'S LICENSE NUMBER BY: ___ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me |
| | State of ___ before this ___ day of ___ 20 ___ |
| | County of ___ Notary Public |
| | USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION |

| DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4 | NAME OF PURCHASER(S): |
|---|---|
| | ADDRESS ___ |
| | I certify to the best of my knowledge that the odometer reading is ___ No Tenths |
| | DEALER ___ NAME OF DEALERS ___ DEALER'S LICENSE NUMBER BY: ___ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me |
| | State of ___ before this ___ day of ___ 20 ___ |
| | County of ___ Notary Public |
| | USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION |

**ODOMETER DISCLOSURE (FOR RETAIL SALE)**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading in the actual mileage of the vehicle unless one of the following statements is checked. Otherwise:

Reading __10__ in Tenths □ The mileage stated is in excess of its mechanical limits. □ The odometer reading is not the actual mileage. **WARNING ODOMETER DISCREPANCY**

Signature(s) of Seller(s) ___

Printed Name(s) of Seller(s) Chrysler Credit Corp 1

Signature(s) of Purchaser(s) Robert Issa

Printed Name(s) of Purchaser(s) Robert Issa

Date of Statement ___ Date of Sale ___

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this ___ day of ___ 20 ___ Notary Public

Company Name (if applicable) ___

Address of Purchaser(s) 105 Kelsey Rd Nottingham NH 03290

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

| LIENHOLDER | 1st lien in favor of ___ |
|---|---|
| | whose address is ___ |
| | 2nd lien in favor of ___ |
| | whose address is ___ |

C-C 00436
CONFIDENTIAL



### CERTIFICATE OF ORIGIN FOR A VEHICLE

## HARLEY-DAVIDSON

| | | |
|---|---|---|
| **DATE** | | **INVOICE NO.** |
| 07/15/03 | | 0953769VE3 |
| **VEHICLE IDENTIFICATION NO.** | **YEAR** | **MAKE** |
| 1HD1GHV103K336352 | 2003 | HARLEY-DAVIDSON |
| **BODY TYPE** | | **SHIPPING WEIGHT** |
| MOTORCYCLE | | 622.00 |
| **H.P. (S.A.E.)** **G.V.W.R.** | **NO. CYLS.** | **SERIES OR MODEL** |
| 9.78 | 2 | 2003 FXD DOM |
| ENGINE NUMBER  *  GHV3336352* | | |

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

**NAME OF DISTRIBUTOR, DEALER, ETC.**

CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**HARLEY-DAVIDSON MOTOR COMPANY**

BY: *Jame G Bostourt*

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)        (AGENT)

**MILWAUKEE, WISCONSIN**
CITY-STATE

HD2030720

C-C 00543
CONFIDENTIAL

FORM (HD-0016 (REV. 1/10))

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle.
FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

NAME OF
PURCHASER(S): Donald W. Rist
ADDRESS Cato Dr. Dover NH 03820

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER Garland & Cowes Inc.
NAME OF DEALER    DEALER'S LICENSE NUMBER    BY: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____
County of _____    before this 25 day of July 20 3
Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

NAME OF
PURCHASER(S): _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____
NAME OF DEALER    DEALER'S LICENSE NUMBER    BY: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____
County of _____    before this _____ day of _____ 20 ____
Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

NAME OF
PURCHASER(S): _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____
NAME OF DEALER    DEALER'S LICENSE NUMBER    BY: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____
County of _____    before this _____ day of _____ 20 ____
Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

NAME OF
PURCHASER(S): _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____
NAME OF DEALER    DEALER'S LICENSE NUMBER    BY: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____
County of _____    before this _____ day of _____ 20 ____
Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

Federal law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Otherwise:
Reading _____ 1. The mileage stated is in excess of its mechanical limits. 2. The odometer reading is not the actual mileage.
WARNING ODOMETER DISCREPANCY

Signature(s) of Seller _____    Date of Sale _____
Printed Name(s) of Seller _____    Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
Signature(s) of Purchaser(s) _____    before this 25 day of July 20 3
Printed Name(s) of Purchaser(s) Donald W. Rist    Notary Public
Company Name (if Applicable) _____
Address of Purchaser Cato Dr. Dover NH 03820    State of _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

1st lien in favor of _____
whose address is _____
2nd lien in favor of _____
whose address is _____

C-C 00538
CONFIDENTIAL



### CERTIFICATE OF ORIGIN FOR A VEHICLE

## HARLEY-DAVIDSON

| | | |
|---|---|---|
| **DATE** 05/07/03 | | **INVOICE NO.** 0896956VE3 |
| **VEHICLE IDENTIFICATION NO.** 1HD1BRY443Y089070 | **YEAR** 2003 | **MAKE** HARLEY-DAVIDSON |
| **BODY TYPE** MOTORCYCLE | | **SHIPPING WEIGHT** 721.00 |
| **H.P. (S.A.E.)** 9.78 | **G.V.W.R.** | **NO. CYLS.** 2 **SERIES OR MODEL** 2003 FLSTS LTD ANV DON |

**ENGINE NUMBER** * BRY3089070*

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

**NAME OF DISTRIBUTOR, DEALER, ETC.**

CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**HARLEY-DAVIDSON MOTOR COMPANY**

BY: _James M Brostowitz_
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)    (AGENT)

**MILWAUKEE, WISCONSIN**
CITY-STATE

HD1981120

C-C 00555
CONFIDENTIAL

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interest other than those disclosed herein and warrants title to the vehicle.
FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S) Michael Dellacroce
ADDRESS 605 Sherwood Glen Somersworth NH 03878
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: _____ NAME OF DEALERSHIP _____ DEALER'S LICENSE NUMBER _____ BY: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____ before this _____ day of _____ 20 ___
County of _____ _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S) _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: _____ NAME OF DEALERSHIP _____ DEALER'S LICENSE NUMBER _____ BY: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____ before this _____ day of _____ 20 ___
County of _____ _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S) _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: _____ NAME OF DEALERSHIP _____ DEALER'S LICENSE NUMBER _____ BY: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____ before this _____ day of _____ 20 ___
County of _____ _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S) _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER: _____ NAME OF DEALERSHIP _____ DEALER'S LICENSE NUMBER _____ BY: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
State of _____ before this _____ day of _____ 20 ___
County of _____ _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER (FOR ORIGINAL VEHICLE) FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I hereby to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. 1 the mileage
reading _____ No Tenths. 2 The mileage stated is in excess of its mechanical limits. 3 the odometer reading is not the actual mileage. **WARNING ODOMETER DISCREPANCY**
Signature of Seller(s) _____ Date of Statement _____ Date of Sale _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me
Signature of Purchaser(s) Michael DellaCroce before this _____ day of _____ 20 ___
Printed Name(s) of Purchaser(s) Michael DellaCroce _____ Notary Public
Church by Name of Applicant(s) _____ State of _____
Address of Purchaser(s) 605 Sherwood Glen Somersworth NH 03878
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER DATA**

1st lien in favor of _____
whose address is _____
2nd lien in favor of _____
whose address is _____

REV. 12/98

C-C 00564
CONFIDENTIAL



## CERTIFICATE OF ORIGIN FOR A VEHICLE

### HARLEY-DAVIDSON

DATE
08/30/03

INVOICE NO.
0953730VE3

VEHICLE IDENTIFICATION NO.
1HD1FSW183Y644686

YEAR
2003

MAKE
HARLEY~DAVIDSON

BODY TYPE
MOTORCYCLE

SHIPPING WEIGHT
731.00

H.P. (S.A.E)
9.78

G.V.W.R

NO. CYLS.
2

SERIES OR MODEL
2003 FLTRI DOM

ENGINE NUMBER   *   FSW3644686*

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

CYCLE~CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

HARLEY-DAVIDSON MOTOR COMPANY

BY: [SIGNATURE OF AUTHORIZED REPRESENTATIVE]   [AGENT]

H02061756

MILWAUKEE, WISCONSIN
CITY-STATE

C-C 00491
CONFIDENTIAL

FORM H-O-09608 (REV. 1/95)

Each undersigned seller certifies to the best of his knowledge, information and belief hereby transfer of the vehicle... FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF...

**NAME OF PURCHASER(S)** Gregory F. Gallagher

**ADDRESS** 12 Evergreen Rd Hauptey NH 03842

I certify to the best of my knowledge that the odometer reading is _____ 10 _____

**DEALER** Circlecroft Co Inc __ L __ am __ NH __

DEALER'S LICENSE NUMBER

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

State of _____

County of _____ before this __ 9 __ day of __ Sept __ 03

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**NAME OF PURCHASER(S)** _____

**ADDRESS** _____

I certify to the best of my knowledge that the odometer reading is _____

**DEALER** _____

NAME OF DEALERSHIP     DEALER'S LICENSE NUMBER

State of _____

County of _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**NAME OF PURCHASER(S)** _____

**ADDRESS** _____

I certify to the best of my knowledge that the odometer reading is _____

**DEALER** _____

State of _____

County of _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**NAME OF PURCHASER(S)** _____

**ADDRESS** _____

I certify to the best of my knowledge that the odometer reading is _____

**DEALER** _____

State of _____

County of _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER DISCLOSURE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. (1)odometer Reading _____ No Tenths, ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage. WARNING ODOMETER DISCREPANCY

Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) Circlecroft Co Inc

Signature(s) of Purchaser(s) X _____ Gregory F. Gallagher

Printed Name(s) of Purchaser(s) Gregory F. Gallagher

Date of Statement _____ Day or Sale _____

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this __ 9 __ day of __ Sept __ 03

Company Name (if Applicable) _____ State of _____

Address of Purchaser(s) 12 Evergreen Rd Haupteg NH 03842

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIEN HOLDER**

I sign in favor of _____

whose address is _____

2nd lien in favor of _____

whose address is _____

C-C 00486
CONFIDENTIAL



## CERTIFICATE OF ORIGIN FOR A VEHICLE

# HARLEY-DAVIDSON

DATE
**08/18/03**

INVOICE NO.
**0953889VE3**

VEHICLE IDENTIFICATION NO
**1HD1BVB173Y114065**

YEAR
**2003**

MAKE
**HARLEY-DAVIDSON**

BODY TYPE
**MOTORCYCLE**

SHIPPING WEIGHT
**632.00**

H.P. (S.A.E.)
**9.78**

G.V.W.R.

NO. CYLS.
**2**

SERIES OR MODEL
**2003 FXSTI DOM**

ENGINE NUMBER    *    BVB3114065*

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

**CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149**

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**HARLEY-DAVIDSON MOTOR COMPANY**

BY. *(SIGNATURE OF AUTHORIZED REPRESENTATIVE)*    (AGENT)

**MILWAUKEE, WISCONSIN**
CITY-STATE

**HD2055089**

C-C 00467
CONFIDENTIAL

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state of the time of delivery, and the vehicle is not subject to any security interest other than those disclosed herein and except title to the vehicle.
FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO.

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S) __Denise A Gallagher__

ADDRESS __12 Evergreen Rd Hampton NH 03842__

I certify to the best of my knowledge that the odometer reading is __10__ ................ No Tenths

DEALER __Autolott Co Inc__ BY _____

State of _____

County of _____                                            9 day of Sept 20 03
                                                                      Notary Public

USE NOTARIZATION ONLY IF REQUIRED BY FILING JURISDICTION

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ ................ No Tenths

DEALER _____ BY _____

State of _____

County of _____                                            day of _____ 20 __
                                                                      Notary Public

USE NOTARIZATION ONLY IF REQUIRED BY FILING JURISDICTION

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ ................ No Tenths

DEALER _____ BY _____

State of _____

County of _____                                            day of _____ 20 __
                                                                      Notary Public

USE NOTARIZATION ONLY IF REQUIRED BY FILING JURISDICTION

**DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ ................ No Tenths

DEALER _____ BY _____

State of _____

County of _____                                            day of _____ 20 __
                                                                      Notary Public

USE NOTARIZATION ONLY IF REQUIRED BY FILING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage. WARNING ODOMETER DISCREPANCY

Signature(s) of Seller(s) X _____    Date of Statement _____ Date of Sale _____

Printed Name(s) of Seller(s) __Autolott Co Inc__

Signature(s) of Purchaser(s) X __Denise Gallagher__                   Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

Printed Name(s) of Purchaser(s) __Denise A Gallagher__                before this 9 day of Sept 20 03
                                                                      Notary Public
Company Name (If Applicable) _____    State of _____

Address of Purchaser(s) __12 Evergreen Rd Hampton NH 03842__

USE NOTARIZATION ONLY IF REQUIRED BY FILING JURISDICTION

**LIENHOLDER**

1st lien in favor of _____

whose address is _____

2nd lien in favor of _____

whose address is _____

C-C 00471
CONFIDENTIAL

# EXHIBIT 24

EXHIBIT
CHRISTENSEN
5
4/6/05    SRB



OFFICIAL CHECK

CITIZENS BANK

*-$17,375.00-*

PAY                                                    DOLLARS

TO THE
ORDER OF        BOSTON HARLEY DAVIDSON

MEMO:
Jeffrey P. Christensen

Drawer: Citizens Bank





C-C 00507
CONFIDENTIAL





C-C 00437
CONFIDENTIAL



C-C 00540
CONFIDENTIAL



C-C 00562
CONFIDENTIAL

**OFFICIAL CHECK**                                      9292290474

BANK OF NEW HAMPSHIRE
A FLEET BANK MEMBER, N.A.                              09SEP03

PAY
TO THE            *** BOSTON HARLEY DAVIDSON ***
ORDER OF
                                                      *****$17,770.00

$**********17,770*DOLLARS*AND*00*CENTS*

                                        DRAWER: BANKNORTH, N.A.

Issued By Integrated Payment Systems Inc., Englewood, Colorado
Bank One, N.A. Denver, Colorado                       AUTHORIZED SIGNATURE

⑈221103⑈  ⑈102000979⑈  ⑈8009292904748⑈

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDLE

C-C 00485
CONFIDENTIAL

**OFFICIAL CHECK**

BANK OF NEW HAMPSHIRE

PAY
TO THE
ORDER OF                    *** BOSTON HARLEY DAVIDSON ***

                                                        ******14,320.00

$**********14,320*DOLLARS*AND*00*CENTS*

C-C 00472
CONFIDENTIAL

DRAWER: BANKNORTH, N.A.

AUTHORIZED SIGNATURE

Issued by Integrated Payment Systems Inc., Englewood, Colorado

⑆221103⑆ ⑈102000979⑈ 6800929290448⑈