UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
CYCLE-CRAFT CO., INC. )
d/b/a BOSTON HARLEY-DAVIDSON/BUELL, )
)
          Plaintiff, )
)
v. )  CIVIL ACTION
)  NO. 04 11402 NMG
HARLEY-DAVIDSON MOTOR COMPANY, INC.)
and BUELL DISTRIBUTION COMPANY, LLC, )
)
          Defendants. )
_____)

## REVISED STIPULATION AND ORDER

The parties to the captioned matter agree, and the Court hereby ORDERS as follows:

1.    On August 12, 2005, Defendants filed their motion for summary judgment. Plaintiff shall file its opposition, not to exceed twenty-five pages, on or before September 16, 2005.

2.    On August 30, 2005, Plaintiff filed its motion for summary judgment. Defendants shall file their opposition, not to exceed twenty-five pages, on or before October 4, 2005.

LITDOCS/614414.1

```
```
...

2

**Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell**

By their attorneys,

/s/ James C. Rehnquist
_____
James C. Rehnquist, BBO#552602
Christopher C. Nee, BBO# 651472
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Ph: (617) 570-1000
Fx: (617) 523-1231

**Harley-Davidson Motor Company, Inc., and Buell Distribution Company, LLC**

By their attorneys,

/s/ William N. Berkowitz
_____
William N. Berkowitz, BBO#544148
Sabita Singh, BBO#560146
William F. Benson, BBO# 646808
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

**SO ORDERED:**

_____
Judge Nathaniel M. Gorton