UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC. <br> d/b/a BOSTON HARLEY-DAVIDSON/BUELL, <br> Plaintiff, <br> <br> v. <br> <br> HARLEY-DAVIDSON MOTOR COMPANY, INC., <br> and BUELL DISTRIBUTION COMPANY, LLC, <br> <br> Defendants. | Civil Action <br> No. 04 11402 NMG |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY SABITA SINGH**

Pursuant to Local Rule 83.5.2(c), Sabita Singh withdraws her appearance as one of the counsel of record for Defendants Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC. William N. Berkowitz and William F. Benson will continue their representation in this matter.

Respectfully submitted,

**HARLEY-DAVIDSON MOTOR COMPANY, INC.,
and BUELL DISTRIBUTION COMPANY, LLC**

By their attorneys,

/s/ Sabita Singh
_____
William N. Berkowitz, BBO# 544148
Sabita Singh, BBO# 560146
William F. Benson, BBO# 646808
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated: September 16, 2005