UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYCLE-CRAFT CO., INC. )
d/b/a BOSTON HARLEY-DAVIDSON/BUELL, )
)
Plaintiff, )
) Civil Action
v. ) No. 04 11402 NMG
)
HARLEY-DAVIDSON MOTOR COMPANY, INC., )
and BUELL DISTRIBUTION COMPANY, LLC, )
)
Defendants. )

### EXHIBITS IN SUPPORT OF PLAINTIFF CYCLE-CRAFT CO., INC.'S OPPOSITION TO HARLEY-DAVIDSON'S MOTION FOR SUMMARY JUDGMENT

### AFFIDAVIT OF CHRISTOPHER C. NEE, ESQ.

Christopher C. Nee, being duly sworn, states as follows:

1. I am an attorney with the law firm of Goodwin Procter LLP, Exchange Place, Boston, MA 02109. Goodwin Procter represents the plaintiff in the above-captioned action.

2. Attached hereto at Tab 1 is a true and correct copy of the Harley-Davidson Motor Company Dealer Contract, dated September 19, 2000, entered into between Harley-Davidson Motor Company and Cycle-Craft Co., Inc.

3. Attached hereto at Tab 1A is a true and correct copy of the Harley-Davidson Motor Company Dealer Contract Extension entered into between Harley-Davidson Motor Company and Cycle-Craft Co., Inc. in June 2002.

4. Attached hereto at Tab 2 is a true and correct copy of the Harley-Davidson Motor Company General Conditions of Sales and Service.

5. Attached hereto at <u>Tab 3</u> are a true and correct copies of Harley-Davidson's Non-Retail Sales Policies for the 1991-2004 Model Years.

6. Attached hereto at <u>Tab 4</u> are true and correct excerpts from the deposition of Jon Flickinger.

7. Attached hereto at <u>Tab 5</u> is a true and correct copy of the study entitled "Analysis and Recommendations Concerning Export Sales" compiled by the Fontana Group, Inc.

8. Attached hereto at <u>Tab 6</u> is a true and correct copy of Harley-Davidson's "Non-Retail Policy/P & A Allocation Meeting Minutes," dated May 21, 1992.

9. Attached hereto at <u>Tab 7</u> are a true and correct excerpts from the deposition of John Atwood.

10. Attached hereto at <u>Tab 8</u> are true and correct excerpts from the deposition of Ronald Buchbaum.

11. Attached hereto at <u>Tab 9</u> are true and correct excerpts from the deposition of Sean Walsh.

12. Attached hereto at <u>Tab 10</u> are true and correct excerpts from the deposition of Jason Marasca.

13. Attached hereto at <u>Tab 11</u> are true and correct excerpts from the deposition of Al Contois.

14. Attached hereto at <u>Tab 12</u> are true and correct excerpts from the deposition of Steven Verduyn.

15. Attached hereto at <u>Tab 13</u> is a true and correct copy of a letter, dated January 11, 2005, from Thomas Wyand, North End Harley-Davidson, Inc., to Mike Malicki, Harley-Davidson Motor Company.

16. Attached hereto at <u>Tab 14</u> is a true and correct copy of the "Inspection of Records" letter, dated April 20, 2004, from Jon Flickinger to John Atwood.

17. Attached hereto at <u>Tab 15</u> are true and correct excerpts from the deposition of Michael Stevens.

18. Attached hereto at <u>Tab 16</u> are true and correct copies of the Bills of Sale from the sales of motorcycles to Florida residents at issue in this dispute.

19. Attached hereto at <u>Tab 17</u> are true and correct copies of Sales and Warranty Registration forms ("SWRs") from the sales of motorcycles to Florida residents at issue in this dispute.

20. Attached hereto at <u>Tab 18</u> are true and correct copies of the driver's licenses from the sales of motorcycles to Florida residents at issue in this dispute.

21. Attached hereto at <u>Tab 19</u> are true and correct excerpts from the deposition of Debra Lunsford.

22. Attached hereto at <u>Tab 20</u> are true and correct copies of the cashier's checks from the sales of motorcycles to Florida residents at issue in this dispute.

23. Attached hereto at <u>Tab 21</u> are true and correct excerpts from the deposition of Jeffrey Christensen.

24. Attached hereto at <u>Tab 22</u> are true and correct copies of the Bills of Sales from the sales of motorcycles to New Hampshire residents at issue in this dispute.

25. Attached hereto at <u>Tab 23</u> are true and correct copies of the Certificates of Origins from the sales of motorcycles to New Hampshire residents at issue in this dispute.

26. Attached hereto at <u>Tab 24</u> are true and correct copies of the cashier's checks from the sales of motorcycles to New Hampshire residents at issue in this dispute.

27. Attached hereto at <u>Tab 25</u> are true and correct copies of the drivers licenses from the sales of motorcycles to New Hampshire residents at issue in this dispute.

28. Attached hereto at <u>Tab 26</u> is a true and correct copy of the "Notice of Dealer Contract Termination" letter, dated April 20, 2004, from Jon Flickinger to John Atwood.

29. Attached hereto at <u>Tab 27</u> are true and correct excerpts from the deposition of Kenneth McPhee.

30. Attached hereto at <u>Tab 28</u> are true and correct excerpts from the deposition of Michael Bloom.

31. Attached hereto at <u>Tab 29</u> are true and correct excerpts from the deposition of Jamie McGrath.

32. Attached hereto at <u>Tab 30</u> are true and correct excerpts from the deposition of Dianne Bolden.

33. Attached hereto at <u>Tab 31</u> are true and correct excerpts from the deposition of Stephen Vesey.

34. Attached hereto at <u>Tab 32</u> is a true and correct copy of Harley-Davidson's Answers to Plaintiff's Third Set of Interrogatories.

35. Attached hereto at <u>Tab 33</u> is a true and correct copy of the "Protest Letter," dated March 7, 2003, from Gregory A. Holmes, Esq. to Harry Nichols.

36. Attached hereto at <u>Tab 34</u> is a true and correct copy of an email "Subject: Boston Market Study," dated December 13, 2002, from Bill Holaday to Mike Malicki and Gene Ostrom.

37. Attached hereto at <u>Tab 35</u> is a true and correct copy of an email "Subject: RE: SWR Report Needed," dated July 28, 2003, from Steve Verduyn to Mike Malicki and Al Contois.

38. Attached hereto at <u>Tab 36</u> is a true and correct copy of Harley-Davidson's Supplemental Answers to Interrogatories, signed February 21, 2005.

39. Attached hereto at <u>Tab 37</u> is a true and correct copy of an email "Subject: RE: Lee Custom Cycle," dated August 12, 2003, from Mike Malicki to Al Contois and Steve Verduyn.

40. Attached hereto at <u>Tab 38</u> are true and correct copies of Cycle-Craft's Bar and Shield Scoresheets from 2000-2003.

41. Attached hereto at <u>Tab 39</u> are true and correct excerpts from the deposition of Gene Ostrom.

42. Attached hereto at <u>Tab 40</u> are true and correct excerpts from the deposition of Michael Malicki.

43. Attached hereto at <u>Tab 41</u> is a true and correct copy of the Affidavit of John Atwood and accompanying Exhibits A-J.

Signed under penalties of perjury this 16th day of September 2005.

_____
Christopher C. Nee