# EXHIBIT 14



Harley-Davidson Motor Company, 3700 West Juneau Ave., PO Box 653, Milwaukee, WI 53201  414/342-4680

April 20, 2004

BY CERTIFIED MAIL – RETURN RECEIPT REQUIRED

Cycle-Craft Co., Inc.
1760 Revere Beach Parkway
Everett, MA 02149
Attention: John F. Atwood, President and Dealer Operator

Re:    *Inspection of Records*

Dear Mr. Atwood:

As you know, Harley-Davidson representatives recently completed an inspection of certain Cycle-Craft Co., Inc. sales records in accordance with Section J.6 of the General Conditions of the Harley-Davidson Dealer Contract ("Dealer Contract"). This inspection was conducted at your dealership facilities in Everett, Massachusetts on February 17-18, 2004.

The inspection of Cycle-Craft records revealed that the following units, identified by VIN number, were falsely reported by Cycle-Craft as motorcycles sold at retail to the customer listed below, when in fact they were purchased from Cycle-Craft by a motorcycle wholesaler, DC Imports International of Deerfield Beach, Florida (DCI). The purchases were made by consecutive cashier's checks drawn at Northern Trust Bank of Florida and delivered by Cycle-Craft to the wholesaler.

| VIN | Northern Trust Bank Cashier Check # | Customer/SWR Names | Customer City/State | SWR Date of Sale |
|-----|-----|-----|-----|-----|
| 1HD1GHV173K318821 | 301053 | Paulovich, S. | Margate, FL | 7/30/2003 |
| 1HD4CAM163K449790 | 301052 | Lunsford, D. | Coral Springs, FL | 7/30/2003 |
| 1HD1BSY133Y075190 | 301051 | Christiansen, H. | Boca Raton, FL | 7/30/2003 |
| 1HD1GEV403K325618 | 301050 | Christiansen, K. | Boca Raton, FL | 7/30/2003 |
| 1HD1CAP103K448116 | 301049 | Wiingard, H. | Coral Springs, FL | 7/30/2003 |
| 1HD4CEM183K450253 | 301048 | Stevens, M. | Lighthouse Point, FL | 7/30/2003 |
| 1HD4CEM113K447680 | 301047 | Lunsford, B. | Coral Springs, FL | 7/30/2003 |
| 1HD1CAP163K450548 | 301046 | Gusoff, J. | Fort Lauderdale, FL | 7/30/2003 |
| 1HD1PFD1X3Y954586 | 301045 | Larsen, L. | Margate, FL | 7/30/2003 |
| 1HD1CGP193K447808 | 301044 | Stimpston, T. | Fort Lauderdale, FL | 7/30/2003 |
| 1HD1CAP1X3K453887 | 301043 | Gusoff, L. | Fort Lauderdale, FL | 7/30/2003 |
| 1HD1CAP113K450151 | 301042 | Myllymari, R. | For Lauderdale, FL | 7/30/2003 |

Cycle-Craft Co., Inc.
April 19, 2004
Page 2

| VIN | Northern Trust Bank Cashier Check # | Customer/SWR Names | Customer City/State | SWR Date of Sale |
|---|---|---|---|---|
| 1HD1CAP153K441145 | 301041 | Lozon, J. | Pompano Beach, FL | 7/30/2003 |
| 1HD1GEV153K330500 | 301040 | Gusoff, L. | Fort Lauderdale, FL | 7/30/2003 |
| 1HD4CAM193K451727 | 301039 | Gotham, J. | Plantation, FL | 7/30/2003 |
| 1HD1CGP143K443654 | 301038 | Kapila, C. | Fort Lauderdale, FL | 7/30/2003 |
| 1HD4CEM193K451492 | 301037 | Cagnina, C | Lighthouse Point, FL | 7/30/2003 |
| 1HD4CEM153K450792 | 301036 | Stevens. E. | Lighthouse, FL | 7/30/2003 |
| 1HD4CAM143K443289 | 301035 | Green, K. | Lighthouse Point, FL | 7/30/2003 |

The inspection of Cycle-Craft records further revealed that the following sales were made by Cycle-Craft to Lee Custom Cycle, a used motorcycle dealer in Lee, New Hampshire:

| VIN | SWR Name | Customer City, State | SWR Date |
|---|---|---|---|
| 1HD1BRY443Y089070 | Dellacroce, M. | Somersworth, NHJ | 7/25/2003 |
| 1HD1BVB143Y106103 | Issa, R. | Nottingham, NH | 7/24/2003 |
| 1HD1BVB173Y114065 | Gallagher, R. | Hampton, NH | 9/9/2003 |
| 1HD1FSW183Y644686 | Galleger, G. | Hampton, NH | 9/9/2003 |
| 1HD1BXB433Y115249 | Karp, A. | Plaistow, NH | 9/19/2003 |
| 1HD1FRW403Y746907 | Karp, D. | Plaistow, NH | 9/19/2003 |
| 1HD1GHV103K336352 | Rist, D. | Dover, NH | 7/25/2003 |
| 1HD1BMY453Y052113 | Christiansen, J. | Lee, NH | 7/25/2003 |

The foregoing motorcycle sales were falsely reported by Cycle-Craft as retail sales made to the customers listed above. In addition, VIN 1HD1FYW103Y610226 was sold by Cycle-Craft to Lou Winz Auto, a Massachusetts used vehicle dealer, but falsely designated as a retail sale.

Cycle-Craft also submitted false Sales and Warranty Registration Forms for the following units, including giving false or fictitious names and/or dates of sale:

| | | |
|---|---|---|
| 1HD1HAZ133K839405 | 1HD1HAZ403K842594 | 1HD1FSW143Y638979 |
| 1HD1BWB183Y107390 | 1HD1BSY123Y105487 | 1HD1FFW103Y638193 |
| 1HD1BMY473Y085436 | 1HD1BYB493Y097183 | 1HD1CGP413K431340 |
| 1HD1HAZ113K842917 | 1HD1BJY183Y052286 | 1HD1HAZ133K848962 |
| 1HD1GDV443K314311 | 1HD1PAC25YY951664 | 1HD1BXB493Y082225 |
| 1HD1BHY143Y099680 | 1HD1FCW463Y630589 | |

Cycle-Craft Co., Inc.
April 19, 2004
Page 3

Of these, three motorcycles, VIN 1HD1FCW463Y630589, 1HD1PAC25YY951664, and 1HD1CGP413K431340 were falsely reported as having been sold at retail, when in fact they had not been sold at all, but remained in dealer inventory as of the date of inspection.

Should you have any questions with regard to these matters, please contact me.

Sincerely,

Jon Flickinger
Vice President
North American Sales and Dealer Services

JF04042

# EXHIBIT 15

Stevens, Michael  24725sm
www.floridarealtime.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


CIVIL ACTION
NO. 04 11402 NMG


CYCLE-CRAFT CO., INC., D/B/A
BOSTON HARLEY-DAVIDSON/BUELL,


     Plaintiff,

vs.

HARLEY-DAVIDSON MOTOR COMPANY, INC.
AND BUELL DISTRIBUTION COMPANY, LLC,


     Defendants.

_____/


Rice Pugatch Robinson & Schiller, P.A.
33 N.E. 2nd Street
Suite 101
Fort Lauderdale, Florida
Friday, February 25, 2005
Scheduled for 1:00 a.m.
Commenced at 1:13 p.m. to 3:05 p.m.


VIDEOTAPED DEPOSITION

OF

MICHAEL STEVENS



1    confirmed that we could purchase bikes.

2         Q.     Okay.  And I think you testified that

3    Mr. Buchbaum said in one of these conversations about

4    new motorcycles that the motorcycles would have to be

5    sold to individuals?

6              MR. BENSON:  Objection.

7         A.     Correct.

8              MR. BENSON:  That's misleading his

9         testimony.

10        A.     He did.  He did.  That was the only way he

11   would sell them to us, was if we put them in

12   individual names.

13        Q.     And you proceeded to supply him with

14   certain documents?

15        A.     He supplied me with the documents.  I

16   filled them out.  We filled them out.

17        Q.     Okay.  And you testified about some of

18   those documents today.  I believe you testified that

19   Exhibit 3, the bills of sale, that these were

20   documents that in their completed form you sent back

21   to Mr. Buchbaum, is that right?

22        A.     Correct.

23        Q.     And you had the individual -- the

24   individuals who are listed as the purchaser sign the

25   signature line at the bottom of these forms, is that

Stevens, Michael 24725sm                          www.floridarealtime.com

1    correct?

2        A.      Correct.

3            MR. BENSON:  Objection.  I don't know if he

4        testified to each single form.

5        Q.      Well, do you recall if -- let me just make

6    sure I understand this.  You received the bills of

7    sale that are set forth in Exhibit 3 in an unsigned

8    form from Mr. Buchbaum, is that correct?

9        A.      Right, which is motorcycle and price

10   information.

11       Q.      Okay.  And that would be -- just to look at

12   the first page of Exhibit 3, that would be the --

13       A.      From make, from the make, Harley Davidson

14   all the way down to the price.

15       Q.      And it would not include the top three

16   lines that gives information about the purchaser then?

17       A.      Right.  A lot of those, either the

18   individual or myself filled out the information.

19       Q.      And again, the form in which you received

20   these documents from Mr. Buchbaum would not include a

21   signature at the bottom?

22       A.      Right.  Individuals signed them.

23       Q.      And I believe you testified that the

24   documents that you returned to Mr. Buchbaum were in

25   this form, where they had the individual signatures on

Stevens, Michael 24725sm                          www.floridarealtime.com

```
 1   the bottom and the individual purchaser information on
 2   the top?
 3       A.     Correct.
 4       Q.     And you were the one who -- let me just ask
 5   you.  I can't remember if you said this or not.
 6            Were you involved in obtaining the
 7   individual signatures that you can see on the bottom
 8   of Stevens Exhibit 3?
 9       A.     Only the personal ones, my family and
10   myself.  The rest are the employees there got the
11   signatures and information from the people who they
12   knew.
13       Q.     Okay.  And did they then return the
14   completed forms to you?
15       A.     Yes.
16       Q.     And then you sent the packet of completed
17   forms back to Mr. Buchbaum?
18       A.     Right, both the warranty and the bill of
19   sale forms.
20       Q.     Do you know -- do you know who else was
21   involved in getting the signatures and the purchaser
22   information on these forms besides you?
23       A.     All the employees at DC Imports.
24       Q.     So everybody was sort of responsible for --
25       A.     Had at least one or two.
```

Stevens, Michael 24725sm                        www.floridarealtime.com

```
1        Q.      Okay.  And looking at Stevens Exhibit 2,

2   the SWR forms, was the procedure essentially the same

3   with respect to the SWR forms?

4        A.      Yes.

5        Q.      In other words, the -- you received these

6   from -- from Boston Harley Davidson in -- with the

7   typed-in information that gives information about the

8   motorcycle?

9        A.      Correct.

10        Q.      And then you filled in the information

11   about the purchaser and the signatures were obtained

12   by the relevant employee?

13        A.      Right.

14        Q.      And so, when you testified earlier about

15   the forms that you sent back to Boston Harley

16   Davidson, it was these two forms?

17        A.      Correct.

18        Q.      The bills of sale and the SWRs that are put

19   together here as Exhibit 2 and 3?

20        A.      Right.

21        Q.      Now, did you also have any involvement in

22   getting photocopies of driver's licenses to send to

23   Boston Harley Davidson?

24        A.      I received mine, my grandfather's and my

25   mother's, everybody else knew that they had to get the
```

1    photocopies along with the signatures when they

2    returned them to me.

3        Q.    Okay.  And were those -- were those

4    photocopied driver's license part of the information

5    that you included --

6        A.    In the package.

7        Q.    -- in the package that you sent back to

8    Mr. Buchbaum?

9        A.    Right.

10           MR. REHNQUIST:  Can you mark this as the

11       next exhibit, which is what?

12           MR. BENSON:  Five.

13           MR. REHNQUIST:  Stevens Exhibit 5.

14           (Thereupon, Exhibit 5 was marked for

15    Identification.)

16           MR. REHNQUIST:  Can you mark this as

17       Stevens Exhibit 6?

18           (Thereupon, Exhibit 6 was marked for

19    Identification.)

20    BY MR. REHNQUIST:

21        Q.    I'm showing you, Mr. Stevens, what's been

22    marked as Stevens Exhibit 6 and see if you -- take a

23    minute and flip through it.  I'm just going to ask you

24    if you recognize this as the photocopies of driver's

25    license that were part of the package.

# EXHIBIT 16



EXHIBIT

3

GMP 2-25-05



Cycle-Craft Co. Inc. D/B/A
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com

(770)



### BILL OF SALE

DATE **7-23-03**

PURCHASER **DEBORAH J. LUNSFORD**          E-MAIL

STREET **5896 N.W. 56ᵗʰ DR**   CITY **CORAL SPRINGS**   STATE **FL**   ZIP **33067**

RES.# **954·834·0834**   BUS.# **(954)**   LIC.#   D.O.B.

| MAKE | MODEL | | | TYPE | YEAR |
|---|---|---|---|---|---|
| **Harley Davidson** | **XL 883** | | | **MC** | **2003** |
| V.I.N. **1HD4CAM163K449790** | KEY # | COLOR **Gunmetal** | WHEELS **laced** | SEC. **N** | |

| | | |
|---|---|---|
| One New Harley Davidson 883 Sportster | | **6468** 00 |
| 12 month unlimited mileage warranty | laced | **6265** 00 |

| | | |
|---|---|---|
| REG. FEES | | |
| DOCUMENT FEE | | **00** |
| SUB-TOTAL | | **6465** 00 |
| | | **6265** 00 |

**RECORD OF TRADE-IN**

| MAKE | YEAR | TYPE | MODEL | | TRADE VALUE |
|---|---|---|---|---|---|
| COLOR | V.I.N. | | KEY # | | |
| TITLE NO. | MILEAGE | PREVIOUS OWNER | | | |

████████████████████████████████████████████████

X BUYER'S SIGNATURE **Deborah Lunsford**          ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN:                              C-C 00698

This order is not valid unless signed by Dealer.          **CONFIDENTIAL**



Δ π EXHIBIT **7**

Deponent **Lunsford**

Date **2/2/05** Rptr. **TJ**

WWW.DEPOBOOK.COM



Cycle-Craft Co. Inc. DBA
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com

(712)



### BILL OF SALE

DATE  7-23-03

PURCHASER  Branford Lunsford                         E-MAIL

STREET  5896 N.W. 56TH DR    CITY  Coral Springs   STATE FL  ZIP 33067

RES # (954) 834-0934   BUS # (    )              LIC. #            D.O.B.

| MAKE Harley Davidson | MODEL XL 883 H | | TYPE MC | YEAR 2003 |
| V.I.N. 1HD4 CEM 113K 447 680 | KEY # | COLOR Black | WHEELS Laced | SEC. N |

| One New Harley Davidson 883 "Hugger" | 6550 | 00 |
| w/ laced wheels | 6350 | 00 |
| 12 month unlimited mileage warranty | inc | |

| | REG. FEES | | |
| | DOCUMENT FEE | | 00 |
| | SUB-TOTAL | 6550 | 00 |
| | | 6350 | 00 |

### RECORD OF TRADE-IN

| MAKE | YEAR | TYPE | MODEL | | | TRADE VALUE |
| COLOR | | V.I.N. | | KEY # | | |
| TITLE NO. | | MILEAGE | PREVIOUS OWNER | | | |

[dark/obscured block]

BUYER'S SIGNATURE: _____   ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN: _____   DEALER'S SIGNATURE: _____   C-C 00729
CONFIDENTIAL

This order is not valid unless signed by Dealer.



Cycle-Craft Co. Inc. DBA
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com

(495)



**BILL OF SALE**

DATE 7-23-03

PURCHASER  Kevin Greene                                    E-MAIL

STREET  3000 NE 19th Terk #B   CITY Lighthouse Point   STATE FL   ZIP 33064

RES. # (    )          BUS. # (    )          LIC. #          D.O.B.

| MAKE Harley Davidson | MODEL XL 883 | | TYPE MC | YEAR 2003 |
| V.I.N. 1HD4CAM143K443289 | KEY # | COLOR Black | WHEELS Laced | SEC. N |

One New Harley Davidson 883 Sportster/laced  $6765 00
12 month unlimited mileage warranty          inc
                                             5965 00

| | REG. FEES | |
| | DOCUMENT FEE | 245 | 00 |
| | SUB-TOTAL | 6765 | 00 |
| | | 5965 | 00 |

**RECORD OF TRADE-IN**

| MAKE | YEAR | TYPE | MODEL | | TRADE VALUE |
| COLOR | V.I.N. | | KEY # | | |
| TITLE NO. | | MILEAGE | PREVIOUS OWNER | | |

[illegible dark band]

BUYER'S SIGNATURE:  Kevin Greene          ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN:                                 DEALER'S SIGNATURE:          C-C 00827
                                                                      CONFIDENTIAL
This order is not valid unless signed by Dealer.





Cycle-Craft Co. Inc. D/B/A
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com

(756)

## BILL OF SALE

DATE 7-23-03

PURCHASER Edward B. Stevens   E-MAIL

STREET 3000 NE 19th Terr #A   CITY Lighthouse Pnt   STATE FL   ZIP 33064

RES. # (954) 637-8932   BUS. # ( )   LIC. #   D.O.B.

| MAKE Harley Davidson | MODEL XL 883 H | TYPE MC | YEAR 2003 |
| VIN 1HD4CEM153K450792 | KEY # | COLOR Gunmetal | WHEELS laced | SEC. N |

One New Harley Davidson 883 Hugger ~~6615~~ 00
w/ laced wheels 6415 00
12 month unlimited mileage warranty inc

| | |
|---|---|
| REG. FEES | |
| DOCUMENT FEE | ~~145~~ 00 |
| SUB-TOTAL | ~~6675~~ 00  6415 00 |

### RECORD OF TRADE-IN

| MAKE | YEAR | TYPE | MODEL | TRADE VALUE |
| COLOR | V.I.N. | | KEY # | |
| TITLE NO. | MILEAGE | PREVIOUS OWNER | | |

The terms on the back of this Order comprise the entire agreement effective this purchase and no other agreement or promise, standard terms concerning same has been made or entered into, or will be recognized. I understand that my credit has been extended to me on making purchase of this vehicle... as appears in writing on the face of this order. I have read the matter printed on the back hereof and agree to it as part of this order the same as if was printed above my signature. I certify that I am of lawful age and hereby acknowledge receipt of a copy of this order. Motor vehicles can be dangerous if misused. All additional payments over the stated cash price and terms are non-refundable with the exception of rejection of financing.

BUYER'S SIGNATURE: _Edw B Ste_   ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN: _____   DEALER'S SIGNATURE: _____   C-C 00682
CONFIDENTIAL

This order is not valid unless signed by Dealer.

05/14/2004  05:38  6173832675                                          PAGE  05



### Cycle-Craft Co. Inc. dba.
### Boston Harley-Davidson/Buell
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888 BostonHarley.com



## BILL OF SALE

DATE  7-23-03

PURCHASER  Carolyn Cacnina                                    E-MAIL

STREET  3000 NE 19TERR  #A      CITY LIGHTHOUSE Point    STATE FL  ZIP 33064

RES. # (954) 632-8932    BUS # (        )        LIC. #              D.O.B.

| NAME Harley Davidson | MODEL XL 883 H | TYPE MC | YEAR 2003 |
| V.I.N. 1HD4CEM193K451492 | KEY # | COLOR Gunmetil | WHEELS Laced | SIC. N |

One  New  Harley  Davidson  883 Hugger w/laced                8615 | 00
12  month  unlimited  mileage  warranty                        inc
                                                              6415 | 00

|                          REG. FEES |      |
| DOCUMENT FEE | 349- | 00 |
| SUB-TOTAL | 8615 | 00 |
|  | 6415 | 00 |

### RECORD OF TRADE-IN

| MAKE | | YEAR | TYPE | MODEL | TRADE VALUE |
| COLOR | VIN | | | KEY # | |
| TITLE NO. | | MILEAGE | | PREVIOUS OWNER | |

[fine print paragraph - illegible]

BUYER'S SIGNATURE:  Carolyn Cacnina        ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN:                                  DEALER'S SIGNATURE:

This order is not valid unless signed by Dealer.

C-C 00901
CONFIDENTIAL



Cycle-Craft Co. Inc. d/b/a
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com
**BILL OF SALE**



(725)

DATE _7-23-03_

| | | | |
|---|---|---|---|
| PURCHASER _Michael G. Stevens_ | | E-MAIL | |
| STREET _3000 NE 19th Terr #B_  CITY _Light House Point_ | | STATE _FL_  ZIP _33064_ | |
| RES.# _(954) 558-4905_  BUS.# (   ) | LIC.# | D.O.B. | |

| MAKE _Harley Davidson_ | MODEL _XL 883 H_ | TYPE _MC_ | YEAR _2003_ |
|---|---|---|---|
| V.I.N. _1HD4CEM183K450253_  KEY # | COLOR _Black_  WHEELS _Laced_ | | SEC. _N_ |

| | | |
|---|---|---|
| _One New Harley Davidson 883 Hugger/Laced wheels_ | | _6550 00_ |
| _12 month unlimited mileage warranty_ | | _inc_ |
| | | _6350 00_ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | REG. FEES | |
| | DOCUMENT FEE | _175_ 00 |
| | SUB-TOTAL | _6550 00_ |

**RECORD OF TRADE-IN**

| | | | | | | 6350 00 |

| MAKE | YEAR | TYPE | MODEL | | TRADE VALUE |
|---|---|---|---|---|---|
| COLOR | V.I.N. | | KEY # | | |
| TITLE NO. | MILEAGE | PREVIOUS OWNER | | | |

This bill of sale and order comprise the entire agreement effecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I hereby certify that no credit has been extended to me for the purchase of this vehicle except as appears in writing on the face of this agreement...

BUYER'S SIGNATURE: _____    ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN: _____    DEALER'S SIGNATURE: _____    C-C 00747
This order is not valid unless signed by Dealer.    CONFIDENTIAL



Cycle-Craft Co. Inc. D/B/A
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com





715

**BILL OF SALE**

DATE 7-23-03

PURCHASER Thomas Stimpson                    E-MAIL

STREET 2900 NE 30TH St, #9B   CITY Ft Lauderdale   STATE FL   ZIP 33306

RES. # (754) 235-5709   BUS # ( )         LIC. #                 D.O.B.

| MAKE Harley Davidson | MODEL XL 1200 C | TYPE MC | YEAR 2003 |
|---|---|---|---|
| V.I.N. 1HD1C6P193K447808 | KEY #  COLOR Red | WHEELS Laced | SEC. N |

One New Harley Davidson 1200 Custom | 8925 00

| | | 8925 00 |

12 month unlimited mileage warranty — inc

| | | |
|---|---|---|
| | REG. FEES | |
| | DOCUMENT FEE | 745 00 |
| | SUB-TOTAL | 8925 00 |

**RECORD OF TRADE-IN**

| MAKE | YEAR | TYPE | MODEL | | TRADE VALUE |
|---|---|---|---|---|---|
| COLOR | V.I.N. | | KEY # | | |
| TITLE NO. | MILEAGE | | PREVIOUS OWNER | | |

BUYER'S SIGNATURE: _____        ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN: _____                DEALER'S SIGNATURE: _____        C-C 00867

This order is not valid unless signed by Dealer.        CONFIDENTIAL



Cycle-Craft Co. Inc. D/B/A
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888 BostonHarley.com

⟨777⟩



## BILL OF SALE

DATE 7-23-03

PURCHASER Heather Wingard                    E-MAIL

STREET 5896 NW 56th Dr.        CITY Coral Springs    STATE FL    ZIP 33067

RES. # (954) 791-6290    BUS. # (   )        LIC. #            D.O.B.

| MAKE Harley Davidson | MODEL XL 1200 | | TYPE MC | YEAR 2003 |
|---|---|---|---|---|
| V.I.N. 1HD1CAP103K448116 | KEY # | COLOR Gunmetal | WHEELS Cast | SEC. N |

One New Harley Davidson XL 1200 Sportster    8125 00

7925 00

12 month unlimited mileage warranty    inc

| | | |
|---|---|---|
| REG. FEES | | |
| DOCUMENT FEE | 145 | 00 |
| SUB-TOTAL | 8125 00 |
| | 7925 00 |

### RECORD OF TRADE-IN

| MAKE | YEAR | TYPE | MODEL | | TRADE VALUE |
|---|---|---|---|---|---|
| COLOR | V.I.N. | | KEY # | | |
| TITLE NO. | | MILEAGE | PREVIOUS OWNER | | |

BUYER'S SIGNATURE: _Heath Wingard_    ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN:                    DEALER'S SIGNATURE:        C-C 00784
This order is not valid unless signed by Dealer.        CONFIDENTIAL



Cycle-Craft Co. Inc. ᴅ/ʙ/ᴀ
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com

(752)



**BILL OF SALE**

DATE 7-23-03

PURCHASER  KAREN L. CHRISTENSEN          E-MAIL

STREET  25 FOREST HILLS LN   CITY Boca Raton   STATE FL  ZIP 33431

RES. # (954) 834-0834   BUS. # (    )          LIC. #          D.O.B.

| MAKE Harley Davidson | MODEL FXDWG | TYPE MC | YEAR 2003 |
| VIN 1HD1GEV403K325618 | KEY # | COLOR Anniv | WHEELS Laced | SEC N |

One New Harley Davidson Dyna Wide Glide          16855 00
                                                 16469 00

12 month unlimited mileage warranty        —    inc

|  |  |  |
|---|---|---|
| | REG. FEES | |
| | DOCUMENT FEE | NC 00 |
| | SUB-TOTAL | 16855 00 |
| | | 16469 00 |

**RECORD OF TRADE-IN**

| MAKE | YEAR | TYPE | MODEL | | TRADE VALUE |
| COLOR | V.I.N. | | KEY # | | |
| TITLE NO. | MILEAGE | PREVIOUS OWNER | | | |

[illegible fine print paragraph]

X BUYER'S SIGNATURE: Karen Christensen     ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN:          DEALER'S SIGNATURE:          C-C 00771
           This order is not valid unless signed by Dealer.     CONFIDENTIAL



Cycle-Craft Co. Inc. D/B/A
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com

(776)



### BILL OF SALE

DATE 7-23-03

PURCHASER Harold Christensen         E-MAIL
STREET 25 Forrest Hills LN   CITY Boca Raton   STATE FL  ZIP 33431
RES. # (   )         BUS # ( 954/834/0734   LIC #         D.O.B.

| MAKE Harley Davidson | MODEL FXSTD | TYPE MC | YEAR 2003 |
| V.I.N. 1HD1SSY133Y075190 | KEY # | COLOR White Pearl | WHEELS Laced | SEC. Yes |

One New Harley Davidson Softail Deuce        16,770 00
12 month unlimited mileage warranty          inc
                              w/ security      16484 00

|  |  | REG. FEES |  |
|  |  | DOCUMENT FEE | 45  00 |
|  |  | SUB-TOTAL | 16770 00 |
|  |  |  | 16484 00 |

### RECORD OF TRADE-IN

| MAKE | YEAR | TYPE | MODEL |  | TRADE VALUE |
| COLOR | V.I.N. |  | KEY # |  |  |
| TITLE NO. | MILEAGE | PREVIOUS OWNER |  |  |  |

(fine print paragraph, illegible)

BUYER'S SIGNATURE  A P C        ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN:         DEALER'S SIGNATURE:        C-C 00641
This order is not valid unless signed by Dealer.        **CONFIDENTIAL**



Cycle-Craft Co. Inc. DBA

**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com



(741)

**BILL OF SALE**

DATE  7-23-03

PURCHASER  Leo Carsen                         E-MAIL

STREET  6124  NW 20th CT  CITY MARGATE  STATE FL  ZIP 33063

RES. # (    )                    BUS. # (954) 836 8334   LIC. #            D.O.B.

| MAKE Harley Davidson | MODEL FXSTDSEI | | TYPE MC | YEAR 2003 |
| VIN 1HD1PFD1X3Y954586 | KEY # | COLOR Gold/Black | WHEELS Cast | SEC. Yes |

One New Harley Davidson Screamin' Eagle Deuce       2583 00
12 month unlimited mileage warranty                  inc
                                                     2524 00

| | REG. FEES | |
| | DOCUMENT FEE | 75  00 |
| | SUB-TOTAL | 2583 00 |
|              | | 2524 00 |

**RECORD OF TRADE-IN**

| MAKE | YEAR | TYPE | MODEL | | TRADE VALUE |
| COLOR | V.I.N. | | KEY # | | |
| TITLE NO. | | MILEAGE | PREVIOUS OWNER | | |

BUYER'S SIGNATURE  Leo Carsen        ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN:                            DEALER'S SIGNATURE               C-C 00626
                    This order is not valid unless signed by Dealer.    **CONFIDENTIAL**



Cycle-Craft Co. Inc. D/B/A
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com

(737)



### BILL OF SALE

DATE 7-23-03

PURCHASER Sonia Pavlovich          E-MAIL

STREET 6124 NW 20th CT   CITY Margate   STATE FL   ZIP 33063

RES. # (    )        BUS. # 954 834 0839        LIC. #        D.O.B.

| MAKE | | MODEL | | TYPE | YEAR |
|---|---|---|---|---|---|
| Harley Davidson | | FXD | | MC | 2003 |
| VI.N. #D1GHVI73K318 821 | KEY # | | COLOR Gunmetal | WHEELS Laced | SEC. N |

| One New Harley Davidson Dyna Superglide | 12540 00 |
|---|---|
| w/ laced wheels | 12054 00 |
| 12 month unlimited mileage warranty | inc |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | REG. FEES | |
| | DOCUMENT FEE | 245 00 |
| | SUB-TOTAL | 12540 00 |

**RECORD OF TRADE-IN**                                      12054 00

| MAKE | | YEAR | TYPE | | MODEL | | TRADE VALUE |
|---|---|---|---|---|---|---|---|
| COLOR | | V.I.N. | | | KEY # | | |
| TITLE NO. | | MILEAGE | PREVIOUS OWNER | | | | |

[illegible dark block of fine print]

BUYER'S SIGNATURE: _____     ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN: _____     DEALER'S SIGNATURE: _____

C-C 00802
CONFIDENTIAL

This order is not valid unless signed by Dealer.

Cycle-Craft Co. Inc. DBA

**Boston Harley-Davidson/Buell**

1760 Revere Beach Parkway (Rte. 16)

Everett, Massachusetts 02149

617-389-8888  BostonHarley.com

(757)

**Buell.**

AMERICAN MOTORCYCLES

## BILL OF SALE

DATE 7-23-03

PURCHASER Craig Kapila     E-MAIL

STREET 2900 NE 50th St 9B CITY FL Laud     STATE Fl  ZIP 33302

RES. # 248665765~  BUS. # (    )     LIC. #     D.O.B.

MAKE Harley Davidson   MODEL XL 1200C   TYPE MC   YEAR 2003

KEY #   COLOR Gunmetal   WHEELS   SEC

V.I.N. 1HD1CGP143K433654

One New Harley Davidson 1200 Custom     9295 00

9095 00

12 month unlimited mileage warranty     inc

| | | REG. FEES | |
|---|---|---|---|
| | | DOCUMENT FEE | 195 00 |
| | | SUB-TOTAL | 9295 00 |
| | | | 9095 00 |

### RECORD OF TRADE-IN

| | | | | TRADE VALUE |
|---|---|---|---|---|
| MAKE | YEAR | TYPE | MODEL | |
| COLOR | V.I.N. | | KEY # | |
| TITLE NO. | MILEAGE | PREVIOUS OWNER | | |

BUYER'S SIGNATURE

ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

DEALER'S SIGNATURE:     C-C 00854

SALESMAN:     CONFIDENTIAL

This order is not valid unless signed by Dealer.



Cycle-Craft Co. Inc. d/b/a
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888 BostonHarley.com

(717)



**BILL OF SALE**

DATE 7-23-03

PURCHASER Jason Gorthe          E-MAIL

STREET 8100 Classy Blvd          CITY Plantation Fl          STATE          ZIP 33324

RES. # (   )          BUS. # (   )          LIC. #          D.O.B.

| MAKE Harley Davidson | MODEL XL 883 | TYPE MC | YEAR 2003 |
| V.I.N. 1HD4CAM193K451727 | KEY # | COLOR Black | WHEELS Laced | SEC. N |

One New Harley Davidson 883 Sportster          6165 00
w/ laced wheels          5965 00

12 month unlimited mileage warranty          inc

|  | REG. FEES |  |  |
|  | DOCUMENT FEE | 189 | 00 |
|  | SUB-TOTAL | 6165 | 00 |
|  |  | 5965 | 00 |

**RECORD OF TRADE-IN**

| MAKE | YEAR | TYPE | MODEL |  | TRADE VALUE |
| COLOR |  | V.I.N. |  | KEY # |  |
| TITLE NO. |  | MILEAGE |  | PREVIOUS OWNER |  |

BUYER'S SIGNATURE: Jason G          ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN:          DEALER'S SIGNATURE:          C-C 00669
This order is not valid unless signed by Dealer.          **CONFIDENTIAL**

Cycle-Craft Co. Inc. ᴅ/ʙ/ᴀ
**Boston Harley-Davidson/Buell** (734)
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888   BostonHarley.com

**Buell**
AMERICAN MOTORCYCLES

**BILL OF SALE**    DATE 7-23-03

PURCHASER  Jason Lozon    E-MAIL

STREET  2121 S Ocean Dr  CITY    STATE    ZIP

RES. # ( 954/818-3636 ) BUS. # (    )    LIC. #    D.O.B.

| MAKE Harley Davidson | MODEL 1200 | TYPE MC | YEAR 2003 |
| V.I.N. 1HD1CAP153K441145 | KEY # | COLOR Black | WHEELS Cast | SEC. N |

One New Harley Davidson 1200 Sportster    7855 | 00
                                           7855 | 00

12 month unlimited mileage warranty    inc

| | REG. FEES | |
| | DOCUMENT FEE | 145 | 00 |
| | SUB-TOTAL | 8055 | 00 |

**RECORD OF TRADE-IN**    7855 | 00

| MAKE | YEAR | TYPE | MODEL | | | TRADE VALUE |
| COLOR | V.I.N. | | KEY # | | | |
| TITLE NO. | MILEAGE | PREVIOUS OWNER | | | | |

BUYER'S SIGNATURE:    ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN:    DEALER'S SIGNATURE:    C-C 00894
**CONFIDENTIAL**

This order is not valid unless signed by Dealer.



Cycle-Craft Co. Inc. DBA
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888 BostonHarley.com



(720)

## BILL OF SALE

DATE *7-23-03*

PURCHASER *Louis Gosoff*

E-MAIL

STREET *2900 NE 30th St*     CITY     STATE     ZIP

RES. # *(305)205-9603*   BUS. # (   )     LIC. #     D.O.B.

| MAKE | MODEL | TYPE | YEAR |
|---|---|---|---|
| *Harley Davidson* | *FXDWG* | *MC* | *2003* |

V.I.N. *1HD1GEV153K330500*   KEY #   COLOR *Black*   WHEELS *Laced*   SEC. ✓

*One New Harley Davidson Dyna Wide Glide*  *16,025 00*
*w/security*  *15639 00*

*12 month unlimited mileage warranty — inc*

|  | REG. FEES | |
|---|---|---|
|  | DOCUMENT FEE | *100* 00 |
|  | SUB-TOTAL | *16125 00* |
|  |  | *15639 00* |

### RECORD OF TRADE-IN

| MAKE | YEAR | TYPE | MODEL | | | TRADE VALUE |
|---|---|---|---|---|---|---|
| COLOR | V.I.N. | | KEY # | | | |
| TITLE NO. | MILEAGE | PREVIOUS OWNER | | | | |

BUYER'S SIGNATURE: _____

SALESMAN: _____

ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

DEALER'S SIGNATURE: _____

This order is not valid unless signed by Dealer.

C-C 00836
CONFIDENTIAL

Cycle-Craft Co. Inc. DB/A
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888 BostonHarley.com

(699)

**Buell.**
AMERICAN MOTORCYCLES

## BILL OF SALE

DATE 7-23-03

| | |
|---|---|
| PURCHASER James Gojcaj | E-MAIL |
| STREET 2900 NE 5th St Apt F Card | STATE FL ZIP 33306 |
| RES. # 054/29-H02   BUS. # ( ) | LIC. #   D.O.B. |

| MAKE Harley Davidson | MODEL XL 1200 | TYPE MC | YEAR 2003 |
|---|---|---|---|
| V.I.N. 1HD1CAP1X3K453887 | KEY # | COLOR Black | WHEELS Laced | SEC. N |

| | | |
|---|---|---|
| One New Harley Davidson 1200 Sportster, | 8370 | 00 |
| w/laced wheels | 8170 | 00 |
| 12 month unlimited mileage warranty — | inc | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| REG. FEES | | |
| DOCUMENT FEE | 149 | 00 |
| SUB-TOTAL | 8370 | 00 |

### RECORD OF TRADE-IN

8170 | 00

| MAKE | YEAR | TYPE | MODEL | TRADE VALUE |
|---|---|---|---|---|
| COLOR | V.I.N. | | KEY # | |
| TITLE NO. | MILEAGE | PREVIOUS OWNER | | |

ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

BUYER'S SIGNATURE: _James Goff_

SALESMAN:

DEALER'S SIGNATURE:

This order is not valid unless signed by Dealer.

C-C 00596
CONFIDENTIAL



Cycle-Craft Co. Inc. DBA
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com

*(723)*



## BILL OF SALE

DATE **7-23-03**

PURCHASER **7900  NE  30th  St  #9H**   E-MAIL

STREET **Daniel W. Cowsell**  CITY **Ft Laud**   STATE **FL**  ZIP **33306**

RES. # **954/214-1/02**  BUS. # (    )   D.O.B.

| NAME **Harley  Davidson** | MODEL **XL1200** | TYPE **MC** | YEAR **2003** |

VIN **1HD1CAP163K450548**   KEY #   COLOR **Black**   WHEELS **Laced**   SEC. **N**

| **One  New  Harley  Davidson  1200  Sportster** | | **8370** | |
| | **W/laced wheels** | **8170** | **00** |

**12  month  unlimited  mileage  warranty**

| | | | |
| | | REG. FEES | |
| | | DOCUMENT FEE | **145** **00** |
| | | SUB-TOTAL | **8370** **00** |

**RECORD OF TRADE-IN**   | **8170** **00** |

| MAKE | YEAR | TYPE | MODEL | | TRADE VALUE |
| COLOR | | V.I.N | | KEY # | |
| TITLE NO. | | MILEAGE | PREVIOUS OWNER | |

BUYER'S SIGNATURE:

SALESMAN:

ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

DEALER'S SIGNATURE:

This order is not valid unless signed by Dealer.

C-C 00608
CONFIDENTIAL



Cycle-Craft Co. Inc. d/b/a
**Boston Harley-Davidson/Buell**
1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389-8888  BostonHarley.com



(114)

**BILL OF SALE**

DATE 7-23-03

PURCHASER *Renee J. Myllymaki*                    E-MAIL

STREET *2900 NE 30th St* CITY *FL Laud*   STATE *FL* ZIP *33306*

RES. # *954 564-6474* BUS. # (   )            LIC. #            D.O.B.

| MAKE *Harley Davidson* | MODEL *XL 1200* | TYPE *MC* | YEAR *2003* |
| V.I.N. *1HD1CAP113K 450151* | KEY # | COLOR *gunmetal* | WHEELS *Laced* | SEC. *N* |

*One New Harley Davidson   1200 Sportster* | 8440 | 00
| 8242 | 00

*12 month  unlimited  mileage warranty* | inc

| | REG. FEES | |
| | DOCUMENT FEE | 149 | 00 |
| | SUB-TOTAL | 8745 | 00 |

**RECORD OF TRADE-IN** | 8242 | 00

| MAKE | YEAR | TYPE | MODEL | TRADE VALUE |
| COLOR | V.I.N. | | KEY # | |
| TITLE NO. | MILEAGE | PREVIOUS OWNER | | |

BUYER'S SIGNATURE *Renee Myllymaki*

ALL TAKE OFF PARTS MUST BE TAKEN AT TIME OF DELIVERY

SALESMAN:

DEALER'S SIGNATURE:

This order is not valid unless signed by Dealer.

C-C 00713
CONFIDENTIAL

# EXHIBIT 17



EXHIBIT

**2**

GMP 2-25-05



# HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CAP1X3K453887

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
07/15/03

**Invoice Number**
0953921VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
313-968-9216

**Purchaser's Name:** ☒ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | James | Gusoff |

**Purchaser's Number / Street Address**
7900 NE 30th ST # 9H

**City/ Province, And / Or State**
Ft Lad FL

**Zip / Postal Code**
33306

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other ____

**NOTICE:** It is the responsibility of the delivering dealer to complete and <u>electronically submit</u> the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

*CALIFORNIA DEALER ONLY:* The emissions warranty statement has been provided and explained.

*DEALER:* I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____
Delivering Dealer Signature

_____
Date (Month/Day/Year)

*CALIFORNIA PURCHASER ONLY:* The emissions warranty statement has been received and explained.

*PURCHASER:* This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to <u>only</u> meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

_____
Delivery Accepted by Purchaser – Signature

7-25-03
Date (Month/Day/Year)

FF-544   Rev 06/02

Original - Filed By Dealer    Copy - To Customer

C-C 00590
CONFIDENTIAL

Δ π EXHIBIT 16
Deponent Lunsford
Date 2/2/05 Rptr.
WWW.DEPOBOOK.COM



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CAP163K450548

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/13/03

**Invoice Number**
0897139VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954-214-1102

**Purchaser's Name:** ☑Mr. ☐Mrs. ☐Ms. ☐Bus. ☐Mr. & Mrs.

| TITLE | FIRST | LAST |
|-------|-------|------|

**Purchaser's Number / Street Address**
Daniel W Gusoff
2900 NE 30th ST # 9H

**City/ Province, And / Or State**
FT Lauderdale Fc

**Zip / Postal Code**
33306

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all applicable Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____                    _____
Delivering Dealer Signature                         Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X Daniel W Gusoff                    7/25/03
Delivery Accepted by Purchaser – Signature          Date (Month/Day/Year)

C-C 00610
CONFIDENTIAL

F-544A          Rev. 06/02                 Original – Filed By Dealer    Copy - To Customer



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1PFD1X3Y954586

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
05/13/03

**Invoice Number**
0827296VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954 834 083 4

**Purchaser's Name:** ☑Mr. ☐Mrs. ☐Ms. ☐Bus. ☐Mr./& Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | Leo CARSen | |

**Purchaser's Number / Street Address**
6124 NW 20th CT

**City/ Province, And / Or State**
MARGATE    FL

**Zip / Postal Code**
33063

**Country**
US

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and <u>electronically submit</u> the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

<u>DEALER:</u> I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____   _____
Delivering Dealer Signature        Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

<u>PURCHASER:</u> This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to <u>only</u> meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _Leo Lau_____   _____
Delivery Accepted by Purchaser – Signature        Date (Month/Day/Year)

C-C 00629
CONFIDENTIAL

F-544A      Rev. 06/02

Original – Filed By Dealer    Copy – To Customer



**HARLEY-DAVIDSON MOTOR COMPANY**
**S.W.R. – SALES AND WARRANTY REGISTRATION**

**Vin Number**
1HD1BSY133Y075190

**Dealer Number**
1864

**Transferred to**
**Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
03/20/03

**Invoice Number**
0742144VE3

**Date Delivered**
___/___/___
Month Day Year

**Daytime Phone Number**
9548340834

**Purchaser's Name:** ☒ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
|  | HAROLD | Chrestensen |

**Purchaser's Number / Street Address**
75 Forrest Hills Cd

**City / Province, And / Or State**
Boca Raton FLA

**Zip / Postal Code**
B3453 /

**Country**
USA

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and <u>electronically</u> submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____          _____
Delivering Dealer Signature                    Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to <u>only</u> meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____          _____
Delivery Accepted by Purchaser – Signature          Date (Month/Day/Year)

C-C 00651
CONFIDENTIAL

F-544A          Rev. 06/02          Original – Filed By Dealer    Copy – To Customer



# HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CAM193K451727

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/26/03

**Invoice Number**
0897186VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954 - 347 - 3065

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | Jason | Gotham |

**Purchaser's Number / Street Address**
8100 Cleary Blvd #1012

**City/ Province, And / Or State**
Plantation FL

**Zip / Postal Code**
33324

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and <u>electronically submit</u> the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____    _____
Delivering Dealer Signature         Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to <u>only</u> meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

C-C 00662
CONFIDENTIAL

_____    _____
Dealer / Purchaser - Signature        Date (Month/Day/Year)

F-343A    Rev. 06/02    Original - Filed By Dealer    Copy - To Customer



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CEM153K450792

**Dealer Number**
J864

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/14/03

**Invoice Number**
0897204VE3

**Transferred to Dealer Number**

**Date Delivered**
___/___/___
Month / Day / Year

**Daytime Phone Number**
954 - 632 - 8932

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | EDWARD B. | STEVENS |

**Purchaser's Number / Street Address**
3000 NE 19 TERR #A

**City/ Province, And / Or State**
LIGHTHOUSE POINT   FL.

**Zip / Postal Code**
33064

**Country**
U.S.A

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____    _____
Delivering Dealer Signature                    Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _Edward B. Stevens_    _____
Delivery Accepted by Purchaser – Signature                    Date (Month/Day/Year)

C-C 00684
CONFIDENTIAL

F-544A          Rev. 06/02          Original - Filed By Dealer    Copy - To Customer



### HARLEY-DAVIDSON MOTOR COMPANY
### S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CAM163K449790

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/10/03

**Invoice Number**
0897188VE3

**Date Delivered**
/ Month / Day / Year

**Daytime Phone Number**
954 . 834 . 0834

**Purchaser's Name:** ☐ Mr. ☑ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | | LAST |
|-------|-------|---|------|
| | Deborah | J. | Lunsford |

**Purchaser's Number / Street Address**
5896 N.W. 56TH DR.

**City/ Province, And / Or State**
Coral Springs   FL

**Zip / Postal Code**
33067

**Country**
U.S.A.

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other _____

NOTICE:   It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.

CALIFORNIA DEALER ONLY: The emissions warranty statement has been provided and explained.

DEALER: I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____
Delivering Dealer Signature

_____
Date (Month/Day/Year)

CALIFORNIA PURCHASER ONLY: The emissions warranty statement has been received and explained.

PURCHASER: This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____
Delivery Accepted by Purchaser - Signature

_____
Date (Month/Day/Year)

C-C 00696
CONFIDENTIAL

F-544A    Rev. 06/02

Original – Filed By Dealer    Copy - To Customer



# HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CAP113K450151

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/14/03

**Invoice Number**
0897141VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954 564-6474

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☒ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | Renee | Myllymaki |

**Purchaser's Number / Street Address**
2900 NE 35th ST  # 94

**City/ Province, And / Or State**
Ft Lauderdale   FL

**Zip / Postal Code**
33306

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)   ☐ Police/Shrine   ☐ Other _____

NOTICE:   It is the responsibility of the delivering dealer to complete and **electronically submit** the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____       _____
Delivering Dealer Signature                 Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to **only** meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

_____       7/25/03
Delivery Accepted by Purchaser – Signature        Date (Month/Day/Year)

C-C 00721
CONFIDENTIAL

F-544A        Rev. 06/02                Original – Filed By Dealer    Copy – To Customer



**HARLEY-DAVIDSON MOTOR COMPANY**
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CEM113K447680

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
05/24/03

**Invoice Number**
0897201VE3

**Date Delivered**
_____ / _____ / _____
Month / Day / Year

**Daytime Phone Number**
954·834·0834

**Purchaser's Name:** ☑Mr. ☐Mrs. ☐Ms. ☐Bus. ☐Mr. & Mrs.

| TITLE | FIRST | LAST |
|-------|-------|------|
|  | Branford | Lunsford |

**Purchaser's Number / Street Address**
5896 N.W. 56TH DR.

**City/ Province, And / Or State**
Corl Springs    FL

**Zip / Postal Code**
33067

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and _electronically submit_ the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

_A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson._

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____
Delivering Dealer Signature

_____
Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to _only_ meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____
Delivery Accepted by Purchaser - Signature

_____
Date (Month/Day/Year)

Original – Filed By Dealer    Copy – To Customer

F-544A    Rev. 06/02

C-C 00732
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**

1HD4CEM183K450253

**Dealer Number**

1864

**Dealer Name / Address**

CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**

06/13/03

**Invoice Number**

0897202VE3

**Transferred to Dealer Number**

**Date Delivered**

Month / Day / Year

**Daytime Phone Number**

954-558-4915

**Purchaser's Name:** ☑Mr. ☐Mrs. ☐Ms. ☐Bus. ☐Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | MICHAEL | STEVENS |

**Purchaser's Number / Street Address**

3000 NE 19TH TERR #B

**City/ Province, And / Or State**

LIGHT HOUSE POINT FL

**Zip / Postal Code**

33064

**Country**

USA

**Current H.O.G. Member?**

☐ YES
☐ NO

**If YES, H.O.G. Number**

#

**Type of Sale**

☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and <u>electronically submit</u> the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____     _____
Delivering Dealer Signature                Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to <u>only</u> meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____     _____
Delivery Accepted by Purchaser – Signature          Date (Month/Day/Year)

C-C 00749
CONFIDENTIAL

F-544A          Rev. 06/02          Original – Filed By Dealer    Copy – To Customer



# HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1GEV403K325618

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
03/29/03

**Invoice Number**
0896844VE3

**Date Delivered**
___/___/___
Month / Day / Year

**Daytime Phone Number**
954-834-0834

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | KAREN L. | CHRISTENSEN |

**Purchaser's Number / Street Address**
25 FOREST HILLS LANE

**City/ Province, And / Or State**
BOCA RATON, FL

**Zip / Postal Code**
33431

**Country**
USA

**Current H.O.G. Member?**
☐ YES
☒ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and <u>electronically submit</u> the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____
Delivering Dealer Signature

_____
Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to <u>only</u> meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _Karen Christensen_
Delivery Accepted by Purchaser – Signature

_____
Date (Month/Day/Year)

F-544A        Rev. 06/02

Original – Filed By Dealer    Copy – To Customer

C-C 00773
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CAP103K448116

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
06/02/03

**Invoice Number**
0897137VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954 - 545 - 3200

**Purchaser's Name:** ☑ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | HEATHER | WINGARD |

**Purchaser's Number / Street Address**
5896 NW 56TH DR.

**City/ Province, And / Or State**
CORAL SPRINGS    FL

**Zip / Postal Code**
33067

**Country**
U.S.A.

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and <u>electronically submit</u> the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's Identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

<u>DEALER:</u> I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____
Delivering Dealer Signature

_____
Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

<u>PURCHASER:</u> This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to <u>only</u> meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____
Delivery Accepted by Purchaser – Signature

_____
Date (Month/Day/Year)

C-C 00788
CONFIDENTIAL

F-544A    Rev. 06/02    Original – Filed By Dealer    Copy – To Customer



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1GHV173K318821

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
OBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
01/28/03

**Invoice Number**
0742012VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
9538340830

**Purchaser's Name:** ☐ Mr. ☒ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | Sonia | Paulovich |

**Purchaser's Number / Street Address**
6124 NW 20th CT

**City/ Province, And / Or State**
MARGATE FL

**Zip / Postal Code**
33063

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and <u>electronically submit</u> the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

<u>DEALER:</u> I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

Delivering Dealer Signature          Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

<u>PURCHASER:</u> This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to <u>only</u> meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

Delivery Accepted by Purchaser – Signature          Date (Month/Day/Year)

F-544A          Rev. 06/02          Original – Filed By Dealer    Copy – To Customer

C-C 00807
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD4CAM143K443289

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
04/29/03

**Invoice Number**
0897184VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954 · 558 · 4905

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | KEVIN | GREENE |

**Purchaser's Number / Street Address**
3000 NE 19th TERR #B

**City/ Province, And / Or State**
LIGHTHOUSE PoINT  FL

**Zip / Postal Code**
33064

**Country**
U.S.A.

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____
Delivering Dealer Signature

_____
Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____
Delivery Accepted by Purchaser – Signature

_____
Date (Month/Day/Year)

C-C 00817
CONFIDENTIAL

F-544A    Rev. 06/02

Original – Filed By Dealer    Copy – To Customer



# HARLEY-DAVIDSON MOTOR COMPANY®
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1GEV153K330500

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
05/15/03

**Invoice Number**
0896843VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
9° 313-205-9903

**Purchaser's Name:** ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|-------|-------|------|
|       | Louis | Gusoff |

**Purchaser's Number / Street Address**
2900 NE 30th ST # 9A

**City/ Province, And / Or State**
FT Lauderdale

**Zip / Postal Code**
33306

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____          _____
Delivering Dealer Signature                Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered in title and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _____          _____
Delivery Accepted by Purchaser Signature                Date (Month/Day/Year)

C-C 00835
CONFIDENTIAL

F-544A    Rev. 06/02          Original – Filed By Dealer    Copy – To Customer



# HARLEY-DAVIDSON MOTOR COMPANY
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CGP143K433654

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
02/19/03

**Invoice Number**
0843476VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
2/864/6 762

**Purchaser's Name:**  ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | CRAIG | KADILLA |

**Purchaser's Number / Street Address**
2900 NE 30th ST # 98

**City/ Province, And / Or State**
FT LAUDERDALE FL

**Zip / Postal Code**
33306

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other

**NOTICE:**  It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

**CALIFORNIA DEALER ONLY:** The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____    _____
Delivering Dealer Signature        Date (Month/Day/Year)

**CALIFORNIA PURCHASER ONLY:** The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in an acceptable condition. I acknowledge that this vehicle is intended to _only_ meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

_____    _____
Delivery Accepted by Purchaser – Signature        Date (Month/Day/Year)

F-544A        Rev. 06/02        Original - Filed By Dealer    Copy - To Customer

C-C 00853
CONFIDENTIAL



# HARLEY-DAVIDSON MOTOR COMPANY*
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CGP193K447808

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
05/28/03

**Invoice Number**
0897154VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
(954) 235 - 5709

**Purchaser's Name:** ☒ Mr. ☐ Mrs. ☐ Ms. ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | THOMAS | STIMPSON |

**Purchaser's Number / Street Address**
2900 NE 30TH ST #9B

**City / Province, And / Or State**
FT. LAUDERDALE FL

**Zip / Postal Code**
33306

**Country**
U.S.A.

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other _____

NOTICE:    It is the responsibility of the delivering dealer to complete and **electronically submit** the Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

CALIFORNIA DEALER ONLY: The emissions warranty statement has been provided and explained.

**DEALER:** I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____    _____
Delivering Dealer Signature                              Date (Month/Day/Year)

CALIFORNIA PURCHASER ONLY: The emissions warranty statement has been received and explained.

**PURCHASER:** This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to **only** meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

C-C 00872
CONFIDENTIAL

X _____    _____
Delivery Accepted by Purchaser – Signature                              Date (Month/Day/Year)

R-544A          Rev. 06/02                              Original – Filed By Dealer    Copy – To Customer



# HARLEY-DAVIDSON MOTOR COMPANY·
## S.W.R. – SALES AND WARRANTY REGISTRATION

**Vin Number**
1HD1CAP153K441145

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA 02149

**Date Shipped**
04/10/03

**Invoice Number**
0897134VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954 818-2634

**Purchaser's Name:**  ☒ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Bus.  ☐ Mr. & Mrs.

**TITLE**   **FIRST** JASON   **LAST** Jozon

**Purchaser's Number / Street Address**
212 / S Ocean DR

**City/ Province, And / Or State**
Pompano Bch    FL

**Zip / Postal Code**
33062

**Country**

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)    ☐ Police/Shrine    ☐ Other

**NOTICE:** It is the responsibility of the delivering dealer to complete and electronically submit the Sales and Warranty Registration form to Harley-Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

*CALIFORNIA DEALER ONLY:* The emissions warranty statement has been provided and explained.

*DEALER:* I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____                    _____
Delivering Dealer Signature                    Date (Month/Day/Year)

*CALIFORNIA PURCHASER ONLY:* The emissions warranty statement has been received and explained.

*PURCHASER:* This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to only meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

_____
Delivery Accepted by Purchaser – Signature

_____
Date (Month/Day/Year)

C-C 00893
CONFIDENTIAL

F-544A    Rev. 06/02

Original - Filed By Dealer    Copy - To Customer

PAGE 03

05/14/2004  05:28  6173832675

**HARLEY-DAVIDSON MOTOR COMPANY***
**S.W.R. – SALES AND WARRANTY REGISTRATION**

**Vin Number**
1HD4CEN193K451492

**Dealer Number**
1864

**Transferred to Dealer Number**

**Dealer Name / Address**
CYCLE-CRAFT CO., INC.
DBA BOSTON HARLEY-DAVIDSON
1760 REVERE BEACH PARKWAY
EVERETT, MA C2149

**Date Shipped**
06/23/03

**Invoice Number**
0897205VE3

**Date Delivered**
Month / Day / Year

**Daytime Phone Number**
954·632·8932

**Purchaser's Name:**  ☐ Mr.  ☐ Mrs. ☑ Ms.  ☐ Bus. ☐ Mr. & Mrs.

| TITLE | FIRST | LAST |
|---|---|---|
| | CAROLYN | CAGNINA |

**Purchaser's Number / Street Address**
3000 NE 19 TERR #A

**City/ Province, And / Or State**
LIGHTHOUSE POINT, FL

**Zip / Postal Code**
33064

**Country**
U.S.A

**Current H.O.G. Member?**
☐ YES
☐ NO

**If YES, H.O.G. Number**
#

**Type of Sale**
☐ Retail (Direct to Ultimate Consumer)  ☐ Police/Shrine  ☐ Other _____

NOTICE:  It is the responsibility of the delivering dealer to complete and electronically submit the  Sales and Warranty Registration form to Harley- Davidson Motor Company, Milwaukee, WI 53201 or local distributor, within ten (10) days of delivery. This will enable Harley-Davidson to comply with the record keeping requirements of The National Traffic and Motor Vehicle Safety Act, and assure that the vehicle is qualified for warranty coverage.

*A Harley-Davidson embossed owner's identification card will be sent to the owner when the registration information is received by Harley-Davidson.*

*CALIFORNIA DEALER ONLY:* The emissions warranty statement has been provided and explained.

*DEALER:* I certify that I am the delivering dealer and that the sale of this vehicle meets all requirements of all Harley-Davidson sales policies; this vehicle has been prepared for delivery according to all applicable Pre-Delivery and Set-Up instructions; the warranty has been explained to purchaser; the Owner's Manual has been delivered to the purchaser; and that the information on this form is true, correct and complete to the best of my knowledge. I also certify that this vehicle was ordered with the intention for Retail Sale in the country of _____ and make no representation that it meets specifications in any other country. I acknowledge that any misrepresentation on this form will be considered a material breach of my dealer contract and may constitute grounds for termination. I have provided a copy of this form to the purchaser and retained one for dealer's records.

_____          _____
Delivering Dealer Signature                        Date (Month/Day/Year)

*CALIFORNIA PURCHASER ONLY:* The emissions warranty statement has been received and explained.

*PURCHASER:* This motorcycle has been delivered to me and is in acceptable condition. I acknowledge that this vehicle is intended to *only* meet the specifications of the country stated above. I have received an Owner's Manual and the warranty has been explained to me.

X _Carolyn Cagnina_
Delivery Accepted by Purchaser - Signature                        Date (Month/Day/Year)

H-344A          Rev. 04/02                        Original – Filed By Dealer    Copy – To Customer

C-C 00903
CONFIDENTIAL

# EXHIBIT 18

07/28/2003  15:39    9545638934              LAUDERDALE TOWER                    PAGE  02

CORRECT ADDRESS

2900  NE 30TH ST #9B
FTL, FL.   33306







Dearest Slim,

Here is a copy of my D.L. Hope all is well Back Home!



Also Let Gus know...
Thanks for calling Kerry on Her B-Day!!







CRAIG Kapilla



07/28/2003  13:12    9545630934

Correct APT.

APT #9H







ATTN
DAN



# MICHIGAN

**OPERATOR LICENSE**
G 210 549 367 893

EXPIRES
11-22-2006

**LOUIS JAMES GUSOFF**
14896 SENECA
REDFORD TWP, MI 48239-3028



| Date of Birth | Sex | Height | Eyes Type | Endorsements |
|---|---|---|---|---|
| 11-22-1945 | M | 508 | GRN 8 | NONE |

Restrictions:  NONE

N317RA1

JUL-31-03 09:28 AM  FAMILYME+DS+81          313 535 7313

**OPERATOR LICENSE**
G 210 367 100 025

EXPIRES
10-26-2004

JAMES CARL QUSOFF
14896 SENECA
REDFORD TWP, MI 48239-3028

Date of birth   Sex   Height   Eyes   Type   Endorsements
10-26-1978   M   SIX   BRO   O          CY

Restrictions:   Corrective Lens

P100119D





[2]



The Sunshine State

LICENSE NUMBER
G210-179-73-298-0

DANIEL WILLIAM OUSOFF
2900 NE 30 STREET #10H
FT LAUDERDALE, FL 33306-0000

| BIRTH DATE | SEX | HGT. | REST. |
|---|---|---|---|
| 02-18-73 | M | 5-00 | A |
| ISSUED | | EXPIRES | |
| 02-08-02 | | 02-18-06 | |

MOTORCYCLE ALSO

ENDORSE

DUPLICATE
00-00-00

CORRECT ADDRESS
APT #9H

5896 NW 56TH DR





Correct Address

3000 NE 19TH TERR #A
LIGHT HOUSE Point, FL 33064





