# EXHIBIT 37

## Verduyn, Steve

**From:** Malicki, Mike
**Sent:** Tuesday, August 12, 2003 9:50 AM
**To:** Contois, Al; Verduyn, Steve
**Cc:** Hall, Dave
**Subject:** RE: Lee Custom Cycle

*Agree!*


*Thank-You and God Bless America*

*M. G. Malicki*
*Director of Field Operations*

> -----Original Message-----
> **From:** Contois, Al
> **Sent:** Monday, August 11, 2003 3:43 PM
> **To:** Verduyn, Steve
> **Cc:** Malicki, Mike; Hall, Dave
> **Subject:** RE: Lee Custom Cycle
>
> Steve,
>
> My suggestion would be to send a Dear Dealer Letter to both dealers requesting the paperwork for these 3 deals to verify that they completed the paperwork properly. Assuming that they did, at the very least, they will both know that we do check these out when we find them and from here on out selling a vehicle to these non-retailers in the future could reduce there allocation.
>
> Thanks,
>
> Al
>
> > -----Original Message-----
> > **From:** Verduyn, Steve
> > **Sent:** Monday, August 11, 2003 1:58 PM
> > **To:** Contois, Al
> > **Cc:** Malicki, Mike; Hall, Dave
> > **Subject:** RE: Lee Custom Cycle
> >
> > With a little digging, I found all three.
> >
> > FXSTI  sold 07/24/03 to Robert Issa Nottingham, NH by 1864 Everett, MA (1HD1BVB143Y106103)
> > FXSTBI  sold 01/27/03 to Raymond J. Smith Jr. of South Hadley, MA by 3630 Akron, OH (1HD1JAB123Y041795)
> > FLSTF  sold 07/25/03 to Jeffrey Christiansen of Lee, NH by 1864 Everett, MA (1HD1BMY453Y052113)
> > If memory serves, Lee Cycle is owned in part or fully by Ray Smith. We have had problems with that individual before. He tends to go from dealer to dealer and buy one/two bikes. Not necessarily much to raise dealer suspicion, but he ends up with a lot of bikes.

EXHIBIT 17
4.6.05
GRAMANN REPORTING, LTD.

11/12/2004

H-D 1855
Confidential

I cross checked the Boston sales for multiple purchases and found nothing. It is possible that these are "ghost" deals.

Advise how you want to proceed...........

Steve

> -----Original Message-----
> From: Contois, Al
> Sent: Monday, August 11, 2003 11:30 AM
> To: Verduyn, Steve
> Subject: FW: Lee Custom Cycle
>
> Steve,
>
> Here you go. Thanks!!!!!!!
>
> -----Original Message-----
> From: Ed Moulton [mailto:EMoulton@SeacoastHarley.com]
> Sent: Saturday, August 09, 2003 11:17 AM
> To: Contois, Al
> Subject: Lee Custom Cycle
>
> Al -
>
> Below are three bikes that my friend picked up on in the showroom of Lee Custom Cycle,
> as I said they had electrical tape covering VIN but salesman had to go answer phone and he pulled tape back to get numbers...
>
> FXSTI     BLK       106103
> FXSTBI    GUN       041795
> FLSTF     BLK/SLV   052113
>
> Thanks.... Ed
>
> 8/9/03 Channel 9 is running ads today for Lee Custom Cycle  "We have NEW 03 Harley-Davidson's in stock"....
>
> Time for you to do your thing...
>
> Thanks again.....Ed

H-D 1856
Confidential

11/12/2004

# EXHIBIT 38

| District Number: | 01 | 2000 Bar and Shield Scoresheet | Dealer Number: | 1864 |
|---|---|---|---|---|
| | | Fax Response to: Shelly Tighe or Michelle Oppermann 414 343-8906 | Last Updated: | 9/12/00 |

| Score | Max | A. Operations | | Score | Max | C. Customer Service | |
|---|---|---|---|---|---|---|---|
| 80 | 80 | 1 Submitted Qtrly Financial Statements Electronically: | 4 | 70 | 70 | 1 Hrs of Operation-Retail | 3335 |
| | | | | 70 | 70 | 2 Hrs of Operation-Service | 2885 |
| 20 | 20 | 2 5 Yr. Business Plan: | 7/31/00 | 30 | 30 | 3 H-D Direct Mail Motor P&A: | Y |
| 50 | 50 | 3 Dealer Documents Complete & Verified: | Y | 30 | 30 | General Merchandise | Y |
| | | | | 15 | 15 | General Merchandise Additional: | 1 |
| 20 | 20 | 4 Maintained Computer Inventory Management: | Y | 20 | 20 | 4 H-D Demo Program: | Y |
| | | | | 20 | 20 | 5 Maintain Active Hog Chapter | Y |
| 40 | 40 | 5 Submitted Electronic 100% Warr Claims: | Y | 20 | 20 | 6 Co-op Advertising: Rolling 6 Month | 100 |
| 40 | 40 | 6 Submitted Electronic 90% SWR Forms | Y | | | Co-op Advertising: MDF | |
| 10 | 10 | 7 Electronic Inv Rpting & Retail Polling: | Y | 70 | 70 | 7 Radio Events | 7 |
| 40 | 40 | 8 Place 90% P&A (RG,TA,NDA,SO,SE,DV) | Y | | | TV Events | |
| 20 | 20 | 9 Participated in Sample Program: | Y | | | Direct Mail - Non H-D Catalog Pgm | |
| 320 | 320 | Operations Totals | | | | Billboard (Except from timebound req.) | |
| | | | | 20 | 20 | 8 Open House H-D National | Y |
| Score | Max | B. People | | 20 | 20 | Held Annual Open House Date: | 4/17/00 |
| | | 1 Meet Guidelines for Staffing Levels: | | 20 | 20 | 9 Web Site Linked From H-D Site | Y |
| 30 | 30 | Vehicle Sales | Y | 40 | 40 | 10 In Dealer Financing/Ext Warranty/Ins | Y |
| 30 | 30 | P&A General Merchandise | Y | 20 | 20 | 11 Service Follow-up Program | Y |
| 30 | 30 | Service | Y | 465 | 465 | Customer Service Totals | |
| 30 | 30 | Management/Admin./Office | Y | | | | |
| 40 | 40 | 2 Technicians Enroll In Tech Rec Program | Y | Score | Max | D. Facility | |
| 40 | 40 | 3 P&A staff current on all PACE Tapes: | Y | 40 | 40 | 1 Location: Acceptable: | 1/1/98 |
| 40 | 40 | 4 Parts or Service Management Training: | 4 | 20 | 20 | 2 Current 3x24 or approved Signage | Y |
| 10 | 10 | 5 Attendee at HD Credit F&I Seminar: | Y | 20 | 20 | Signage:Current Bar & Shield: | Y |
| 10 | 10 | 6 Shop Talk Parts and Service Training | Y | 30 | 30 | 3 Appearance/Cleanliness: | Y |
| 20 | 20 | 7 Provided Current Job Descriptions: | Y | 20 | 20 | 4 Aproved Retail Environment | 2/1/98 |
| 20 | 20 | 8 Provided Written Employee Handbook: | Y | 40 | 40 | 5 Total Facility Size: | 100 |
| 20 | 20 | 9 Provided Written Compensation Plan: | Y | 40 | 40 | 6 Showroom Size: | 100 |
| 20 | 20 | 10 Attended 2001 MY Announcement Mtg. | | 40 | 40 | 7 Service Dept: | 100 |
| | | Employee Name: John Atwood | | 20 | 20 | 8 Customer Parking: | Y |
| 20 | 20 | 11 Attended 2000 MY DOT | | 270 | 270 | Facilities Totals | |
| | | Employee Name: John Atwood | | Score | Max | E. Performance | |
| 20 | 20 | 12 Attend Dealer Operations Training | | 30 | 30 | 1 Accepted 2000 MY SUA: Big Twin | Y |
| | | Employee Name: R. Cappucci | | 10 | 10 | Accepted 2000 MY SUA: Sportster | Y |
| | | | | 50 | 50 | 2 Retailed 2000 MY SUA: | 99 |
| 20 | 20 | 13 Attended 2000 Winter Meeting Expo: | | | 25 | 3 Inc. Net Wholesale P&A/Gen Merch: | |
| | | Employee Name: Debbie Leone | | 30 | 40 | 4 2000 MY Net Wholesale Motor Parts: | 91 |
| 10 | 10 | 14 Attended 2000 Spring Town Hall Mtg: | | 30 | 40 | 5 2000 MY Net Wholesale Gen Merch: | 91 |
| | | Employee Name: JOHN ATWOOD | | 150 | 195 | Performance Totals | |
| | | | | Score | Max | F. CSI | |
| | | | | 130 | 200 | 1 One Month Sales Summary: | 130 |
| | | | | 46 | 200 | 2 18 Month Service Summary: | 46 |
| 410 | 410 | People Totals | | 176 | 400 | CSI Total | |

For further detailed information, please refer to the 2000 Model Year Bar & Shield Evaluation Worksheets Rationale & Criteria Book

### Bar & Shield Totals

| Net Max (Sections A-E) | 1,660 | Gross Max (Sections A-F) | 2,060 |
|---|---|---|---|
| Net Score (Sections A-E) | 1,615 | Gross Score (Sections A-F) | 1,791 |

Dealer Signature: _[signature]_ Date: 9/29/00   DM Signature: _[signature]_ Date: 9/29/00

H-D 0532
Confidential

| District Number: | 01 | 2001 Bar and Shield Scoresheet | Dealer Number: | 1864 |
|---|---|---|---|---|
| | | Last Viewed or Printed 9/13/2001 | Last Updated: | 9/4/2001 |

| Score | Max | A. Operations | | Score | Max | C. Customer Service | |
|---|---|---|---|---|---|---|---|
| 30 | 40 | 1 Electronic Qtrly Financial Statements | 3 | 60 | 60 | 1 Retail Hours | 3120 |
| 40 | 40 | 2 CPA Prepared Annual F.S. | Y | 20 | 60 | 2 Service Hours | 2624 |
| 20 | 20 | 3 5 Yr. Business Plan | 7/26/2001 | 30 | 30 | 3 H-D Direct Mail: Motor P&A | Y |
| 20 | 20 | 4 Computer Inventory & Order Mgmt. | Y | 30 | 30 | General Merchandise | Y |
| 40 | 40 | 5 Electronic Warranty Claim, SWR, P&A Orders | Y | 20 | 20 | 4 H-D Demo Program: | Y |
| | | | | 20 | 20 | 5 Hog Chapter | Y |
| 20 | 20 | 6 Inventory Reporting & Retail Polling | Y | 10 | 10 | 6 Use Co-op or MDF Advertising | Y |
| 40 | 40 | 7 Access to h-dnet.com by 03/31/2001 | Y | 120 | 120 | 7 Radio Events | 12 |
| 20 | 20 | 8 Participated in Sample Program | Y | | | TV Events | |
| 10 | 10 | 9 Customer Contact System | Y | | | Radio Events,TV | |
| 40 | 40 | 10 Approved Fork Lift Equipment | Y | | | Newspaper | |
| | | | | | | Direct Mail - Non H-D Catalog Pgm | |
| 280 | 290 | Operations Totals | | | | Billboard (Exempt timebound req.) | |
| | | | | 20 | 20 | 8 H-D National Open House | Y |
| Score | Max | B. People | | 20 | 20 | Dealer Open House Date: | 6/2/2001 |
| | | 1 Meet Guidelines for Staffing Levels: | | 40 | 40 | 9 Web Site Link by 03/31/2001 | Y |
| 30 | 30 | Vehicle Sales | Y | 40 | 40 | 10 Provide Financing/Ext Warranty/Ins | Y |
| 30 | 30 | P&A and General Merchandise | Y | | | | |
| 30 | 30 | Service | Y | 430 | 470 | Customer Service Totals | |
| 30 | 30 | Management/Admin./Office | Y | | | | |
| 40 | 40 | 2 Service Staff PHD Trained | Y | Score | Max | D. Facility | |
| 40 | 40 | 3 P&A / Gen Mdse Staff PACE Trained | Y | 40 | 40 | 1 Location: Acceptable: | 3/1/1998 |
| 20 | 20 | 4 Management MBA Trained | 2 | 40 | 40 | 2 Current 3x14 or approved Signage | Y |
| 20 | 20 | 5 Attended H-D Credit F&I Seminar | Y | 40 | 40 | Signage:Current Bar & Shield: | Y |
| 40 | 40 | 6 Job Descriptions/ Handbook/Comp. Plan | Y | 40 | 40 | 3 Approved Retail Environment | 3/1/1998 |
| 20 | 20 | 7 Principal or G.M. Attended 2002 MY Summer Dealer Meeting | | 40 | 40 | 4 Total Facility Size: | 100 |
| | | | | 40 | 40 | 5 Showroom Size: | 100 |
| | | Principal or G.M. Name: | | 40 | 40 | 6 Service Dept: | 100 |
| | | John Atwood | | 20 | 20 | 7 Customer Parking: | Y |
| 20 | 20 | 8 Principal or G.M. Attended 2001 Winter Dealer Meeting Training | | 300 | 300 | Facilities Totals | |
| | | Principal or G.M. Name: | | Score | Max | E. Performance | |
| | | John Atwood | | 30 | 30 | 1 Accepted 2001 MY SUA: Big Twin | Y |
| 20 | 20 | 9 Employee Attended 2001 WDM Expo | | 30 | 30 | Accepted 2001 MY SUA: Sportster | Y |
| | | Employee Name: | | 50 | 50 | 2 Retailed 2001 MY SUA: | 100 |
| | | Ronda Young | | 25 | 25 | 3 Inc. Net Wholesale P&A/Gen Merch: | 21 |
| 20 | 20 | 10 Principal or G.M. Attended 2001 Spring Town Hall Meeting | | 40 | 40 | 4 % Net Wholesale Motor Parts: | 103 |
| | | | | 30 | 30 | 5 % Net Wholesale Gen Merch: | 107 |
| | | Principal or G.M. Name: | | 205 | 205 | Performance Totals | |
| | | John Atwood | | | | | |
| | | | | Score | Max | F. CSI | |
| | | | | 57 | 200 | 1 One Month Sales Summary: | 57 |
| 360 | 360 | People Totals | | 45 | 200 | 2 18 Month Service Summary: | 45 |
| | | | | 102 | 400 | CSI Total | |

### Bar & Shield Totals

| Net Max (Sections A-E) | 1,625 | Gross Max (Sections A-F) | 2,025 |
|---|---|---|---|
| Net Score (Sections A-E) | 1,575 | Gross Score (Sections A-F) | 1,677 |

Dealer Signature: [signed]  Date: 9/20/01    DM Signature: [signed]  Date: 9/20/01

H-D 0557
Confidential

| District Number: | 01 | 2002 Bar and Shield Scoresheet | Dealer Number: | 1864 |
|---|---|---|---|---|
| | | Last Viewed or Printed  9/19/2002 | Last Updated: | 9/4/2002 |

| Score | Max | A. Operations | | |
|---|---|---|---|---|
| 20 | 40 | 1 | Electronic Qtrly Financial Statements | 20 |
| 40 | 40 | 2 | CPA Prepared Annual F.S. | Y |
| 30 | 30 | 3 | 5 Yr. Business Plan | Y |
| 20 | 20 | 4 | Computer Inventory & Order Mgmt. | Y |
| 40 | 40 | 5 | Electronic Warranty Claim, SWR, P&A Orders 99% | Y |
| 20 | 20 | 6 | Inventory Reporting & Retail Polling | Y |
| 40 | 40 | 7 | Access to h-dnet.com by 03/31/2002 | Y |
| 20 | 20 | 8 | Participated in Sample Program | Y |
| 40 | 40 | 9 | Customer Contact System | Y |
| 20 | 20 | 10 | Approved Fork Lift Equipment | Y |
| 40 | 40 | 11 | Maintain Prompt Payment Status | Y |
| 330 | 350 | Operations Totals | | |

| Score | Max | B. People | | |
|---|---|---|---|---|
| | | 1 | Meet Guidelines for Staffing Levels: | |
| 30 | 30 | | Vehicle Sales | Y |
| 30 | 30 | | P&A and General Merchandise | Y |
| 30 | 30 | | Service | Y |
| 30 | 30 | | Management/Admin./Office | Y |
| 40 | 40 | 2 | Service Staff PHD Trained | Y |
| 40 | 40 | 3 | P&A / Gen Mdse Staff PACE Trained | Y |
| 20 | 20 | 4 | Management MBA Trained | 2 |
| 20 | 20 | 5 | Attended H-D Credit F&I Seminar | 2 |
| 40 | 40 | 6 | Job Descriptions/Handbook/Comp. Plan | Y |
| 20 | 20 | 7 | Principal or G.M. Attended 2003 MY Summer Dealer Meeting  Principal or G.M. Name: ROBIN KENNEDY | |
| 20 | 20 | 8 | Principal or G.M. Attended 2002 Winter Dealer Meeting Training  Principal or G.M. Name: JOHN ATWOOD | |
| 20 | 20 | 9 | Employee Attended 2002 WDM Expo  Employee Name: CINDY DIRUSSO | |
| 20 | 20 | 10 | Principal or G.M. Attended 2002 Spring Town Hall Meeting  Principal or G.M. Name: JOHN ATWOOD | |
| 360 | 360 | People Totals | | |

**Bar & Shield Totals**

| Net Max: | 1,715 |
|---|---|
| (Sections A-E,G) | |
| Net Score: | 1,665  Net Percent Attained: |
| (Sections A-E,G) | 97.08 |
| Gross Max: | 2,135 |
| (Sections A-G) | |
| Gross Score: | 1,826  Gross Percent Attained: |
| (Sections A-G) | 85.53 |

| Score | Max | C. Customer Service | | |
|---|---|---|---|---|
| 70 | 70 | 1 | Retail Hours | 3172 |
| 40 | 70 | 2 | Service Hours | 2860 |
| 15 | 15 | 3 | H-D Direct Mail: Motor P&A | Y |
| 15 | 15 | | General Merchandise | Y |
| 20 | 20 | 4 | H-D Demo Program: | Y |
| 20 | 20 | 5 | Hog Chapter | Y |
| 10 | 10 | 6 | Use Co-op or MDF Advertising | Y |
| 120 | 120 | 7 | Radio Events | |
| | | | TV Events | 6 |
| | | | Radio Events, TV | |
| | | | Newspaper | |
| | | | Direct Mail - Non H-D Catalog Pgm | |
| | | | Billboard (Exempt timebound req.) | |
| 20 | 20 | 8 | H-D National Open House | Y |
| 20 | 20 | | Dealer Open House Date: | 6/8/2002 |
| 40 | 40 | 9 | Web Site Link by 03/31/2002 | Y |
| 40 | 40 | 10 | Provide Financing/Ext Warranty/Ins | Y |
| 20 | 20 | 11 | Employ Digital Technician | Y |
| 450 | 480 | Customer Service Totals | | |

| Score | Max | D. Facility | | |
|---|---|---|---|---|
| 40 | 40 | 1 | Location: Acceptable: | 2/1/1998 |
| 40 | 40 | 2 | Current 3x24 or approved Signage | Y |
| 40 | 40 | | Signage: Current Bar & Shield: | Y |
| 40 | 40 | 3 | Approved Retail Environment | 2/1/1998 |
| 40 | 40 | 4 | Total Facility Size: | 100 |
| 40 | 40 | 5 | Showroom Size: | 100 |
| 40 | 40 | 6 | Service Dept: | 100 |
| 20 | 20 | 7 | Customer Parking: | Y |
| 300 | 300 | Facilities Totals | | |

| Score | Max | E. Performance | | |
|---|---|---|---|---|
| 30 | 30 | 1 | Accepted 2002 MY SUA: Big Twin | Y |
| 30 | 30 | | Accepted 2002 MY SUA: Sportster | Y |
| 60 | 60 | 2 | Retailed 2002 MY SUA: | 100 |
| 25 | 25 | 3 | Inc. Net Wholesale P&A/Gen Merch: | 32 |
| 40 | 40 | 4 | % Net Wholesale Motor Parts: | 103 |
| 40 | 40 | 5 | % Net Wholesale Gen Merch: | 105 |
| 225 | 225 | Performance Totals | | |

| Score | Max | F. CSI | | |
|---|---|---|---|---|
| 82 | 200 | 1 | One Month Sales Summary: | 82 |
| 79 | 200 | 1 | 18 Month Service Summary | 79 |
| 161 | 400 | CSI Totals | | |

| Score | Max | G. Program Participation | | |
|---|---|---|---|---|
| | 20 | 1 | Performance Consulting | |
| | | 2 | Rider's Edge | |
| | | 3 | E-Commerce | |
| | | 4 | Rentals | |
| | | 5 | Buell Dealer | |
| 0 | 20 | Participation Totals | | |

Dealer Signature: _[signature]_ Date: 9/27/02    DM Signature: _[signature]_ Date: 9/27/02

H-D 0582
Confidential

```
12/19/2003  14:58   6034249068        AL CONTOIS                  PAGE  10
12/15/2003  17:21   6034249068        AL CONTOIS                  PAGE  02
```

## 2003 Bar and Shield Scoresheet

District Number: 1
Dealer Number: 1864
Last Updated: 10/16/03

### A. Operations

| Score | Max | # | Item |
|---|---|---|---|
| 50 | 60 | 1 | Electronic Qtrly Financial Statements |
| 20 | 20 | 2 | CPA Prepared Annual F.S. |
| 30 | 30 | 3 | Submit Summary Business Plan |
| 20 | 20 | 4 | Computer Inventory & Order Mgmt. |
| 10 | 10 | 5 | Maintain GDIS System Information |
| 40 | 40 | 6 | Provide terminals with h-dnet.com access |
| 20 | 20 | 7 | Participate in Sample Program |
| 30 | 30 | 8 | Customer Contact Management System |
|    | 30 | 9 | Maintain Prompt Payment Status |
| 10 | 10 | 10 | Use E-Pay electronic payment system |
| 230 | 270 |  | Operations Totals |

### B. People

| Score | Max | # | Item | |
|---|---|---|---|---|
|    |    | 1 | Meet Guidelines for Staffing Levels: | |
| 30 | 30 |    | Vehicle Sales | Y |
| 30 | 30 |    | P&A | Y |
| 30 | 30 |    | GM/MotorClothes | Y |
| 30 | 30 |    | Management/Admin./Office | Y |
| 30 | 30 |    | Service | 29.9 |
| 40 | 40 | 2 | Complete HDU Online Registrations | Y |
|    | 10 | 3 | Complete PHD Training #164+ | N |
|    | 10 | 4 | Complete PACE Training #549+ | N |
| 20 | 20 | 5 | Instructor-led PACE/PROSELL Training | 2 |
| 20 | 20 | 6 | Complete Approved MBA Course | 2 |
| 20 | 20 | 7 | Attend HD Approved F&I Training | Y |
| 40 | 40 | 8 | Prepare current employee handbooks | Y |
| 20 | 20 | 9 | Principal or G.M. Attended 2004 MY Summer Dealer Meeting | Y |
| 10 | 10 | 10 | Dealership Personnel attended 2004 MY Summer Dealer Meeting - EXPO | Y |
|    | 20 | 11 | Principal or G.M. Attended 2003 MY Winter Dealer Meeting DOT Training | N |
| 10 | 10 | 12 | Dealership Personnel attended 2003 MY Winter Dealer Meeting - EXPO | Y |
| 20 | 20 | 13 | Principal or G.M. Attended 2003 Spring Town Hall Meeting | Y |
| 350 | 390 |  | People Totals | |

### C. Customer Service

| Score | Max | # | Item | |
|---|---|---|---|---|
| 10 | 70 | 1 | Retail Hours - 2003 MY | 3172 |
| 70 | 70 | 2 | Service Hours - 2003 MY | 3484 |
| 15 | 15 | 3 | H-D Direct Mail: Motor P&A | Y |
| 15 | 15 |    | General Merchandise | Y |
| 40 | 40 | 4 | H-D Demo Program: | Y |
| 20 | 20 | 5 | Hog Chapter | Y |
| 10 | 10 | 6 | Use Co-op or MDF Advertising | Y |
| 120 | 120 | 7 | Radio Events | 6 |
|    |    |    | Newspaper | |
|    |    |    | Internet | |
|    |    |    | TV | |
|    |    |    | Billboard | |
|    |    |    | Direct Mail | |
| 20 | 20 | 8 | Dealer Open House Date: | 03/17/03 |
| 20 | 20 |    | Dealer Open House Date: | 05/31/03 |
| 40 | 40 | 9 | Web Site Link from H-D site | Y |
| 30 | 30 | 10 | Offer full range of F&I Services | Y |
| 10 | 10 | 11 | Use E-Fund to receive loan proceeds | Y |
|    | 20 | 12 | Employ Digital Technician | N |
| 480 | 500 |  | Customer Service Totals | |

### D. Facility

| Score | Max | # | Item | |
|---|---|---|---|---|
| 40 | 40 | 1 | Location: Acceptable: | 02/01/91 |
| 40 | 40 | 2 | Approved Exterior Signage | 2 |
| 40 | 40 | 3 | Approved Retail Environment | 07/31/03 |
| 40 | 40 | 4 | Total Facility Size: | 325 |
| 40 | 40 | 5 | Showroom Size: | 113 |
| 40 | 40 | 6 | Service Dept: | 121 |
| 20 | 20 | 7 | Customer Parking: | Y |
| 260 | 260 |  | Facilities Totals | |

### E. Performance

| Score | Max | # | Item | |
|---|---|---|---|---|
| 30 | 30 | 1 | Accepted 2004 MY Big Twin | Y |
| 30 | 30 |    | Accepted 2004 MY Sportster | Y |
| 10 | 10 |    | Accepted 2004 MY V-Rod | Y |
| 60 | 60 | 2 | Retailed 99% of 03/01/03 SUA: | 100 |
| 2 | 25 | 3 | Increase purchases of P&A and GM | 2 |
| 20 | 40 | 4 | Per unit % purchases of Motor Parts | 89 |
| 40 | 40 | 5 | Per unit % purchases of GM | 103 |
| 192 | 235 |  | Performance Totals | |

### F. Program Participation

| Score | Max | # | Item | |
|---|---|---|---|---|
| 20 | 20 | 1 | Performance Consulting | |
|    |    | 2 | Rider's Edge | |
|    |    | 3 | E-Commerce | |
|    |    | 4 | Rentals | |
|    |    | 5 | Buell Dealer | Y |
| 20 | 20 |  | Participation Totals | |

### G. CSI

| Score | Max | # | Item | |
|---|---|---|---|---|
| 83 | 200 | 1 | One Month Sales Summary: | 83 |
| 82 | 200 | 1 | 18 Month Service Summary | 82 |
| 165 | 400 |  | CSI Totals | |

### Bar & Shield Summary - Totals

| | | |
|---|---|---|
| Net Max: (Sections A-F) | 1,675 | |
| Net Score: (Sections A-F) | 1,532 | Net Percent Attained: 91.46 |
| Gross Max: (Sections A-G) | 2,075 | |
| Gross Score: (Sections A-G) | 1,697 | Gross Percent Attained: 81.78 |

Dealer Signature: [signature]   Date: 11/15/03
DM Signature: [signature]   Date: 12/15/03

H-D 0607
Confidential

# EXHIBIT 39

```
 1              IN THE CIRCUIT COURT OF MILWAUKEE COUNTY
 2                        STATE OF WISCONSIN
    -----------------------------------------------------
 3
    CYCLE-CRAFT CO., INC. d/b/a
 4  BOSTON HARLEY-DAVIDSON/BUELL,
 5
 6
 7              vs.                  Case No. 04-11402-NMG
 8  HARLEY-DAVIDSON MOTOR CO., INC.
    AND BUELL DISTRIBUTION CO., LLC.,
 9
10
                       Defendant.
11
    -----------------------------------------------------
12
13
14           Video Deposition of GENE OSTROM
15           Wednesday, May 25th, 2005
16                  11:00 a.m.
17                     at
18           Gramann Reporting, LTD
                710 N. Plankinton Ave.
19              Milwaukee, WI
20
21        Reported by Rose M. Coulthart, RPR
22
23
24
25
```

```
 1   Q    Any counsel that are present in the room today?
 2   A    Jennie Kent.
 3   Q    Any other counsel?
 4   A    Not that I can recall.
 5   Q    Do you recall seeing this document before that
 6        meeting?
 7   A    No, not that I can recall.
 8   Q    Do you recall if there was a cover memo or a cover
 9        letter attached to this document when you saw it?
10   A    No, not that I can recall.
11   Q    Do you recall that there was discussion at this
12        meeting regarding what sanction, if any, to impose
13        upon Boston Harley-Davidson?
14             MR. BERKOWITZ:  You can answer that yes or
15        no or you don't know.
16             THE WITNESS:  Yes.
17   BY MR. REHNQUIST:
18   Q    What do you recall of that discussion?
19             MR. BERKOWITZ:  Okay.  At this point I'm
20        going to jump in and instruct you not to -- not to
21        answer the question to the extent that your answer
22        may reveal communications with Jennie Kent, as
23        counsel for the company, either by members of that
24        meeting to Ms. Kent or comments that Ms. Kent may
25        have made to others.
```

1           If you can answer the question apart
2     from any such communications, that's fine.  You can
3     go ahead and do so.
4           THE WITNESS:  I cannot.
5           MR. BERKOWITZ:  All right.
6   BY MR. REHNQUIST:
7   Q   Well, let me try one just to button it up.  Do you
8       recall asking Mr. Verduyn any questions in this
9       meeting regarding Exhibit 68?
10          MR. BERKOWITZ:  You can answer that.
11          THE WITNESS:  Yes.
12  BY MR. REHNQUIST:
13  Q   What questions do you recall asking him?
14  A   The confidence in his work when he reviewed these
15      particular files, the dealership.
16  Q   And do you recall in any more precision the words
17      that you used when you asked him this question?
18  A   No.  I can't recall.
19  Q   Do I understand correctly that you asked him in words
20      or substance what level of confidence he had in his
21      analysis?
22  A   My question was around his confidence that what was
23      showing here was accurate from his investigation at
24      the dealership.
25  Q   Do you recall if anyone else asked Mr. Verduyn

# EXHIBIT 40

Videotape
Deposition of Michael G. Malicki, 4/7/2005

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
    --------------------------------------------------
 3
    CYCLE-CRAFT CO., INC., d/b/a
 4  BOSTON HARLEY-DAVIDSON/BUELL,
 5              Plaintiff,
 6        vs.              Civil Action No. 04 11402 NMG
 7  HARLEY-DAVIDSON MOTOR COMPANY, INC.
    and BUELL DISTRIBUTION COMPANY, LLC,
 8
 9              Defendants.
10  --------------------------------------------------
11
12
            Video Deposition of MICHAEL G. MALICKI
13
               Thursday, April 7th, 2005
14
15                      10:48 a.m.
16                         at
17               GRAMANN REPORTING, LTD.
         710 North Plankinton Avenue, Suite 710
18                 Milwaukee, Wisconsin
19
20
       Reported by Sarah A. Reinicke, RPR/RMR/CRR
21              Roseanne E. Pezze, RPR/CRR
22
23
24
25
```

```
 1    which is not to disclose any communication with Jenny
 2    Kent or any communication by Ms. Kent or any
 3    communication with her relating in any way to any
 4    request for legal advice.  Apart from that
 5    instruction, you can testify in response to
 6    Mr. Rehnquist's questions.  Do you understand?
 7            THE WITNESS:  I understand, and
 8    Mr. Rehnquist, could you please repeat the question.
 9  BY MR. REHNQUIST:
10  Q   Yeah.  Was there discussion at this meeting about
11      what sanction to impose upon Boston Harley-Davidson?
12  A   Yes.
13  Q   And did counsel participate in that discussion to the
14      best of your memory?
15            MR. BERKOWITZ:  You can answer that yes or
16    no.
17            THE WITNESS:  Yes.
18            MR. REHNQUIST:  Mr. Berkowitz, if I ask any
19    further questions about the content of that
20    discussion, are you going to instruct the witness not
21    to answer?
22            MR. BERKOWITZ:  I will.
23  BY MR. REHNQUIST:
24  Q   Mr. Malicki, this is Exhibit 24.  I'll show you 25 at
25      the same time.  Exhibit 24 and 25 are two letters
```