UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. <br> d/b/a BOSTON HARLEY-DAVIDSON/BUELL, <br><br> Plaintiff, <br><br> v. <br><br> HARLEY-DAVIDSON MOTOR COMPANY, INC. <br> and BUELL DISTRIBUTION COMPANY, LLC, <br><br> Defendants. | CIVIL ACTION <br> NO. 04 11402 NMG |

## REVISED STIPULATION AND ORDER

The parties to the captioned matter agree, and the Court hereby ORDERS as follows:

1. On August 12, 2005, Defendants filed their motion for summary judgment. Plaintiff filed its opposition on September 16, 2005.

2. On August 30, 2005, Plaintiff filed its motion for summary judgment.

3. Defendants shall file a combined opposition/reply memorandum, not to exceed twenty-five pages, on or before October 14, 2005.

4. Plaintiff may file a reply memorandum, not to exceed ten pages, on or before October 24, 2005.

| Cycle-Craft Co., Inc. d/b/a<br>Boston Harley-Davidson/Buell | Harley-Davidson Motor Company, Inc.,<br>and Buell Distribution Company, LLC |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ James C. Rehnquist | /s/ William N. Berkowitz |
| James C. Rehnquist, BBO#552602<br>Christopher C. Nee, BBO# 651472<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>Ph: (617) 570-1000<br>Fx: (617) 523-1231 | William N. Berkowitz, BBO#544148<br>William F. Benson, BBO# 646808<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>Ph: (617) 951-8000<br>Fx: (617) 951-8736 |

**SO ORDERED:**

_____
Judge Nathaniel M. Gorton