UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

**SUPPLEMENTAL APPENDIX IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

<u>**AFFIDAVIT OF WILLIAM F. BENSON, ESQ.**</u>

William F. Benson, being duly sworn, states as follows:

1.  I am an attorney with the law firm of Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110. Bingham McCutchen LLP represents the defendants in the above-entitled action.

2.  Attached hereto at <u>Tab A</u> are true and correct excerpts from the deposition of Steven Verduyn.

3.  Attached hereto at <u>Tab B</u> are true and correct excerpts from the deposition of Debra Lunsford.

4.  Attached hereto at <u>Tab C</u> are true and correct excerpts from the deposition of Michael Stevens.

5.  Attached hereto at <u>Tab D</u> are true and correct excerpts from the deposition of Jason Marasca.

6.  Attached hereto at <u>Tab E</u> are true and correct excerpts from the deposition of Jon Flickinger.

7.  Attached hereto at <u>Tab F</u> are true and correct excerpts from the deposition of Sean Walsh.

8.  Attached hereto at <u>Tab G</u> are true and correct excerpts from the deposition of Jeffrey Christensen.

9.  Attached hereto at <u>Tab H</u> are true and correct excerpts from the deposition of Kenneth McPhee.

10. Attached hereto at <u>Tab I</u> are true and correct excerpts from the deposition of Ronald Buchbaum.

11. Attached hereto at <u>Tab J</u> are true and correct excerpts from the deposition of Michael Bloom.

12. Attached hereto at <u>Tab K</u> are true and correct excerpts from the deposition of Stephen Vesey.

Signed under the penalties of perjury this 13th day of October 2005.

/s/ William F. Benson
William F. Benson