# TAB B

```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


CYCLE-CRAFT CO., INC. d/b/a
BOSTON HARLEY-DAVIDSON/BUELL,

            Plaintiff,
vs.                                    Civil Action
                                       No. 04 11402
HARLEY-DAVIDSON MOTOR COMPANY,
INC., and BUELL DISTRIBUTION
COMPANY, LLC,

            Defendants.
_____/

                             300 SE 2nd Street
                             Fort Lauderdale, Florida
                             February 2, 2005
                             1:00 p.m.
```

**THE VIDEOTAPED DEPOSITION OF**

DEBRA LUNSFORD

Taken on Behalf of the Defendants

Pursuant to Notice of Taking Deposition

Commencing at 1:12 p.m.



FLORIDA REALTIME REPORTING - 954.767.0450

| | |
|---|---|
| 13:47:53 1 | Q. All right. After you had the conversation |
| 2 | with Gus and Slim, you said you intervened. What |
| 3 | happened? |
| 13:48:06 4 | A. I don't know if Ron called me or I called |
| 5 | him, okay, but there was a -- on his cell phone. |
| 6 | And, you know, we told him that that was fine, we |
| 7 | wouldn't do the deal, and -- |
| 13:48:22 8 | Q. Well, why wouldn't you do the deal; did |
| 9 | you say why? |
| 13:48:25 10 | A. Because I wasn't going to get 19 different |
| 11 | cashier's checks and 19 individual names. You know, |
| 12 | I just -- I thought it was ridiculous. And he just |
| 13 | insisted that's the only way he could do it, so ... |
| 13:48:39 14 | Q. Did he say why it's the only way I can do |
| 15 | it? |
| 13:48:42 16 | A. Absolutely. Just -- |
| 13:48:43 17 | Q. What did he say; what did he tell you? |
| 13:48:44 18 | A. Because he had to have it in the |
| 19 | individual names because it had to -- |
| 20 | dealer-to-dealer could not sell dealer-to-dealer. |
| 21 | Okay. They had to have 19 individual names like as |
| 22 | a retail deal so it would show as a retail deal, and |
| 23 | they had to, like, register their warranty or |
| 24 | something like that -- |
| 13:49:04 25 | Q. Did he tell you -- |

| | | |
|---|---|---|
| 13:49:04 | 1 | A.   -- so you could get the allocation. |
| 13:49:07 | 2 | Q.   All right.  And did he tell you why it |
| | 3 | needed to show as a retail sale instead of a |
| | 4 | dealer-to-dealer sale? |
| 13:49:13 | 5 | A.   Because -- |
| 13:49:14 | 6 | MR. REHNQUIST:  Object to the -- |
| 13:49:14 | 7 | A.   -- of the allocation. |
| 13:49:15 | 8 | MR. REHNQUIST:  Whoa, whoa.  Object to the |
| | 9 | form. |
| 13:49:17 | 10 | Go ahead. |
| 13:49:18 | 11 | THE WITNESS:  I'm sorry. |
| 13:49:18 | 12 | BY MR. BERKOWITZ |
| 13:49:18 | 13 | Q.   Was it because of the allocation? |
| 13:49:20 | 14 | A.   Yes, sir. |
| 13:49:28 | 15 | Q.   How did you leave it at the end of that |
| | 16 | conversation? |
| 13:49:31 | 17 | A.   That was the way I left it. |
| 13:49:33 | 18 | Q.   That you weren't going to do it? |
| 13:49:34 | 19 | A.   Uh-huh. |
| 13:49:35 | 20 | MR. CONTINI:  You have to say yes. |
| 13:49:36 | 21 | BY MR. BERKOWITZ |
| 13:49:36 | 22 | Q.   You have to answer verbally. |
| 13:49:38 | 23 | A.   Yes.  I'm sorry. |
| 13:49:39 | 24 | Q.   All right.  Tell us what happened next. |
| 13:49:45 | 25 | A.   Somehow, some way, they -- Gus and Slim |

```
                 1    saved it and they said the deal was on again.
13:50:00         2         Q.   Okay.  Do you remember anything more
                 3    specifically about what they told you?
13:50:03         4         A.   No.
13:50:03         5         Q.   Did you get in -- did you get involved
                 6    again at some point?
13:50:08         7         A.   Yeah, when the -- when the paperwork came
                 8    and the titling part.
13:50:20         9         Q.   From your conversation with Mr. Buchbaum,
                10    did you have an understanding as to whether he
                11    wanted you to simply plug in names as fictitious
                12    buyers for the 19 motorcycles?
13:50:38        13              MR. REHNQUIST:   Object to the form.
13:50:38        14         A.   Right.  He told us to use family, friends,
                15    whatever.  It didn't matter.  Just -- you know, they
                16    just needed 19 names.
13:50:45        17    BY MR. BERKOWITZ
13:50:46        18         Q.   Did -- in your conversation with
                19    Mr. Buchbaum, did you have -- did you mention at all
                20    the fact that the motorcycles were going to go to
                21    another dealer?
13:50:57        22         A.   Yeah.  I told him that we had a deposit
                23    from another dealer.  He knew they were being
                24    wholesaled.  That was the whole point of the whole
                25    deal.
```

FLORIDA REALTIME REPORTING - 954.767.0450

```
14:02:04   1        Q.   And to your knowledge did any of those
           2   people provide any funds for the purchase of any of
           3   these motorcycles to DCI?
14:02:13   4        A.   Yes.
14:02:14   5        Q.   Yes, they did?
14:02:15   6        A.   No, I'm sorry.  Say that again.
14:02:17   7        Q.   Did any of the 19 people that are
           8   identified as these fictitious customers, did they
           9   provide any money to DCI for any of these bikes?
14:02:30  10        A.   No, they did not.  This was all DC
          11   International's money.
14:02:36  12        Q.   Okay.  And this was -- these funds were
          13   coming out of DC International's bank account at
          14   Northern Trust Bank of Florida, is that correct?
14:02:44  15        A.   That's correct.
14:02:45  16             MR. REHNQUIST:  Objection.  Leading.
14:03:00  17             (Conferring with counsel.)
14:03:05  18             MR. CONTINI:  I apologize, gentlemen, for
          19        the interruptions on my behalf before.
14:03:11  20   BY MR. BERKOWITZ
14:03:12  21        Q.   The -- the date of the checks, of all of
          22   the checks, is July 28, 2003; do you see that?
14:03:20  23        A.   Yes.
14:03:24  24        Q.   That's on Exhibit 4, correct?
14:03:26  25        A.   Yes.
```

| | | |
|---|---|---|
| 14:57:39 | 1 | MR. CONTINI: Yeah. |
| 14:57:39 | 2 | BY MR. BERKOWITZ |
| 14:57:40 | 3 | Q. Okay. Directing your attention to Page 46 |
| | 4 | and the sentence that begins "The records," "The |
| | 5 | records reflect that DC Imports applied for" -- and |
| | 6 | then we're missing a word -- "in the name of 19 |
| | 7 | individuals who are friends or family of Mrs. Cooke |
| | 8 | to make the purchases look like individual retail" |
| | 9 | and then we have SA, but not the rest of the word. |
| | 10 | "This was done to circumvent Harley-Davidson policy |
| | 11 | prohibiting dealer to dealer sales." Do you see |
| | 12 | that? |
| 14:58:15 | 13 | A. Yes. |
| 14:58:15 | 14 | Q. Okay. And is it true that what you've |
| | 15 | testified to in connection with these 19 motorcycles |
| | 16 | that were purchased by DCI, that the identification |
| | 17 | of 19 individuals as fictitious purchasers was, in |
| | 18 | fact, done to circumvent the Harley-Davidson policy |
| | 19 | prohibiting dealer-to-dealer sales? |
| 14:58:38 | 20 | MR. REHNQUIST: Objection. |
| 14:58:39 | 21 | A. Absolutely. |
| 14:58:39 | 22 | BY MR. BERKOWITZ |
| 14:58:40 | 23 | Q. All right. And whose idea was that? |
| 14:58:43 | 24 | A. Ron Buchbaum of Boston Harley-Davidson. |
| 14:58:47 | 25 | Q. And is that something that you told the |

| | |
|---|---|
| 15:46:18  1 | Q.   All right.  I'd like to direct your |
| 2 | attention to the second page of this declaration and |
| 3 | specifically, Paragraph 6.  I'm going to ask you to |
| 4 | read that silently to yourself, please. |
| 15:47:08  5 | Just let me know when you've finished it. |
| 15:47:10  6 | A.   Okay. |
| 15:47:11  7 | Q.   All right.  Directing your attention to |
| 8 | the second sentence of this paragraph, it reads, "In |
| 9 | point of fact, according to the criteria set out in |
| 10 | the Harley-Davidson nonretail sales policy by which |
| 11 | I and my staff evaluate each and every motorcycle |
| 12 | purchase, each of these motorcycles was purchased by |
| 13 | an individual."  Do you see that sentence? |
| 15:47:32 14 | A.   Yes, I do. |
| 15:47:32 15 | Q.   And is it true that each of these |
| 16 | motorcycles was purchased by an individual? |
| 15:47:36 17 | A.   No. |
| 15:47:37 18 | Q.   Were the motorcycles purchased by DCI? |
| 15:47:40 19 | A.   Yes, they were. |
| 15:47:41 20 | Q.   And was Boston Harley-Davidson aware of |
| 21 | that? |
| 15:47:44 22 | A.   Yes, they were. |
| 15:47:45 23 | MR. REHNQUIST:  Objection. |
| 15:47:45 24 | BY MR. BERKOWITZ |
| 15:47:46 25 | Q.   The next sentence states, "Each individual |

```
 1   purchaser took title to his or her motorcycle in his
 2   or her own name, as reflected on the certificates of
 3   origin in each deal jacket."  Do you see that
 4   sentence?
 5        A.   Yes, I do.
 6        Q.   Is that sentence true?
 7        A.   No.
 8        Q.   In fact, DCI purchased all of the 19
 9   motorcycles, is that correct?
10        A.   Yes, we did.
11             MR. REHNQUIST:  Objection.
12     BY MR. BERKOWITZ
13        Q.   And Boston Harley-Davidson was aware of
14   that, is that correct?
15             MR. REHNQUIST:  Objection, leading.
16        A.   Boston Harley-Davidson instructed us to do
17   it that way.
18     BY MR. BERKOWITZ
19        Q.   The last sentence of Paragraph 6 states,
20   quote, on paper and as far as anyone at Cycle-Craft
21   knew or could have known, these were sales to
22   individual purchasers in compliance with all
23   Harley-Davidson policies, end quote.  Do you see
24   that statement?
25        A.   Yes, I do.
```

```
17:54:00   1   them up.
           2       Q.   Did she tell you anything else about her
           3   dealings with Northern Bank & Trust?
17:54:03   4       A.   No.
17:54:07   5       Q.   Is there anything else that you wish to --
           6   to clarify in any of your answers that you've given
           7   today?
17:54:14   8       A.   Not that I can think of.
17:54:17   9            MR. REHNQUIST: Okay. I am through with
          10       my questioning for present and I thank you for
          11       your cooperation and apologize for bringing up
          12       sometimes unpleasant things.
17:54:25  13       A.   Thank you.
17:54:26  14            MR. BERKOWITZ: All right. I just have a
          15       few follow-up questions on your conversations
          16       with Mr. Buchbaum.
17:54:30  17                    REDIRECT EXAMINATION
17:54:32  18   BY MR. BERKOWITZ
17:54:32  19       Q.   In your testimony in response to
          20   Mr. Rehnquist's questions, you indicated that
          21   Mr. Buchbaum insisted that the deal be done with 19
          22   individuals, as opposed to a single transaction, is
          23   that correct?
17:54:44  24       A.   That is correct.
17:54:44  25       Q.   All right. And did you discuss with
```

|  |  |
|---|---|
| 1 | Mr. Buchbaum that you didn't have 19 customers |
| 2 | standing by, ready to buy these units? |
| 17:54:55  3 | MR. REHNQUIST: Objection, leading. |
| 17:54:56  4 | A.   No.  I mean, it was known that it was -- |
| 5 | the 19 bikes were going to us. |
| 17:55:01  6 | BY MR. BERKOWITZ |
| 17:55:02  7 | Q.   And did he make any suggestion as to how |
| 8 | you should do the paperwork in order to make it |
| 9 | appear to be 19 retail sales or 19 sales to end |
| 10 | users? |
| 17:55:12 11 | A.   That they needed 19 different driver's |
| 12 | license of family and friends, that it could be |
| 13 | family and friends or just whoever. |
| 17:55:18 14 | Q.   So was it Mr. Buchbaum who suggested to |
| 15 | you to contact family and friends to do the |
| 16 | paperwork on these transactions? |
| 17:55:25 17 | A.   Just that he needed 19 different, you |
| 18 | know, driver's license to do it. |
| 17:55:30 19 | Q.   All right.  And was he the one who |
| 20 | suggested that you could contact family and friends |
| 21 | to -- |
| 17:55:34 22 | A.   Yes. |
| 17:55:34 23 | Q.   -- get those 19 -- |
| 17:55:37 24 | A.   Yes. |
| 17:55:37 25 | Q.   -- driver's licenses? |

```
17:55:38   1        A.   Yes.
17:55:39   2             MR. BERKOWITZ:  All right.  I don't have
           3        anything further.  Thank you very much.
17:55:43   4             MR. STRACHER:  Anything further?
17:55:44   5             MR. REHNQUIST:  No.
17:55:44   6             MR. STRACHER:  Okay.  Great.
17:55:44   7             THE VIDEOGRAPHER:  We're going off the
           8        record.  It's 5:55.
17:55:46   9             (Thereupon, the following proceedings were
          10        held off the video record:)
17:55:48  11             THE COURT REPORTER:  Read or waive?
17:55:49  12             MR. STRACHER:  We will read.
17:55:52  13             (Thereupon, the taking of the deposition
          14        was concluded at 5:55 o'clock p.m.)
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

FLORIDA REALTIME REPORTING - 954.767.0450