TAB C

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


CIVIL ACTION
NO. 04 11402 NMG


CYCLE-CRAFT CO., INC., D/B/A
BOSTON HARLEY-DAVIDSON/BUELL,

      Plaintiff,

vs.

HARLEY-DAVIDSON MOTOR COMPANY, INC.
AND BUELL DISTRIBUTION COMPANY, LLC,

      Defendants.

_____/


      Rice Pugatch Robinson & Schiller, P.A.
      33 N.E. 2nd Street
      Suite 101
      Fort Lauderdale, Florida
      Friday, February 25, 2005
      Scheduled for 1:00 a.m.
      Commenced at 1:13 p.m. to 3:05 p.m.


VIDEOTAPED DEPOSITION

OF

MICHAEL STEVENS



Stevens, Michael  24725sm

```
 1   DC Imports?
 2        A.      It was.
 3        Q.      But prior to joining DC Imports, you didn't
 4   have any conversations with anybody who --
 5        A.      No.
 6        Q.      -- had worked at Boston Harley Davidson?
 7        A.      No.
 8        Q.      So once you started working at DC Imports,
 9   you had a - conversations with Mr. Buchbaum?
10        A.      Correct.
11                (Cellular telephone interruption.)
12                MR. REHNQUIST:  My apologies.  It's a new
13        phone and I don't quite have it mastered.
14                THE WITNESS:  I don't think you have it
15        mastered.
16                MR. REHNQUIST:  They master you, I think.
17        Sorry.
18                THE WITNESS:  Yes.
19   BY MR. BENSON:
20        Q.      Can you recall whether he called you, you
21   called Mr. Buchbaum?
22        A.      I called him.
23        Q.      Why did you call Mr. Buchbaum?
24        A.      To purchase units.
25        Q.      And how did you get Mr. Buchbaum's
```

1    telephone number?

2        A.      It's on the Internet.

3        Q.      So you looked on the Internet, correct?

4        A.      Initially - initially, I wanted to purchase

5    police return fleets.  Boston Harley has quite a large

6    return fleet.  We at Fort Lauderdale was -- is the

7    biggest police fleet.  Boston is probably fourth or

8    fifth behind other dealers, so, originally, that was

9    the -- that was the initial phone call.

10       Q.      Okay.

11               MR. REHNQUIST:  Do we have a time frame on

12       this, Bill?

13       Q.      Do you recall when you called Mr. Buchbaum?

14       A.      Sometime in 2002, I mean, I don't have the

15   exact month.

16       Q.      And we may look at some documents that may

17   refresh your memory --

18       A.      Sure.

19       Q.      -- the year may be different than what

20   we --

21       A.      It may be, yeah.

22       Q.      So you called Mr. Buchbaum up and you

23   wanted to purchase units?

24       A.      Right.

25       Q.      How did he respond?

Stevens, Michael  24725sm

1      A.      Initially, he did not want to sell any of

2   his police bikes or used bikes, because they had --

3   they were retailing them pretty successfully.

4      Q.      And was that your first conversation with

5   Mr. Buchbaum?

6      A.      Right.

7      Q.      Did you have a subsequent conversation with

8   Mr. Buchbaum?

9      A.      Yeah.

10     Q.      How long after the first conversation do

11  you have another conversation with Mr. Buchbaum?

12     A.      I mean, I'm speculating, maybe a week.

13     Q.      Okay.  And on the second conversation, did

14  he call you or did you call him back?

15     A.      I called him.

16     Q.      Okay.  And what did you discuss during that

17  second conversation?

18     A.      I offered to purchase new units, I would

19  take as many as he would sell and whatever he wanted

20  to sell.

21     Q.      Okay.  And during this conversation, did

22  you advise Mr. Buchbaum that you worked for

23  DC Imports?

24     A.      Yes.

25     Q.      Okay.  And during your first conversation,

Stevens, Michael  24725sm
www.floridarealtime.com

1    did you advise Mr. Buchbaum that you worked for

2    DC Imports?

3        A.    Yes.

4        Q.    Okay.  And did you -- did Mr. Buchbaum --

5    did you describe what DC Imports was?

6        A.    Yeah.

7        Q.    Okay.  What did you tell Mr. Buchbaum about

8    DC Imports?

9        A.    That we were wholesalers and registered

10   importers.

11       Q.    And how did Mr. Buchbaum respond?

12       A.    I can't remember.

13       Q.    Okay.  Did he ask any other questions about

14   DC Imports?

15       A.    I'm sure he did.  I don't -- I mean, I

16   don't remember offhand.

17       Q.    Okay.  So when you advised that you wanted

18   to purchase new motorcycles from Boston Harley

19   Davidson, how did Mr. Buchbaum respond?

20       A.    He said he would look into it and get back

21   to me.

22       Q.    Anything else you recall from that second

23   conversation?

24       A.    Not really, no.

25       Q.    Okay.  Did you have a subsequent

Stevens, Michael  24725sm                          www.floridarealtime.com

1    conversation with Mr. Buchbaum?

2        A.    I did.

3        Q.    And how long after the second conversation

4    did you talk with Mr. Buchbaum?

5        A.    Again, I'm probably guessing, but I would

6    say within a short time frame, several days.

7        Q.    And did he call you or did you call him?

8        A.    He contacted me.

9        Q.    And what did he tell you during this third

10   conversation?

11       A.    That if I was interested in buying a large

12   amount of Sportsters, he would sell me some other

13   units in a package deal.

14       Q.    And these were new Harley Davidson

15   motorcycles?

16       A.    Yes, they were.

17       Q.    And he advised that Boston Harley was

18   willing to sell these new motorcycles to DC Imports?

19       A.    He said he was willing to.  I don't know

20   if -- I mean, I'm sure they're coming from Boston

21   Harley, but...

22       Q.    Do you recall what Mr. Buchbaum's title was

23   at Boston Harley?

24       A.    He was either sales or general manager, one

25   of the -- one of those, GSM, somewhere in that.

23

Stevens, Michael  24725sm

www.floridarealtime.com

1      Q.      Okay.  So he advised you that Boston Harley

2  was willing to sell new motorcycles to DC Imports?

3      A.      Correct.

4      Q.      Okay.  Did he advise how many motorcycles

5  he was willing to sell?

6      A.      19.

7      Q.      And how did you respond once he advised you

8  that he was willing to sell 19 new motorcycles to

9  DC Imports?

10      A.      I brought it to the attention of the owners

11  of DC Imports and they told me that we would do it.

12      Q.      And you brought it to the attention of Miss

13  Lunsford?

14      A.      And Miss Cooke.

15      Q.      And were they together or separate when

16  you --

17      A.      Together.

18      Q.      And how did they respond?

19      A.      They said they wanted to talk to a few

20  people about it and call me right back.

21      Q.      Okay.  And did they call you right back?

22      A.      Yep.

23      Q.      And what did they advise?

24      A.      To purchase.

25      Q.      And was that from Miss Lunsford, Miss Cooke

1    or both?

2       A.       Both.

3       Q.       So Miss Lunsford and Miss Cooke called you

4    back and said to go ahead and purchase the motorcycles

5    from Boston Harley Davidson?

6       A.       Correct.

7       Q.       And after you talked with Miss Lunsford and

8    Miss Cooke, did you have a subsequent conversation

9    with Mr. Buchbaum?

10      A.       Yes.  I told him that we would have a deal.

11      Q.       And how did Mr. Buchbaum respond?

12      A.       He said that it wouldn't be a problem.  I

13   told him that funds would come through Miss Cooke and

14   Miss Lunsford would handle all funding for the units,

15   and basically he told me he just needed individual

16   names for each SRW.

17      Q.       And what is an SRW or SWR?

18      A.       It's a Harley Davidson warranty form,

19   basically stating that the bike is purchased in that

20   individual's name.

21      Q.       So Mr. Buchbaum advised you that he needed

22   individual names for each SWR?

23      A.       And that would be the only way we could

24   purchase the bikes.

25      Q.       Okay.  But you advised him that DC Imports

Stevens, Michael  24725sm                                   www.floridarealtime.com

1   was the entity that was actually going to purchase the
2   motorcycles?
3           MR. REHNQUIST:   Objection, leading.
4       Q.      You can answer it.
5       A.      Yeah.  I mean, he -- I told him the first
6   two conversations.  I'm sure he knew it was DC Imports
7   that was making the purchases.
8       Q.      So during the first two conversations you
9   did advise Mr. Buchbaum that DC Imports was the entity
10  purchasing the motorcycles?
11          MR. REHNQUIST:   Objection, leading.
12      A.      Yes.
13      Q.      And how did -- what did you say to
14  Mr. Buchbaum after he advised you he needed individual
15  names for the SWRs?
16      A.      That I would speak to Miss Lunsford and
17  Cooke and see what I could come up with.
18      Q.      Okay.  And did you talk with Miss Lunsford
19  and Miss Cooke?
20      A.      I did.
21      Q.      And can you recall that conversation with
22  me -- for me?
23      A.      We compiled a list of -- including
24  ourselves and friends and family to amount to 19
25  names.

Stevens, Michael  24725sm

1      Q.      You were one of those 19 names?

2      A.      I was.

3      Q.      Did you have any intention of buying a

4    motorcycle yourself?

5      A.      No.  I had two at the time.

6      Q.      Okay.  So why did you use your name?

7      A.      In order to purchase the bikes to make

8    money.

9      Q.      In order for DC Imports to purchase the

10   bikes?

11     A.      Correct.

12             MR. REHNQUIST:   Objection.

13     Q.      Do you recall what other names that you

14   used?

15     A.      Everybody in the office, all six employees.

16     Q.      And then you had to come up 13 other

17   individuals' names?

18     A.      Correct.

19     Q.      How did you get those other 13?

20     A.      Friends and relatives.

21     Q.      Any of your friends or relatives?

22     A.      Yeah, my mother, my grandfather.

23     Q.      What was your mother's name?

24     A.      Caroline Cagnina.

25     Q.      And what was your grandfather's name?

Stevens, Michael  24725sm                          www.floridarealtime.com

```
 1        A.      Edward Stevens.

 2        Q.      Did your mother have any intention of

 3   purchasing a motorcycle?

 4        A.      No.

 5        Q.      Did she provide any funds to purchase these

 6   motorcycles?

 7        A.      No.

 8        Q.      Did your grandfather have any intention of

 9   purchasing a motorcycle?

10        A.      No.

11        Q.      Did he provide any funds to purchase a

12   motorcycle?

13        A.      No.

14        Q.      And did you provide any funds to purchase

15   any motorcycle?

16        A.      No.

17        Q.      Where did the funds come from, if you

18   recall?

19        A.      DC Imports.

20        Q.      Any other of your relatives' names that you

21   used besides your mother and grandfather?

22        A.      No.

23        Q.      Did you use any of your friends' names?

24        A.      No.  They used their friends and family for

25   the rest.
```

Stevens, Michael  24725sm                                    www.floridarealtime.com

1      Q.      After Mr. Buchbaum advised you that he

2  needed individual names for the SWRs, did you have a

3  subsequent conversation with Mr. Buchbaum?

4      A.      Once I had compiled the list of 19 names,

5  yes.

6      Q.      Can you recall that conversation for me?

7      A.      Basically just handling the formalities.

8  He told us what he would be sending us, how to fill

9  out the warranty forms, what had to be signed where

10  and that was basically all I handled on my end.

11      Q.      So Mr. Buchbaum advised you that he would

12  be sending you warranty forms?

13      A.      Warranty forms and new bike purchase

14  orders.

15      Q.      So the warranty forms, Mr. Buchbaum advised

16  you he'd send you the SWRs?

17              MR. REHNQUIST:   Objection.

18      A.      The ones that -- the forms that the

19  customer's supposed to sign.

20      Q.      Okay.  And what else did he advise that he

21  would send down to you?

22      A.      The buyer's order.

23      Q.      Okay.  And did he advise what he wanted

24  DC Imports to do with these forms?

25      A.      He had told me where each individual should

1    sign and he highlighted the areas, or had somebody

2    highlight them and mail them to me.

3         Q.      And so did you receive warranty forms from

4    Boston Harley Davidson?

5         A.      I did.

6         Q.      And was there a cover note with them?

7         A.      I don't recall.

8         Q.      Do you recall that they were highlighted?

9         A.      I believe, yeah.

10        Q.      And what was the significance of the

11   highlighting?

12               MR. REHNQUIST:   Objection, foundation.

13        A.      To verify where to sign.

14        Q.      And did Mr. Buchbaum advise you that's

15   where the customers should sign their names?

16        A.      He had told me that he was going to mark

17   where -- where they should be signed and printed.

18        Q.      And once you got these forms from Boston

19   Harley Davidson, what did you do with them?

20        A.      Had each individual fill them out.

21        Q.      And did you fill one out yourself?

22        A.      I did.

23        Q.      And after you filled out these forms, what

24   did you do with them?

25        A.      Overnighted them back to Mr. Buchbaum.

30

Stevens, Michael  24725sm

1        Q.        And did you have a cover note with those

2    SWRs?

3        A.        I don't remember.

4        Q.        And did you send them by Federal Express or

5    some other overnight service?

6        A.        One of them.  One.  I'm not positive who we

7    used at the time.

8        Q.        Do you recall what else you sent back to

9    Boston Harley Davidson?

10        A.        That was it.  That's all I sent back.

11        Q.        Did you have any conversations with

12    Mr. Buchbaum between the time that he sent you the

13    warranty forms and the time that you sent them back to

14    him?

15        A.        No, not until he received them.

16        Q.        And then once he received them, did he give

17    you a call?

18        A.        Either he called me or I called him.  I'm

19    not a hundred percent sure, but I know we were trying

20    to establish shipping, how we were going to ship the

21    units.

22        Q.        So you had another conversation with

23    Mr. Buchbaum.  Did he advise you he had received the

24    SWRs?

25        A.        He did.

Stevens, Michael  24725sm                    www.floridarealtime.com

 1      Q.      And what else did you discuss during that
 2  conversation?
 3      A.      How we were going to go about shipping the
 4  units to Florida.
 5      Q.      And where would the units be shipped to?
 6      A.      DC Imports.
 7      Q.      And did you advise Mr. Buchbaum to ship the
 8  units to DC Imports?
 9      A.      We subcontracted the shipping company.
10      Q.      And did you advise Mr. Buchbaum what the
11  shipping company was?
12      A.      I believe I did.
13      Q.      And do you recall who you used?
14      A.      I'm not sure.  We used several people back
15  then, so I'm not a hundred percent sure who we used at
16  the time.
17      Q.      And anything else you can recall from that
18  conversation with Mr. Buchbaum?
19      A.      No, not offhand.
20      Q.      Did you have another conversation with
21  Mr. Buchbaum after that?
22      A.      I believe just in regards to the bikes
23  being shipped, leaving the dealership.
24      Q.      And did he call you or did you call him?
25      A.      I don't remember.

Stevens, Michael  24725sm                    www.floridarealtime.com

1      Q.      So you had another conversation with

2   Mr. Buchbaum in which he advised that the bikes were

3   being shipped?

4      A.      The bikes had been picked up.  Most likely

5   I probably followed up and contacted him.

6      Q.      And what do you recall about Mr. Buchbaum

7   advised you?

8              MR. REHNQUIST:  Objection.

9      A.      I don't really - just probably that the

10   bikes had left the dealership.

11      Q.      Do you recall any conversations you had

12   with Mr. Buchbaum concerning what DC Imports wanted to

13   do with these 19 motorcycles?

14              MR. REHNQUIST:  Objection.

15      A.      No.

16      Q.      Did you have any further conversations with

17   Mr. Buchbaum?

18      A.      Not that I can recall.

19      Q.      Did you ever have any conversations

20   concerning the price for these motorcycles?

21      A.      Yes.

22      Q.      And was that with Mr. Buchbaum?

23      A.      Yes.

24      Q.      Can you describe what those conversations

25   entailed?

1      A.      I made him an initial offer in the earlier

2  phone calls for the bikes.  Once he had told me he

3  would sell them to us, I made him an offer on the

4  units.

5      Q.      So once Mr. Buchbaum advised that he would

6  sell the 19 motorcycles to DC Imports, you made

7  initial offer?

8              MR. REHNQUIST:  Objection, leading.

9      A.      Right.

10     Q.      And do you recall what that initial offer

11 was?

12     A.      I'm not a hundred percent sure, but was

13 somewhere around MSRP.

14     Q.      And how did Mr. Buchbaum respond?

15     A.      He needed to contact me back in order to

16 verify that he could make the deal.

17     Q.      And during a subsequent conversation, did

18 he verify the price for you?

19     A.      We agreed on the deal, and he believe -- I

20 believe he faxed to me a price sheet.

21     Q.      So you received a fax from Boston Harley

22 Davidson, correct?

23     A.      Correct.

24     Q.      And what was included in that fax?

25     A.      Just the models and the colors and the

1    prices.   I think maybe the VIN numbers, but don't

2    quote me.

3         Q.     Was it a one-page fax?

4         A.     One page.

5         Q.     Was there a cover note on that fax?

6         A.     I don't believe so.

7         Q.     Anything else that you recall that was on

8    that fax?

9         A.     No, just models, information, basically,

10   and price.

11        Q.     So there was a price for each of the

12   individual 19 bikes that Boston Harley was going to

13   sell to DC Imports?

14        A.     Correct.

15        Q.     And that was a price that you had agreed

16   with Mr. Buchbaum on?

17        A.     Correct.

18        Q.     Okay.  Did you have any conversations with

19   Mr. Buchbaum concerning the payment for the bikes?

20        A.     Only that I explained that the two owners

21   at DC Imports would handle payment.

22        Q.     Did you discuss with them how he wanted

23   payment to be handled?

24        A.     I didn't discuss with him, but from what I

25   understand it was a wire transfer, I believe, I may be

1    wrong.   It's been awhile, so...

2         Q.      Did you have any conversations with either

3    Ms. Lunsford or Ms. Cooke concerning payment to Boston

4    Harley Davidson?

5         A.      Only to verify that it was made.

6         Q.      And did you have any conversations with Gus

7    about payment?

8         A.      Not that I remember.

9         Q.      Besides -- and I might have asked you this

10   before -- besides Mr. Buchbaum, did you have any

11   conversations with any other representative of Boston

12   Harley Davidson?

13        A.      No.

14        Q.      Do you recall any other conversations you

15   had with Mr. Buchbaum concerning the structure of the

16   deal?

17             MR. REHNQUIST:   Object to the form.

18        A.      No.

19        Q.      Did you have any conversations with

20   Mr. Buchbaum concerning why Boston Harley wanted to

21   sell motorcycles to DC Imports?

22             MR. REHNQUIST:   Object to the form,

23        foundation.

24        A.      No, I don't, I don't believe so.

25        Q.      Do you recall having a conversation with

1                    REDIRECT EXAMINATION

2    BY MR. BENSON:

3        Q.      Now, the deal that you reached with

4    Mr. Buchbaum, that was a deal between DC Imports and

5    Boston Harley Davidson, correct?

6                MR. REHNQUIST:  Object to the form.  Object

7        to the form, leading.

8        A.      Correct.

9        Q.      What's that?

10       A.      Correct.

11       Q.      And Mr. Buchbaum sent you a fax confirming

12   the prices that Boston Harley was willing to sell the

13   19 motorcycles for, correct?

14       A.      Right.

15               MR. REHNQUIST:  Object to form.

16       Q.      And it was Mr. Buchbaum who advised that

17   you had to get 19 individual names before he would

18   sell the 19 bikes to DC Imports?

19               MR. REHNQUIST:  Object to the form.

20       A.      Yes.

21               MR. BENSON:  I have nothing further.

22               MR. REHNQUIST:  Nothing further.

23               THE WITNESS:  Wonderful.

24               MR. BENSON:  Thanks for your time,

25       Mr. Stevens.