# TAB D

Case 1:04-cv-11402-NMG   Document 63-5   Filed 10/14/2005   Page 2 of 8

4/28/05 DEPOSITION OF JASON MARASCA     RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

```
                                                           1
 1                                              VOLUME 1

 2                                              PAGE:    1-82

 3                                              EXHIBITS: 1-9

 4              UNITED STATES DISTRICT COURT

 5                DISTRICT OF MASSACHUSETTS

 6   CYCLE-CRAFT CO., INC.                  ) CIVIL ACTION

 7   D/B/A BOSTON HARLEY-DAVIDSON/BUELL,    ) NO. 11402NMG

 8        PLAINTIFF,                        )

 9   v.                                     )

10   HARLEY-DAVIDSON MOTOR COMPANY, INC.,   )

11   AND BUELL DISTRIBUTION COMPANY, LLC,   )

12        DEFENDANTS.                       )

13   _____    )

14          DEPOSITION OF JASON MARASCA

15          DATE:    APRIL 28, 2005

16          TIME:    10:06 A.M.

17          PLACE:   BINGHAM MCCUTCHEN

18                   150 FEDERAL STREET

19                   BOSTON, MA   02110
```

**MEDEIROS STENO & VIDEO GROUP**

"FOR THE TRAVELING LITIGATOR SINCE 1988"
- *Boston:    617.590.9767       *Depositions
- *New York:  646.413.4499       *Arbitrations
- *Florida:   305.321.7414       *E-transcript
- *E-mail:    depo@gomedeiros.com *Video

*MA *CT *NJ *NY *FL

Case 1:04-cv-11402-NMG   Document 63-5   Filed 10/14/2005   Page 3 of 8

4/28/05 DEPOSITION OF JASON MARASCA   RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

11

1        A:  Please.
2        Q:  During 2003 did Lee Custom Cycle purchase
3   eight new Harley-Davidson motorcycles from
4   Cycle-Craft?
5            MR. REHNQUIST:  Objection.
6        A:  Yes.
7        Q:  Were you the salesman on that deal?
8        A:  Yes.
9        Q:  And to the best of your knowledge did Lee
10  Custom Cycle pay for those new Harley-Davidson
11  motorcycles?
12       A:  Yes.
13       Q:  Did you negotiate the sales price?
14       A:  Yes.
15       Q:  With whom did you negotiate the sales
16  price?
17       A:  Jeff Christensen.
18       Q:  Did you have an understanding as to what
19  his relationship with the company Lee Custom was?
20       A:  Yes.
21       Q:  What?
22       A:  Sales Manager, I believe.
23       Q:  Was a sales price for the eight motorcycles
24  arrived at?

12

```
 1        A:  Yes.
 2        Q:  Can you tell us how it was arrived at?
 3        A:  Well, there was a price because there was
 4   an MSRP sale that we had at Cycle-Craft and he paid
 5   the MSRP price on all eight motorcycles.
 6        Q:  Was there any process of negotiation or did
 7   you just tell him you can get bikes --
 8        A:  Lee Custom Cycle?
 9            MR. BERKOWITZ:  Yes.
10            MR. REHNQUIST:  Object to the form.
11        A:  I called him and told him that's the set
12   prices.  These are the prices and he agreed.
13        Q:  Did anything in particular lead you to call
14   him?
15        A:  Yes.
16        Q:  What?
17        A:  I was told to sell as many bikes as I
18   could.  The day before I was told to sell as many
19   bikes as I could.  Take the book home and make as
20   many phone calls as I can that night to sell as many
21   bikes as I could on that following day, which I
22   believe was a Saturday.
23        Q:  And who told you that?
24        A:  Ron Buchbaum.
```

13

1   Q:  How were you aware of Lee Custom Cycle?
2   A:  I've done business with Lee Custom Cycle in
3   the past, sold them a couple of motorcycles.
4   Q:  While you were at Cycle-Craft?
5   A:  Yes.
6   Q:  To your knowledge had Lee Custom Cycle
7   purchased, other motorcycles from Cycle-Craft besides
8   the ones that you've identified?
9           MR. REHNQUIST:  Objection.
10  Q:  In other words, the eight on the deal that
11  you had and then these others that you just
12  mentioned?
13          MR. REHNQUIST:  Object to the form.
14  A:  Yes.  There was motorcycles before the
15  eight.
16  Q:  Do you know how many?
17  A:  No.
18  Q:  Would you characterize Lee Custom as a
19  regular customer of Cycle-Craft?
20          MR. REHNQUIST:  Object to the form.
21  A:  Yes.
22  Q:  Do you have an understanding as to whether
23  Mr. Buchbaum knew who Lee Custom Cycle was?
24          MR. REHNQUIST:  Object to the form.

Case 1:04-cv-11402-NMG   Document 63-5   Filed 10/14/2005   Page 6 of 8

4/28/05 DEPOSITION OF JASON MARASCA    RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

14

1    A:  Yes.

2    Q:  How do you have that understanding?

3    A:  That he knew that Lee Custom Cycle bought
4 motorcycles?

5         MR. BERKOWITZ:  Yes.

6         THE WITNESS:  Because I gave him eight
7 bills of sale that following morning with those eight
8 motorcycles, individual bills of sales for eight
9 motorcycles and the purchaser was Lee Custom Cycles.

10        MR. BERKOWITZ:  We'll come back to that
11 in a minute.

12   Q:  As of the time that you first contacted Mr.
13 Christensen about purchasing eight new motorcycles
14 did you have an understanding as to whether Mr.
15 Buchbaum knew who Lee Custom Cycle was?

16        MR. REHNQUIST:  Object to the form.

17   A:  I don't know if Ron knew Lee Custom Cycle
18 existed, so I do not know that.

19   Q:  After you spoke with Mr. Christensen did
20 you write up bills of sale?

21   A:  Yes, the following morning.

22   Q:  Was this in July of 2003?

23   A:  Yes, it was.

24   Q:  And in whose name did you write up the

Case 1:04-cv-11402-NMG   Document 63-5   Filed 10/14/2005   Page 7 of 8

4/28/05 DEPOSITION OF JASON MARASCA    RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

15

```
 1  bills of sale?
 2       A:  Lee Custom Cycles.
 3       Q:  Was this a single bill of sale or multiple
 4  bills of sale, one for each vehicle?
 5       A:  One for each.  Eight individual bills of
 6  sale.
 7       Q:  And after you wrote them up what did you
 8  do, if anything?
 9       A:  After I wrote the bills of sales up I went
10  into Ron's office and showed him the eight bills of
11  sale.
12       Q:  What did you tell him?
13       A:  "I sold eight bikes last night."
14       Q:  What did he say?
15       A:  "Good job."
16       Q:  Was there any further discussion?
17       A:  Yeah, I gave him the bills of sales and he
18  said to call back Lee Custom Cycles and get eight
19  individual names and put the individual names on the
20  bills of sale.
21       Q:  Was there any further discussion in that
22  conversation that you can recall?
23       A:  And he said, "Get eight different credit
24  cards and run it for $500.00 a piece for the
```

Case 1:04-cv-11402-NMG   Document 63-5   Filed 10/14/2005   Page 8 of 8

4/28/05 DEPOSITION OF JASON MARASCA     RE: CYCLE-CRAFT CO., INC. V. HARLEY-DAVIDSON COMPANY, ET AL.

16

```
 1   deposit."
 2        Q:  Anything else that you remember in that
 3   conversation?
 4        A:  No.
 5        Q:  What was the next thing that you did?
 6        A:  I called up Lee Custom Cycles and asked
 7   them to give me eight different names to put the
 8   motorcycles in.
 9        Q:  Was this Mr. Christensen?
10        A:  That was Jeff Christensen, yes.
11        Q:  What did you say to Mr. Christensen and
12   what did he say to you?
13        A:  I told him that he needed eight individual
14   names for the bikes and I needed eight different
15   $500.00 deposits for them.  He asked me why and I
16   told him that that's what my manager wants to do.
17        Q:  At the time did you have an understanding
18   as to why Mr. Buchbaum asked you to do that?
19        A:  I thought he was just making it hard for
20   me.
21        Q:  What happened next?
22        A:  I got eight individual names and wrote them
23   on the bills of sales.
24        Q:  How did you get the names?
```