# TAB E

Case 1:04-cv-11402-NMG   Document 63-6   Filed 10/14/2005   Page 1 of 4

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 2   ---------------------------------------------------------
     CYCLE-CRAFT CO., INC. d/b/a
 3   BOSTON HARLEY-DAVIDSON/BUELL,

 4              Plaintiff,

 5          vs.                    Case No. 04-11402-NMG

 6   HARLEY-DAVIDSON MOTOR CO., INC.
     AND BUELL DISTRIBUTION CO., LLC.,
 7
                Defendant.
 8   ---------------------------------------------------------

 9

10
            Video Deposition of JON FLICKINGER
11
                 Friday, May 27th, 2005
12
                       9:32 a.m.
13
                          at
14
                 Gramann Reporting, LTD
15               710 N. Plankinton Ave.
                    Milwaukee, WI
16

17
            Reported by Rose M. Coulthart, RPR
18

19

20

21

22

23

24

25
```

Page 59

```
 1  A     -- that.  I think I -- I think I technically disagree
 2        with that statement because I think the first
 3        sentence of the fourth paragraph refers to the prior
 4        paragraph as being a -- one of the reasons we were
 5        questioning these as nonretail sales.  So there must
 6        have been other documentation that was not provided
 7        as a part of the evaluation for whether these -- we
 8        would grant an exception or not.
 9                    And, again, only in the circumstance
10        where there's a small number of VIN's or vehicles
11        involved would there even be the opportunity for this
12        such discretion to be exercised.
13  Q     Well, what other factor besides the lack of intent to
14        sell it to a broker does Mr. Heichelbech give in this
15        letter --
16              MR. BERKOWITZ:  Objection.
17  BY MR. REHNQUIST:
18  Q     -- as the reason for the exception?
19              MR. BERKOWITZ:  Objection.  You can answer.
20              THE WITNESS:  The -- I think the -- I think
21        that sentence -- in that sentence this is the only
22        reason that he gives as a -- as the reason for the
23        exception.
24  BY MR. REHNQUIST:
25  Q     Well, what other reason does he give for the
```

Page 60

```
 1        exception in the letter?
 2   A    I think that this is the only exception that he gives
 3        in the letter.
 4   Q    The only reason for the exception that he gives?
 5   A    Correct.  Yes.
 6   Q    Is that a permissible exercise of the DFO's
 7        discretion in your opinion?
 8   A    Only, again, when it -- when it involves a very small
 9        number of units.
10   Q    So you believe -- you believe the DFO does have the
11        discretion to -- to make an exception in the event of
12        a small number of vehicles based on the lack of any
13        intent to sell to a broker?
14   A    Yeah, I would.  Yes.  I guess I would agree with that
15        statement.
16   Q    Can you turn to the letter dated September 22, 2004,
17        which in mine is the sixth letter from the bottom?
18              MR. BERKOWITZ:  Can you give us the dealer
19        name?
20              MR. REHNQUIST:  The dealer's name is the
21        Cape Fear dealership, Mr. John Tew?
22              THE WITNESS:  20794?
23   BY MR. REHNQUIST:
24   Q    Yes.  20794.
25   A    Okay.
```