# TAB F

```
                                                              1

 1                                          VOLUME 1

 2                                          PAGE: 1-144

 3                                          EXHIBITS: 1-17

 4              UNITED STATES DISTRICT COURT

 5                DISTRICT OF MASSACHUSETTS

 6   CYCLE-CRAFT CO., INC.              ) CIVIL ACTION

 7   D/B/A BOSTON HARLEY-DAVIDSON/BUELL,) NO. 11402NMG

 8       PLAINTIFF,                     )

 9   v.                                 )

10   HARLEY-DAVIDSON MOTOR COMPANY, INC.,)

11   AND BUELL DISTRIBUTION COMPANY, LLC,)

12       DEFENDANTS.                    )

13   _____)

14             DEPOSITION OF SEAN WALSH

15       DATE:    APRIL 27, 2005

16       TIME:    10:11 A.M.

17       PLACE:   BINGHAM MCCUTCHEN

18                150 FEDERAL STREET

19                BOSTON, MA  02110
```

MEDEIROS STENO & VIDEO GROUP

"FOR THE TRAVELING LITIGATOR SINCE 1988"
*Boston:      617.590.9767        *Depositions
*New York:    646.413.4499        *Arbitrations
*Florida:     305.321.7414        *E-transcript
*E-mail:      depo@gomedeiros.com *Video
        *MA *CT *NJ *NY *FL

MEDEIROS STENO & VIDEO GROUP    FOR THE TRAVELING LITIGATOR    E-MAIL: VIDEOSTENO@GOMEDEIROS.COM
BOSTON: 617.590.9767    NEW YORK/NEW JERSEY: 646.413.4499    FLORIDA: 305.321.7414

```
 1   identification number on it as well?
 2        A:  Yes.
 3        Q:  Can you confirm for us that it matches the
 4   vehicle identification on exhibit 2?
 5        A:  Yes it does.
 6        Q:  Looking at exhibit 3 under, "Series or
 7   Model" do you see, "2003 VRSCA"?
 8        A:  Yes.
 9        Q:  Do you know what kind of a model motorcycle
10   that is?
11        A:  Yes.  That's a V-Rod.
12        Q:  From your testimony I understand you did
13   not buy this bike.  Is that correct?
14        A:  No, I did not.
15        Q:  Did you have any contract or agreement to
16   buy that bike?
17        A:  No, I did not.
18        Q:  Did you ever sign a purchase order for that
19   motorcycle from Cycle-Craft in or around July of
20   2003?
21        A:  No, I did not.
22        Q:  Did you ever put down a deposit for that
23   motorcycle in 2003?
24        A:  No.
```

23

1  Q: Did you ever fill out any forms or
2  paperwork related to that motorcycle in 2003?
3  A: No.
4  Q: Did you have any intent to buy that
5  motorcycle or any similar motorcycle at the end of
6  the model year 2003?
7  A: No.
8  Q: Do you have an understanding as to how your
9  name came to be used on an SWR for this motorcycle in
10 2003?
11 A: Yes.
12 Q: How did it come to be used?
13 A: Ron Buchbaum told me that he was going to
14 put my name on this vehicle along with several other
15 employees.
16 Q: For what purpose?
17 A: He was going to SWR the bike, I'm assuming
18 so he could show the bike as sold.
19 Q: And to your knowledge this was done with
20 other employees as well?
21 A: Yes.
22     MR. REHNQUIST: Object to the form.
23 Q: Do you know any of the employees with whom
24 this was done?

24

1    MR. REHNQUIST: Object to the form. Does
2  he know that it was done or does he know the
3  employees?
4    Q: You can answer the question that's pending
5  which is do you know any of the other employees with
6  whom this was done?
7    MR. REHNQUIST: Object to the form.
8    A: Yes. The only name that I know off the top
9  of my head is Joe Giordano, but there were several
10  people.
11    Q: Is Joe also known as Salvatore Giordano or
12  is that a different Giordano?
13    A: I don't know. I only knew him as Joe.
14    Q: Do you know how many other motorcycles
15  approximately were reported as having been sold by
16  the dealership to employees?
17    MR. REHNQUIST: Objection. Form,
18  foundation.
19    A: I believe it was nine or ten.
20    Q: Do you know who was responsible for
21  submitting the SWRs to the factory reporting these
22  sales in the names of employees?
23    A: I think that was the finance manager. Part
24  of her job was to do that.

57

1  all the supporting documentation that we would
2  require for the sale of a bike to any person, all the
3  paperwork done in that person's name for each
4  motorcycle.
5      Q:  Did you have an understanding as to who
6  would be paying for the bikes?
7      A:  We asked DC Imports to provide us with
8  separate money orders for each motorcycle remitted to
9  the person who is buying that motorcycle.
10     Q:  But did you have an understanding as to
11 what entity or entities was putting up the money for
12 the bikes?
13         MR. REHNQUIST:  Objection.
14     A:  We knew that DC Imports would be sending us
15 the money.  We definitely asked them not to have a DC
16 Imports check, to have it specifically represented by
17 the person purchasing the bike.
18     Q:  And again, was that to make it appear as
19 though you were complying with the Harley-Davidson
20 policy?
21         MR. REHNQUIST:  Object to the form.
22         MS. SMAGULA:  Objection.
23     A:  It was so that, yes, yes it was.  We were
24 very specific with Mike Stevens as to how to fill out

1  all the paperwork.

2    Q:  And to your knowledge did anyone from
3  Cycle-Craft suggest to Mr. Stevens or Ms. Lunsford
4  that they could use names of employees or friends and
5  family members of employees as the names for the
6  purchasers?

7            MR. REHNQUIST:  Object to the form.
8    A:  No, we didn't specify any particular
9  people, just that they have individuals.

10    Q:  Showing you what we've marked as exhibit
11  12, can you identify that as a fax from DC Imports to
12  you on July 29, 2003?

13    A:  Yes.

14    Q:  Can you identify what this fax was?
15    A:  This was a fax of the individual money
16  orders for each motorcycle that we were selling.
17  This was proof that the money was on the way.

18    Q:  At the time you got this fax or shortly
19  thereafter did you note that the checks were
20  sequentially numbered from the bank?

21    A:  No.  I never even paid attention to that.

22    Q:  Did you have any discussion with anyone at DC
23  Imprts about their going to get the checks or obtaining
24  the checks?