TAB G

VOLUME:      I
PAGES:    1 - 120
EXHIBITS:  1 - 11

UNITED STATES DISTRICT COURT

District of Massachusetts


CYCLE-CRAFT CO., INC.        )
d/b/a BOSTON                 )
HARLEY-DAVIDSON/BUELL,       )
        Plaintiff,           )
                             )
    VS.                      )   Case No.
                             )   04 11402 NMG
HARLEY-DAVIDSON MOTOR        )
COMPANY, INC., and BUELL     )
DISTRIBUTION COMPANY, LLC.   )
        Defendants.          )


        VIDEOTAPED DEPOSITION OF JEFFREY P.
CHRISTENSEN, a witness called by and on behalf
of the Defendants, taken pursuant to the
applicable provisions of the Federal Rules of
Civil Procedure, before Sandra L. Bray,
Registered Diplomate Reporter, CSR Number
103593, and Notary Public in and for
Commonwealth of Massachusetts, at the offices of
Boynton Waldron Dolcac Woodman & Scott, P.A.,
82 Court Street, Portsmouth, New Hampshire, on
Wednesday, April 6, 2005, commencing at
9:58 a.m.

                REPORTERS, INC.
    GENERAL & TECHNICAL COURT REPORTING
     23 Merrymont Road, Quincy, MA  02169
      617.786.7783/facsimile 617.786.7723

1  Q.   Why didn't you just use checks from Lee Custom
2       Cycle?
3  A.   Because nobody does titles unless you've got a
4       bank check.  It's not a done deal because
5       somebody does a title, the check bounces, and
6       the person is gone with the bike, the car.  It's
7       not a good practice to do titles without
8       certified funds.
9  Q.   Did any of the funds come from your individual
10      account, personal account?
11 A.   For those motorcycles?
12 Q.   Yes.
13 A.   Yes, they all did.
14 Q.   From Lee Custom Cycle's accounts?
15 A.   Yes.
16 Q.   Not from Jeff Christensen's account, from Lee
17      Custom Cycle's accounts?
18 A.   It's one and the same.
19 Q.   Okay.  So for the five or eight motorcycles that
20      you purchased from Boston Harley-Davidson, the
21      funds all came from Lee Custom Cycle's accounts?
22           MS. SMAGULA:  Objection.
23 A.   Correct.
24 Q.   Is that correct, sir?

1   A.   Correct, but there probably wasn't any memo or

2        anything on them.

3   Q.   So David Karp didn't provide any individual

4        funds?

5   A.   No.

6   Q.   Anne Karp didn't provide any individual funds?

7   A.   No.

8   Q.   Robert Issa didn't provide any funds?

9   A.   No.

10  Q.   Donald Rist didn't provide any funds?

11  A.   No.

12  Q.   Michael Dellacroce did not provide any funds?

13  A.   No.

14  Q.   Greg Gallagher did not provide any funds?

15  A.   No.

16  Q.   And Denise Gallagher did not provide any funds?

17  A.   No.

18  Q.   If you look back on Exhibit 2, Mr. Christensen,

19       do you see the price for that motorcycle on the

20       right-hand column?

21  A.   Yep.

22  Q.   Do you recall having any negotiations with

23       any --

24  A.   Excuse me.  Negotiations as far as what?

1   Q.   I'm sorry.  I didn't finish my question.  Do you

2        recall having any negotiations with any

3        representative of Boston Harley concerning the

4        price of these motorcycles?

5   A.   Probably just Jason.

6   Q.   And do you recall what conversations you had had

7        with them?

8   A.   No.  I think they had a lot of extra bikes, and

9        they just wanted to sell them, you know.  They

10       made so many of them that year that they were

11       everywhere.

12  Q.   So Jason advised you that Boston Harley-Davidson

13       wanted to sell those motorcycles?

14  A.   Yeah, well, they wanted to sell all their bikes,

15       just like I want to sell all my bikes.

16  Q.   And these were the new motorcycles, correct?

17  A.   Yeah.

18  Q.   And these are conversations you on behalf of Lee

19       Custom Cycle had with Jason?

20                  MS. SMAGULA:  Objection.

21  A.   Correct.

22  Q.   Did you have conversations with Jason concerning

23       the eight motorcycles set forth on Exhibit 2?

24                  MS. SMAGULA:  Objection.

1  A.    Probably.  Like I said before, I might have got

2        a list and said, "These are the ones I want."

3        Jason was a very aggressive salesman, a real

4        nice guy, and he just wanted to sell

5        motorcycles.

6  Q.    And at that time, you were willing to purchase

7        those motorcycles?

8  A.    Sure.  I'll buy them all the time.  I buy bikes

9        every day.

10 Q.    And looking at Exhibit 2, does that refresh your

11       recollection at all how many motorcycles Lee

12       Custom Cycle purchased?

13             MS. SMAGULA:  Objection.

14 A.    Yes.

15 Q.    How many did Lee Custom Cycle purchase?

16             MS. SMAGULA:  Objection.

17 A.    Well, if there's -- what did it come out to,

18       seven?  Two, three, four, five, six, seven.  I

19       think seven.  I think Denise is down here twice;

20       isn't she?  Oh, no.  Looks like eight.

21 Q.    So looking at Exhibit 2, does that refresh your

22       recollection that Lee Custom Cycle purchased

23       eight motorcycles from Boston Harley?

24             MS. SMAGULA:  Objection.

1   A.   Seven, eight, yes.  Yes, I'm surprised one's in

2        my name, though.

3   Q.   And why are you surprised that one's in your

4        name, Mr. Christensen?

5   A.   Well, usually I can't buy any new bikes in my

6        name.

7   Q.   And if you look back on Page 1, Mr. Christensen,

8        on the bottom, there's a signature down on the

9        left.  Do you recognize that signature?

10  A.   Looks like Jason's.

11  Q.   How about there's initials on the right,

12       dealer's signature?  Do you recall who that is?

13  A.   No.

14                  MR. BENSON:  Would you mark this as

15       Exhibit 3, please?

16                  (Motorcycle Bills of Sale were marked

17                  Exhibit Number 3 for identification.)

18  Q.   Mr. Christensen, can you take a look at what's

19       been marked as Exhibit 3?  Take a look at that,

20       and let me know whether you recognize these

21       documents.

22  A.   Yes, these look like the bill of sales for all

23       the bikes.  Yep.  I think everybody went down

24       and signed individually for them.

1    his house?

2 A. No.

3 Q. How about Donald Rist?  Did he ever have a new

4    Harley-Davidson --

5 A. No.

6 Q. -- from Boston Harley-Davidson at his house?

7 A. No.

8 Q. How about Michael Dellacroce?

9 A. No.

10 Q. Did he ever have a new Harley-Davidson from

11    Boston Harley-Davidson at his house?

12 A. No.

13 Q. How about Greg Gallagher?  Did he ever have a

14    new Harley-Davidson from Boston Harley-Davidson

15    at his house?

16 A. No.

17 Q. How about Denise Gallagher?  Did she ever have a

18    new Harley-Davidson from Boston Harley-Davidson

19    at her house?

20 A. No.

21 Q. Okay.  So all the motorcycles which are set

22    forth on Exhibit 3, those are motorcycles that

23    were purchased by Lee Custom Cycle?

24       MS. SMAGULA:  Objection.

```
1    A.    Correct.

2    Q.    And they were brought to your dealership in Lee,

3          New Hampshire?

4    A.    Correct.

5    Q.    And all eight motorcycles were then sold by Lee

6          Custom Cycle?

7                    MS. SMAGULA:   Objection.

8    A.    Right.

9    Q.    And they were sold to other individuals,

10         correct?

11   A.    Correct.

12   Q.    Lee Custom Cycle never sold a motorcycle to

13         David Karp; is that correct?

14   A.    No.

15   Q.    Did it sell a motorcycle to Anne Karp?

16   A.    No.

17   Q.    Did it sell a motorcycle to Robert Issa?

18   A.    No.

19   Q.    Did it sell a motorcycle to Donald Rist?

20   A.    No.  We sold them to Robert Issa, but not one of

21         these '03's.

22   Q.    Not one of these new '03's.  Didn't sell one of

23         these motorcycles to Michael Dellacroce?

24   A.    Not one of these.  We sold him other bikes.
```

1      about that we bought out of there.

2  Q.   And these are the eight motorcycles that Lee

3       purchased from Boston Harley-Davidson?

4  A.   Well, individuals purchased them for us

5       indirectly.

6  Q.   But these individuals never took possession of

7       the motorcycles?

8                  MS. SMAGULA:   Objection.

9  A.   No.

10 Q.   These motorcycles went directly to Lee Custom

11      Cycle?

12                 MS. SMAGULA:   Objection.

13 A.   Correct.

14 Q.   Okay.  And Jason was aware -- Jason at Boston

15      Harley was aware that the motorcycles were going

16      to Lee Custom Cycle?

17                 MS. SMAGULA:   Objection.

18 A.   Correct.

19 Q.   I'd like to just ask you a question about one of

20      these documents.  If you go to -- if you go sort

21      of midway, there's documents concerning --

22      there's a bike that has Robert Issa on the bill

23      of sale?

24 A.   Correct.

1    A.    No.

2    Q.    They're collectors?

3    A.    Yes, some.  Got a dealer plate, throw one on it

4          and go for a ride, stuff like that.  I buy and

5          sell them every day of the week, so...

6                    MS. SMAGULA:  Okay.  I think that's

7          all I have.  Thank you.

8                    THE WITNESS:  Okay.

9                    MR. BENSON:  I just have a couple

10         follow-ups, and I'll be done.

11                   THE WITNESS:  Okay.

12    RE-EXAMINATION BY MR. BENSON:

13    Q.    Sometime in July 2003, you had a conversation

14          with Jason at the Boston Harley dealership?

15    A.    Correct.

16    Q.    And during that conversation, he advised you

17          that an order for Boston Harley to sell bikes to

18          Lee Custom, you need to find individual names?

19                   MS. SMAGULA:  Objection.

20    A.    Yeah, he probably -- I don't really recall

21          exactly, but, you know --

22    Q.    In substance, that was the nature of the

23          conversation?

24                   MS. SMAGULA:  Objection.

1   A.   Right.

2   Q.   And then after that conversation, Lee Custom

3        purchased eight motorcycles from Boston Harley?

4   A.   Correct.

5   Q.   And then Lee Custom picked up those eight

6        motorcycles from Boston Harley?

7                  MS. SMAGULA:   Objection.

8   A.   At different times.

9   Q.   And then those motorcycles were brought back to

10       the Lee Custom shop in New Hampshire?

11  A.   Correct.

12  Q.   And then they were sold to customers of Lee

13       Custom Cycle?

14  A.   Correct.

15                 MR. BENSON:   Okay.   No further

16       questions.

17                 THE VIDEO OPERATOR:   Anything else?

18                 MS. SMAGULA:   I don't have anything

19       else.

20                 MR. SCOTT:   I have nothing.

21                 THE VIDEO OPERATOR:   With that, it's

22       12:28, and this concludes the deposition.

23                 (Deposition concluded at 12:28 p.m.)

24