# TAB H

```
                    VOLUME:    I
                    PAGES:     176
                    EXHIBITS:  See Index
```

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC., <br> d/b/a BOSTON <br> HARLEY-DAVIDSON/BUELL, <br>     Plaintiff <br><br> vs. <br><br> HARLEY-DAVIDSON MOTOR <br> COMPANY, INC., and BUELL <br> DISTRIBUTION COMPANY, LLC, <br>     Defendants | CASE NO. <br> 04 11402 NMG |

*VIDEOTAPED DEPOSITION of*
*KENNETH McPHEE,* taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jill Kourafas, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts held at the Law Offices of Bingham McCutchen, 150 Federal Street, Boston, Massachusetts, on May 2, 2005, commencing at 9:17 a.m.

---

*REPORTERS, INC.*
*GENERAL & TECHNICAL COURT REPORTING*
*23 MERRYMOUNT ROAD, QUINCY, MA 02169*
*617.786.7783/FACSIMILE 617.786.7723*

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Do you know for how long they'd been used? |
| 3 | A. | One of them I know was used throughout the |
| 4 | | year. |
| 5 | Q. | Does Cycle-Craft still own these motorcycles |
| 6 | | today? |
| 7 | A. | Yes, we do. |
| 8 | Q. | They haven't been transferred to anybody? |
| 9 | A. | No, not to my knowledge. |
| 10 | Q. | Do you know whether they're registered with |
| 11 | | the DMV? |
| 12 | A. | I believe -- I think one is still. |
| 13 | Q. | What about the other two? |
| 14 | A. | The other two, I believe, are in crates. |
| 15 | Q. | And these three motorcycles were reported as |
| 16 | | having been sold at retail, SWR submissions |
| 17 | | by the dealership to Harley-Davidson; is |
| 18 | | that correct? |
| 19 | | MR. REHNQUIST: Objection; |
| 20 | | foundation. |
| 21 | A. | To my knowledge, yes. |
| 22 | Q. | You say in your affidavit, Paragraph 14, the |
| 23 | | second-to-last sentence, "They were |
| 24 | | legitimate sales to Cycle-Craft"; do you see |

| | | |
|---|---|---|
| 1 | | that? |
| 2 | A. | No. |
| 3 | Q. | Were you present when anybody ordered a |
| 4 | | motorcycle pursuant to this expanded offer? |
| 5 | A. | No. |
| 6 | Q. | Did you ever see any paperwork about any |
| 7 | | orders of vehicles by employees pursuant to |
| 8 | | this expanded offer? |
| 9 | A. | No, I did not. |
| 10 | Q. | Just so that the record's clear, the |
| 11 | | reference to "expanded offer" refers to |
| 12 | | Mr. Buchbaum's offer about two weeks before |
| 13 | | the end of the model year that employees |
| 14 | | could buy motorcycles at dealer cost without |
| 15 | | any markup? |
| 16 | A. | That's correct. |
| 17 | Q. | The first sentence of Paragraph 20 says, |
| 18 | | "For a variety reasons none of these 13 |
| 19 | | prospective employee relative buyers carried |
| 20 | | through with their purchases"; do you see |
| 21 | | that sentence? |
| 22 | A. | Yes, I do. |
| 23 | Q. | Do you have any personal knowledge about |
| 24 | | that? |

```
1    A.    No, just hearsay.
2    Q.    Well, hearsay from sources other than
3          counsel?
4    A.    Just employee talk.
5    Q.    Okay. Well, what employees?
6    A.    I don't know specific employees. I just
7          heard people say they couldn't buy. I
8          didn't know who exactly it was buying, but
9          you heard talk of people that wanted to buy
10         but couldn't.
11   Q.    Can you put any names with those comments?
12   A.    No.
13   Q.    This statement says, though, you're
14         attesting to this under oath that none of
15         these 13 perspective employee relative
16         buyers carried through with their purchase,
17         what's the source of that statement?
18   A.    After the fact, after reviewing the
19         inspections of records letter and reviewing
20         that, I see none of those 13 carried
21         thorough with their purchases.
22   Q.    So, it's your deduction that these 13 people
23         didn't wind up with the bikes, and so,
24         therefore, they didn't carry through with
```

```
 1              their purchases?
 2     A.       Correct.
 3     Q.       Coming back to the last sentence of 19, your
 4              statement that "Employee relatives initially
 5              ordered motorcycles pursuant to this
 6              expanded offer," that was information that
 7              was given to you by counsel?
 8     A.       Yes.
 9     Q.       Do you have any understanding as to how
10              counsel got that information?
11                   MR. REHNQUIST:  Objection.
12     A.       No, I do not.
13     Q.       But there's nothing at the dealership that
14              you could find that shows that employees
15              ordered motorcycles pursuant to this
16              expanded offer as indicated in the last
17              sentence of 19?
18                   MR. REHNQUIST:  Objection;
19              foundation.
20     A.       No.
21     Q.       Second sentence of Paragraph 20 says, "Some
22              simply changed their minds for personal
23              reasons"; how do you know that?
24     A.       (Pause.)
```