# TAB I

```
             VOLUME:    I
             PAGES:     1-288
             EXHIBITS:  1-13
```

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
                             x
CYCLE-CRAFT CO., INC.,       x
d/b/a BOSTON                 x
HARLEY-DAVIDSON/BUELL,       x
        Plaintiff            x
                             x   CASE NO.
             vs.             x   04 11402 NMG
                             x
HARLEY-DAVIDSON MOTOR        x
COMPANY, INC., and BUELL     x
DISTRIBUTION COMPANY, LLC,   x
        Defendants           x
```

*DEPOSITION of RONALD S. BUCHBAUM,* taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jill Kourafas, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts held at the Law Offices of Bingham McCutchen, 150 Federal Street, Boston, Massachusetts, on June 2, 2005, commencing at 9:10 a.m.

*REPORTERS, INC.*
*GENERAL & TECHNICAL COURT REPORTING*
*23 MERRYMOUNT ROAD, QUINCY, MA 02169*
*617.786.7783/FACSIMILE 617.786.7723*

```
 1            the model year.
 2     Q.     That was your understanding as to when you
 3            could submit an SWR?
 4     A.     My understanding was that in order for us
 5            not to lose these allocated bikes the next
 6            year, we had to make a commitment to these
 7            bikes the current year, that year.  In
 8            what --
 9     Q.     Go ahead.
10     A.     I'm sorry.
11     Q.     What commitment did you get from these 13
12            individuals?
13     A.     "Yeah, I'll take one."  I think -- "yeah,
14            I'll take one."
15     Q.     Did you get anything in writing?
16     A.     I don't know.  Maybe, maybe not.  I don't
17            know.
18     Q.     Did you look for anything?
19     A.     Unh-unh.
20     Q.     "No" you didn't?
21     A.     No, I didn't.
22                   But see, this is the way I did it
23            when I was with Barnett, we did that.  When
24            I was with Motown, we did that.  And we did
```