# TAB J

```
                    VOLUME:    I
                    PAGES:     55
                    EXHIBITS:  See Index


           UNITED STATES DISTRICT COURT

           DISTRICT OF MASSACHUSETTS



                                  x
CYCLE-CRAFT CO., INC.,            x
d/b/a BOSTON                      x
HARLEY-DAVIDSON/BUELL,            x
         Plaintiff                x
                                  x    CASE NO.
              vs.                 x    04 11402 NMG
                                  x
HARLEY-DAVIDSON MOTOR             x
COMPANY, INC., and BUELL          x
DISTRIBUTION COMPANY, LLC,        x
         Defendants               x
```

        *VIDEOTAPED DEPOSITION of MICHAEL BLOOM*,
taken pursuant to the applicable provisions
of the Federal Rules of Civil Procedure,
before Jill Kourafas, Certified Shorthand
Reporter and Notary Public in and for the
Commonwealth of Massachusetts held at the
Law Offices of Bingham McCutchen,
150 Federal Street, Boston, Massachusetts,
on May 2, 2005, commencing at 3:10 p.m.


                *REPORTERS, INC.*
    *GENERAL & TECHNICAL COURT REPORTING*
    *23 MERRYMOUNT ROAD, QUINCY, MA 02169*
    *617.786.7783/FACSIMILE 617.786.7723*

```
 1   Q.   What was the commission?
 2   A.   Well, it varied with bike to bike, but at
 3        that time, it wasn't right away that I got
 4        that part of the package.
 5             Are you asking only in July?
 6   Q.   Well, let's start with that.
 7             While you were still in the '03
 8        model year, were you getting commissions?
 9   A.   No, just salary.
10   Q.   And were you offered any commission or bonus
11        based on any performance in July of '03 that
12        you recall?
13   A.   No, I was not offered any.
14   Q.   I understand.
15             Did you purchase a new motorcycle
16        from Cycle-Craft in July of '03?
17   A.   No, I did not.
18   Q.   Did Elaine, your wife, purchase a new
19        motorcycle from Cycle-Craft in July of '03?
20   A.   No, she did not.
21   Q.   Did Lissa, your daughter, purchase a new
22        motorcycle from Cycle-Craft in July of '03?
23   A.   No, she did not.
24   Q.   Did your son Matt purchase a new motorcycle
```

| | | |
|---|---|---|
| 1 | | from Cycle-Craft in July of '03? |
| 2 | A. | No, he did not. |
| 3 | Q. | Did any of you have a contract or agreement |
| 4 | | to buy a new motorcycle from Cycle-Craft in |
| 5 | | July of '03? |
| 6 | | MR. REHNQUIST: Object to form. |
| 7 | Q. | You can answer the question. |
| 8 | A. | We didn't have a contract; we had a verbal |
| 9 | | understanding. |
| 10 | Q. | Okay. Did you sign a bill of sale for a |
| 11 | | motorcycle for your purchase from |
| 12 | | Cycle-Craft in July of '03? |
| 13 | A. | No. |
| 14 | Q. | Did your wife Elaine sign a bill of sale to |
| 15 | | buy a motorcycle from Cycle-Craft in July of |
| 16 | | '03? |
| 17 | A. | No. |
| 18 | Q. | Did your daughter Lissa sign a bill of sale |
| 19 | | to buy a new motorcycle from Cycle-Craft in |
| 20 | | July of '03? |
| 21 | A. | No. |
| 22 | Q. | Did your son Matt sign a bill of sale to buy |
| 23 | | a new motorcycle from Cycle-Craft in July of |
| 24 | | '03? |

```
 1    A.   No.
 2    Q.   Did you or your wife or your son or your
 3         daughter fill out any forms or paperwork for
 4         the purchase of a new motorcycle from
 5         Cycle-Craft in July of '03?
 6    A.   I did not, my wife did not, my son did not
 7         and, to the best of my recollection, my
 8         daughter did not.
 9    Q.   Did any of you put down a deposit for a new
10         motorcycle to be purchased from Cycle-Craft
11         in July of '03?
12    A.   I did not.
13    Q.   To your knowledge, did your wife, daughter
14         or son?
15    A.   Not that I'm aware of.
16    Q.   Now, what was the understanding that you
17         said was reached?  You said there was some
18         understanding regarding a purchase of a
19         motorcycle?
20    A.   Yeah, that we could purchase motorcycles at
21         a discounted rate, and also that there's no
22         guarantee we are going to get those
23         motorcycles 'cuz if they were sold to a
24         retail customer, they were gonna be sold.
```

```
 1    Q.    So, is this an offer that Mr. Buchbaum made?
 2    A.    Yes.
 3    Q.    And was it made to you as well as others?
 4    A.    Yes, it was.
 5    Q.    Was it made in or around July of '03?
 6    A.    Yes, it was.
 7    Q.    Do you remember what the discounted rate
 8          was?
 9    A.    We were told it would be above -- a little
10          above cost.  To me, I didn't know what that
11          was at the time, but it sounded like a
12          fantastic deal.
13    Q.    Did you promise anyone that you would
14          purchase a motorcycle in July of '03?
15    A.    What do you mean by that?
16                MR. REHNQUIST:  Object to the
17          form.
18    Q.    Did you promise Mr. Buchbaum that you would
19          buy a motorcycle in July of '03?
20    A.    I would buy the motorcycles if they were
21          available to me.  I never promised him,
22          because the understanding was that they
23          could be sold and we couldn't get them.  But
24          if they were not sold, we were gonna get
```

```
 1           them at a better rate.
 2    Q.     At the end of the model year?
 3    A.     The time was never discussed when it was
 4           gonna happen.
 5    Q.     Why did you not buy a motorcycle?
 6    A.     They were sold.  Your question is why didn't
 7           I buy a motorcycle?
 8    Q.     Yes.
 9    A.     I bought one in '04.
10    Q.     Why didn't you buy one in July of '03?
11    A.     Because that motorcycle was sold.
12    Q.     Which motorcycle was that?
13    A.     The one that I had for myself.
14    Q.     And can you describe it?
15    A.     It was probably a Road Glide, I'm not sure
16           exactly the model.  If it was a Road Glide,
17           I would have bought that, if it was a Road
18           King, I would have bought that.  I would
19           have bought any big bike, any FL.
20    Q.     Did you have a particular one picked out for
21           yourself?
22    A.     I don't recall that.  I'm not sure.
23    Q.     Did your wife Elaine indicate to anyone at
24           the dealership that she would buy a
```

```
 1            motorcycle from the dealership?
 2     A.     No.
 3     Q.     Did your daughter Lissa indicate to anyone
 4            at the dealership that she would buy a
 5            motorcycle from the dealership?
 6                  MR. REHNQUIST:  Objection;
 7            foundation.
 8     Q.     You can answer.
 9     A.     My daughter was going to take the course to
10            buy a motorcycle, so --
11     Q.     Take the course?
12     A.     There's a Rider's Ed. course, they call it.
13            She wanted to learn how to ride a motorcycle
14            and she was going to buy a motorcycle and
15            she was talking about several different
16            models and coming to me.
17                  But what was your question, did
18            she --
19     Q.     Whether she indicated to anyone at the
20            dealership that she would buy a motorcycle.
21     A.     You'd have to -- I don't know.  I mean, she
22            indicated to me she would, but I don't know
23            anyone else in the dealership that she
24            talked with.
```

```
 1   Q.   How about your son Matt, did he indicate
 2        that he would buy a motorcycle from the
 3        dealership?
 4   A.   Absolutely.
 5   Q.   Who did he say that to?
 6   A.   To me.
 7   Q.   Did he pick one out?
 8   A.   I picked it out, but again, I don't know
 9        what the model was, because he's 6-foot-7,
10        6-foot-8, so it would have to be a big
11        motorcycle, it wouldn't be a Sportster or a
12        little bike.
13   Q.   Did he fill out any paperwork committing to
14        buy a motorcycle?
15   A.   Not that I know of, no.
16   Q.   Did you?
17   A.   No.
18   Q.   And, to your knowledge, your wife and
19        daughter did not either fill out --
20   A.   I already told you that, no, they did not.
21   Q.   Do you know what an "SWR Form" is?
22   A.   Yes.
23   Q.   What is it?
24   A.   It's a paper that once a motorcycle is sold,
```