# EXHIBIT 1

FROM                        FAX NO. :1 617 394 0572            Aug. 18 2005 12:40PM  P2



# Boston Harley-Davidson/Boston Buell



1760 Revere Beach Parkway (Rte. 16)
Everett, Massachusetts 02149
617-389 8888   www.harleyonline.com
SALES-SERVICE-PARTS

August 18, 2005

Cycle Craft Co., Inc.
DBA: Boston Harley-Davidson
1760 Revere Beach Pkwy
Everett, MA 02149

Dear Dealer Development:

Boston Harley-Davidson would like to voluntarily terminate our Buell Motorcycle Dealer Contract effective May 1, 2005.

Sincerely,

Ronald Buchbaum
General Manager
Boston Harley-Davidson