# EXHIBIT 2

Page 1 of 1

## Breeden, Laura

**From:** RON B [rbuchbaum@bostonharley.com]
**Sent:** Friday, August 26, 2005 11:24 AM
**To:** Breeden, Laura
**Subject:** RE: Buell Termination Letter Received for 1864-Boston

Laura........Yes I agree to the Information below. Thanks Ron B.

-----Original Message-----
From: Breeden, Laura [mailto:Laura.Breeden@harley-davidson.com]
Sent: Friday, August 26, 2005 6:33 AM
To: rbuchbaum@bostonharley.com
Subject: Buell Termination Letter Received for 1864-Boston

Hi Ron, I received your fax dated August 18, 2005 re: Buell Termination. The letter was addressed to Cycle Craft, instead of, Buell Distribution, and lists the effective date of termination as May 1, 2005. Would you just confirm (by reply to this email) that 1) the August 18th letter is intended to go to Buell Distribution Company 2) the effective date of termination is immediate and retroactive to May 1, 2005.

Thanks. If needed, we can review further in our meeting this morning.

Laura Breeden, DM #01
Cell 225-241-2256
VM 414-343-8128
Fax 603-228-1047