UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.,<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>Defendants. | Civil Action<br>No. 04 11402 NMG |

### SUPPLEMENTAL EXHIBITS IN SUPPORT OF PLAINTIFF CYCLE-CRAFT CO., INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

### AFFIDAVIT OF CHRISTOPHER C. NEE, ESQ.

I, Christopher C. Nee, hereby swear and depose as follows:

1.  I am an attorney with the law firm of Goodwin Procter LLP, Exchange Place, Boston, MA 02109. Goodwin Procter represents the plaintiff in the above-captioned action.

2.  Attached hereto at Tab 1 are true and correct excerpts from the deposition of Steven Verduyn.

3.  Attached hereto at Tab 2 are true and correct excerpts from the deposition of Sean Walsh.

4.  Attached hereto at Tab 3 are true and correct excerpts from the deposition of Jason Marasca.

5.  Attached hereto at Tab 4 are true and correct excerpts from the deposition of Michael Malicki.

Signed under penalties of perjury this 24th day of October 2005.

_____
Christopher C. Nee