# EXHIBIT 1

Page 1

Deposition of Steven R. Verduyn, 4/6/2005

```
 1                UNITED STATES DISTRICT COURT
 2                  DISTRICT OF MASSACHUSETTS
    ---------------------------------------------------
 3
    CYCLE-CRAFT CO., INC., d/b/a
 4  BOSTON HARLEY-DAVIDSON/BUELL,

 5             Plaintiff,

 6        vs.              Civil Action No. 04 11402 NMG

 7  HARLEY-DAVIDSON MOTOR COMPANY, INC.
    and BUELL DISTRIBUTION COMPANY, LLC,
 8

 9             Defendants.

10  ---------------------------------------------------

11

12

13         Video Deposition of STEVEN R. VERDUYN

14              Wednesday, April 6th, 2005

15                     10:09 a.m.

16                        at

17              GRAMANN REPORTING, LTD.
        710 North Plankinton Avenue, Suite 710
18                Milwaukee, Wisconsin

19

20       Reported by Sarah A. Reinicke, RPR/RMR/CRR

21

22

23

24

25
```

|    |   |   |
|----|---|---|
| 1  |   | this category where you found a sales file but not a |
| 2  |   | sales file indicating the sale to the employee? |
| 3  | A | Approximately a dozen. |
| 4  | Q | And did you explain this to Mr. Bucbaum? |
| 5  | A | Yes. |
| 6  | Q | And what did he say? |
| 7  | A | He had said, "Well, let me tell you how that |
| 8  |   | happened." And he went on to give his response about |
| 9  |   | the circumstances on why we didn't find any sales |
| 10 |   | jackets for employees or family members. |
| 11 | Q | And what did he say? |
| 12 | A | He had said that on the end of the model year, that |
| 13 |   | they had a lot of vehicle inventory in stock. And he |
| 14 |   | called together a meeting of all his employees that |
| 15 |   | were apparently there and working at the time and |
| 16 |   | said, "Listen, we've got all these motorcycles. We |
| 17 |   | need to get them sold. It's for our turn and earn |
| 18 |   | with the factory. And for any employee that's |
| 19 |   | interested, I will sell you a motorcycle for" -- I |
| 20 |   | believe he had said it's $500 over cost. And I don't |
| 21 |   | remember the specific dollar amount, but it was |
| 22 |   | certainly well below a normal retail sale price. |
| 23 |   | And he said that the response from his |
| 24 |   | employees was overwhelming and that all these |
| 25 |   | employees that I couldn't find sales on -- or sales |

Deposition of Steven R. Verduyn, 4/6/2005

```
 1        just as a part of the building of the background on
 2        what led to the audit itself.
 3    Q   What did you say about the building?
 4    A   Just that it had been -- he had told us that it had
 5        been a run-down industrial or paint company or some
 6        kind of a manufacturing company, dirty, rundown and
 7        that they had built this large, beautiful building on
 8        that site.
 9    Q   Did you agree that it was a large, beautiful
10        building?
11    A   I would agree that it was large.  I guess beauty is
12        in the eye of the beholder.
13    Q   Well, how about in your eye?  You've seen a lot of
14        dealerships, I assume.
15    A   I have.  It was nice, and it was clean, but it was
16        not one of the most beautiful dealerships I've been
17        in.
18    Q   Was there any discussion in the meeting about what
19        sanction, should be -- if any, should be imposed upon
20        Cycle-Craft?
21             MR. BERKOWITZ:  You can answer yes or no.
22             THE WITNESS:  Yes.
23    BY MR. REHNQUIST:
24    Q   What was that discussion?
25             MR. BERKOWITZ:  Was counsel involved in
```

Deposition of Steven R. Verduyn, 4/6/2005

```
 1        that discussion?
 2                THE WITNESS:  Yes.
 3                MR. BERKOWITZ:  I instruct you not to
 4        answer.
 5   BY MR. REHNQUIST:
 6   Q    Was there any discussion in the meeting of any
 7        sanction other than termination?
 8                MR. BERKOWITZ:  Was counsel involved in
 9        that discussion?
10                THE WITNESS:  Counsel was involved.
11                MR. BERKOWITZ:  I instruct you not to
12        answer.
13   BY MR. REHNQUIST:
14   Q    Was there any discussion in the meeting of
15        Harley-Davidson's history of enforcement of the
16        nonretail sales policy?
17   A    Not that I can recall.
18   Q    Was there any discussion of sanctions that had been
19        given to other dealers for violations of the
20        nonretail sales policy?
21   A    Again, not that I recall.
22                MR. BERKOWITZ:  We've been going about an
23        hour and 20 minutes.  Whenever you can give us a
24        break.
25                MR. REHNQUIST:  Yeah, I'm finishing a line
```

```
 1         here.
 2    Q    Was a decision reached on what sanction to impose on
 3         Cycle-Craft in this meeting?
 4    A    I believe so, to the best of my recollection.
 5    Q    And is that the same -- is that the same sanction
 6         that was ultimately imposed when the termination
 7         letter was sent on April 20th?
 8    A    That's correct.
 9    Q    Did you have any follow-up conversations or
10         discussions with anyone after the meeting regarding
11         the sanction to be imposed on Cycle-Craft?
12    A    Yes.
13    Q    With whom?
14    A    Counsel.
15    Q    Were there subsequent meetings after this one big
16         meeting that had several attendees before the
17         termination letter was sent?
18    A    There may have been, but I don't recall being a
19         participant or an invitee personally.
20    Q    How many subsequent discussions did you have with
21         counsel?  Let me ask this:  Did you have more than
22         one discussion with counsel after the meeting before
23         the termination letter was sent?
24    A    Probably.
25    Q    How many do you recall?
```