UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

## **DEFENDANTS' DISCLOSURES PURSUANT TO RULE 26(a)(3)**

Pursuant to Local Rule 16.5 and Fed. R. Civ. P. 26(a)(3), defendants hereby make the following disclosures:

A.　　Witnesses. Defendants may call any of the witnesses identified below to testify at the trial of this matter. Defendants reserve the right to use the deposition testimony of any witness who fails to appear at trial to testify or who is otherwise unavailable. Defendants also reserve the right to call rebuttal witnesses who may not be listed below.

　　　　　1.　　Witnesses expected to be called:

　　　　　　Jon Robert Flickinger
　　　　　　Harley-Davidson Motor Company, Inc.
　　　　　　Milwaukee, WI 53208

　　　　　　Steven R. Verduyn
　　　　　　Harley-Davidson Motor Company, Inc.
　　　　　　Milwaukee, WI 53208

　　　　　　Sean Walsh
　　　　　　60 Essex Street
　　　　　　Salem, MA

　　　　　　Jason Marasca
　　　　　　25 Pittman Street
　　　　　　Methuen, MA

Jamie E. McGrath
62 Clifton Avenue
Saugus, MA 01906

Jeffrey Christensen
6 Durgan Lane
Lee, NH

2. Witnesses to be called if the need arises:

Gene Ostrom
Harley-Davidson Motor Co.
Milwaukee, WI

Dianne Bolden
Harley-Davidson Motor Co.
Milwaukee, WI

Michael Malicki
Harley-Davidson Motor Co.
Milwaukee, WI

Scott Manley
Harley-Davidson Motor Co.
Milwaukee, WI

William Holaday
Harley-Davidson Motor Co.
Milwaukee, WI

Terry Payne
Harley-Davidson Motor Co.
Milwaukee, WI

Harry Nichols
Harley-Davidson Motor Co.
Milwaukee, WI

Al Contois
9 Chestnut Way
Stratham, NH

Ronald Buchbaum
No. 7 Cape Ann Circle
Ipswich, MA

>Kenneth McPhee
>19 Temple Drive
>Methuen, MA
>
>John Atwood
>361 Charles Street
>Reading, MA
>
>Karen Atwood
>10 Blueberry Way
>Peabody, MA
>
>Stephen Vesey
>13 Birch Hill Road
>Danvers, MA
>
>Robert C. Murphy
>266 Cabot Street
>Beverly, MA 01915

B. **Witnesses to be presented by deposition**:

1. Debra Lunsford

2. Michael Stevens

3. Michael Bloom

C. <u>Exhibits</u>. A list of documents and other exhibits that defendants plan to offer into evidence is attached hereto as <u>Exhibit A</u>. Defendants reserve the right to offer rebuttal exhibits that are not identified on the attached list. Defendants reserve the right to object to any listed exhibits if offered by the plaintiff. Defendants also reserve their right to offer excerpts, enlargements or summaries of any listed exhibits.

Harley-Davidson Motor Co., Inc.,
and Buell Distribution Co., LLC

By their attorneys,

_____/s/ William F. Benson_____
William N. Berkowitz, BBO# 544148
William F. Benson, BBO# 646808
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

Dated: April 5, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by hand on April 5, 2006.

_____/s/ William F. Benson_____
William F. Benson

LITDOCS/627428.2