# HARLEY-DAVIDSON MOTOR CORPORATION

## EXHIBIT LIST

| NUMBER | DESCRIPTION |
|---|---|
| 1 | Dealer Agreement Between Harley-Davidson and Cycle-Craft (Atwood Dep. Ex. 1) |
| 2 | H-D Contract Extension (Atwood Dep. Ex. 1A) |
| 3 | Dealer Agreement Between Buell and Cycle-Craft (Atwood Dep. Ex. 2) |
| 4 | Buell Contract Extension (Atwood Dep. Ex. 2A) |
| 5 | August 18, 2005 Letter from Ron Buchbaum re: voluntary termination of Buell Contract |
| 6 | August 26, 2005 email from Ron Buchbaum re: voluntary termination |
| 7 | November 30, 2000 Memo from Flickinger to All Dealers (H-D 20003-04) |
| 8 | December 18, 1996 SWR Agreement (H-D 1657) |
| 9 | July 1, 2002 Memo to All Dealers re: 2003 Model Year (H-D 21773-91) |
| 10 | Warranty Manual Excerpts (H-D 1650-51) |
| 11 | NRSP for the model years 2000 to 2004. |
| 12 | August 11, 2003 email from Al Contois to Steve Verduyn (H-D 1856) |
| 13 | March 6, 2003 Email from Verduyn to Kevin Dacey (H-D 1817) |
| 14 | March 7, 2003 Email from Dacey to Verduyn (H-D 1818) |
| 15 | April 4, 2003 Email from Malicki to Verduyn (H-D 1832-34) |
| 16 | June 20, 2003 Email from Verduyn to Dodson (H-D 1844) |
| 17 | February 13, 2004 letter from Verduyn to Atwood (H-D 1912) |
| 18 | April 20, 2004 Inspection of Records letter |
| 19 | April 20, 2004 Notice of Termination letter |
| 20 | Letter from Vesey to Buchbaum (Buchbaum Dep. Ex. No. 6) |
| 21 | Buchbaum Employment Agreement (Buchbaum Dep. Ex. No. 4) |
| 22 | Customer Survey Response (Buchbaum Dep. Ex. No. 13) |
| 23 | SWR Guide |
| 24 | Blank Hard Copy SWR |
| 25 | Verduyn Audit Report (H-D 20000 to 20002) |
| 26 | Verduyn Audit File |

| 27 | July 1, 2004 Email from Contois to Verduyn (H-D 12038-39) |
|---|---|
| 28 | Financial Statements and Tax Returns for Cycle-Craft |
| 29 A | Electronic SWR for Jarred Buchbaum (H-D 01) |
| 29 B | Cycle-Craft Dealer File for Edwin Velasquez |
| 30 A | Electronic SWR for Mike Bloom (H-D 0448) |
| 30 B | Cycle-Craft Dealer File for Joann Stanwood |
| 31 A | Electronic SWR for Roderick Granese (H-D 1654) |
| 31 B | Cycle-Craft Dealer File for Jason Blodgett |
| 32 A | Electronic SWR for Giordano Salvatore (H-D 1663) |
| 32 B | Cycle-Craft Dealer File for Michael Botelho |
| 33 A | Electronic SWR for Lissa Bloom (H-D 1659) |
| 33 B | Cycle-Craft Dealer File for Jorge Orellana |
| 34 A | Electronic SWR for Matthew Bloom (H-D 1658) |
| 34 B | Cycle-Craft Dealer File for Mark Connelly |
| 35 A | Electronic SWR for Joe Giordano (H-D 0482) |
| 35 B | Cycle-Craft Dealer File for Deborah Colleran |
| 36 A | Electronic SWR for Sean Walsh (H-D 0443) |
| 36 B | Cycle-Craft Dealer File for Paul Kalinoski |
| 37 A | Electronic SWR for Ron Buchbaum (H-D 02) |
| 37 B | Cycle-Craft Dealer File for Robert Tindle, Jr. |
| 38 A | Electronic SWR for John Sica (H-D 1661) |
| 38 B | Cycle-Craft Dealer File for Robert Richards |
| 39 A | Electronic SWR for Daniel Sica (H-D 1660) |
| 39 B | Cycle-Craft Dealer File for Stephen Kenney |
| 40 A | Electronic SWR for Jamie McGrath (H-D 1662) |
| 40 B | Cycle-Craft Dealer File for Vincent Fiamma |
| 41 A | Electronic SWR for Elaine Bloom (H-D 1665) |
| 41 B | Cycle-Craft Dealer File for Thomas Mulvey |
| 42 | July SWR Bikes List (C-C 1060-61) |
| 43 | Electronic SWR for Cycle-Craft (H-D 0493) |
| 44 | Electronic SWR for Cycle-Craft (H-D 0501) |

| 45 | Electronic SWR for Boston Harley-Davidson (H-D 0487) |
|---|---|
| 46 A | Electronic SWR for Robert Misiano (H-D 1675) |
| 46 B | Cycle-Craft Dealer File for David Hamner including C-C 02496 |
| 47 A | Electronic SWR for James Jouve (H-D 1674) |
| 47 B | Cycle-Craft Dealer File for Robert Duff including C-C 02517 |
| 48 A | Electronic SWR for Robin Misiano (H-D 1672) |
| 48 B | Cycle-Craft Dealer File for Robert Romig including C-C 02609 |
| 49 A | Electronic SWR for Marisa Olivo (H-D 1673) |
| 49 B | Cycle-Craft Dealer File for Louis Nardone including C-C 02562 |
| 50 A | Electronic SWR for Howard Cook (H-D 1671) |
| 50 B | Cycle-Craft Dealer File for Scott Desalvo including C-C 02628 |
| 51 A | Electronic SWR for Andre Silva (HD 1670) |
| 51 B | Cycle-Craft Dealer File for Theodore Shomos including C-C 02668 |
| 52 A | Electronic SWR for Sheila Firth (H-D 1668) |
| 52 B | Cycle-Craft Dealer File for John Holbrook including C-C 02581 |
| 53 | Electronic SWR for Florida resident (H-D 0217) |
| 54 | Electronic SWR for Florida resident (H-D 0218) |
| 55 | Electronic SWR for Florida resident (H-D 0219) |
| 56 | Electronic SWR for Florida resident (H-D 0220) |
| 57 | Electronic SWR for Florida resident (H-D 0221) |
| 58 | Electronic SWR for Florida resident (H-D 0222) |
| 59 | Electronic SWR for Florida resident (H-D 0223) |
| 60 | Electronic SWR for Florida resident (H-D 0224) |
| 61 | Electronic SWR for Florida resident (H-D 0225) |
| 62 | Electronic SWR for Florida resident (H-D 0226) |
| 63 | Electronic SWR for Florida resident (H-D 0227) |
| 64 | Electronic SWR for Florida resident (H-D 0228) |
| 65 | Electronic SWR for Florida resident (H-D 0229) |
| 66 | Electronic SWR for Florida resident (H-D 0230) |
| 67 | Electronic SWR for Florida resident (H-D 0231) |
| 68 | Electronic SWR for Florida resident (H-D 0232) |

| 69 | Electronic SWR for Florida resident (H-D 0233) |
| --- | --- |
| 70 | Electronic SWR for Florida resident (H-D 0234) |
| 71 | Electronic SWR for Florida resident (H-D 0235) |
| 72 | Cycle-Craft Sales Log (C-C 02808-2898) (Buchbaum Dep. Ex. No. 17) |
| 73 | Telephone Invoices (Buchbaum Dep. Ex. No. 18) |
| 74 | Declaration of David Brierton attaching Offense Incident Report |
| 75 | Fax to Ron B. (Walsh Dep. Ex. 6) |
| 76 | Fax to Ron B. (Walsh Dep. Ex. 7) |
| 77 | Fax to Sean Walsh (Walsh Dep. Ex. No. 8) |
| 78 | Fax to Sean Walsh (Walsh Dep. Ex. No. 9) |
| 79 | Fax from Walsh to Stevens (Walsh Dep. Ex. 10) |
| 80 | Fax from Paulovich to Walsh (Walsh Dep. Ex. 12) |
| 81 | Lunsford Deposition Exhibits Nos. 3, 4, 8, 17 (pp. 46-48), 20, and 21 |
| 82 | Electronic SWR for NH resident (H-D 0160) |
| 83 | Electronic SWR for NH resident (H-D 0161) |
| 84 | Electronic SWR for NH resident (H-D 0162) |
| 85 | Electronic SWR for NH resident (H-D 0163) |
| 86 | Electronic SWR for NH resident (H-D 0164) |
| 87 | Electronic SWR for NH resident (H-D 0165) |
| 88 | Electronic SWR for NH resident (H-D 0166) |
| 89 | Electronic SWR for NH resident (H-D 0167) |
| 90 | Deal Jackets for NH Sales (McPhee Dep. Exs. 3-10) |
| 91 | Christensen Deposition Exhibits Nos. 2, 3, 5 and 8 |
| 92 | Lee Custom Cycle Web Site Material (H-D 0095-96) |