UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC. d/b/a<br>BOSTON HARLEY-DAVIDSON/BUELL<br>          Plaintiff,<br><br>     v.<br><br>HARLEY-DAVIDSON MOTOR CO., INC.<br>AND BUELL DISTRIBUTION CO., LLC<br>          Defendants | Civil Action No.  04-11402-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Samantha L. Schreiber in the above-captioned matter as

one of the counsel for plaintiff Cycle-Craft Co., Inc.


Dated:  April 28, 2006                                    Respectfully submitted,

                                                          CYCLE-CRAFT CO., INC.

                                                          By its attorneys,


                                                           /s/ Samantha L. Schreiber_____
                                                          James C. Rehnquist (BBO # 552602)
                                                          Samantha L. Schreiber (BBO # 640058)
                                                          Christopher C. Nee (BBO # 651472)
                                                          GOODWIN PROCTER LLP
                                                          Exchange Place
                                                          Boston, MA 02109-2881
                                                          (617) 570-1000


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the
registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non registered participants on April 28, 2006.


                                                           /s/ Samantha L. Schreiber_____
                                                          Samantha L. Schreiber


LIBNY/4514930.1