## HARLEY-DAVIDSON

MOTORCYCLES   ACCESSORIES & APPAREL   EXPERIENCE   DEALERS   COMPANY

**GETTING STARTED**
**RIDER EDUCATION**
**SAFE RIDING**
**HARLEY OWNERS GROUP®**
  Members Only »
    Login
  Join Harley Owners Group
    About H.O.G.
    Mission
    Membership Types
    Join Now
  Membership Benefits
    What You Receive
    What You Can Earn
    What You Can Do
    What You Can Use
  Member Events
    What Are Events?
    Event Calendar
    How to Register
  Local Chapters
    What Are Chapters?
    Chapter Web Sites
    Chapter Locator
    Chapter Activities
**SALUTE TO VETERANS**
**WOMEN & MOTORCYCLING**

### YOUR NEW FRIENDS ARE WAITING FOR YOU



Harley-Davidson® established the Harley Owners Group® in 1983 in response to a growing desire by Harley® riders for an organized way to share their passion and show their pride. By 1985, 49 local chapters had sprouted around the country, with a total membership of 60,000.

Rapid growth continued into the 1990s, and in 1991 H.O.G.® officially went international, with the first official European H.O.G. Rally in Cheltenham, England. Worldwide membership numbered 151,600, with 685 local chapters.

As the '90s continued, H.O.G. hysteria spread into Asia, including new chapters in Singapore and Kuala Lumpur, Malaysia. By 1999, worldwide membership had hit the half-million mark, and the number of local chapters totaled 1,157. Today, nearly a million members make H.O.G. the largest factory-sponsored motorcycle organization in the world, and it shows absolutely no signs of slowing down.

What does the future hold? No one can say for sure, but from here the road ahead looks long, wide open, winding, and scenic – with lots of new friends to make along the way. So why not join H.O.G. now and come explore it with us? We promise you'll enjoy the ride.

Site Map | Legal Notice | Privacy Policy - updated 3/2/2006 | We Care About You | H-D Careers
© 2001-2006 H-D. All rights reserved.