

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

***BOSTON CHAPTER OF HARLEY OWNERS GROUP INC.* Summary Screen**

Help with this form

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Nonprofit Corporation: | BOSTON CHAPTER OF HARLEY OWNERS GROUP INC. |
| Entity Type: | Nonprofit Corporation |
| Identification Number: | 000532015 |
| Old Federal Employer Identification Number (Old FEIN): | 000000000 |
| Date of Organization in Massachusetts: | 03/28/1996 |
| Current Fiscal Month / Day:  / | Previous Fiscal Month / Day: 12 / 31 |

**The location of its principal office in Massachusetts:**
No. and Street: 1760 REVERE BEACH PKWY.
City or Town: EVERETT     State: MA   Zip: 02149   Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:     State:     Zip:     Country:

**The name and address of the Resident Agent:**
Name:
No. and Street:
City or Town:     State:     Zip:     Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | STEVE DEOSSIA | 191 TURNPIKE ST.<br>CANTON, MA 02021 USA | NONE |
| TREASURER | TOM CASH | 4 HOWARD ST.<br>LYNN, MA 01902 USA | NONE |
| CLERK | LINDA PERKINS | 564 E. 7TH ST. | NONE |

| | | SO. BOSTON, MA 02127 USA | |
|---|---|---|---|
| DIRECTOR | SAME THREE ABOVE | SAME<br>SAME, MA 02127 USA | NONE |

__ Consent        __ Manufacturer      __ Confidential Data     __ Does Not Require Annual Report
__ Partnership    __ Resident Agent    __ For Profit            __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
```

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

[?] Help