UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>                 Plaintiff,<br><br>                 v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.,<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>                 Defendants. | Civil Action<br>No. 04 11402 NMG |

**CYCLE-CRAFT'S MOTION IN LIMINE NO. 2
RE: GROUNDS NOT CITED IN NOTICE OF TERMINATION**

Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft"), by its counsel, hereby moves this Court for an order precluding the Harley-Davidson Motor Company, Inc. ("Harley-Davidson") from introducing at trial evidence not cited in its Notice of Termination Dealer Contract Letter, dated April 20, 2004, in an attempt to prove that the termination of Cycle-Craft's Dealer Contract was for "good cause."

In support hereof, Cycle-Craft submits the accompanying Memorandum of Law in Support of Motion in Limine No. 2 Re: Grounds Not Cited in Notice of Termination.

LIBA/1691631.2

        Respectfully submitted,

        CYCLE-CRAFT CO., INC.

        By its attorneys,

           /s/ James C. Rehnquist
        James C. Rehnquist (BBO# 552602)
        Christopher C. Nee (BBO# 651472)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109
        (617) 570-1000

April 28, 2006

## LOCAL RULE 7.1A(2) CERTIFICATION AND CERTIFICATE OF SERVICE

    I certify pursuant to Local Rule 7.1(A)(2) that the moving party attempted to confer in good faith with opposing counsel on the matter set forth herein and that opposing counsel has not granted its consent to this motion.

    I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2006.

Dated:  April 28, 2006                          /s/ Christopher C. Nee