UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
CYCLE-CRAFT CO., INC.                       )
d/b/a BOSTON HARLEY-DAVIDSON/BUELL,         )
                                            )
                        Plaintiff,          )
                                            )   Civil Action
              v.                            )   No. 04 11402 NMG
                                            )
HARLEY-DAVIDSON MOTOR COMPANY, INC.,        )
and BUELL DISTRIBUTION COMPANY, LLC,        )
                                            )
                        Defendants.         )
_____)

**CYCLE-CRAFT'S MOTION IN LIMINE NO. 4
RE: TESTIMONY ON BASIS FOR TERMINATION**

Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft"), by its counsel, hereby moves this Court for an order precluding employees of the Harley-Davidson Motor Company, Inc. ("Harley-Davidson") from testifying about the basis for the termination of Cycle-Craft's franchise agreement based on their previous assertion of the attorney-client privilege.

In support hereof, Cycle-Craft submits the accompanying Memorandum of Law in Support of Motion in Limine No. 4 Re: Testimony on Basis for Termination.

LIBA/1691399.2

Respectfully submitted,

CYCLE-CRAFT CO., INC.

By its attorneys,


   /s/ James C. Rehnquist
James C. Rehnquist (BBO# 552602)
Christopher C. Nee (BBO# 651472)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

April 28, 2006

### LOCAL RULE 7.1A(2) CERTIFICATION AND CERTIFICATE OF SERVICE

    I certify pursuant to Local Rule 7.1(A)(2) that the moving party attempted to confer in good faith with opposing counsel on the matter set forth herein and that opposing counsel has not granted its consent to this motion.

    I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2006.

Dated:  April 28, 2006                    /s/ Christopher C. Nee