# EXHIBIT A

VOLUME:     I
PAGES:      1-253
EXHIBITS:   See Index

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CYCLE-CRAFT CO., INC., | x | |
| d/b/a BOSTON | x | |
| HARLEY-DAVIDSON/BUELL, | x | |
| Plaintiff | x | |
| | x | CASE NO. |
| vs. | x | 04 11402 NMG |
| | x | |
| HARLEY-DAVIDSON MOTOR | x | |
| COMPANY, INC., and BUELL | x | |
| DISTRIBUTION COMPANY, LLC, | x | |
| Defendants | x | |

DEPOSITION of JOHN ATWOOD, taken
pursuant to the applicable provisions of the
Federal Rules of Civil Procedure, before
Jill Kourafas, Certified Shorthand Reporter
and Notary Public in and for the
Commonwealth of Massachusetts held at the
Law Offices of Bingham McCutchen,
150 Federal Street, Boston, Massachusetts,
on June 7, 2005, commencing at 9:04 a.m.

REPORTERS, INC.
GENERAL & TECHNICAL COURT REPORTING
23 MERRYMOUNT ROAD, QUINCY, MA 02169
617.786.7783/FACSIMILE 617.786.7723

1 Q. You said that you made your people aware of

2   the Non-Retail Policy beginning back in

3   around 1988, did you make Ron Buchbaum

4   aware of the policy when he started as

5   general manager for the dealership?

6 A. No.

7 Q. Did you -- why didn't you?

8 A. Because he had worked at two previous

9   Harley-Davidson dealerships and he was an

10   intelligent person that I would've assumed

11   that he had known what those retail --

12   Non-Retail Sales Policies were.

13 Q. When Ron Buchbaum was hired, did you give

14   him responsibility for running the

15   day-to-day operations of the dealership?

16 A. Yes.

17 Q. And did his responsibilities include

18   preserving and maintaining your company's

19   relationship with Harley-Davidson?

20     MR. REHNQUIST:  Object to the form.

21 A. Yes.

22 Q. Did you tell him that?

23     MR. REHNQUIST:  Object to the form.

24 A. Tell him it was his responsibility?

1    Q.    Did he tell you that he had two convictions

2          down in Texas?

3    A.    Yes.  See, that was the good part.  I didn't

4          have to ask him.  He just told me.

5    Q.    Did he tell you that the convictions were

6          for insurance fraud and bankruptcy fraud or

7          words to that effect?

8    A.    Words to that effect.

9    Q.    Did he tell you that he had been charged

10         with a crime in Michigan?

11   A.    Yes.

12   Q.    And tell me what he told you about that.

13   A.    Well, basically, that he had a problem with

14         the owner of Motown -- I think his name is

15         DeMattia -- and there were some allegations

16         made against him that were untrue,

17         embezzlement.

18   Q.    That is, Mr. Buchbaum was charged with

19         embezzlement?

20   A.    I don't know what the exact charge was, but

21         it had to do with embezzling money.

22   Q.    All right.  And as I understand your

23         testimony --

24   A.    As far as I understand.