# EXHIBIT B

Case 1:04-cv-11402-NMG    Document 86-3    Filed 05/05/2006    Page 1 of 3



# JULY SWR BIKES

10/20 1. FLHTC-I 03 1HD1FFW103Y638193 Ron Buchbaum (Robert ✓ Tindle 08/07/03)

2. FLHTCU-I 03 1HD1FCW463Y630589 Boston Harley Davidson

10/20 3. FLTR-I 03 1HD1FSW143Y638979 Jarred Buchbaum (EDWIN ✓✓ VELASQUEZ 8/2/03)

10/14 4. FLSTC 03 1HD1BJY183Y052286 Joe Giordano (JOHN A. No COLLERAN 8/5/03)

10/14 5. FLSTC-I 03 1HD1BWB183Y107390 Mike Bloom (Joann No Stanwood 8/1/03)

10/24 6. FLSTF 03 1HD1BMY473Y085436 Matt Bloom (MARK CONNELLY ✓ 8/14/03)

10/24 7. FLSTF 03 1HD1BMY153Y105320 Bobby Misiano (DAVID ✓ HAMNER 8/12/03

11/11 8. FXD 03 1HD1GHV193K310865 James Jouve (Robert Duff 8/12/03)

11/11 9. FXDL 03 1HD1GDV443K314311 Daniel Sica (STEPHEN KENNY 9/17/03)

11/29 10. FXDWG 03 1HD1GEV183K318650 Robin Misiano (ROBERT ROMIG 9/20/03)

11/29 11. FXDWG 03 1HD1GEV193K330502 Marisa Olivo (LOUIS NARDONE 8/21/03)

11/29 12. FXST 03 1HD1BHY143Y099680 John Sica (Robert Richards 8/16/03)

C-C 01060
CONFIDENTIAL

1/7/04 13. FXSTB 03 1HD1BTY1X3Y091568 Howie Cook (SCOTT DESALVO 08/18/03)

1/7/04 14. FXSTD 03 1HD1BSY123Y105487 Sal Giordano (Michael Botelho 8/9/03)

1/7 15. FLSTSI 03 1HD1BYB493Y097183 Rod Granese (Jason Blodgette 8/12/03)

1/22 16. VRSCA 03 1HD1HAZ423k849398 (THEODORE SHOMOS 8/21/03)

1/22 17. VRSCA 03 1HD1HAZ133K848962 Elaine Bloom (RAFFLE T. MULVEY 8/22/03)

1/22 18. VRSCA 03 1HD1HAZ113K842917 Lissa Bloom (JORGE ORELLANA 8/2/03)

2/2 19. VRSCA 03 1HD1HAZ403K842594 Jamie McGrath (VINNIE FIAMMA 1/13/04)

2/2 20. VRSCA 03 1HD1HAZ113K839405 Sean Walsh (PAUL KALINSOKI 08/07/03)

2/2 21. VRSCA 03 1HD1HAZ183K843207 Sheila Firth (John Holbrook 8/05/03)

22. XL 1200c 03 1HD1CGP413K431340 Boston Harley Davidson

23. XB9R 03 4MZAX12J033400134 Boston Harley Davidson

24. Switch sw for T Mulvey Raffle

C-C 01061
CONFIDENTIAL