UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

### DEFENDANTS' SUPPLEMENTAL PRE-TRIAL DISCLOSURES

Pursuant to Local Rule 16.5, Fed. R. Civ. P. 26(a)(3), and the Court's April 6, 2006 Procedural Order, defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC (collectively, "Harley-Davidson") hereby make the following supplement to the disclosures that were previously filed on April 5, 2006.

A.   Witnesses.  Harley-Davidson reserves its right to supplement and amend this list, and to call rebuttal witnesses who may not be listed below and to call witnesses identified by the plaintiff. Harley-Davidson also reserves the right to use the deposition testimony of any witness who fails to appear at trial to testify or who is otherwise unavailable.

   1.   Fact Witnesses

Jon Robert Flickinger
Harley-Davidson Motor Company, Inc.
Milwaukee, WI 53208

Steven R. Verduyn
Harley-Davidson Motor Company, Inc.
Milwaukee, WI 53208

Sean Walsh
60 Essex Street
Salem, MA

Jason Marasca
25 Pittman Street
Methuen, MA

Jamie E. McGrath
62 Clifton Avenue
Saugus, MA 01906

Jeffrey Christensen
6 Durgan Lane
Lee, NH

Wayne Hathaway
Kelly's Harley-Davidson
North Billerica, MA 01862

Barry Eisenberg
Cycles 128
107 Brimbal Avenue
Beverly, MA

Gene Ostrom
Harley-Davidson Motor Co.
Milwaukee, WI

Dianne Bolden
Harley-Davidson Motor Co.
Milwaukee, WI

Michael Malicki
Harley-Davidson Motor Co.
Milwaukee, WI

Scott Manley
Harley-Davidson Motor Co.
Milwaukee, WI

William Holaday
Harley-Davidson Motor Co.
Milwaukee, WI

Terry Payne
Harley-Davidson Motor Co.
Milwaukee, WI

Harry Nichols
Harley-Davidson Motor Co.
Milwaukee, WI

Al Contois
9 Chestnut Way
Stratham, NH

Ronald Buchbaum
No. 7 Cape Ann Circle
Ipswich, MA

Kenneth McPhee
19 Temple Drive
Methuen, MA

Michael Bloom
4 Pocahontas Drive
West Peabody, MA 01960

John Atwood
361 Charles Street
Reading, MA

Karen Atwood
10 Blueberry Way
Peabody, MA

Stephen Vesey
13 Birch Hill Road
Danvers, MA

2.   Expert Witness

Robert C. Murphy
266 Cabot Street
Beverly, MA 01915

B.   Witnesses to be presented by deposition. Harley-Davidson expects to present the following individuals as trial witnesses by video deposition testimony or by reading their deposition testimony at trial. The specific designations that Harley-Davidson intends to present at trial are listed below. In addition to the listed witnesses, Harley-Davidson reserves the right to use the deposition testimony of any witness who fails to appear at trial or who is otherwise

unavailable and/or if the parties agree to use deposition testimony in lieu of live testimony. Harley-Davidson reserves the right to supplement or amend these designations.

    1.    <u>Debra Lunsford</u>

Page 5, Line 14 to Page 12, Line 17;

Page 14, Line 5 to Page 15, Line 14;

Page 24, Line 3 to Page 39, Line 25;

Page 46, Lines 6-12;

Page 47, Lines 21-24;

Page 51, Line 7 to Page 52, Line 11;

Page 54, Line 24 to Page 55, Line 9;

Page 56, Line 16 to Page 62, Line 9;

Page 92, Line 18 to Page 93, Line 6;

Page 93, Line 12 to Page 94, Line 13;

Page 96, Lines 3 to 24;

Page 112, Line 9 to Page 116, Line 8;

Page 116, Line 22 to Page 118, Line 25;

Page 119, Line 14 to Page 120, Line 23;

Page 163, Line 4 to Page 164, Line 5;

Page 165, Line 12 to Page 166, Line 23;

Page 181, Lines 4 to 24; and

Page 183, Line 19 to Page 185, Line 1.

    2.    <u>Michael Stevens</u>

Page 5, Lines 15-19;

Page 6, Line 19 to Page 37, Line 16; and

Page 60, Line 1-11.

    3.    <u>Michael Bloom</u>

Page 5, Lines 11-23;

  Page 7, Lines 6-10;

  Page 12, Line 13 to Page 14, Line 24;

  Page 15, Line 15 to Page 16, Line 2;

  Page 16, Line 10 to Page 17, Line 15;

  Page 21, Line 21 to Page 22, Line 1;

  Page 23, Lines 3-11; and

  Page 26, Lines 4-16.

  C. <u>Exhibits</u>. A list of documents and other exhibits that Harley-Davidson plans to offer into evidence is attached hereto as <u>Exhibit A</u>. Harley-Davidson reserves the right to offer rebuttal exhibits that are not identified on the attached list. Harley-Davidson reserves the right to object to any listed exhibits if offered by the plaintiff, and reserves its right to offer excerpts, enlargements or summaries of any listed exhibits.

            **Harley-Davidson Motor Co., Inc.,**
            **and Buell Distribution Co., LLC**

            By their attorneys,


            /s/ William F. Benson
            William N. Berkowitz, BBO# 544148
            William F. Benson, BBO# 646808
            BINGHAM MCCUTCHEN LLP
            150 Federal Street
            Boston, MA 02110
            Ph: (617) 951-8000
Dated: May 5, 2006       Fx: (617) 951-8736

LITDOCS/639166.1