# EXHIBIT A

# HARLEY-DAVIDSON MOTOR CORPORATION

## **DEFENDANTS' STIPULATED-TO EXHIBITS**

| NUMBER | DESCRIPTION |
|---|---|
| 12 | Dealer Agreement Between Buell and Cycle-Craft (Atwood Dep. Ex. 2) |
| 13 | Buell Contract Extension (Atwood Dep. Ex. 2A) |
| 14 | August 18, 2005 Letter from Ron Buchbaum re: voluntary termination of Buell Contract |
| 15 | August 26, 2005 email from Ron Buchbaum re: voluntary termination |
| 16 | November 30, 2000 Memo from Flickinger to All Dealers (H-D 20003-04) |
| 17 | Verduyn Audit Report (H-D 20000 to 20002) |
| 18 | Verduyn Audit File (Verduyn Dep. Ex. 27) |
| 19 | Electronic SWR for Jarred Buchbaum (H-D 01) |
| 20 | Cycle-Craft Dealer File for Edwin Velasquez (C-C 00168-208) |
| 21 | Electronic SWR for Mike Bloom (H-D 0448) |
| 22 | Cycle-Craft Dealer File for Joann Stanwood (C-C 00209-225) |
| 23 | Electronic SWR for Roderick Granese (H-D 1664) |
| 24 | Cycle-Craft Dealer File for Jason Blodgett (C-C 00226-255) |
| 25 | Electronic SWR for Giordano Salvatore (H-D 1663) |
| 26 | Cycle-Craft Dealer File for Michael Botelho (C-C 00256-285) |
| 27 | Electronic SWR for Lissa Bloom (H-D 1659) |
| 28 | Cycle-Craft Dealer File for Jorge Orellana (C-C 00133-167) |
| 29 | Electronic SWR for Matthew Bloom (H-D 1658) |
| 30 | Cycle-Craft Dealer File for Mark Connelly (C-C 00286-325) |
| 31 | Electronic SWR for Joe Giordano (H-D 0482) |
| 32 | Cycle-Craft Dealer File for Deborah Colleran (C-C 00327-337) |
| 33 | Electronic SWR for Sean Walsh (H-D 0443) |
| 34 | Cycle-Craft Dealer File for Paul Kalinoski (C-C 00097-119) |
| 35 | Electronic SWR for Ron Buchbaum (H-D 02) |
| 36 | Cycle-Craft Dealer File for Robert Tindle, Jr. (C-C 00338-355) |
| 37 | Electronic SWR for John Sica (H-D 1661) |
| 38 | Cycle-Craft Dealer File for Robert Richards (C-C 00356-00382) |
| 39 | Electronic SWR for Daniel Sica (H-D 1660) |

| 40 | Cycle-Craft Dealer File for Stephen Kenney (C-C 00073-95) |
|---|---|
| 41 | Electronic SWR for Jamie McGrath (H-D 1662) |
| 42 | Cycle-Craft Dealer File for Vincent Fiamma (C-C 00038-71) |
| 43 | Electronic SWR for Elaine Bloom (H-D 1665) |
| 44 | Cycle-Craft Dealer File for Thomas Mulvey (C-C 00384-414) |
| 45 | Electronic SWR for Cycle-Craft (H-D 0493) |
| 46 | Electronic SWR for Cycle-Craft (H-D 0501) |
| 47 | Electronic SWR for Boston Harley-Davidson (H-D 0487) |
| 48 | Electronic SWR for Florida resident (H-D 0217) |
| 49 | Electronic SWR for Florida resident (H-D 0218) |
| 50 | Electronic SWR for Florida resident (H-D 0219) |
| 51 | Electronic SWR for Florida resident (H-D 0220) |
| 52 | Electronic SWR for Florida resident (H-D 0221) |
| 53 | Electronic SWR for Florida resident (H-D 0222) |
| 54 | Electronic SWR for Florida resident (H-D 0223) |
| 55 | Electronic SWR for Florida resident (H-D 0224) |
| 56 | Electronic SWR for Florida resident (H-D 0225) |
| 57 | Electronic SWR for Florida resident (H-D 0226) |
| 58 | Electronic SWR for Florida resident (H-D 0227) |
| 59 | Electronic SWR for Florida resident (H-D 0228) |
| 60 | Electronic SWR for Florida resident (H-D 0229) |
| 61 | Electronic SWR for Florida resident (H-D 0230) |
| 62 | Electronic SWR for Florida resident (H-D 0231) |
| 63 | Electronic SWR for Florida resident (H-D 0232) |
| 64 | Electronic SWR for Florida resident (H-D 0233) |
| 65 | Electronic SWR for Florida resident (H-D 0234) |
| 66 | Electronic SWR for Florida resident (H-D 0235) |
| 67 | Fax to Ron B. (Walsh Dep. Ex. 6) |
| 68 | Fax to Ron B. (Walsh Dep. Ex. 7) |
| 69 | Fax to Sean Walsh (Walsh Dep. Ex. No. 8) |
| 70 | Fax to Sean Walsh (Walsh Dep. Ex. No. 9) |
| 71 | Fax from Walsh to Stevens (Walsh Dep. Ex. 10) |
| 72 | Fax from Paulovich to Walsh (Walsh Dep. Ex. 12) |

| 73 | Electronic SWR for NH resident (H-D 0160) |
|---|---|
| 74 | Electronic SWR for NH resident (H-D 0161) |
| 75 | Electronic SWR for NH resident (H-D 0162) |
| 76 | Electronic SWR for NH resident (H-D 0163) |
| 77 | Electronic SWR for NH resident (H-D 0164) |
| 78 | Electronic SWR for NH resident (H-D 0165) |
| 79 | Electronic SWR for NH resident (H-D 0166) |
| 80 | Electronic SWR for NH resident (H-D 0167) |
| 81 | Deal Jacket for NH Sale (McPhee Dep. Ex. 3) |
| 82 | Deal Jacket for NH Sale (McPhee Dep. Ex. 4) |
| 83 | Deal Jacket for NH Sale (McPhee Dep. Ex. 5) |
| 84 | Deal Jacket for NH Sale (McPhee Dep. Ex. 6) |
| 85 | Deal Jacket for NH Sale (McPhee Dep. Ex. 7) |
| 86 | Deal Jacket for NH Sale (McPhee Dep. Ex. 8) |
| 87 | Deal Jacket for NH Sale (McPhee Dep. Ex. 9) |
| 88 | Deal Jacket for NH Sale (McPhee Dep. Ex. 10) |

# HARLEY-DAVIDSON MOTOR CORPORATION

## DEFENDANTS' OBJECTED-TO EXHIBITS

| NUMBER | DESCRIPTION |
| --- | --- |
| VVV | December 18, 1996 SWR Agreement (H-D 1657) |
| WWW | July 1, 2002 Memo to All Dealers re: 2003 Model Year (H-D 21773-91) |
| XXX | Warranty Manual Excerpts (H-D 1650-51) |
| YYY | NRSP for the model years 2000 to 2004 |
| ZZZ | March 6, 2003 Email from Verduyn to Kevin Dacey (H-D 1817) |
| AAAA | March 7, 2003 Email from Dacey to Verduyn (H-D 1818) |
| BBBB | April 4, 2003 Email from Malicki to Verduyn (H-D 1832-34) |
| CCCC | June 20, 2003 Email from Verduyn to Dodson (H-D 1844) |
| DDDD | Letter from Vesey to Buchbaum (Buchbaum Dep. Ex. No. 6) |
| EEEE | Buchbaum Employment Agreement (Buchbaum Dep. Ex. No. 4) |
| FFFF | Customer Survey Response (Buchbaum Dep. Ex. No. 13) |
| GGGG | SWR Guide |
| HHHH | Blank Hard Copy SWR |
| IIII | July 1, 2004 Email from Contois to Verduyn (H-D 12038-39) |
| JJJJ | Financial Statements and Tax Returns for Cycle-Craft |
| KKKK | July SWR Bikes List (C-C 1060-61) |
| LLLL | Electronic SWR for Robert Misiano (H-D 1675) |
| MMMM | Cycle-Craft Dealer File for David Hamner (C-C 02488-2506) |
| NNNN | Electronic SWR for James Jouve (H-D 1674) |
| OOOO | Cycle-Craft Dealer File for Robert Duff (C-C 02507-2526) |
| PPPP | Electronic SWR for Robin Misiano (H-D 1672) |
| QQQQ | Cycle-Craft Dealer File for Robert Romig (C-C 02591-2603) |
| RRRR | Electronic SWR for Marisa Olivo (H-D 1673) |
| SSSS | Cycle-Craft Dealer File for Louis Nardone (C-C 2527-2571) |
| TTTT | Electronic SWR for Howard Cook (H-D 1671) |
| UUUU | Cycle-Craft Dealer File for Scott Desalvo (C-C 02636-2615) |

| | |
|---|---|
| VVVV | Electronic SWR for Andre Silva (HD 1670) |
| WWWW | Cycle-Craft Dealer File for Theodore Shomos (C-C 02668-2678) |
| XXXX | Electronic SWR for Sheila Firth (H-D 1668) |
| YYYY | Cycle-Craft Dealer File for John Holbrook (C-C 02581-2590) |
| ZZZZ | Cycle-Craft Sales Log (C-C 02808-2898) (Buchbaum Dep. Ex. No. 17) |
| AAAAA | Telephone Invoices (Buchbaum Dep. Ex. No. 18) |
| BBBBB | Summary of Telephone Calls |
| CCCCC | Declaration of David Brierton attaching Offense Incident Report |
| DDDDD | Lunsford Deposition Exhibit No. 3 |
| EEEEE | Lunsford Deposition Exhibit No. 8 |
| FFFFF | Lunsford Deposition Exhibit No. 17 (pp. 46-48) |
| GGGGG | Lunsford Deposition Exhibit No. 20 |
| HHHHH | Lunsford Deposition Exhibit No. 21 |
| IIIII | Christensen Deposition Exhibit No. 2 |
| JJJJJ | Christensen Deposition Exhibit No. 3 |
| KKKKK | Christensen Deposition Exhibit No. 8 |
| LLLLL | Lee Custom Cycle Web Site Material (H-D 0095-96) |
| MMMMM | Marasca Evaluations (C-C 2457-2471) |