# EXHIBIT A

HARLEY-DAVIDSON USA
MOTORCYCLES
ACCESSORIES & APPAREL
EXPERIENCE
RIDERS
DEALERS
COMPANY
DETOUR
GETTING STARTED
RIDER EDUCATION
SAFE RIDING
HARLEY OWNERS GROUP®
Members Only
Login
Join Harley Owners Group
About H.O.G.
Mission
Membership Types
Join Now
Membership Benefits
What You Receive
What You Can Earn
What You Can Do
What You Can Use
Member Events
What Are Events?
Event Calendar
How to Register
Local Chapters
What Are Chapters?
Chapter Web Sites
Chapter Locator
Chapter Activities
SALUTE TO VETERANS
WOMEN & MOTORCYCLING
EVERYTHING TO GAIN ...
Ever wonder how you'd look with leather decked out in H.O.G. pins and patches? Join H.O.G. and start your collection today.
HOME IS WHERE THE HOGS ARE.
JOIN A CHAPTER
More than simply an organization, a local chapter is a place where people who share your passion for Harley-Davidson® motorcycles can come together and ... well, share their passion for Harley-Davidson motorcycles. Every chapter, sponsored by a local dealership, has its own way of doing that, by meeting together, riding together, playing together – whatever the members decide is the best way to ride and have fun.
FIND A CHAPTER NEAR YOU
CHAPTER ACTIVITIES
OTHERWISE KNOWN AS FAMILY OUTINGS
© 2001-2006 H-D. All rights reserved. Site Map | Legal Notice | Privacy Policy | We Care About You | H-D Careers

