# EXHIBIT B

**129**

1  A.  Yes and no.
2  Q.  How "yes" and how "no"?
3  A.  It is a separate entity, but without
4      Cycle-Craft, it wouldn't be there.
5  Q.  Okay. And let me focus on the first half of
6      that.
7           When you say it's a separate
8      entity, do you know whether it's
9      incorporated?
10 A.  Actually, I think they did at one point.
11     They were trying to incorporate themselves
12     in a separate thing. I don't know whether
13     they ever went through with that, so I can't
14     answer you that honestly.
15 Q.  All right. As to --
16 A.  Harley Owners Groups and dealerships kind of
17     work hand and hand. You can't have a Harley
18     Owners Group club unless you're a dealer,
19     and each dealer can only have one Harley
20     Owners Group.
21 Q.  Is that something that Harley-Davidson
22     states, to your knowledge?
23 A.  Yes. And the dealership is also responsible
24     for the Harley Owners Group.

**130**

1  Q.  In what ways?
2  A.  Make sure that they're doing the right
3      thing, riding the straight and narrow and
4      that they're doing -- the purpose of the
5      club is to go out and have fun and be a
6      family-oriented group.
7  Q.  But the officers of the Boston Harley Owners
8      Group are not the officers of Cycle-Craft;
9      is that right?
10          MR. REHNQUIST: Object to the form.
11 A.  Sometimes they are and sometimes they
12     aren't.
13 Q.  Today are they?
14 A.  No.
15 Q.  And they are not always; is that correct?
16 A.  They aren't always. And other chapters
17     around the country -- of course, you know,
18     we're generalizing here, but other chapters
19     around the country have the owners as the
20     director and they'll have, you know,
21     employees be the officers on the board
22     and some clubs they don't do that at all.
23 Q.  How are the officers of the Boston Harley
24     Owners Group selected, to your knowledge?

**131**

1  A.  Well, there's two ways; either they are
2      appointed by the dealer principal or they're
3      elected by the group.
4  Q.  Okay. And what way is it for the Boston
5      Harley Owners Group?
6  A.  Both.
7  Q.  Okay.
8  A.  Depending upon what year.
9  Q.  Okay. Currently how are the officers for
10     the Boston Harley Owners Group selected?
11 A.  Appointed.
12 Q.  So, you have made appointments of the
13     officers?
14 A.  Yes.
15 Q.  And when did you start doing that?
16 A.  Last year.
17 Q.  Before last year, how were the officers
18     selected for --
19 A.  Elected.
20 Q.  Let me just finish the question.
21 A.  I'm sorry.
22 Q.  That's okay.
23          Before last year, how were the
24     officers for the Boston Harley Owners Group

**132**

1      selected?
2  A.  They were elected.
3  Q.  And for how long were they elected, that is,
4      for what period of years that you can
5      recall?
6  A.  Two.
7  Q.  And prior to that, did you appoint officers
8      of the Boston Harley Owners Group?
9  A.  Yes.
10 Q.  What is it that causes you, if anything, to
11     want to make the appointment versus having
12     an election?
13 A.  If I feel as though the candidates for the
14     election are dishonest or not.
15 Q.  Have there been times when an individual or
16     individuals that you believed to be
17     dishonest have been elected and you have
18     chosen to remove those individuals?
19 A.  Yes. I should say dishonest and people that
20     also don't follow the guidelines of the
21     Harley Owners Group.
22 Q.  So, there have been occasions where you've
23     had to step in and appoint your own
24     officers for those reasons you've just