# EXHIBIT C

# BostonHOG.com

Home | Officers | Calendar | Contact | Find Us | News Letter | Photo Gallery

Chapter Application PDF | Adult release Form PDF | Minor release Form PDF | | |The Hog Line:**617-387-9HOG**



Boston Chapter 1864
1760 Revere Beach Parkway Everett Ma 02149

### Map Location

The club house is located over top of the Boston Harley dealership, the entrance is on the side of the building in the main parking lot.



1760 Revere Beach Pkwy,
Everett, MA, 02149

Privacy Policy | Contact Us | Event Statement @2003-27304 all righ 07- 1 3 PM | Visitors Time

- Road Captains
- General Rules
- Road Captains Req.
- Group Riding
- Hand Signals
- Safety Tips
- Mileage Program
- Members Rides
- New Members



PDF Files may require you to update, or download
Get Adobe Reader


Members Only

Everett, MA
49°F
Light Drizzle
Get the 10 day forecast

Find Us

Links | Exchange | Not Forgotten