# EXHIBIT D



# RONALD McDONALD RUN

## 2001

PRESENTS TO

# HARLEY DAVIDSON
# BUELL OF BOSTON



FOR YOUR CONTINUED SUPPORT

OF BOSTON HARLEY OWNERS GROUP

AND THE 10th ANNUAL BENEFIT RUN



JULY 29, 2001

C-C 02144