UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC. <br> d/b/a BOSTON HARLEY-DAVIDSON/BUELL, <br><br> Plaintiff, <br><br> v. <br><br> HARLEY-DAVIDSON MOTOR COMPANY, INC. <br> and BUELL DISTRIBUTION COMPANY, LLC, <br><br> Defendants. | CIVIL ACTION <br> NO. 04 11402 NMG |

## NOTICE OF APPEARANCE

The undersigned, David M. Magee, hereby notices his appearance as counsel to the above-named defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC.

Respectfully submitted,

/s/ David M. Magee                    .
David M. Magee BBO# 652399
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

Dated: May 11, 2006

LITDOCS/640424.1

-2-

CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participating on May 11, 2006.

      /s/ David M. Magee      .
      David M. Magee BBO# 652399
      **BINGHAM McCUTCHEN LLP**
      150 Federal Street
      Boston, MA 02110
      Ph: (617) 951-8000
      Fx: (617) 951-8736