UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC. d/b/a BOSTON HARLEY-DAVIDSON/BUELL,  Plaintiff,  v.  HARLEY-DAVIDSON MOTOR COMPANY, INC. and BUELL DISTRIBUTION COMPANY, LLC,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) )  CIVIL ACTION NO. 04 11402 NMG |

## DEFENDANTS' OBJECTIONS TO CYCLE-CRAFT'S EXHIBITS AND DEPOSITION DESIGNATIONS

Pursuant to the Court's April 6, 2006 Procedural Order, Defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC (collectively, "Harley-Davidson"), hereby file their objections to the exhibits and deposition designations that plaintiff, Cycle-Craft Co., Inc. ("Cycle-Craft"), expects to present at trial.

## I.    HARLEY-DAVIDSON'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

Attached hereto at Exhibit A are Harley-Davidson's objections to the exhibits that Cycle-Craft intends to admit into evidence at trial.[1] Harley-Davidson reserves its right to supplement or amend these objections and to offer rebuttal exhibits at trial.

---

[1] Cycle-Craft has recently added exhibits that were not included on the list that it submitted to the Court. Harley-Davidson also objects to these exhibits on grounds of relevancy, foundation, and hearsay.

## II.  HARLEY-DAVIDSON'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

Listed below are Harley-Davidson's objections to the deposition designations that Cycle-Craft expects to present at trial.[2]  Harley-Davidson reserves its right to supplement or amend these objections or to make counter designations.

### 1.  Diane Bolden

| Page | Lines | Objection |
|------|-------|-----------|
| 22 | 2-5 | Incomplete Testimony (will withdraw objection if Page 21, Lines 18-25, and Page 22, Line 1 are added to designation |
| 27 | 23-25 | Incomplete Testimony (will withdraw objection if Page 29, Line 16-21 are added to designation) |
| 28 | 1-6 | Incomplete Testimony (will withdraw objection if Page 29, Line 16-21 are added to designation) |
| 33 | 10-22 | Incomplete Testimony (will withdraw objection if Page 29, Line 16-21 are added to designation) |
| 40 | 16-25 | Incomplete Testimony (will withdraw objection if Page 17, Lines 7-24 and Page 29, Line 16-21 are added to designation) |
| 41 | 1-25 | Incomplete Testimony (will withdraw objection if Page 17, Lines 7-24 and Page 29, Line 16-21 are added to designation) |

---

[2] Cycle-Craft has indicated that it will also offer counter-designations to the deposition designations offered by Harley-Davidson.  Once Cycle-Craft informs the Court of these counter designations, Harley-Davidson will provide the Court with its objections.

LITDOCS/638939.1

| Page | Lines | Objection |
|------|-------|-----------|
| 42 | 1-11 | Incomplete Testimony(will withdraw objection if Page 17, Lines 7-24 and Page 29, Line 16-21 are added to designation) |
| 55 | 16-23 | Incomplete Testimony (will withdraw objection if Page 17, Lines 7-24 and Page 55, Lines 5-15 are added to designation |
| 59 | 15-18 | Relevancy |
| 66 | 9-16 | Relevancy, Foundation, Opinion Testimony |

### 2.    Jon Flickinger (April 5, 2005)

| Page | Lines | Objection |
|------|-------|-----------|
| 102 | 3-21 | Incomplete Testimony (will withdraw objection if Page 100, Lines 8-25, Page 101, Lines 1-25, Page 102, Lines 1-2, 22-25, and Page 103, Lines 1-2 are added to designation) |
| 118 | 5-25 | Incomplete Testimony (will withdraw objection if Page 119, Lines 24-25 and Page 120, Lines 1-14 are added to designation) |
| 119 | 1-23 | Incomplete Testimony (will withdraw objection if Page 119, Lines 24-25 and Page 120, Lines 1-14 are added to designation) |

### 3.    Jon Flickinger (May 27, 2005)

| Page | Lines | Objection |
|------|-------|-----------|
| 60 | 10-15 | Relevancy |
| 64 | 4-25 | Relevancy, Incomplete |
| 65 | 1-14 | Relevancy, Incomplete |
| 68 | 1-20 | Relevancy |
| 107 | 24-25 | Relevancy Rule 408 |
| 108 | 1-25 | Relevancy Rule 408 |

LITDOCS/638939.1

| Page | Lines | Objection |
|---|---|---|
| 109 | 1-25 | Relevancy<br>Rule 408 |
| 110 | 1-24 | Relevancy<br>Rule 408 |

### 4.    William Holaday

| Page | Lines | Objection |
|---|---|---|
| 49 | 10-21 | Relevancy, Foundation, Hearsay |
| 50 | 21-25 | Relevancy, Foundation, Hearsay |
| 51 | 1-24 | Relevancy, Foundation, Hearsay |
| 61 | 10-22 | Relevancy, Foundation, Hearsay |

### 5.    Michael Malicki

| Page | Lines | Objection |
|---|---|---|
| 98 | 2-25 | Relevancy, Foundation, Opinion Testimony, Speculation |
| 99 | 1-25 | Relevancy, Foundation, Opinion Testimony, Speculation |
| 100 | 1-4 | Relevancy, Foundation, Opinion Testimony, Speculation |
| 103 | 21-25 | Relevancy |
| 104 | 1-25 | Relevancy |
| 105 | 1-7 | Relevancy |
| 113 | 5-25 | Relevancy |
| 114 | 1-13 | Relevancy |
| 126 | 13-17 | Foundation |
| 127 | 10-24 | Foundation, Argumentative |
| 128 | 6-12 | Foundation |
| 143 | 23-25 | No Testimony |
| 144 | 18-22 | No Testimony |
| 146 | 15-25 | Relevancy |

LITDOCS/638939.1

### 6.    Barry Nichols

| Page | Lines | Objection |
|------|-------|-----------|
| 45 | 22-25 | Relevancy |
| 46 | 11-19 | Relevancy |
| 63 | 15-25 | Relevancy |
| 64 | 1 | Relevancy |
| 71 | 23-25 | Relevancy |
| 72 | 1-5, 9-14 | Relevancy |

### 7.    Gene Ostrom

| Page | Lines | Objection |
|------|-------|-----------|
| 77 | 18-25 | No Testimony |
| 78 | 1-5 | No Testimony |

### 8.    Steven Verduyn (April 6, 2005)

| Page | Lines | Objection |
|------|-------|-----------|
| 44 | 10-15 | No Testimony |
| 54 | 10-13 | No Testimony |
| 56 | 5-9 | Relevancy, Foundation |
| 58 | 5-11 | Incomplete Testimony (will withdraw objection if Page 57, Lines 17-25 and Page 58, Lines 1-4 are added to designation) |
| 58 | 12-17 | Relevancy |
| 59 | 9-19 | Relevancy |
| 88 | 16-25 | Relevancy |
| 89 | 1-25 | Relevancy |
| 90 | 1-25 | Relevancy |
| 91 | 1-25 | Relevancy, Opinion Testimony |
| 92 | 1-18 | Relevancy, Opinion Testimony |
| 100 | 16-25 | Relevancy, Foundation |
| 101 | 1-17 | Relevancy, Foundation |
| 117 | 15-21 | Relevancy, Foundation |
| 128 | 6-22 | Hearsay, Incomplete Testimony |
| 146 | 1-25 | Relevancy, Foundation, Opinion Testimony |
| 147 | 1-25 | Relevancy, Foundation, Opinion Testimony |

LITDOCS/638939.1

| Page | Lines | Objection |
|------|-------|-----------|
| 148-160 | Entire Pages | Relevancy, Foundation, Argumentative, Opinion Testimony |
| 181 | 1-25 | Incomplete Testimony, No Testimony, Relevancy, Foundation |
| 183 | 1-25 | Incomplete Testimony, Relevancy, Foundation, Opinion Testimony |
| 184 | 1-12 | No Testimony, Relevancy, Foundation |

### 9.    Steven Verduyn (May 26, 2005)

| Page | Lines | Objection |
|------|-------|-----------|
| 273 | 2-6 | Relevancy |
| 282 | 2-25 | Relevancy |
| 283 | 1-23 | Relevancy |
| 325 | 2-25 | Relevancy |
| 326 | 1-22 | Relevancy |

Respectfully submitted by,

**Harley-Davidson Motor Co., Inc.,
and Buell Distribution Co., LLC**

By their attorneys,


          /s/ William F. Benson
William N. Berkowitz, BBO# 544148
William F. Benson, BBO# 646808
David M. Magee, BBO# 652399
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph:  (617) 951-8000
Fx:  (617) 951-8736

Dated:  May 12, 2006

LITDOCS/638939.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by electronic mail on May 12, 2006.


    /s/ William F. Benson
   William F. Benson

LITDOCS/638939.1