# EXHIBIT A

# **DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBITS**

| | | | | | |
|---|---|---|---|---|---|
| A | 06/12/04 | Video recording of the Cycle-Craft facility, recorded on Saturday June 12, 2004 | Atwood Declaration, Ex. 5 | | Hearsay, Relevancy, Foundation, Unduly Prejudicial |
| B | 03/07/03 | Letter from Gregory Holmes to Harry [Barry] Nichols re: Boston Harley Davidson | Plaintiff Summary Judgment Exhibit 33, Malicki 40 | H-D 0979 – 0980 | Hearsay, Relevancy, Foundation, |
| C | 2000-2003 | Cycle-Craft's Bar and Shield Scoresheets | Plaintiff Summary Judgment Exhibit 38 | H-D 0532, 0557, 0582, 0607 | Object to H-D 0532, Relevancy |
| D | 07/14/99 | Boston Globe article entitled "A Bumpy Ride to the Top Small Business Award Winners Take a Risk and Turn Contaminated Paint Factory Into a Roaring 'HOG' Dealership | Plaintiff Summary Judgment Exhibit 41-A | | Hearsay, Relevancy, Foundation |
| E | 04/19/98 | Boston Globe article entitled "Bank In Everett Is Branching Out" | Plaintiff Summary Judgment Exhibit 41-B | | Hearsay, Relevancy, Foundation |
| F | 1997 | Excerpt from Harley-Davidson, Inc.'s Annual Report | Plaintiff Summary Judgment Exhibit 41-C | | Relevancy |
| G | 07/31/00 | Boston Herald article entitled "Biker Benefit Ride Raises Cash for Kids With Cancer" | Plaintiff Summary Judgment Exhibit 41-E | | Hearsay, Relevancy, Foundation |
| H | 07/31/95 | Boston Globe article entitled "Motorcyclists Take to the Road to Help Charity Fund-Raiser Benefits House for Children With Cancer" | Plaintiff Summary Judgment Exhibit 41-F | | Hearsay, Relevancy, Foundation |
| I | 05/09/98 | Boston Herald article entitled "High on Hog at Everett Harley Dealership" | Plaintiff Summary Judgment Exhibit 41-G | | Hearsay, Relevancy, Foundation |
| J | 05/28/04 | Everett Advocate article entitled "Harley-Davidson 'pitches-in' to Cal Ripken Buddy Ball" | Plaintiff Summary Judgment Exhibit 41-H | | Hearsay, Relevancy, Foundation |

| | | | | | |
|---|---|---|---|---|---|
| K | 10/30/03 | Press Release entitled "Boston H.O.G. Chapter Donates Check to American Cancer Society" | Plaintiff Summary Judgment Exhibit 41-I | | Hearsay, Relevancy, Foundation |
| L | | Boston Harley-Davidson Vehicle Inventory for John Atwood's Motorcycles | Plaintiff Summary Judgment Exhibit 41-J | | Hearsay, Relevancy, Foundation |
| M | 05/01/04 | 2004 Boston Harley-Davison Mission Statement | Buchbaum 9 | C-C 2093-96 | Hearsay, Relevancy, Foundation |
| N | 03/20/02 | Memo from Nichols to Holaday re: Atwood SRL/ ARO/S possibilities | Holaday 60 | H-D 1501 | Hearsay, Relevancy, Foundation |
| O | 12/05/00 | Letter from Ostrom to Atwood re: specific VIN numbers | Holaday 61 | H-D 1077-87 | Relevancy |
| P | 02/04/03 | Letter from Nichols to Atwood re: Boston, MA Market Study | Malicki 39 | H-D 0982-86 | Hearsay, Relevancy, Foundation |
| Q | Various Dates | Documentation and awards received by Cycle-Craft/Boston Harley for charitable contributions and good performance | | C-C 00030-37, C-C 01959-2022, C-C 02143-72 02479-87 | Hearsay, Relevancy, Foundation, Unduly Prejudicial |
| R | 1990 | 1990 Annual Report of Harley-Davidson, Inc. | | | Relevancy |
| S | 1991 | 1991 Annual Report of Harley-Davidson, Inc. | | | Relevancy |
| T | 1996 | 1996 Annual Report of Harley-Davidson, Inc. | | | Relevancy |
| U | 1997 | 1997 Annual Report of Harley-Davidson, Inc. | | | Relevancy |
| V | 2002 | 2002 Annual Report of Harley-Davidson, Inc. | | | Relevancy |
| W | 2003 | 2003 Annual Report of Harley-Davidson, Inc. | | | Relevancy |
| X | 07/23/03 | Bills of Sale from the sales of motorcycles to Florida residents at issue in this dispute | Plaintiff Summary Judgment Exhibit 16, Lunsford 7, Stevens 3 | C-C 00698, 00729, 00827, 00682, 00901, 00747, 00867, 00784, 00771, 00641, 00626, 00802, 00854, 00669, 00894, 00836, 00596, 00608, 00713 | Hearsay, Foundation |

| | | | | | |
|---|---|---|---|---|---|
| Y | 07/25/03 | Sales and Warranty Registration forms ("SWRs") from the sales of motorcycles to Florida residents at issue in this dispute | Plaintiff Summary Judgment Exhibit 17, Lunsford 16, Stevens 2 | C-C 00590, 00610, 00629, 00651, 00662, 006884, 00696, 00721, 00732, 00749, 00773, 00788, 00807, 00817, 00835, 00853, 00872, 00893, 00903 | Hearsay, Foundation |
| Z | 07/28/03 | Copies of driver's licenses from the sales of motorcycles to Florida residents at issue in this dispute | Plaintiff Summary Judgment Exhibit 18, Lunsford 8, Stevens 6 | | Foundation |
| AA | Various dates | Copies of the Bills of Sales from the sales of motorcycles to New Hampshire residents at issue in this dispute | Plaintiff Summary Judgment Exhibit 22, Christensen 3 | C-C 00457, 00508, 00527, 00440, 00544, 00557, 00490, 00465 | Hearsay, Foundation |
| BB | Various dates | Copies of the Certificates of Origins from the sales of motorcycles to New Hampshire residents at issue in this dispute | Plaintiff Summary Judgment Exhibit 23, Christensen 4 | C-C 00459, 00455, 00511, 00506, 00520, 00525, 00434, 00436, 00543, 00538, 00555, 00564, 00491, 00486, 00467, 00471 | Hearsay, Foundation |
| CC | Various dates | Copies of driver's licenses from the sales of motorcycles to New Hampshire residents at issue in this dispute | Plaintiff Summary Judgment Exhibit 25, Christensen 6 | C-C 00522, 00507, 00442, 00545, 00558, 00492, 00466 | Foundation |
| DD | July 2003 | Dealer file for Joe Giordano | Buchbaum Dep. Ex. 1 | | Hearsay, Relevancy, Foundation |
| EE | July 2003 | Dealer File for Charles Potts | Buchbaum Dep. Ex. 2 | | Hearsay, Relevancy, Foundation |
| FF | 10/01/03 | Employee Warning Notice issued to Jason Marasca | Buchbaum 14 | C-C 02453 | Hearsay, Relevancy, Foundation |
| GG | 02/11/04 | Employee Warning Notice issued to Jason Marasca | Buchbaum 15 | C-C 02454 | Hearsay, Relevancy, Foundation |

| | | | | | |
|---|---|---|---|---|---|
| HH | 04/08/04 | Employee Warning Notice issued to Jason Marasca | Buchbaum 16 | C-C 02455 | Hearsay, Relevancy, Foundation |
| II | | Positive Customer Testimonials | | C-C 00001-15 | Hearsay, Relevancy, Foundation, Unduly Prejudicial |
| JJ | 12/22/04 | Opinion issued by the Court of Appeals of Wisconsin. Racine Harley-Davidson, Inc. v. State of Wisconsin, Division of Hearings and Appeals, Harley-Davidson Motor Company, Inc. (278 Wis.2d 508, 692 N.W.2d 670)) | | | Hearsay, Relevancy, Foundation, Not Evidence, Court will Instruct Jury on the Law |
| KK | | Massachusetts General Laws Part I, Title XV, Chapter 93B. Regulation of Business Practices Between Motor Vehicle Manufacturers Distributors and Dealers | | | Not Evidence, Foundation, Court will Instruct Jury on the Law |
| LL | | Harley-Davidson Dealer Market Areas by Zip Base Map. | Holaday 59 | H-D 1788 | Hearsay, Relevancy, Foundation |
| MM | 05/03/04 | E-mail from Contois to Buchbaum re: Five Year Business Plan | Malicki 46 | H-D 0978 | Hearsay, Relevancy, Foundation |
| NN | 05/90 | Study entitled "Analysis and Recommendations Concerning Export Sales" compiled by the Fontana Group, Inc. | Plaintiff Summary Judgment Exhibit 5, Flickinger 3 | H-D 1572 - 1588 | Hearsay, Relevancy, Foundation |
| OO | 05/21/92 | Harley-Davidson Non-Retail Policy/P & A Allocation Meeting Minutes | Plaintiff Summary Judgment Exhibit 6, Flickinger 8 | H-D 1606 - 1608 | Hearsay, Relevancy, Foundation |
| PP | 04/18/91 | Memorandum from Cimermanic to Harley-Davison employees re: "Non-Retail" Sales | Flickinger 5 | H-D 1592-95 | Hearsay, Relevancy, Foundation |
| QQ | 02/93 | Letter from Fink to Harley-Davidson dealers re: Non-Retail Sales | Flickinger 10 | H-D 1615-23 | Hearsay, Relevancy, Foundation |
| RR | 03/18/04 | Memorandum from Flickinger to Harley-Davidson dealers re: Sales of New Motorcycles in E-Commerce w/2004 Model Year Non-Retail Policy attached | Flickinger 12A | H-D 20013-15 | Relevancy |

LITDOCS/639083.2

| | | | | | |
|---|---|---|---|---|---|
| SS | 05/14/04 | Letter to William Berkowitz from Gregory Holmes | Verduyn 26 | | Hearsay, Relevancy, Foundation, Rule 408 |
| TT | 12/13/02 | E-mail from Bill Holaday to Mike Malicki, Gene Ostrom, CC to Barry Nichols and Joe Marcolina re: Boston Market Study | Plaintiff Summary Judgment Exhibit 34, Malicki 38 | H-D 1805 - 1806 | Hearsay, Relevancy, Foundation |
| UU | 04/25/02 | Correspondence to Gene Ostrom from Brian Kelly re: possible Beverly-Danvers locations | Ostrom 64 | H-D 20291-94 | Hearsay, Relevancy, Foundation |
| VV | 04/09/02 | B&L Client Advisory | Ostrom 65 | H-D 2094.1 | Hearsay, Relevancy, Foundation |
| WW | 06/20/02 | Letter from Brian Kelly to Mike Malicki re: Beverly-Danvers market area | Ostrom 66 | H-D 20295 | Hearsay, Relevancy, Foundation |
| XX | 08/30/04 | Letter from Brian Kelly to Mr. Evers re: possible Danvers location | Ostrom 67 | H-D 20296-97 | Hearsay, Relevancy, Foundation |
| YY | 01/11/05 | Letter from Thomas Wyand, North End Harley-Davidson, Inc., to Mike Malicki, Harley-Davidson Motor Company | Plaintiff Summary Judgment Exhibit 13 | H-D 11001 - 11002 | Hearsay, Relevancy, Foundation |
| ZZ | 07/28/03 | E-mail from Steve Verduyn to Mike Malicki and Al Contois re: SWR report needed | Plaintiff Summary Judgment Exhibit 35, Verduyn 14 | H-D 1852 – 1853 | Relevancy |
| AAA | 07/30/03 | E-mail to Tony Gray and Kathy Henson from Steve Verduyn re: 1864 (Boston HD) financial statement | Verduyn 15 | H-D 1854 | Relevancy |
| BBB | 02/02/04 | E-mail to Al Contois from Steve Verduyn re: Boston HD audit/Non-Retail Sales | Verduyn 21 | H-D 1910 | Relevancy |
| CCC | 04/27/04 | Termination letter to Tina Hargis re: Boston Harley-Davidson | Verduyn 77 | H-D 31010-11 | Hearsay, Relevancy, Foundation |
| DDD | 09/19/03 | Letter from Flickinger re: Bay City, MI investigation | Verduyn 78 | H-D 31008-09 | Hearsay, Relevancy, Foundation |
| EEE | 09/19/03 | Letter from Flickinger re: Bob Schultz dealer Investigation | Verduyn 79 | H-D 31006-07 | Hearsay, Relevancy, Foundation |
| FFF | 01/14/04 | Letter from Flickinger re: Schofield, WI investigation | Verduyn 80 | H-D 31003-05 | Hearsay, Relevancy, Foundation |

| Ex. No. | Date | Description | Deposition | Bates Range | Objection |
|---|---|---|---|---|---|
| GGG | 10/16/03 | Termination letter from Jon Flickinger to Santa Fe Harley-Davidson | Verduyn 81 | H-D 31000-02 | Hearsay, Relevancy, Foundation |
| HHH | 03/01/04 | Letter to Bruns indicating intent to audit dealership. | Verduyn 82 | H-D 20526-30 | Hearsay, Relevancy, Foundation |
| III | | Invoices from Harley-Davidson to McCasland Motorcycles | Verduyn 83 | H-D 20458-61 | Hearsay, Relevancy, Foundation |
| JJJ | Various Dates | Collection of audit letters sent from Harley-Davidson, Inc. to various dealers | Verduyn 84 | | Hearsay, Relevancy, Foundation |
| KKK | Various Dates | Series of letters sent from Harley-Davidson, Inc. to various dealers | Verduyn 87 | | Hearsay, Relevancy, Foundation |
| LLL | 02/13/04 | Letter from Malicki to McTamney of Liberty Harley-Davidson | | H-D 10615-16 | Hearsay, Relevancy, Foundation |
| MMM | 04/02/04 | Letter from Malicki to McTamney of Liberty Harley-Davidson | | H-D 10617-20 | Hearsay, Relevancy, Foundation |
| NNN | 10/30/02 | E-mail from Verduyn to Oppermann re: Suspect non-retail letter needed, dealer 0230 | | H-D 41746 | Hearsay, Relevancy, Foundation |
| OOO | 10/31/02 | Letter from Hutchinson to Scott of Harley-Davidson Fullerton, Inc. | | H-D 41744-45 | Hearsay, Relevancy, Foundation |
| PPP | 05/27/03 | Letter from Hutchinson to Scott of Harley-Davidson Fullerton, Inc. | | H-D 41749-51 | Hearsay, Relevancy, Foundation |
| QQQ | 12/12/02 | Letter from Hutchinson to Tom of Downtown Harley-Davidson | | H-D 42138-39 | Hearsay, Relevancy, Foundation |
| RRR | 02/05/03 | Letter from Hutchinson to Tom of Downtown Harley-Davidson | | H-D 42338-42 | Hearsay, Relevancy, Foundation |
| SSS | 03/31/03 | Letter from Hutchinson to Tom of Downtown Harley-Davidson | | H-D 42343 | Hearsay, Relevancy, Foundation |
| TTT | 10/11/02 | Letter from Heichelbech to Rhoten of Dodge City Harley-Davidson | | H-D 41434-35 | Hearsay, Relevancy, Foundation |
| UUU | 12/06/02 | Letter from Heichelbech to Rhoten of Dodge City Harley-Davidson | | H-D 41427-28 | Hearsay, Relevancy, Foundation |