UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>                    Plaintiff,<br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

## DEFENDANTS' OBJECTIONS TO CYCLE-CRAFT'S COUNTER DEPOSITION DESIGNATIONS

Defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC (collectively, "Harley-Davidson"), hereby file their objections to the counter deposition designations that plaintiff, Cycle-Craft Co., Inc. ("Cycle-Craft") expects to present at trial. Harley-Davidson reserves its right to supplement or amend these objections or to make counter designations.

### 1. Debra Lunsford

| Page | Lines | Objection |
|---|---|---|
| 47 | 25 | Relevancy |
| 48 | 1-2, 19-21 | Relevancy |
| 56 | 16-25 | Incomplete Testimony (will withdraw objection if Page 57, Line 8 to Page 62, Line 9 are added to the designation) |
| 57 | 1-7 | Incomplete Testimony (will withdraw objection if Page 57, Line 8 to Page 62, Line 9 are added to the designation) |

LITDOCS/640441.1

| Page | Lines | Objection |
|---|---|---|
| 124 | 3-25 | Incomplete Testimony (will withdraw objection if Page 125, Lines 22-25 and Page 126, Lines 1-8 are added to designation) |
| 125 | 1-21 | Incomplete Testimony (will withdraw objection if Page 125, Lines 22-25 and Page 126, Lines 1-8 are added to designation) |
| 133 | 13-21 | Incomplete Testimony (will withdraw objection if Page 125, Lines 22-25 and Page 126, Lines 1-8 are added to designation) |
| 147 | 4-22 | Relevancy |
| 149 | 9-13 | Relevancy |
| 151 | 23-25 | Relevancy |
| 152 | 1-2 | Relevancy |
| 180 | 15-18 | Relevancy |

2.  **Michael Stevens**

| Page | Lines | Objection |
|---|---|---|
| 59 | 17-21 | Relevancy and Hearsay |
| 60 | 12-25 | Relevancy and Hearsay |
| 61-65 | Entire Pages | Relevancy and Hearsay |
| 66 | 1-6 | Relevancy and Hearsay |

3.  **Barry Nichols**

| Page | Lines | Objection |
|---|---|---|
| 69 | 3-17[1] | Relevancy |

---

[1] Cycle-Craft added this designation to its May 12, 2006 Pre-Trial Memorandum.

LITDOCS/640441.1

Respectfully submitted by,

**Harley-Davidson Motor Co., Inc.,
and Buell Distribution Co., LLC**

By their attorneys,

Dated: May 15, 2006

    /s/ William F. Benson
William N. Berkowitz, BBO# 544148
William F. Benson, BBO# 646808
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by electronic mail on May 15, 2006.

    /s/ William F. Benson
William F. Benson