UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC. <br> d/b/a BOSTON HARLEY-DAVIDSON/BUELL, <br><br> Plaintiff, <br><br> v. <br><br> HARLEY-DAVIDSON MOTOR COMPANY, INC. <br> and BUELL DISTRIBUTION COMPANY, LLC, <br><br> Defendants. | CIVIL ACTION <br> NO. 04 11402 NMG |

## **DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

Pursuant to the Court's April 6, 2006 Procedural Order, Defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC, propose that the Court ask the following questions of prospective jurors on voir dire, in addition to the questions customarily asked by the Court concerning parties, counsel and witnesses.

1. Have you or any member of your immediate family ever owned or ridden a Harley-Davidson motorcycle?

2. Have you or any member of your immediate family ever been involved in a motorcycle accident causing injury?

3. Have you or any member of your immediate family ever owned or been employed by a motor vehicle dealer, including dealers of automobiles, motorcycles, ATV's, or watercraft?

4. Have you or any member of your immediate family ever owned or been employed by a motor vehicle repair or customization facility, including those for automobiles, motorcycles, ATV's, or watercraft?

-2-

5. Have you or any member of your immediate family ever owned a business franchise?

                                              Respectfully submitted by,

**Harley-Davidson Motor Company, Inc., and Buell Distribution Company, LLC**

By their attorneys,

\_\_\_\_/s/ William F. Benson_____
William N. Berkowitz, BBO# 544148
William F. Benson, BBO# 646808
David M. Magee, BBO# 652399
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

Dated: May 15, 2006