UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

## DEFENDANTS' REQUEST FOR SPECIAL VERDICT

Pursuant to Fed. R. Civ. P. 49(a) and the Court's April 6, 2006 Procedural Order, Defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC, respectfully request that the jury return its verdict in the form attached hereto. Defendants reserve the right to submit a revised request for a special verdict form after the close of evidence.

          **Harley-Davidson Motor Company, Inc.,**
          **and Buell Distribution Company, LLC**

          By their attorneys,

          ____/s/ William F. Benson_____
          William N. Berkowitz, BBO# 544148
          William F. Benson, BBO# 646808
          David M. Magee, BBO# 652399
          BINGHAM McCUTCHEN LLP
          150 Federal Street
          Boston, MA 02110
          Ph: (617) 951-8000
          Fx: (617) 951-8736

Dated: May 15, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

## **VERDICT**

1. Do you find that Cycle-Craft failed to comply with or observe any material provision(s) of the 2000 Harley-Davidson Dealer Contract?

    ___ Yes

    ___ No

2. Do you find that Harley-Davidson has good cause to terminate the 2000 Harley-Davidson Dealer Contract?

    ___ Yes

    ___ No

3. Do you find that Harley-Davidson's decision to terminate the 2000 Harley-Davidson Dealer Contract was made in bad faith, was arbitrary, or was unconscionable?

    ___ Yes

    ___ No

4. Do you find that Harley-Davidson proved that Cycle-Craft voluntarily terminated the 2000 Buell Dealer Contract?

   ___ Yes

   ___ No

If your answer to Question 4 is "No," continue to Question 5.

**If your answer to Question 4 is "Yes," proceed to Question 6.**

5. Do you find that Harley-Davidson has good cause to terminate the 2000 Buell Dealer Contract?

   ___ Yes

   ___ No

6. Do you find that Harley-Davidson materially breached the 2000 Harley-Davidson Dealer Contract?

   ___ Yes

   ___ No

If your answer to Question 6 is "Yes," continue to Question 7.

**If your answer to Question 6 is "No," DO NOT answer any further questions. Please sign the verdict form below, and advise the clerk.**

7. What amount of money damages do you find was sustained by Cycle-Craft as a proximate result of Harley-Davidson's material breach of contract?

   Amount in numbers: _____

   Amount in words:   _____

*Please sign below and notify the clerk.*

_____
(Foreperson)