UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
CYCLE-CRAFT CO., INC.                         )
d/b/a BOSTON HARLEY-DAVIDSON/BUELL,           )
                                              )
                        Plaintiff,            )
                                              )   Civil Action
            v.                                )   No. 04 11402 NMG
                                              )
HARLEY-DAVIDSON MOTOR COMPANY, INC.,          )
and BUELL DISTRIBUTION COMPANY, LLC,          )
                                              )
                        Defendants.           )
_____)

## CYCLE-CRAFT'S PROPOSED VERDICT FORM

      This Special Verdict Form is meant to aid you in your deliberations in this matter. Please answer all of the questions and carefully follow the directions below. When you are done, the Form should be signed and dated by the foreperson on the last page and returned to the court officer.

(1) Has Harley-Davidson established by a preponderance of the evidence that its termination of Cycle-Craft's dealership was for good cause?

    YES _____          NO _____

(2) Has Cycle-Craft established by a preponderance of the evidence that the termination of its dealership by Harley-Davidson was in bad faith?

    YES _____          NO _____

(3) Has Cycle-Craft established by a preponderance of the evidence that the termination of its dealership by Harley-Davidson was done in an arbitrary manner?

    YES _____          NO _____

(4) Has Cycle-Craft established by a preponderance of the evidence that the termination of its dealership by Harley-Davidson was done in an unconscionable manner?

    YES \_\_\_\_\_        NO \_\_\_\_\_

(5) Has Cycle-Craft established by a preponderance of the evidence that Harley-Davidson breached the parties' Dealer Contract?

    YES \_\_\_\_\_        NO \_\_\_\_\_

(6) Has Cycle-Craft established by a preponderance of the evidence that Harley-Davidson breached the implied covenant of good faith and fair dealing in the Dealer Contract?

    YES \_\_\_\_\_        NO \_\_\_\_\_

If you answered "YES" to either question 5 or 6, please proceed to question 7.

If you answered "NO" to question 5 and 6, you have completed this questionnaire and your deliberations are at an end. Please sign the form and return it to the court officer.

(7) What amount of money do you find is necessary to fairly compensate Cycle-Craft for the injury caused by Harley-Davidson's breach of the Dealer Contract?

    $ _____

_____
Signature of the Foreperson

Dated: June \_\_\_, 2006