UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>              Plaintiff,<br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>              Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

## PROOF OF SERVICE OF TRIAL SUBPOENAS

Defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC, hereby state that they have served trial subpoenas on the following witnesses: Kenneth McPhee, Jamie McGrath, Sean Walsh, Jason Marasca, Jeffrey Christensen, Barry Eisenberg, Wayne Hathaway, and Stephen Vesey. Attached hereto at Exhibit A are the original copies of the proof of service of those subpoenas.

    Respectfully submitted by,

    **Harley-Davidson Motor Company, Inc.,**
    **and Buell Distribution Company, LLC**

    By their attorneys,


       /s/ William F. Benson
    William N. Berkowitz, BBO# 544148
    William F. Benson, BBO# 646808
    David M. Magee BBO# 652399
    BINGHAM McCUTCHEN LLP
    150 Federal Street
    Boston, MA 02110
May 19, 2006    Ph: (617) 951-8000

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participating on May 19, 2006.

/s/ William F. Benson             .
William F. Benson

LITDOCS/641139.1