UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>    Plaintiff,<br><br>    v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY,<br>INC. and BUELL DISTRIBUTION COMPANY,<br>LLC,<br><br>    Defendants. | Civil Action No. 04-11402 (NMG) |

**<u>Cycle-Craft's Updated Trial Exhibit List</u>**

Pursuant to the Court's direction at the May 18, 2006 pre-trial conference in this matter, the parties have had discussions in an attempt to resolve objections to exhibits. As a result of these discussions, the parties have stipulated to numerous additional exhibits. Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell ("Cycle-Craft")'s hereby submits this updated exhibit list to reflect those changes as well as changes in the order it plans to introduce the exhibits at trial.

Cycle-Craft reserves the right to offer as evidence additional documents as needed for cross-examination, impeachment or rebuttal. Further, Cycle-Craft reserves the right to introduce any exhibit appearing on Harley-Davidson Motor Company Inc. ("Harley-Davidson")'s exhibit list.

Cycle-Craft further states that it includes certain exhibits without waiver or limitation of its right to object to any exhibit, on grounds of authenticity, competency, relevancy, materiality, privilege, admissibility as evidence for any purpose, or any other ground.

In accordance, with the Court's Order, those exhibits to be introduced by without objection are identified by a single sequence of numbers and those exhibits for which Harley-Davidson has reserved the right to object have been identified by a single sequence of capital letters. Cycle-Craft has attempted to comply with the Court's directive to list exhibits in order of their anticipated introduction to the Court but reserves the right to alter that order of introduction.

| Trial Exhibit Number | Date | Description | Deposition Exhibit Number | Bates Range(s) | Dated Offered | Dated Admitted | Offered Through Witness: |
|---|---|---|---|---|---|---|---|
| 100. | 6/12/04 | Video Recording of Cycle-Craft Facility | Atwood Declaration, Ex. 5 | | | | |
| 101. | 09/19/00 | Harley-Davidson Motorcycle Dealer Contract for Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell | Plaintiff Summary Judgment Exhibit 1, Atwood 1 | H-D 0001, 0001.1, 0002, 0002.1, and 0035 | | | |
| | 06/14/02 | Harley-Davidson Motorcycle Dealer Contract Extension for Cycle-Craft Co., Inc. d/b/a Boston Harley-Davidson/Buell | Plaintiff Summary Judgment Exhibit, 1 Atwood 1A | H-D 0006 | | | |
| 102. | 09/19/00 | Buell Contract | Atwood 2 | H-D 0033 – 0061 | | | |
| | 06/14/02 | Buell Contract Extension | Atwood 2A | H-D 0038 | | | |
| 103. | 01/99 | Harley-Davidson General Conditions of Sale and Service | Plaintiff Summary Judgment Exhibit 2 | H-D 0007 – 0032 | | | |
| 104. | 2000-2003 | Cycle-Craft's Bar and Shield Scoresheets | Plaintiff Summary Judgment Exhibit 38 | H-D 0532, 0557, 0582, 0607 | | | |
| 105. | 1997 | 1997 Annual Report of Harley-Davidson, Inc. | | | | | |
| 106. | 03/07/03 | Letter from Gregory Holmes to Harry [Barry] Nichols re: Boston Harley Davidson | Plaintiff Summary Judgment Exhibit 33, Malicki 40 | H-D 0979 – 0980 | | | |
| 107. | 04/20/04 | Letter from Jon Flickinger to John Atwood re: Inspection of Records | Plaintiff Summary Judgment Exhibit 14, Verduyn 24 | H-D 0085 – 0087 | | | |

| Trial Exhibit Number | Date | Description | Deposition Exhibit Number | Bates Range(s) | Dated Offered | Dated Admitted | Offered Through Witness: |
|---|---|---|---|---|---|---|---|
| 108. | 04/20/04 | Letter from Jon Flickinger to John Atwood re: Notice of Dealer Contract Termination | Plaintiff Summary Judgment Exhibit 26, Verduyn 25 | H-D 0088 – 0093 | | | |
| 109. | | Photos of the outside of the Boston Harley-Davidson Dealership | | C-C 03061, C-C 03066, C-C 03067 | | | |
| 110. | | Boston Harley-Davidson Vehicle Inventory for John Atwood's Motorcycles | Plaintiff Summary Judgment Exhibit 41-J | | | | |
| 111. | July 2003 | Sales advertisements placed in the Boston Herald by Boston Harley-Davidson | | C-C 01000 – C-C 01005 | | | |
| 112. | | Original Deal Jacket for NH Sale (VIN 1HD1BRY443Y089070) | | C-C 00551-69 | | | |
| 113. | | Original Deal Jacket for NH Sale (VIN 1HD1BVB143Y106103) | | C-C 00428-50 | | | |
| 114. | | Original Deal Jacket for NH Sale (VIN 1HD1BVB173Y114065) | | C-C 00462-81 | | | |
| 115. | | Original Deal Jacket for NH Sale (VIN 1HD1FSW183Y644686) | | C-C 00482-99 | | | |
| 116. | | Original Deal Jacket for NH Sale (VIN 1HD1BXB433Y115249) | | C-C 00515-31 | | | |
| 117. | | Original Deal Jacket for NH Sale (VIN 1HD1FRW403Y746907) | | C-C 00500-14 | | | |
| 118. | | Original Deal Jacket for NH Sale (VIN 1HD1GHV103K336352) | | C-C 00532-50 | | | |
| 119. | | Original Deal Jacket for NH Sale (VIN 1HD1BMY453Y052113) | | C-C 00451-61 | | | |
| 120. | 02/21/05 | Defendants' Supplemental Answers to Interrogatories | Plaintiff Summary Judgment Exhibit 36 | | | | |
| 121. | 08/12/03 | E-mail from Mike Malicki to Al Contois and Steve Verduyn re: Lee Custom Cycle | Plaintiff Summary Judgment Exhibit 37, Verduyn 17 | H-D 1855 – 1856 | | | |
| 122. | 07/20/90 | 1991 Model Pricing and Non-Retail Sales Policy | Flickinger 4 | H-D 1589-90 | | | |
| 123. | 1991-2004 | Harley-Davidson's Non-Retail Sales Policies for the 1991-2004 Model Years | Plaintiff Summary Judgment Exhibit 3, Flickinger 11 | H-D 1624-1640, H-D 0987-0988 | | | |
| 124. | 02/13/04 | E-mail to Al Contois and Mike Malicki from Steve Verduyn w/audit notice attached for Boston Harley-Davidson | Verduyn 22 | H-D 1911-12 | | | |

LIBA/1700463.1                                  3

| Trial Exhibit Number | Date | Description | Deposition Exhibit Number | Bates Range(s) | Dated Offered | Dated Admitted | Offered Through Witness: |
|---|---|---|---|---|---|---|---|
| 125. | 05/03/04 | E-mail from Contois to Buchbaum re: Five Year Business Plan | Malicki 46 | H-D 0978 | | | |
| 126. | 03/18/04 | Memorandum from Flickinger to Harley-Davidson dealers re: Sales of New Motorcycles in E-Commerce w/2004 Model Year Non-Retail Policy attached | Flickinger 12A | H-D 20013-15 | | | |
| 127. | 07/28/03 | E-mail from Steve Verduyn to Mike Malicki and Al Contois re: SWR report needed | Plaintiff Summary Judgment Exhibit 35, Verduyn 14 | H-D 1852 – 1853 | | | |
| 128. | 07/30/03 | E-mail to Tony Gray and Kathy Henson from Steve Verduyn re: 1864 (Boston HD) financial statement | Verduyn 15 | H-D 1854 | | | |
| 129. | 02/02/04 | E-mail to Al Contois from Steve Verduyn re: Boston HD audit/Non-Retail Sales | Verduyn 21 | H-D 1910 | | | |
| 130. | 08/07/03 | Fax from Bloom to Lieutenant Wessles | Bloom 1 | FLHP 91-131 | | | |
| 131. | 2003 | Thanks to Harley Davidson/Buell of Boston for helping to advance research and healthcare services programs | | C-C 01974 | | | |
| 132. | 04/22/04 | Certificate of Appreciation for significant contributions to the Middlesex County Deputy Sheriff's Associations Charitable Programs | | C-C 01976 | | | |
| 133. | 04/22/04 | Certificate of Appreciation – Sponsors Award - for significant contributions to the Middlesex County Deputy Sheriff's Associations Charitable Programs | | C-C 01977 | | | |
| 134. | | Certificate of Appreciation for generous support in furthering the goals of the Middlesex County Deputy Sheriffs' Association Community Outreach Programs | | C-C 01978 | | | |
| 135. | January 2004 | Dealer Operations Training Certificate | | C-C 01982 | | | |
| 136. | January 2005 | Dealer Operations Training Certificate | | C-C 01984 | | | |
| 137. | 2004 | Plaque in Appreciation of sponsoring the Everett Cal Ripken Road Kings | | C-C 01985 | | | |
| 138. | 2004 | President Award honoring commitment to excellence in providing customers the very best in financial services | | C-C 01988 | | | |

| Trial Exhibit Number | Date | Description | Deposition Exhibit Number | Bates Range(s) | Dated Offered | Dated Admitted | Offered Through Witness: |
|---|---|---|---|---|---|---|---|
| 139. | 2002 | President Award honoring commitment to excellence in providing customers the very best in financial services | | C-C 01989 | | | |
| 140. | 2001 | President Award honoring commitment to excellence in providing customers the very best in financial services | | C-C 01990 | | | |
| 141. | 2000 | President Award honoring commitment to excellence in providing customers the very best in financial services | | C-C 01991 | | | |
| 142. | 2003 | Harley-Davidson University awards given to Ron Buchbaum | | C-C 02485-87 | | | |
| 143. | 1996 | 1996 Annual Report of Harley-Davidson, Inc. | | | | | |
| 144. | 2002 | 2002 Annual Report of Harley-Davidson, Inc. | | | | | |
| 145. | 2003 | 2003 Annual Report of Harley-Davidson, Inc. | | | | | |
| A-1 | | Original Deal Jacket for FL Sale (VIN 1HD1GHV173K318821) | | C-C 00799-813 | | | |
| A-2 | | Original Deal Jacket for FL Sale (VIN 1HD4CAM163K449790) | | C-C 00692-708 | | | |
| A-3 | | Original Deal Jacket for FL Sale (VIN 1HD1BSY133Y075190) | | C-C 00638-56 | | | |
| A-4 | | Original Deal Jacket for FL Sale (VIN 1HD1GEV403K325618) | | C-C 00762-80 | | | |
| A-5 | | Original Deal Jacket for FL Sale (VIN 1HD1CAP103K448116) | | C-C 00781-98 | | | |
| A-6 | | Original Deal Jacket for FL Sale (VIN 1HD4CEM183K450253) | | C-C 00744-61 | | | |
| A-7 | | Original Deal Jacket for FL Sale (VIN 1HD4CEM113K447680) | | C-C 00726-43 | | | |
| A-8 | | Original Deal Jacket for FL Sale (VIN 1HD1CAP163K450548) | | C-C 00603-19 | | | |
| A-9 | | Original Deal Jacket for FL Sale (VIN 1HD1PFD1X3Y954586) | | C-C 00620-37 | | | |
| A-10 | | Original Deal Jacket for FL Sale (VIN 1HD1CGP193K447808) | | C-C 00864-81 | | | |
| A-11 | | Original Deal Jacket for FL Sale (VIN 1HD1CAP1X3K453887) | | C-C 00586-602 | | | |
| A-12 | | Original Deal Jacket for FL Sale (VIN 1HD1CAP113K450151) | | C-C 00709-725 | | | |
| A-13 | | Original Deal Jacket for FL Sale (VIN 1HD1CAP153K441145) | | C-C 00882-900 | | | |
| A-14 | | Original Deal Jacket for FL Sale (VIN 1HD1GEV153K330500) | | C-C 00832-48 | | | |
| A-15 | | Original Deal Jacket for FL Sale (VIN 1HD4CAM193K451727) | | C-C 00657-73 | | | |
| A-16 | | Original Deal Jacket for FL Sale (VIN 1HD1CGP143K443654) | | C-C 00849-63 | | | |

| Trial Exhibit Number | Date | Description | Deposition Exhibit Number | Bates Range(s) | Dated Offered | Dated Admitted | Offered Through Witness: |
|---|---|---|---|---|---|---|---|
| A-17 | | Original Deal Jacket for FL Sale (VIN 1HD4CEM193K451492) | | C-C 00901-05 | | | |
| A-18 | | Original Deal Jacket for FL Sale (VIN 1HD4CEM153K450792) | | C-C 00674-91 | | | |
| A-19 | | Original Deal Jacket for FL Sale (VIN 1HD4CAM143K443289) | | C-C 00901-05 | | | |
| B | | Original Deal Jacket for sale to Jayne Handscom [Lou Winz Auto] (VIN 1HD1FYW103Y610226) | | C-C 00814-31 | | | |
| C-1 | | Original Deal Jacket for sale of VIN 1HD1HAZ133K839405 (P. Kalinoski) | | C-C 00097-119 | | | |
| C-2 | | Original Deal Jacket for sale of VIN 1HD1BWB183Y107390 (J. Stanwood) | | C-C 00209-25 | | | |
| C-3 | | Original Deal Jacket for sale of VIN 1HD1BMY473Y085436 (M. Connelly) | | C-C 00286-325 | | | |
| C-4 | | Original Deal Jacket for sale of VIN 1HD1HAZ113K842917 (J. Orellana) | | C-C 00133-67 | | | |
| C-5 | | Original Deal Jacket for sale of VIN 1HD1GDV443K314311 (S. Kenney) | | C-C 00073-95 | | | |
| C-6 | | Original Deal Jacket for sale of VIN 1HD1BHY143Y099680 (R. Richards) | | C-C 00356-82 | | | |
| C-7 | | Original Deal Jacket for sale of VIN 1HD1HAZ403K842594 (V. Fiamma) | | C-C 00038-71 | | | |
| C-8 | | Original Deal Jacket for sale of VIN 1HD1BSY123Y105487 (M. Botelho) | | C-C 00256-85 | | | |
| C-9 | | Original Deal Jacket for sale of VIN 1HD1BYB493Y097183 (J. Blodgett) | | C-C 00226-54 | | | |
| C-10 | | Original Deal Jacket for sale of VIN 1HD1BJY183Y052286 (J. Colleran) | | C-C 00327-37 | | | |
| C-11 | | Original Deal Jacket for sale of VIN 1HD1PAC25YY951664 (J. Atwood) | | C-C 00422-24 | | | |
| C-12 | | Original Deal Jacket for sale of VIN 1HD1FCW463Y630589 (J. Atwood) | | C-C 00415-421 | | | |
| C-13 | | Original Deal Jacket for sale of VIN 1HD1FSW143Y638979 (E. Velasquez) | | C-C 00168-208 | | | |
| C-14 | | Original Deal Jacket for sale of VIN 1HD1FFW103Y638193 (R. Tindle) | | C-C 00338-54 | | | |

| Trial Exhibit Number | Date | Description | Deposition Exhibit Number | Bates Range(s) | Dated Offered | Dated Admitted | Offered Through Witness: |
|---|---|---|---|---|---|---|---|
| C-15 | | Original Deal Jacket for sale of VIN 1HD1CGP413K31340 (J. Atwood) | | C-C 00425-27 | | | |
| C-16 | | Original Deal Jacket for sale of VIN 1HD1HAZ133K848962 (T. Mulvey) | | C-C 00384-414 | | | |
| C-17 | | Original Deal Jacket for sale of VIN 1HD1BXB493Y082225 (F. Giordano) | | C-C 00120-32 | | | |
| D-1 | July 2003 | Original Deal Jacket for sale to Joe Giordano (VIN 1HD1FSW1X3Y637433) | Buchbaum Declaration Exhibit 1 | | | | |
| D-2 | July 2003 | Original Deal Jacket for sale to Charles Potts (VIN 1HD1FSW443Y633629) | Buchbaum Declaration Exhibit 2 | | | | |
| E. | | Photo Collage celebrating the 35th Anniversary of Cycle-Craft | | C-C 02163 | | | |
| F. | | Photo of the original Everett Cycle-Craft location | | C-C 02164 | | | |
| G. | | Photo of police officers around a police Harley-Davidson motorcycle | | C-C 02166 | | | |
| H. | 03/20/02 | Email from Nichols to Holaday re: Atwood SRL/ ARO/S possibilities | Holaday 60 | H-D 1501 | | | |
| I. | 02/04/03 | Letter from Nichols to Atwood re: Boston, MA Market Study | Malicki 39 | H-D 0982-86 | | | |
| J. | 07/28/03 | Copies of driver's licenses from the sales of motorcycles to Florida residents at issue in this dispute | Plaintiff Summary Judgment Exhibit 18, Lunsford 8, Stevens 6 | | | | |
| K. | 10/01/03 | Employee Warning Notice issued to Jason Marasca | Buchbaum 14 | C-C 02453 | | | |
| | 02/11/04 | Employee Warning Notice issued to Jason Marasca | Buchbaum 15 | C-C 02454 | | | |
| | 04/08/04 | Employee Warning Notice issued to Jason Marasca | Buchbaum 16 | C-C 02455 | | | |
| L. | 05/90 | Study entitled "Analysis and Recommendations Concerning Export Sales" compiled by the Fontana Group, Inc. | Plaintiff Summary Judgment Exhibit 5, Flickinger 3 | H-D 1572 - 1588 | | | |
| M. | 05/21/92 | Harley-Davidson Non-Retail Policy/P & A Allocation Meeting Minutes | Plaintiff Summary Judgment Exhibit 6, Flickinger 8 | H-D 1606 - 1608 | | | |
| N. | 04/18/91 | Memorandum from Cimermanic to Harley-Davison employees re: "Non-Retail" Sales | Flickinger 5 | H-D 1592-95 | | | |

LIBA/1700463.1

7

| Trial Exhibit Number | Date | Description | Deposition Exhibit Number | Bates Range(s) | Dated Offered | Dated Admitted | Offered Through Witness: |
|---|---|---|---|---|---|---|---|
| O. | 02/93 | Letter from Fink to Harley-Davidson dealers re: Non-Retail Sales | Flickinger 10 | H-D 1615-23 | | | |
| P. | 12/13/02 | E-mail from Bill Holaday to Mike Malicki, Gene Ostrom, CC to Barry Nichols and Joe Marcolina re: Boston Market Study | Plaintiff Summary Judgment Exhibit 34, Malicki 38 | H-D 1805 - 1806 | | | |
| Q. | 04/27/04 | Termination letter to Tina Hargis re: Boston Harley-Davidson | Verduyn 77 | H-D 31010-11 | | | |
| | 09/19/03 | Letter from Flickinger re: Bob Schultz dealer Investigation | Verduyn 79 | H-D 31006-07 | | | |
| | 01/14/04 | Letter from Flickinger re: Schofield, WI investigation | Verduyn 80 | H-D 31003-05 | | | |
| R. | 03/01/04 | Letter to Bruns indicating intent to audit dealership. | Verduyn 82 | H-D 20526-30 | | | |
| S. | Various Dates | Letters sent from Harley-Davidson, Inc. to dealers | Portion of Verduyn 87 | H-D 20794-98 | | | |
| | 02/13/04 | Letter from Malicki to McTamney of Liberty Harley-Davidson | | H-D 10615-16 | | | |
| | 04/02/04 | Letter from Malicki to McTamney of Liberty Harley-Davidson | | H-D 10617-20 | | | |
| | 10/30/02 | E-mail from Verduyn to Oppermann re: Suspect non-retail letter needed, dealer 0230 | | H-D 41746 | | | |
| | 10/31/02 | Letter from Hutchinson to Scott of Harley-Davidson Fullerton, Inc. | | H-D 41744-45 | | | |
| | 05/27/03 | Letter from Hutchinson to Scott of Harley-Davidson Fullerton, Inc. | | H-D 41749-51 | | | |
| | 12/12/02 | Letter from Hutchinson to Tom of Downtown Harley-Davidson | | H-D 42138-39 | | | |
| | 02/05/03 | Letter from Hutchinson to Tom of Downtown Harley-Davidson | | H-D 42338-42 | | | |
| | 03/31/03 | Letter from Hutchinson to Tom of Downtown Harley-Davidson | | H-D 42343 | | | |
| | 10/11/02 | Letter from Heichelbech to Rhoten of Dodge City Harley-Davidson | | H-D 41434-35 | | | |
| | 12/06/02 | Letter from Heichelbech to Rhoten of Dodge City Harley-Davidson | | H-D 41427-28 | | | |
| T. | 01/28/04 | New Hampshire Motor Vehicle Industry Board Decision in the Matter of Seacoast Harley-Davidson, Inc. | | | | | |

| Trial Exhibit Number | Date | Description | Deposition Exhibit Number | Bates Range(s) | Dated Offered | Dated Admitted | Offered Through Witness: |
|---|---|---|---|---|---|---|---|
| U. | 06/28/00 | MA House of Representatives Resolutions commending the Ronald McDonald House and the Boston Harley Owners Group for Outstanding Support for Children With Cancer and Their Families | | C-C 00030 | | | |
| V. | 07/30/00 | Proclamation by Governor Cellucci commending the Ronald McDonald House for supporting health care and medical research and the Boston Harley Owners Group for their commitment to the Ronald McDonald House | | C-C 00031 | | | |
| W. | 07/28/02 | Proclamation by Governor Swift commending the Ronald McDonald House for supporting health care and medical research and the Boston Harley Owners Group for their commitment to the Ronald McDonald House | | C-C 00032 | | | |
| X. | 07/18/02 | MA General Court Resolutions commending the Ronald McDonald House and the Boston Harley Owners Group on their 11th Anniversary Ride and for Their Outstanding Support for Children With Cancer and Their Families | | C-C 00033 | | | |
| Y. | 07/25/99 | Proclamation by Governor Cellucci commending the Ronald McDonald House for supporting health care and medical research and the Boston Harley Owners Group for their commitment to the Ronald McDonald House | | C-C 00034 | | | |
| Z. | 07/28/96 | Proclamation by Governor Cellucci commending the Ronald McDonald House for supporting health care and medical research | | C-C 00035 | | | |
| AA. | 07/26/98 | Proclamation by Governor Cellucci commending the Ronald McDonald House for supporting health care and medical research and the Boston Harley Owners Group for their commitment to the Ronald McDonald House | | C-C 00036 | | | |

| Trial Exhibit Number | Date | Description | Deposition Exhibit Number | Bates Range(s) | Dated Offered | Dated Admitted | Offered Through Witness: |
|---|---|---|---|---|---|---|---|
| BB. | 07/28/96 | Proclamation by Governor Cellucci commending the Ronald McDonald House for supporting health care and medical research and the Harley Owners Group for contributing to raising awareness about the Ronald McDonald House | | C-C 00037 | | | |
| CC. | | Award Honoring Boston Harley Owners Group Chapter and Boston Harley Davidson for all their hard work and dedication to benefit children with AIDS – Send the Kids to Camp | | C-C 01969 | | | |
| DD. | | Newspaper photos and text re Boston Harley-Davidson's sponsorship of event for the Gabe Kapler Foundation | | C-C 01971 | | | |
| EE. | 07/26/04 | Newspaper photos and text re ride organized by Boston Harley Owners Group Chapter and Boston Harley Davidson which raised $20,000 for brain injury survivors | | C-C 01972 | | | |
| FF. | 05/28/04 | Newspaper photos and text re Boston Harley-Davidson's sponsorship of Cal Ripken Buddy Ball | Plaintiff Summary Judgment Exhibit 41-H | C-C 01973 | | | |
| GG. | | Newspaper photos and text re Boston Harley-Davidson's sponsorship of Annual ride to benefit the Muscular Dystrophy Association | | C-C 02480 | | | |
| HH. | 1984 | Bar & Shield Circle of Excellence for National Parts and Accessories Sales | | C-C 01992 | | | |
| II. | July 1969 | For Sales and Service Excellence – One of The Top Harley-Davidson Dealers On The North American Continent | | C-C 01995 | | | |
| JJ. | 2004 | Shop Talk article re good service provided by Buchbaum and Boston Harley-Davidson for a Sturgis Rider | | C-C 02005 | | | |
| KK. | 2000 | Oversized check made payable to the Ronald McDonald House for the amount of $36,000.01 | | C-C 02006 | | | |
| LL. | 2001 | Support of Boston Harley Owners Group and the 10th Annual Benefit Ronald McDonald Run | | C-C 02144 | | | |

| Trial Exhibit Number | Date | Description | Deposition Exhibit Number | Bates Range(s) | Dated Offered | Dated Admitted | Offered Through Witness: |
|---|---|---|---|---|---|---|---|
| MM. | 2000 | Support of the 9th Annual Benefit Ronald McDonald Run | | C-C 02145 | | | |
| NN. | 12/12/01 | Award Honoring Boston Harley-Davidson for its sponsorship and support of their efforts to raise funds for the America's Survivor Relief Fund that aids victims of the September 11, 2001 attack by terrorists on America | | C-C 02148 | | | |
| OO. | 2002 | Photo and plaque in Appreciation of sponsoring an Everett Cal Ripken baseball team | | C-C 02149 | | | |
| PP. | 2001-2002 | Outstanding Service and Contribution | | C-C 02152 | | | |
| QQ. | 2001 | U.S. Police Sales and Service Dealer of the Year - Eastern Region | | | | | |
| RR. | | Article in Quest Magazine, a Muscular Dystrophy Association publication, relating to Boston Harley-Davidson fund raising event for the MDA | | C-C 02170-72 | | | |
| SS. | 1998 | Appreciation for Dedication to The Boston Harley Owners Group and Support With The 7th Annual Ronald McDonald Run | | C-C 02479 | | | |
| TT. | | Photo and text of newspaper article relating to Bubba Blackwell's jump at Boston-Harley Davidson | | C-C 02483 | | | |
| UU. | | Bad Boys of Boston poster sponsored by Boston Harley-Davidson – proceeds from sales donated to charity | | C-C 02481 | | | |
| VV. | 1966 | Photo of original Cycle-Craft dealership in Roxbury | | | | | |
| WW. | | Photo of satisfied Cycle-Craft customer | | | | | |
| XX. | 2001 | Photo of Mr. Atwood presenting a check to the Boston Bruins' Wives Club on behalf of Boston Harley-Davidson at the Fleet Center | | | | | |
| YY. | 1999 | MA Small Business Association Person of the year statue | | | | | |
| ZZ. | 1999 | MA Small Business Association Person plaque | | | | | |

Respectfully submitted,

CYCLE-CRAFT CO., INC.

By its attorneys,

/s/ James C. Rehnquist
James C. Rehnquist (BBO# 552602)
Samantha L. Schreiber (BBO# 640058)
Christopher C. Nee (BBO# 651472)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: May 22, 2006

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 22, 2006.

/s/ James C. Rehnquist
James C. Rehnquist