AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Cycle - Craft    v.    Harley - Davidson

**EXHIBIT AND WITNESS LIST**

Case Number: 04-11402

| PRESIDING JUDGE Nathaniel M. Gorton | | | | | PLAINTIFF'S ATTORNEY Lehnquist, Schreiber | DEFENDANT'S ATTORNEY Berkowitz, Benson |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) 5/22/2006 | | | | | COURT REPORTER Dahlstrom | COURTROOM DEPUTY Nicewicz |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 100 | | | x | x | Video of C. Craft dealership | |
| 140 | | | x | x | Cycle Craft - Columbus Ave. | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |
| | | | x | x | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

CIVIL/CRIMINAL CASE NO: 04 — 11402

TITLE: Cycle — Craft Co. VS. Harley — Davidson Co.

## JURY PANEL

01. Stephen Currie
02. Carolyn Hamel
03. Trevor Lavin
04. Paulette Schwartz
05. Evelyn Burrell
06. James Vaughn

07. Edward Camara
08. Joseph Mancino
09. Nicholas Piro
10. Christopher Beale
11. _____
12. _____

ALT. #1 _____   ALT. #2 _____

ALT. #3 _____   ALT. #4 _____

## WITNESSES

### PLAINTIFF/GOVT.

01. Elizabeth Menninger
02. John F. Atwood
03. _____
04. _____
05. _____
06. _____
07. _____
08. _____
09. _____
10. _____
11. _____
12. _____
13. _____
14. _____

### DEFENDANT

01. _____
02. _____
03. _____
04. _____
05. _____
06. _____
07. _____
08. _____
09. _____
10. _____
11. _____
12. _____
13. _____
14. _____

(jury&wit.lst - 09/92)