# EXHIBIT A

Stevens, Michael 24725sm                              www.floridarealtime.com

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04 11402 NMG

CYCLE-CRAFT CO., INC., D/B/A
BOSTON HARLEY-DAVIDSON/BUELL,

      Plaintiff,

vs.

HARLEY-DAVIDSON MOTOR COMPANY, INC.
AND BUELL DISTRIBUTION COMPANY, LLC,

      Defendants.

_____/

        Rice Pugatch Robinson & Schiller, P.A.
        33 N.E. 2nd Street
        Suite 101
        Fort Lauderdale, Florida
        Friday, February 25, 2005
        Scheduled for 1:00 a.m.
        Commenced at 1:13 p.m. to 3:05 p.m.

VIDEOTAPED DEPOSITION

OF

MICHAEL STEVENS

FLORIDA REALTIME REPORTING SERVICES, INC.
954-767-0450   800-707-0450

|   |   |
|---|---|
| 2 | 4 |
| 3 | 5 |

```
15        COURT REPORTER: Could you raise your right
16   hand, please? Do you solemnly swear to tell the
17   truth, the whole truth, and nothing but the truth,
18   so help you God?
19        THE WITNESS: I do.
```

Page 6

19  Q. You've just been sworn in. Your
20  testimony's being taken under oath and you're legally
21  obligated to give testimony -- truthful testimony, do
22  you understand that?
23  A. I do.
24  Q. Okay. Could you state your home address
25  for the record, please?

Page 7

1   A. 511 Southwest 19th Street, Fort Lauderdale,
2   Florida.
3   Q. And what is your date of birth?
4   A. 11-1-67.
5   Q. And what is your social security number?
6   A. 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.
7   Q. And have you ever lived in Massachusetts
8   before?
9   A. Yes.
10  Q. And what years did you live in
11  Massachusetts?
12  A. Up until 1997, most my life.
13  Q. And in 1997, where did you move?
14  A. Southern Florida.
15  Q. In the Fort Lauderdale area?
16  A. Correct.
17  Q. Okay. Did you take employment in the
18  Fort Lauderdale area in 1997?
19  A. Miami.
20  Q. In Miami. Where did you work in 1997 in
21  Miami?
22  A. Peterson's Harley Davidson.
23  Q. And what was your position at Peterson's?
24  A. Sales.
25  Q. And what were your responsibilities with

Page 8

1   regards to sales?
2   A. To sell.
3   Q. And who was your supervisor at Petersons,
4   do you recall?
5   A. Mike something. I don't remember his last
6   name.
7   Q. And how long did you work at Petersons?
8   A. About six months.
9   Q. And did you take another position after
10  that?
11  A. Yes.
12  Q. And where did you work after Petersons?
13  A. Fort Lauderdale Harley Davidson.
14  Q. And what was your position at
15  Fort Lauderdale?
16  A. Sales, also.
17  Q. And how long did you work at
18  Fort Lauderdale?
19  A. Up til about two and a half years ago,
20  maybe, three years ago, two years.
21  Q. Do you recall the month and the year that
22  you left Fort Lauderdale Harley Davidson?
23  A. No, no.
24  Q. Do you recall the year that you left
25  Fort Lauderdale Harley Davidson?

Page 9

1   A. Probably '02.
2   Q. So you worked at Fort Lauderdale Harley
3   Davidson from sometime in 1997 to sometime in 2002?
4   A. Right.
5   Q. And what was your next position after
6   Fort Lauderdale Harley Davidson?
7   A. I worked for two months for DC Imports.
8   Q. In a prior deposition there's testimony
9   concerning two entities, one was called DC Imports,
10  Inc. and one was called DC Imports International, Inc.
11  Do you know which of those you worked for? Did you
12  work for both of them?
13  A. I would assume Inc., not International,
14  because one is a registered importer and the other one
15  was a wholesale distributor.
16  Q. Okay. Do you recall who paid your salary?
17  A. Debbie and Miss Cooke, Diane Cooke.
18  Q. And when you say Debbie, do you recall her
19  last name?
20  A. No, not offhand.
21  Q. And when you said Ms. Cooke, what is her
22  full name?
23  A. Diane Cooke.
24  Q. And Diane Cooke -- and if I represented to
25  you that it was Debbie Lunsford, does that refresh

**Page 10**

1  your memory?
2  A.  Yes.
3  Q.  So Debbie Lunsford and Diane Cooke, were
4  they your supervisors?
5  A.  They were the owners.
6  Q.  They were the owners of DC Imports?
7  A.  Right.
8  Q.  Who was your supervisor at Fort Lauderdale,
9  going back to that dealership?
10  A.  There was several. Greg Cooke was one of
11  the part owners and supervisors for many years, Bruce
12  Rossmeyer.
13  Q.  And do you know what the relationship was
14  between Greg Cooke and Diane Cooke?
15  A.  Husband and wife.
16  Q.  Did Diane Cooke ever work at the
17  Fort Lauderdale dealership?
18  A.  Not that I recall.
19  Q.  While you were at Fort Lauderdale
20  dealership, did you ever have any business
21  relationships with DC Imports?
22  A.  Me, personally, no.
23  Q.  Did the dealership?
24  A.  They may have. I'm -- I know that -- that
25  Fort Lauderdale had purchased some bikes from them,

**Page 11**

1  but this -- you know, I didn't handle any purchasing,
2  so I just know that that was the rumor.
3  Q.  Do you know how many bikes Fort Lauderdale
4  had purchased from DC Imports?
5  A.  No, not while I was working at
6  Fort Lauderdale, no.
7  Q.  And you left Fort Lauderdale Harley
8  Davidson sometime in 2002, correct?
9  A.  Correct.
10  Q.  And you went to work for DC Imports?
11  A.  Right.
12  Q.  How long did you work for DC Imports?
13  A.  At best, two months.
14  Q.  And what was your position at DC Imports?
15  A.  Buying and selling.
16  Q.  Buying and selling what?
17  A.  Purchasing and selling motorcycles.
18  Q.  And who would you purchase motorcycles
19  from?
20  A.  Everybody. European dealers, Canadian
21  dealers, local dealers, national dealers, individuals,
22  anybody we could get them from.
23  Q.  And what type of motorcycles did you
24  purchase?
25  A.  Harley Davidsons.

**Page 12**

1  Q.  Was it exclusively Harley Davidsons?
2  A.  Yes.
3  Q.  So you purchased some bikes from European
4  dealerships?
5  A.  Correct. Well, not European Harley
6  dealers, but distributors.
7  Q.  And did you purchase bikes from dealerships
8  in the United States?
9  A.  Yes.
10  Q.  Okay. Which ones did you purchase -- while
11  you were working, which Harley Davidson dealerships
12  did DC Imports purchase motorcycles from?
13  A.  The only deal that I recall that I was
14  involved in was the purchase of 19 units from Boston
15  Harley, that was the only one I was involved with.
16  Q.  So while you worked at DC Imports,
17  DC Imports purchased 19 motorcycles from Boston Harley
18  Davidson?
19  A.  Correct.
20  Q.  And who would DC Imports sell Harley
21  Davidsons to?
22  A.  Other dealers, aggressive dealers.
23  Q.  What do you mean by "aggressive dealers"?
24  A.  Dealers that sell more or above and beyond
25  their allocation, that have the market to.

**Page 13**

1  Q.  Did you sell motorcycles to other Harley
2  Davidson dealerships?
3  A.  After market dealers were the only ones
4  that I had dealt with other than other than maybe
5  Fort Lauderdale.
6  Q.  Did you deal with Fort Lauderdale Harley
7  Davidson while you were employed by DC Imports?
8  A.  Yeah.
9  Q.  Can you describe what interaction you had
10  in Fort Lauderdale while you were working for
11  DC Imports?
12  A.  We sold Fort Lauderdale several units in
13  the past, some used pre-titled European or Canadian
14  units.
15  Q.  Anything else you recall concerning selling
16  bikes to Fort Lauderdale Harley Davidson while you
17  were employed at DC Imports?
18  A.  I, personally, no, didn't sell anything
19  further than that.
20  Q.  Do you have any knowledge about anybody
21  else at DC Imports selling to Fort Lauderdale Harley
22  Davidson while you were employed at DC Imports?
23  A.  I was under the impression that they were
24  going to attempt to sell the Boston Harley bikes to
25  Fort Lauderdale, but I didn't witness it or I wasn't

Page 14

1  involved in it. I had left by then.
2  Q. And did someone advise you that they were
3  attempting to sell these bikes to the Fort Lauderdale
4  dealership?
5  A. Well, they were -- they were in the process
6  of trying to when I was leaving.
7  Q. So when you left DC Imports, DC Imports was
8  in the process of trying to sell these bikes to
9  Fort Lauderdale Harley Davidson?
10 A. Correct.
11 Q. And do you recall when you left DC Imports?
12 A. Not the exact month, but it was -- like I
13 said, if two months, at the longest, was my
14 employment.
15 Q. Okay. And where were you employed after
16 you left DC Imports?
17 A. I opened my own business.
18 Q. And what is that called?
19 A. It's called Dark Hawk Cycles, Incorporated.
20 Q. D-a-r --
21 A. D-a-r-k, H-a-w-k.
22 Q. What does Dark Hawk Cycles do?
23 A. I'm a wholesale distributor.
24 Q. And do you deal with Harley Davidson
25 motorcycles?

Page 15

1  A. Strictly.
2  Q. And who do you purchase your motorcycles
3  from?
4  A. Everybody.
5  Q. Can you provide some examples?
6  A. I buy used police fleets, rental fleets,
7  used bikes, individuals bikes, anywhere.
8  Q. Since you've been running Dark Hawk, have
9  you had any contact with the Boston Harley Davidson
10 dealership?
11 A. No.
12 Q. Have you had any contact with the
13 Fort Lauderdale Harley Davidson dealership since you
14 started working at Dark Hawk?
15 A. Employees. Like I said, I worked there for
16 many years, so I know a lot of employees. On a
17 business length, maybe two or three bikes I sold, at
18 best, individual bikes.
19 Q. Could you just in general describe your
20 understanding of what the business of DC Imports was
21 while you worked there?
22 A. They were two entities, they were a
23 registered importer of - of all vehicles, as well as
24 automobiles, motorcycles, et cetera. And then for a
25 short amount of time, actually, probably in the two

Page 16

1  months that I was there they attempted to become a
2  wholesale distributor.
3  Q. And while you were there, how many people
4  worked at DC Imports?
5  A. Six.
6  Q. Does that include Ms. Lunsford and
7  Ms. Cooke?
8  A. Yes.
9  Q. And that includes yourself?
10 A. Yes.
11 Q. Who were the other three, to your
12 recollection?
13 A. Karen Christensen, Dan Gusoff and Sonia
14 Paulovich.
15 Q. What was Karen Christensen's position?
16 A. Accountant.
17 Q. And what was Sonia Paulovich's position?
18 A. She did registered importation.
19 Q. And what was Dan Gusoff's position?
20 A. Same as me, sales and purchasing and
21 selling.
22 Q. Did you ever go out on the road while you
23 were at DC Imports?
24 A. No.
25 Q. So your job was on the phone?

Page 17

1  A. And the computer.
2  Q. Prior to working at DC Imports, had you
3  ever heard of the Boston Harley dealership?
4  A. I grew up five miles from there.
5  Q. So you were aware of the Boston Harley
6  dealership?
7  A. Sure.
8  Q. Had you ever purchased a motorcycle there?
9  A. No.
10 Q. Had you ever gone to their store?
11 A. Sure.
12 Q. On how many occasions?
13 A. Only once in the new store. I used to go
14 there frequently when it was Cycle-Craft in the old
15 store.
16 Q. When did you go there at the new store?
17 A. Probably five years ago when I was visiting
18 family.
19 Q. Did you know any of their employees?
20 A. Back then, no. Actually, I don't -- I've
21 only spoken to one of their employees ever, and I've
22 never actually met them.
23 Q. And who was that that you talked with?
24 A. Ron Buchbaum.
25 Q. And was that while you were employed at

18

1  DC Imports?
2     A.    It was.
3     Q.    But prior to joining DC Imports, you didn't
4  have any conversations with anybody who --
5     A.    No.
6     Q.    -- had worked at Boston Harley Davidson?
7     A.    No.
8     Q.    So once you started working at DC Imports,
9  you had a - conversations with Mr. Buchbaum?
10    A.    Correct.

18       THE WITNESS: Yes.
19  BY MR. BENSON:
20    Q.    Can you recall whether he called you, you
21  called Mr. Buchbaum?
22    A.    I called him.
23    Q.    Why did you call Mr. Buchbaum?
24    A.    To purchase units.
25    Q.    And how did you get Mr. Buchbaum's

19

1  telephone number?
2     A.    It's on the Internet.
3     Q.    So you looked on the Internet, correct?
4     A.    Initially - initially, I wanted to purchase
5  police return fleets. Boston Harley has quite a large
6  return fleet. We at Fort Lauderdale was -- is the
7  biggest police fleet. Boston is probably fourth or
8  fifth behind other dealers, so, originally, that was
9  the -- that was the initial phone call.
10    Q.    Okay.
11       MR. REHNQUIST: Do we have a time frame on
12  this, Bill?
13    Q.    Do you recall when you called Mr. Buchbaum?
14    A.    Sometime in 2002, I mean, I don't have the
15  exact month.
16    Q.    And we may look at some documents that may
17  refresh your memory --
18    A.    Sure.
19    Q.    -- the year may be different than what
20  we --
21    A.    It may be, yeah.
22    Q.    So you called Mr. Buchbaum up and you
23  wanted to purchase units?
24    A.    Right.
25    Q.    How did he respond?

20

1     A.    Initially, he did not want to sell any of
2  his police bikes or used bikes, because they had --
3  they were retailing them pretty successfully.
4     Q.    And was that your first conversation with
5  Mr. Buchbaum?
6     A.    Right.
7     Q.    Did you have a subsequent conversation with
8  Mr. Buchbaum?
9     A.    Yeah.
10    Q.    How long after the first conversation do
11  you have another conversation with Mr. Buchbaum?
12    A.    I mean, I'm speculating, maybe a week.
13    Q.    Okay. And on the second conversation, did
14  he call you or did you call him back?
15    A.    I called him.
16    Q.    Okay. And what did you discuss during that
17  second conversation?
18    A.    I offered to purchase new units, I would
19  take as many as he would sell and whatever he wanted
20  to sell.
21    Q.    Okay. And during this conversation, did
22  you advise Mr. Buchbaum that you worked for
23  DC Imports?
24    A.    Yes.
25    Q.    Okay. And during your first conversation,

21

1  did you advise Mr. Buchbaum that you worked for
2  DC Imports?
3     A.    Yes.
4     Q.    Okay. And did you -- did Mr. Buchbaum --
5  did you describe what DC Imports was?
6     A.    Yeah.
7     Q.    Okay. What did you tell Mr. Buchbaum about
8  DC Imports?
9     A.    That we were wholesalers and registered
10  importers.
11    Q.    And how did Mr. Buchbaum respond?
12    A.    I can't remember.
13    Q.    Okay. Did he ask any other questions about
14  DC Imports?
15    A.    I'm sure he did. I don't -- I mean, I
16  don't remember offhand.
17    Q.    Okay. So when you advised that you wanted
18  to purchase new motorcycles from Boston Harley
19  Davidson, how did Mr. Buchbaum respond?
20    A.    He said he would look into it and get back
21  to me.
22    Q.    Anything else you recall from that second
23  conversation?
24    A.    Not really, no.
25    Q.    Okay. Did you have a subsequent

**Page 22**

1 conversation with Mr. Buchbaum?
2    A.   I did.
3    Q.   And how long after the second conversation
4 did you talk with Mr. Buchbaum?
5    A.   Again, I'm probably guessing, but I would
6 say within a short time frame, several days.
7    Q.   And did he call you or did you call him?
8    A.   He contacted me.
9    Q.   And what did he tell you during this third
10 conversation?
11    A.   That if I was interested in buying a large
12 amount of Sportsters, he would sell me some other
13 units in a package deal.
14    Q.   And these were new Harley Davidson
15 motorcycles?
16    A.   Yes, they were.
17    Q.   And he advised that Boston Harley was
18 willing to sell these new motorcycles to DC Imports?
19    A.   He said he was willing to. I don't know
20 if -- I mean, I'm sure they're coming from Boston
21 Harley, but...
22    Q.   Do you recall what Mr. Buchbaum's title was
23 at Boston Harley?
24    A.   He was either sales or general manager, one
25 of the -- one of those, GSM, somewhere in that.

**Page 23**

1    Q.   Okay. So he advised you that Boston Harley
2 was willing to sell new motorcycles to DC Imports?
3    A.   Correct.
4    Q.   Okay. Did he advise how many motorcycles
5 he was willing to sell?
6    A.   19.
7    Q.   And how did you respond once he advised you
8 that he was willing to sell 19 new motorcycles to
9 DC Imports?
10    A.   I brought it to the attention of the owners
11 of DC Imports and they told me that we would do it.
12    Q.   And you brought it to the attention of Miss
13 Lunsford?
14    A.   And Miss Cooke.
15    Q.   And were they together or separate when
16 you --
17    A.   Together.
18    Q.   And how did they respond?
19    A.   They said they wanted to talk to a few
20 people about it and call me right back.
21    Q.   Okay. And did they call you right back?
22    A.   Yep.
23    Q.   And what did they advise?
24    A.   To purchase.
25    Q.   And was that from Miss Lunsford, Miss Cooke

**Page 24**

1 or both?
2    A.   Both.
3    Q.   So Miss Lunsford and Miss Cooke called you
4 back and said to go ahead and purchase the motorcycles
5 from Boston Harley Davidson?
6    A.   Correct.
7    Q.   And after you talked with Miss Lunsford and
8 Miss Cooke, did you have a subsequent conversation
9 with Mr. Buchbaum?
10    A.   Yes. I told him that we would have a deal.
11    Q.   And how did Mr. Buchbaum respond?
12    A.   He said that it wouldn't be a problem. I
13 told him that funds would come through Miss Cooke and
14 Miss Lunsford would handle all funding for the units,
15 and basically he told me he just needed individual
16 names for each SRW.
17    Q.   And what is an SRW or SWR?
18    A.   It's a Harley Davidson warranty form,
19 basically stating that the bike is purchased in that
20 individual's name.
21    Q.   So Mr. Buchbaum advised you that he needed
22 individual names for each SWR?
23    A.   And that would be the only way we could
24 purchase the bikes.
25    Q.   Okay. But you advised him that DC Imports

**Page 25**

1 was the entity that was actually going to purchase the
2 motorcycles?
3       MR. REHNQUIST: Objection, leading.
4    Q.   You can answer it.
5    A.   Yeah. I mean, he -- I told him the first
6 two conversations. I'm sure he knew it was DC Imports
7 that was making the purchases.
8    Q.   So during the first two conversations you
9 did advise Mr. Buchbaum that DC Imports was the entity
10 purchasing the motorcycles?
11       MR. REHNQUIST: Objection, leading.
12    A.   Yes.
13    Q.   And how did -- what did you say to
14 Mr. Buchbaum after he advised you he needed individual
15 names for the SWRs?
16    A.   That I would speak to Miss Lunsford and
17 Cooke and see what I could come up with.
18    Q.   Okay. And did you talk with Miss Lunsford
19 and Miss Cooke?
20    A.   I did.
21    Q.   And can you recall that conversation with
22 me -- for me?
23    A.   We compiled a list of -- including
24 ourselves and friends and family to amount to 19
25 names.

```
                                    26
 1    Q.   You were one of those 19 names?
 2    A.   I was.
 3    Q.   Did you have any intention of buying a
 4   motorcycle yourself?
 5    A.   No. I had two at the time.
 6    Q.   Okay. So why did you use your name?
 7    A.   In order to purchase the bikes to make
 8   money.
 9    Q.   In order for DC Imports to purchase the
10   bikes?
11    A.   Correct.
12         MR. REHNQUIST: Objection.
13    Q.   Do you recall what other names that you
14   used?
15    A.   Everybody in the office, all six employees.
16    Q.   And then you had to come up 13 other
17   individuals' names?
18    A.   Correct.
19    Q.   How did you get those other 13?
20    A.   Friends and relatives.
21    Q.   Any of your friends or relatives?
22    A.   Yeah, my mother, my grandfather.
23    Q.   What was your mother's name?
24    A.   Caroline Cagnina.
25    Q.   And what was your grandfather's name?
```

```
                                    27
 1    A.   Edward Stevens.
 2    Q.   Did your mother have any intention of
 3   purchasing a motorcycle?
 4    A.   No.
 5    Q.   Did she provide any funds to purchase these
 6   motorcycles?
 7    A.   No.
 8    Q.   Did your grandfather have any intention of
 9   purchasing a motorcycle?
10    A.   No.
11    Q.   Did he provide any funds to purchase a
12   motorcycle?
13    A.   No.
14    Q.   And did you provide any funds to purchase
15   any motorcycle?
16    A.   No.
17    Q.   Where did the funds come from, if you
18   recall?
19    A.   DC Imports.
20    Q.   Any other of your relatives' names that you
21   used besides your mother and grandfather?
22    A.   No.
23    Q.   Did you use any of your friends' names?
24    A.   No. They used their friends and family for
25   the rest.
```

```
                                    28
 1    Q.   After Mr. Buchbaum advised you that he
 2   needed individual names for the SWRs, did you have a
 3   subsequent conversation with Mr. Buchbaum?
 4    A.   Once I had compiled the list of 19 names,
 5   yes.
 6    Q.   Can you recall that conversation for me?
 7    A.   Basically just handling the formalities.
 8   He told us what he would be sending us, how to fill
 9   out the warranty forms, what had to be signed where
10   and that was basically all I handled on my end.
11    Q.   So Mr. Buchbaum advised you that he would
12   be sending you warranty forms?
13    A.   Warranty forms and new bike purchase
14   orders.
15    Q.   So the warranty forms, Mr. Buchbaum advised
16   you he'd send you the SWRs?
17         MR. REHNQUIST: Objection.
18    A.   The ones that -- the forms that the
19   customer's supposed to sign.
20    Q.   Okay. And what else did he advise that he
21   would send down to you?
22    A.   The buyer's order.
23    Q.   Okay. And did he advise what he wanted
24   DC Imports to do with these forms?
25    A.   He had told me where each individual should
```

```
                                    29
 1   sign and he highlighted the areas, or had somebody
 2   highlight them and mail them to me.
 3    Q.   And so did you receive warranty forms from
 4   Boston Harley Davidson?
 5    A.   I did.
 6    Q.   And was there a cover note with them?
 7    A.   I don't recall.
 8    Q.   Do you recall that they were highlighted?
 9    A.   I believe, yeah.
10    Q.   And what was the significance of the
11   highlighting?
12         MR. REHNQUIST: Objection, foundation.
13    A.   To verify where to sign.
14    Q.   And did Mr. Buchbaum advise you that's
15   where the customers should sign their names?
16    A.   He had told me that he was going to mark
17   where -- where they should be signed and printed.
18    Q.   And once you got these forms from Boston
19   Harley Davidson, what did you do with them?
20    A.   Had each individual fill them out.
21    Q.   And did you fill one out yourself?
22    A.   I did.
23    Q.   And after you filled out these forms, what
24   did you do with them?
25    A.   Overnighted them back to Mr. Buchbaum.
```

Page 30

1  Q.  And did you have a cover note with those
2  SWRs?
3  A.  I don't remember.
4  Q.  And did you send them by Federal Express or
5  some other overnight service?
6  A.  One of them. One. I'm not positive who we
7  used at the time.
8  Q.  Do you recall what else you sent back to
9  Boston Harley Davidson?
10 A.  That was it. That's all I sent back.
11 Q.  Did you have any conversations with
12 Mr. Buchbaum between the time that he sent you the
13 warranty forms and the time that you sent them back to
14 him?
15 A.  No, not until he received them.
16 Q.  And then once he received them, did he give
17 you a call?
18 A.  Either he called me or I called him. I'm
19 not a hundred percent sure, but I know we were trying
20 to establish shipping, how we were going to ship the
21 units.
22 Q.  So you had another conversation with
23 Mr. Buchbaum. Did he advise you he had received the
24 SWRs?
25 A.  He did.

Page 31

1  Q.  And what else did you discuss during that
2  conversation?
3  A.  How we were going to go about shipping the
4  units to Florida.
5  Q.  And where would the units be shipped to?
6  A.  DC Imports.
7  Q.  And did you advise Mr. Buchbaum to ship the
8  units to DC Imports?
9  A.  We subcontracted the shipping company.
10 Q.  And did you advise Mr. Buchbaum what the
11 shipping company was?
12 A.  I believe I did.
13 Q.  And do you recall who you used?
14 A.  I'm not sure. We used several people back
15 then, so I'm not a hundred percent sure who we used at
16 the time.
17 Q.  And anything else you can recall from that
18 conversation with Mr. Buchbaum?
19 A.  No, not offhand.
20 Q.  Did you have another conversation with
21 Mr. Buchbaum after that?
22 A.  I believe just in regards to the bikes
23 being shipped, leaving the dealership.
24 Q.  And did he call you or did you call him?
25 A.  I don't remember.

Page 32

1  Q.  So you had another conversation with
2  Mr. Buchbaum in which he advised that the bikes were
3  being shipped?
4  A.  The bikes had been picked up. Most likely
5  I probably followed up and contacted him.
6  Q.  And what do you recall about Mr. Buchbaum
7  advised you?
8       MR. REHNQUIST: Objection.
9  A.  I don't really - just probably that the
10 bikes had left the dealership.
11 Q.  Do you recall any conversations you had
12 with Mr. Buchbaum concerning what DC Imports wanted to
13 do with these 19 motorcycles?
14      MR. REHNQUIST: Objection.
15 A.  No.
16 Q.  Did you have any further conversations with
17 Mr. Buchbaum?
18 A.  Not that I can recall.
19 Q.  Did you ever have any conversations
20 concerning the price for these motorcycles?
21 A.  Yes.
22 Q.  And was that with Mr. Buchbaum?
23 A.  Yes.
24 Q.  Can you describe what those conversations
25 entailed?

Page 33

1  A.  I made him an initial offer in the earlier
2  phone calls for the bikes. Once he had told me he
3  would sell them to us, I made him an offer on the
4  units.
5  Q.  So once Mr. Buchbaum advised that he would
6  sell the 19 motorcycles to DC Imports, you made
7  initial offer?
8       MR. REHNQUIST: Objection, leading.
9  A.  Right.
10 Q.  And do you recall what that initial offer
11 was?
12 A.  I'm not a hundred percent sure, but was
13 somewhere around MSRP.
14 Q.  And how did Mr. Buchbaum respond?
15 A.  He needed to contact me back in order to
16 verify that he could make the deal.
17 Q.  And during a subsequent conversation, did
18 he verify the price for you?
19 A.  We agreed on the deal, and he believe -- I
20 believe he faxed to me a price sheet.
21 Q.  So you received a fax from Boston Harley
22 Davidson, correct?
23 A.  Correct.
24 Q.  And what was included in that fax?
25 A.  Just the models and the colors and the

Page 34

1 prices. I think maybe the VIN numbers, but don't
2 quote me.
3    Q.    Was it a one-page fax?
4    A.    One page.
5    Q.    Was there a cover note on that fax?
6    A.    I don't believe so.
7    Q.    Anything else that you recall that was on
8 that fax?
9    A.    No, just models, information, basically,
10 and price.
11   Q.    So there was a price for each of the
12 individual 19 bikes that Boston Harley was going to
13 sell to DC Imports?
14   A.    Correct.
15   Q.    And that was a price that you had agreed
16 with Mr. Buchbaum on?
17   A.    Correct.
18   Q.    Okay. Did you have any conversations with
19 Mr. Buchbaum concerning the payment for the bikes?
20   A.    Only that I explained that the two owners
21 at DC Imports would handle payment.
22   Q.    Did you discuss with them how he wanted
23 payment to be handled?
24   A.    I didn't discuss with him, but from what I
25 understand it was a wire transfer, I believe, I may be

Page 35

1 wrong. It's been awhile, so...
2    Q.    Did you have any conversations with either
3 Ms. Lunsford or Ms. Cooke concerning payment to Boston
4 Harley Davidson?
5    A.    Only to verify that it was made.
6    Q.    And did you have any conversations with Gus
7 about payment?
8    A.    Not that I remember.
9    Q.    Besides -- and I might have asked you this
10 before -- besides Mr. Buchbaum, did you have any
11 conversations with any other representative of Boston
12 Harley Davidson?
13   A.    No.
14   Q.    Do you recall any other conversations you
15 had with Mr. Buchbaum concerning the structure of the
16 deal?
17         MR. REHNQUIST: Object to the form.
18   A.    No.
19   Q.    Did you have any conversations with
20 Mr. Buchbaum concerning why Boston Harley wanted to
21 sell motorcycles to DC Imports?
22         MR. REHNQUIST: Object to the form,
23   foundation.
24   A.    No, I don't, I don't believe so.
25   Q.    Do you recall having a conversation with

Page 36

1 Mr. Buchbaum concerning what DC Imports was going to
2 do with the 19 motorcycles?
3         MR. REHNQUIST: Objection, asked and
4   answered. He already testified that he didn't.
5    A.    No.
6    Q.    Any other documents that you recall
7 receiving from Boston Harley Davidson?
8    A.    I don't think they came from Boston Harley,
9 but we received individual H.O.G. member packages.
10   Q.    And where did those come from?
11   A.    I believe the motor company.
12   Q.    Anything else you recall receiving from
13 Boston Harley Davidson, the dealership?
14   A.    No.
15   Q.    And anything else you recall sending to
16 Boston Harley Davidson from DC Imports?
17         MR. REHNQUIST: You meaning, I mean him
18   personally?
19   Q.    So, you, personally.
20   A.    No.
21   Q.    Do you recall anything that DC Imports, the
22 entity, sent to Boston Harley Davidson?
23   A.    No, I don't recall.
24   Q.    Did you see any letters that DC Imports
25 sent to Boston Harley Davidson?

Page 37

1    A.    Not that I remember, no.
2    Q.    What involvement did you have in gathering
3 the paperwork to send to Boston Harley Davidson?
4         MR. REHNQUIST: Object to the form. What
5   do you mean by paperwork?
6    A.    Just the forms that I needed to handle to
7 get signed by me and my family, and then I collected
8 everything from everybody who had done the same and
9 overnighted it.
10   Q.    And did DC Imports receive the 19
11 motorcycles from Boston Harley Davidson?
12   A.    They did, yes.
13   Q.    And do you know what DC Imports did with
14 these motorcycles?
15   A.    They were in the warehouse when I left the
16 company.

Page 58

Page 59

```
 7   Q.   Do you remember ever talking to or hearing
 8   the name Shawn Walsh from Boston Harley Davidson in
 9   connection with this transaction?
10   A.   I remember Mr. Buchbaum, I believe, stating
11   he was the one that was going to send me the paperwork
12   or he was the one that was going to handle something
13   to that -- I've heard his name, I don't recall what
14   his part was in the actual deal.
15   Q.   And you don't remember speaking to him?
16   A.   No, I don't.
17   Q.   Do you know if Mr. Gusoff or Miss Lunsford
18   spoke to him?
19   A.   I don't know for a fact, but they may have.
20   I know Mr. Gusoff may have spoke to him a couple of
21   times.
```

Page 60

```
 1   Q.   You testified in response to Mr. Benson's
 2   questions that you worked for DC Imports for probably
 3   a total of about two months?
 4   A.   Roughly, yeah.
 5   Q.   And that you left within, you know, a few
 6   weeks of this Boston Harley Davidson transaction?
 7   A.   A few weeks after receiving the units, yes.
 8   Q.   So do you recall if you -- do you recall if
 9   you started working at DC Imports, you know, sometime
10   during the summer of '03, does that sound right?
11   A.   That's about right, probably.
12   Q.   And why did you -- why did you come to work
13   at DC Imports?
14   A.   I was offered the position for substantial
15   more money than I was making in sales at
16   Fort Lauderdale, or at least that was the picture they
17   painted.
18   Q.   And did that picture prove not to be as
19   painted?
20   A.   There was no paint.
21   Q.   There was no paint. Can you tell me a
22   little bit about that? I mean, first of all, was the
23   connection to DC Imports through Greg Cooke?
24   A.   Correct.
25   Q.   Okay. And was he the one who talked to you
```

Page 61

```
 1   about going to work for DC Imports or --
 2   A.   He had told me that they were interested in
 3   opening a wholesale department. He knows that I know
 4   quite a bit about the business, so he had -- he said
 5   maybe my wife might be interested in hiring you if
 6   you're interested.
 7   Q.   And did you come to talk to Diane Cooke
 8   sometime after that?
 9   A.   Yeah, I did.
10   Q.   And tell me what you remember about that
11   conversation.
12   A.   She offered me and Mr. Gusoff at the same
13   time a position to come and work for her and build a
14   wholesale department attached to their registered
15   importation business.
16   Q.   So was the idea that this was going to be
17   DC Imports sort of moving into a new line of business?
18   A.   Correct.
19   Q.   And when you say a wholesale department,
20   what do you mean?
21   A.   Purchasing bikes and selling them from --
22   at a wholesale, used, pre-titled, things to that
23   effect, foreign units.
24   Q.   Not a Harley Davidson franchise but --
25   A.   No.
```

Page 62

1  Q. When you say wholesale, you mean dealing
2  with units that have been, you know, previously --
3  A. Brokering.
4  Q. -- previously sold? And did she tell you
5  anything about why she wanted to go into this line of
6  business?
7  A. Just because of the amount of importation
8  and - that she does and the units stay in her
9  warehouse for a good period of time, available for
10 sale, so she thought it would be a great idea to
11 implement those bikes into sale as well as maybe
12 purchase others and take it from there.
13 Q. And was the idea that you were going to be
14 selling the Harley Davidsons to individuals or to
15 other businesses?
16 A. We sold to everybody.
17 Q. To anybody who would buy?
18 A. Yeah.
19 Q. And what did she -- what did she represent
20 to you about the terms of your employment and about
21 the financial condition of the company when you spoke
22 to her?
23 A. We just -- I mean, we had agreed to -- to
24 percentage of commissions for units of bikes per unit
25 or bodies of bikes, depending on the deals.

Page 63

1  Q. And did she say anything to you about the
2  sort of the financial health or the business of
3  DC Imports?
4  A. No. From what I understand, they were
5  fairly healthy.
6  Q. Did you learn differently once you came to
7  work there?
8  A. Not necessarily, not necessarily the
9  finances of the company, but -- but in how they paid
10 their employees.
11 Q. And what did you learn about that?
12 A. We had -- we, meaning me and Mr. Gusoff,
13 had basically survived off of draws waiting for our
14 major commissions to be paid to us which kept being
15 put on the back burner, back burner. And then the
16 final deal was this, which we did not get paid for
17 either.
18 Q. So you got a -- your salary was based on a
19 weekly or a monthly draw with the commissions to come
20 after you made sales?
21 A. Right, from purchases and sales.
22 Q. So did -- you know, prior to this
23 transaction that we're talking about today, did you
24 sell bikes and not receive commissions that were due
25 you?

Page 64

1  A. The smaller ones, I received. The larger
2  ones were basically put off til funds were brought
3  back into the company or - funds were shifted or bikes
4  were sold, basically.
5  Q. So was -- was there a delay in receiving
6  your commission payments?
7  A. Several.
8  Q. And did -- were there some commission
9  payments that you didn't receive at all?
10 A. Yes.
11 Q. And was the commission payment on the
12 Boston Harley Davidson deal one of them?
13 A. Yes.
14 Q. And were there others?
15 A. There were -- there were several other
16 smaller deals that got minimized. We were paid, but
17 paid nowhere near what we were supposed to make.
18 Q. What was the percentage you were supposed
19 to make?
20 A. There was -- it varied on -- somewhere in
21 the park of, I believe, 20 percent, 20 to 25 percent
22 of the overall profit.
23 Q. On the -- on the individual unit?
24 A. On the sales and on the individual unit.
25 On the purchase units, we would get different. If we

Page 65

1  purchased in large quantities, we would get a
2  percentage of the purchase and then the sale.
3  Q. Okay. And did you complain to either Miss
4  Lunsford or Miss Cooke about not getting your
5  commission payments in a -- in a timely -- on a timely
6  basis?
7  A. At first, I understand that they were
8  trying to put a business together, so I was -- I was
9  compliant for first several weeks, but in the last
10 month that I was there, I did.
11 Q. And what did they tell you?
12 A. That they would work everything out and
13 settle it and get us paid, and basically...
14 Q. Do you believe they were telling you the
15 truth?
16    MR. BENSON: Objection to form.
17 A. No.
18 Q. Why not?
19 A. I don't believe anybody. I don't trust
20 many people, so until they -- until I actually receive
21 the money, I don't really believe it, no.
22 Q. And I gather you're saying here with
23 respect to certain deals you never did receive the
24 money?
25 A. We did up until the -- until this last

66

1   deal, but it was -- they basically skimmed it down to,
2   you know, with chargebacks and various write-offs, the
3   deals were not what they were supposed to be.
4        Q.   Did you complain to Miss Lunsford as well
5   as Miss Cooke?
6        A.   Yes.

67

68

69

Page 74

Page 76

```
13   Q.   Now, your initial overture to Mr. Buchbaum
14   was about the purchase of used police bicycles, is
15   that right?
16   A.   And used - and used motorcycles in general,
17   if they wanted to sell any of their inventory.
18   Q.   Okay. And at some point down the road in a
19   subsequent conversation you began to discuss with him
20   the purchase of new motorcycles?
21   A.   Correct.
22   Q.   And do you recall the first time you and
23   Mr. Buchbaum discussed the purchase of new motorcycles
24   if there was a discussion at that time of price?
25   A.   I don't think we discussed price until we
```

Page 75

Page 77

```
 1   confirmed that we could purchase bikes.
 2   Q.   Okay. And I think you testified that
 3   Mr. Buchbaum said in one of these conversations about
 4   new motorcycles that the motorcycles would have to be
 5   sold to individuals?
 6        MR. BENSON:  Objection.
 7   A.   Correct.
 8        MR. BENSON:  That's misleading his
 9   testimony.
10   A.   He did. He did. That was the only way he
11   would sell them to us, was if we put them in
12   individual names.
13   Q.   And you proceeded to supply him with
14   certain documents?
15   A.   He supplied me with the documents. I
16   filled them out. We filled them out.
17   Q.   Okay. And you testified about some of
18   those documents today. I believe you testified that
19   Exhibit 3, the bills of sale, that these were
20   documents that in their completed form you sent back
21   to Mr. Buchbaum, is that right?
22   A.   Correct.
23   Q.   And you had the individual -- the
24   individuals who are listed as the purchaser sign the
25   signature line at the bottom of these forms, is that
```

Page 78

```
 1  correct?
 2      A.   Correct.
 3           MR. BENSON: Objection. I don't know if he
 4  testified to each single form.
 5      Q.   Well, do you recall if -- let me just make
 6  sure I understand this. You received the bills of
 7  sale that are set forth in Exhibit 3 in an unsigned
 8  form from Mr. Buchbaum, is that correct?
 9      A.   Right, which is motorcycle and price
10  information.
11      Q.   Okay. And that would be -- just to look at
12  the first page of Exhibit 3, that would be the --
13      A.   From make, from the make, Harley Davidson
14  all the way down to the price.
15      Q.   And it would not include the top three
16  lines that gives information about the purchaser then?
17      A.   Right. A lot of those, either the
18  individual or myself filled out the information.
19      Q.   And again, the form in which you received
20  these documents from Mr. Buchbaum would not include a
21  signature at the bottom?
22      A.   Right. Individuals signed them.
23      Q.   And I believe you testified that the
24  documents that you returned to Mr. Buchbaum were in
25  this form, where they had the individual signatures on
```

Page 79

```
 1  the bottom and the individual purchaser information on
 2  the top?
 3      A.   Correct.
 4      Q.   And you were the one who -- let me just ask
 5  you. I can't remember if you said this or not.
 6           Were you involved in obtaining the
 7  individual signatures that you can see on the bottom
 8  of Stevens Exhibit 3?
 9      A.   Only the personal ones, my family and
10  myself. The rest are the employees there got the
11  signatures and information from the people who they
12  knew.
13      Q.   Okay. And did they then return the
14  completed forms to you?
15      A.   Yes.
16      Q.   And then you sent the packet of completed
17  forms back to Mr. Buchbaum?
18      A.   Right, both the warranty and the bill of
19  sale forms.
20      Q.   Do you know -- do you know who else was
21  involved in getting the signatures and the purchaser
22  information on these forms besides you?
23      A.   All the employees at DC Imports.
24      Q.   So everybody was sort of responsible for --
25      A.   Had at least one or two.
```

Page 80

```
 1      Q.   Okay. And looking at Stevens Exhibit 2,
 2  the SWR forms, was the procedure essentially the same
 3  with respect to the SWR forms?
 4      A.   Yes.
 5      Q.   In other words, the -- you received these
 6  from -- from Boston Harley Davidson in -- with the
 7  typed-in information that gives information about the
 8  motorcycle?
 9      A.   Correct.
10      Q.   And then you filled in the information
11  about the purchaser and the signatures were obtained
12  by the relevant employee?
13      A.   Right.
14      Q.   And so, when you testified earlier about
15  the forms that you sent back to Boston Harley
16  Davidson, it was these two forms?
17      A.   Correct.
18      Q.   The bills of sale and the SWRs that are put
19  together here as Exhibit 2 and 3?
20      A.   Right.
21      Q.   Now, did you also have any involvement in
22  getting photocopies of driver's licenses to send to
23  Boston Harley Davidson?
24      A.   I received mine, my grandfather's and my
25  mother's, everybody else knew that they had to get the
```

Page 81

```
 1  photocopies along with the signatures when they
 2  returned them to me.
 3      Q.   Okay. And were those -- were those
 4  photocopied driver's license part of the information
 5  that you included --
 6      A.   In the package.
 7      Q.   -- in the package that you sent back to
 8  Mr. Buchbaum?
 9      A.   Right.
```