# EXHIBIT A

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2    ----------------------------------------------------------
      CYCLE-CRAFT CO., INC. d/b/a
 3    BOSTON HARLEY-DAVIDSON/BUELL,

 4              Plaintiff,

 5         vs.                       Case No. 04-11402-NMG

 6    HARLEY-DAVIDSON MOTOR CO., INC.
      AND BUELL DISTRIBUTION CO., LLC.,
 7
                Defendant.
 8    ----------------------------------------------------------

 9


10
            Video Deposition of JON FLICKINGER
11
                  Friday, May 27th, 2005
12
                       9:32 a.m.
13
                          at
14
                 Gramann Reporting, LTD
15               710 N. Plankinton Ave.
                     Milwaukee, WI
16

17
            Reported by Rose M. Coulthart, RPR
18

19

20

21

22

23

24

25
```

Page 107

24  Q    Do you recognize Exhibit 26 as a letter that a lawyer
25       for Cycle-Craft, Gregory Holmes, sent -- sent to

```
 1          Mr. Berkowitz in response to your two letters
 2          April 20th of 2004?
 3    A     That's -- yes.  That's what this letter looks --
 4          looks like to me.
 5    Q     Do you recall seeing a copy of it in May of 2004?
 6    A     I can't recall for certain.  I think -- I think I
 7          probably did, but I just don't recall for certain.
 8    Q     Do you see that this letter provides various
 9          explanations regarding the alleged violations of the
10          nonretail sales policy?
11    A     Yeah.  I see that there's, you know, for most of
12          these situations it looks like there -- they have
 3          reference to it in this letter.
14    Q     As you look through the letter and see some of those
15          explanations, does that refresh your memory as to
16          whether you've ever seen this letter before?
17    A     No.  It does not help refresh my memory.
18    Q     Do you recall having any conversations with anyone at
19          the motor company apart from counsel regarding the
20          explanations that are provided in Exhibit 26?
21    A     Not specific to these, no.  Not specific to this
22          letter.  I don't recall any conversations, no.
23    Q     Do you recall having any conversations with counsel
24          regarding the substance of the letter that is
 5          Exhibit 26?
```

```
 1            MR. BERKOWITZ:  You can answer that yes or
 2      no.
 3            THE WITNESS:  No.
 4  BY MR. REHNQUIST:
 5  Q   Do you recall did you have any conversation with
 6      Mr. Verduyn about the substance of Exhibit 26?
 7            MR. BERKOWITZ:  Outside the presence of
 8      counsel, you can answer.
 9            THE WITNESS:  I don't recall any
10      conversations.
11  BY MR. REHNQUIST:
12  Q   Did you have any conversations with Mr. Verduyn
13      inside or outside the presence of counsel regarding
14      the substance of Exhibit 26?  Just answer yes or no.
15  A   No.
16  Q   Did you have any conversations with Mr. Ostrom inside
17      or outside the presence of counsel regarding the
18      substance of Exhibit 26?
19  A   I don't recall.
20  Q   Did you have any conversation with Mr. Malicki inside
21      or outside the presence of counsel regarding the
22      substance of Exhibit 26?
23  A   I don't recall.
24  Q   Take a look at page 2 from Exhibit 26?
 5  A   Page 2 did you say?
```

```
 1   Q    Yeah.  Page 2 under the heading sales made to
 2        residents of New Hampshire.  And can you just read
 3        that paragraph to yourself, please?
 4   A    (Witness complies.)  Okay.
 5   Q    When was the first time you heard the explanation for
 6        the so-called Lee Custom Cycle sales that is set
 7        forth in this paragraph on page 2 of Exhibit 26?
 8   A    I don't know.
 9             MR. BERKOWITZ:  Objection.  You may answer.
10             THE WITNESS:  I don't recall.
11   BY MR. REHNQUIST:
12   Q    Have you heard that explanation before today?
13   A    This -- this explanation?
14   Q    Yeah.
15   A    I don't recall.
16   Q    You don't recall whether you've ever heard that
17        explanation before?
18   A    No.  I don't recall.
19   Q    Do you think if you had heard that explanation
20        sometime before today, you would remember it?
21             MR. BERKOWITZ:  Objection.
22             THE WITNESS:  I doubt it.  I just don't --
23        I don't know.  I don't know if I would have or not.
24   BY MR. REHNQUIST:
25   Q    Do you recall ever learning from anyone at the motor
```