# EXHIBIT A

Deposition of William Holaday, 5/24/2005

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
    ----------------------------------------------------
 3

    CYCLE-CRAFT CO., INC., d/b/a
 4  BOSTON HARLEY-DAVIDSON/BUELL,
 5            Plaintiff,
 6            vs.           Civil Action No. 04 11402 NMG
 7  HARLEY-DAVIDSON MOTOR COMPANY, INC.
    and BUELL DISTRIBUTION COMPANY, LLC,
 8
              Defendants.
 9
    ----------------------------------------------------
10
11
12
13         Video Deposition of WILLIAM HOLADAY
14              Tuesday, May 24th, 2005
15
                      2:24 p.m.
16
                         at
17
                 GRAMANN REPORTING, LTD.
18              710 North Plankinton Avenue
                  Milwaukee, Wisconsin
19
20
21
22
23
24       Reported by Rosanne E. Pezze, RPR/CRR
25
```

Gramann Reporting, Ltd. (414) 272-7878

Deposition of William Holaday, 5/24/2005

Page 58

Page 59

Page 60

Page 61

```
10  Q   If you look at Exhibit 38, Mr. Holaday, there's a
11      reference in the third paragraph to John Atwood being
12      very opposed to the Danvers point. Do you see that?
13  A   Yes, I do.
14  Q   And do you recall Mr. Atwood expressing his
15      opposition when the presentation was made?
16  A   Yes.
17  Q   And this was a person-to-person meeting?
18  A   It was Harry Nichols and John Atwood and myself.
19  Q   And do you recall what he said?
20  A   Not specifically, no.
21  Q   But it was -- it was in the nature of opposition?
22  A   Yes.
```

Gramann Reporting, Ltd. (414) 272-7878

16 (Pages 58 to 61)