# EXHIBIT A

Deposition of Steven R. Verduyn, 4/6/2005

```
 1                UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
    ----------------------------------------------------
 3
    CYCLE-CRAFT CO., INC., d/b/a
 4  BOSTON HARLEY-DAVIDSON/BUELL,

 5              Plaintiff,

 6        vs.              Civil Action No. 04 11402 NMG

 7  HARLEY-DAVIDSON MOTOR COMPANY, INC.
    and BUELL DISTRIBUTION COMPANY, LLC,
 8
 9              Defendants.
10  ----------------------------------------------------
11
12
              Video Deposition of STEVEN R. VERDUYN
13
                  Wednesday, April 6th, 2005
14
15                         10:09 a.m.

16                            at

17                 GRAMANN REPORTING, LTD.
           710 North Plankinton Avenue, Suite 710
18                   Milwaukee, Wisconsin
19
20
           Reported by Sarah A. Reinicke, RPR/RMR/CRR
21
22
23
24
25
```

Q  How many times have you commenced an investigation based on evidence of a large volume of sales towards the end of the model year?

A  I don't have an exact number, but that is a trend that I do see with some regularity in the ones that I have investigated in the past. It's a telltale potential sign. And that in and of itself, the fact that there are a large number of sales in July, doesn't automatically mean that there's a problem.

Deposition of Steven R. Verduyn, 4/6/2005

```
 1        But when we've got other issues or information that's
 2        come to our attention on a particular dealership,
 3        it's another reason to believe that an audit's
 4        probably the way to proceed.
 5   Q    And by audit, do you mean an investigation?  Or, I
 6        mean, are you using the term "audit" to include an
 7        investigation as opposed to the formal on-site audit
 8        at the dealership?
 9   A    Let me clarify.  An audit would be a review of the
10        records prior to making a determination of a course
11        of action.
12   Q    Would a large volume of sales towards the end of the
13        model year without anything else cause you to begin
14        an investigation?  In other words, when I say without
15        anything else, without other reasons to suspect
16        nonretail sales?
17   A    No, not that I can think of.
18   Q    Can you think of any other reasons or any other
19        events that would lead you to begin an investigation
20        of a dealership for potential violations?
21   A    Yes.
22   Q    What?
23   A    A number of sales that show that particular vehicle
24        as being resold for a second time in a very short
25        duration.
```