# EXHIBIT B

Deposition of Steven R. Verduyn, 4/6/2005

16  Q    And you say, "There is a Thomas and Jeanette Disimone
17       that own a large after-market shop in New York State
18       that I have dealt with on other gray market
19       activity." Do you see that?
20  A    Yes.
21  Q    Had dealers been advised in any way to look out for
22       Disimones or either of the Disimones as potential
23       purchasers of Harley bikes?
24  A    Not to my knowledge.
25  Q    To your knowledge, had dealers ever been given any

Deposition of Steven R. Verduyn, 4/6/2005

```
 1        advice or warnings about certain gray market
 2        purchasers to avoid dealing with?
 3   A    They were not given lists of specific individuals to
 4        avoid.
 5   Q    Did you ever participate in any discussions at
 6        Harley-Davidson about whether or not that would be a
 7        good idea?
 8   A    Yes.
 9   Q    With whom did you discuss that?
10   A    Counsel.
11   Q    Who?
12   A    Jenny Kent.
13   Q    Anybody else?
14   A    Christine Hansen.
15   Q    Anybody else?
16   A    Gene Ostrum.
17   Q    Is he counsel?
18   A    No.  Gene's not counsel.
19   Q    Did you discuss it with Gene Ostrum outside the
20        presence of counsel?
21   A    No, not that I recall.
22   Q    Is this one particular meeting or conversation that
23        you're thinking about?
24   A    There were more than one.
25   Q    When did these conversations occur?
```

Deposition of Steven R. Verduyn, 4/6/2005

```
 1  A   A year or two years ago.  I don't -- I don't have an
 2      exact date.
 3  Q   And did you discuss this matter with counsel because
 4      you were seeking legal advice?
 5  A   Yes.
 6  Q   Did you initiate the conversation with counsel, or
 7      did counsel initiate the conversation with you?
 8  A   Which conversation?
 9  Q   Well, how many conversations were there?
10  A   There were a couple meetings.
11  Q   Let's talk about the meetings first.  Who initiated
12      the meetings?
13  A   I would have been proactive with those in asking that
14      those be set up.
15  Q   And who did you go to to set up such a meeting?
16  A   The attorney on staff at the time.  Initially it was
17      Chris Hansen.
```

Deposition of Steven R. Verduyn, 4/6/2005

```
 5   Q    Yeah.  Before initiating a meeting with counsel, did
 6        you form an opinion or make a recommendation as to
 7        whether it would be a good idea or not for
 8        Harley-Davidson to disclose to dealers the identity
 9        of gray market actors?
10   A    In my own mind, yes.
11   Q    And what was that -- what was the view that you
12        developed in your own mind?
13   A    It was my opinion that that information should be
14        shared.
15   Q    Why?
16   A    To stem the growth in nonretail sales activity to
17        certain brokers, certain common last name people that
18        were appearing throughout the country buying bikes.
```