# EXHIBIT C

Deposition of Steven R. Verduyn, 4/6/2005

1

2

3

4

5

6   Q   And what did he say?

7   A   He had said, "Well, let me tell you how that

8       happened."  And he went on to give his response about

9       the circumstances on why we didn't find any sales

10      jackets for employees or family members.

11  Q   And what did he say?

12  A   He had said that on the end of the model year, that

13      they had a lot of vehicle inventory in stock.  And he

14      called together a meeting of all his employees that

15      were apparently there and working at the time and

16      said, "Listen, we've got all these motorcycles.  We

17      need to get them sold.  It's for our turn and earn

18      with the factory.  And for any employee that's

19      interested, I will sell you a motorcycle for" -- I

20      believe he had said it's $500 over cost.  And I don't

21      remember the specific dollar amount, but it was

22      certainly well below a normal retail sale price.

23

24

25