# EXHIBIT D

Case 1:04-cv-11402-NMG    Document 117-5    Filed 08/01/2006    Page 1 of 3

Deposition of Steven Verduyn, 5/26/2005

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
    ---------------------------------------------------
 3

    CYCLE-CRAFT CO., d/b/a
 4  BOSTON HARLEY-DAVIDSON/BUELL,
 5            Plaintiff,
 6
                vs.         Civil Action No. 04 11402 NMG
 7

    HARLEY-DAVIDSON MOTOR COMPANY, INC.
 8  and BUELL DISTRIBUTION COMPANY, LLC,
 9
10            Defendants.
11  ---------------------------------------------------
12
13
              Video Deposition of STEVEN VERDUYN
14
                 Thursday, May 26th, 2005
15
                       9:54 a.m.
16
                          at
17
                 Gramann Reporting, Inc.
18
               710 North Plankinton Avenue
19                 Milwaukee, Wisconsin
20
21
22
23
24
             Reported by Rosanne E. Pezze, RPR/CRR
25
```

Deposition of Steven Verduyn, 5/26/2005

Page 272

Page 273

2  Q  Have the DFOs -- has a DFO ever accompanied you on an
3     audit in addition to the Cycle-Craft audit?
4  A  Not in addition to, no.
5  Q  That's the only occasion where a DFO accompanied you?
6  A  That's correct.

Page 274

Page 275