UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

## DEFENDANTS' UPDATED EXHIBIT LIST

Defendants, Harley-Davidson Motor Company, Inc. and Buell Distribution Company, LLC (collectively, "Harley-Davidson"), hereby submit their updated exhibit list for the trial scheduled to commence on August 7, 2006. A list of documents and other exhibits that Harley-Davidson plans to offer into evidence is attached hereto as Exhibit A. Harley-Davidson reserves the right to offer rebuttal exhibits that are not identified on the attached list. Harley-Davidson reserves the right to object to any listed exhibits if offered by the plaintiff, and reserves its right to offer excerpts, enlargements or summaries of any listed exhibits.

**Harley-Davidson Motor Co., Inc.,
and Buell Distribution Co., LLC**

By their attorneys,

    /s/ William F. Benson
William N. Berkowitz, BBO# 544148
William F. Benson, BBO# 646808
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Ph: (617) 951-8000
Fx: (617) 951-8736

Dated: August 1, 2006

LITDOCS/648685.1