UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYCLE-CRAFT CO., INC.<br>d/b/a BOSTON HARLEY-DAVIDSON/BUELL,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.<br>and BUELL DISTRIBUTION COMPANY, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 04 11402 NMG |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties by their respective counsel hereby stipulate that this action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees and all rights of appeal waived.

Respectfully submitted by,

| **Cycle-Craft Co., Inc. d/b/a**<br>**Boston Harley-Davidson/Buell** | **Harley-Davidson Motor Company, Inc.,**<br>**and Buell Distribution Company, LLC** |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ James C. Rehnquist | /s/ William N. Berkowitz |
| James C. Rehnquist, BBO# 552602<br>Samantha L. Schreiber, BBO# 640058<br>Christopher C. Nee, BBO# 651472<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>Tel: (617) 570-1000 | William N. Berkowitz, BBO# 544148<br>William F. Benson, BBO# 646808<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110<br>Tel: (617) 951-8000 |

Dated: August 7, 2006